

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 31, 2021**

**United States Bankruptcy Judge**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

------------------------------------------------------------------- x

*In re*                                                    :

                                                          :    Chapter 11

HIGHLAND CAPITAL MANAGEMENT, L.P.,[3]          :

                                                          :    Case No. 19-34054-sgj11

                          Debtor.                    :

------------------------------------------------------------------- x

### ORDER GRANTING LEAVE FOR UBS TO FILE
### ADVERSARY COMPLAINT AND OTHER MATERIALS UNDER SEAL

Upon consideration of *UBS's Motion for Leave to File Adversary Complaint and Other Materials under Seal* (the "**Motion to Seal**")[4] filed by UBS Securities LLC and UBS AG London Branch (together "**UBS**"); and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue of this proceeding and the Motion to Seal is

---

[3]    The Debtor's last four digits of its taxpayer identification number are 6725.  The headquarters and service address for the Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

[4]    Capitalized terms used herein but not defined shall have the meanings ascribed to them in the Motion to Seal.

proper in this District pursuant to 28 U.S.C. §§ 1408-1409; and due, adequate, and sufficient notice of the Motion to Seal having been given; and having determined that the legal and factual bases set forth in the Motion to Seal establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor it is hereby **ORDERED**:

1.     The Motion to Seal is GRANTED.

2.     UBS is authorized to file the Injunction Complaint and Injunction Motion under seal, which materials shall remain under seal until any hearing on UBS's request for a preliminary injunction is held or such earlier time that UBS may request that certain of the foregoing materials be unsealed, without prejudice to any subsequent request from UBS or any other party in interest that such materials remain under seal after such time.

3.     All parties receiving the sealed Injunction Complaint and Injunction Motion shall maintain its confidentiality until any hearing on UBS's request for a preliminary injunction is held or such earlier time that UBS may request that certain of the foregoing materials be unsealed.

### End of Order ###

Order prepared by:

**LATHAM & WATKINS LLP**

By */s/ Andrew Clubok*

Andrew Clubok (*pro hac vice*)
Sarah Tomkowiak (*pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, District of Columbia 20004
Telephone: (202) 637-2200
Email: andrew.clubok@lw.com
        sarah.tomkowiak@lw.com

and

Jeffrey E. Bjork (*pro hac vice*)
Kimberly A. Posin (*pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Email: jeff.bjork@lw.com
        kim.posin@lw.com

**BUTLER SNOW LLP**
Martin Sosland (TX Bar No. 18855645)
Candice M. Carson (TX Bar No. 24074006)
2911 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219
Telephone:  (469) 680-5502
E-mail: martin.sosland@butlersnow.com
        candice.carson@butlersnow.com

*Counsel for UBS Securities LLC and UBS
AG London Branch*