**LATHAM & WATKINS LLP**
Andrew Clubok (*pro hac vice*)
Sarah Tomkowiak (*pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, District of Columbia 20004
Telephone: (202) 637-2200

Jeffrey E. Bjork (*pro hac vice*)
Kimberly A. Posin (*pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234

*Counsel for UBS Securities LLC and UBS AG London Branch*

**BUTLER SNOW LLP**
Martin Sosland (TX Bar No. 18855645)
Candice Carson (TX Bar No. 24074006)
2911 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219
Telephone: (469) 680-5502

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF TEXAS DALLAS DIVISION

| | |
|---|---|
| In re | § Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § Case No. 19-34054-SGJ11 |
| Debtor. | § |
| UBS SECURITIES LLC AND UBS AG LONDON BRANCH, | § Adversary Proceeding § No. 21-03020-sgj |
| Plaintiffs, | § |
| vs. | § |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § |
| Defendant. | § |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Latham & Watkins LLP appears as lead counsel on behalf of UBS Securities LLC and UBS AG London Branch (together, "**UBS**") and requests that notices of all hearings and conferences and service of all papers in this adversary proceeding, including all papers and notices pursuant to rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and sections 342 and 1109(b) (if applicable) of the United States Code (the "**Bankruptcy Code**") be served upon the undersigned attorneys as follows:

> **LATHAM & WATKINS LLP**
> Andrew Clubok (*pro hac vice*)
> Sarah Tomkowiak (*pro hac vice*)
> 555 Eleventh Street, NW, Suite 1000
> Washington, District of Columbia 20004
> Telephone: (202) 637-2200
> Email: Andrew.Clubok@lw.com
> Sarah.Tomkowiak@lw.com
>
> Jamie Wine
> Zachary F. Proulx
> 885 Third Ave.
> New York, NY 10022-4834
> Email: Jamie.Wine@lw.com
> Zachary.Proulx@lw.com
>
> Kathryn George
> 330 North Wabash Avenue, Suite 2800
> Chicago, IL 60611
> Email: Kathryn.George@lw.com

**PLEASE TAKE FURTHER NOTICE** that the aforementioned attorneys further request that they be added to the official service list for notice of all contested matters, adversary proceedings, and other proceedings in this chapter 11 case.

**PLEASE TAKE FURTHER NOTICE** that this appearance and demand for notice is neither intended as nor is it a consent of UBS to the jurisdiction and/or venue of the Bankruptcy Court nor, specifically, but not limited to a waiver (i) UBS's right to trial by jury

58182916.v1

in any proceeding so triable herein, or in any case, controversy or proceeding related hereto, (ii) UBS's right to have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution, (iii) UBS's right to have the reference withdrawn by the District Court in any case, proceeding, matter or controversy subject to mandatory or discretionary withdrawal or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which UBS is or may be entitled to under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments UBS expressly reserves.

This the 1ST day of April, 2020.

By: /s/

**LATHAM & WATKINS LLP**
Andrew Clubok (*pro hac vice*)
Sarah Tomkowiak (*pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, District of Columbia 20004
Telephone: (202) 637-2200

Jeffrey E. Bjork (*pro hac vice*)
Kimberly A. Posin (*pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234

*Counsel for UBS Securities LLC and UBSAG London Branch*

58182916.v1

**CERTIFICATE OF SERVICE**

I, Andrew Clubok, certify that the foregoing Notice of Appearance and Request for Service was filed electronically through the Court's ECF system and served electronically on all parties enlisted to receive service electronically.

Dated: April 1, 2021.

/s/
ANDREW CLUBOK

58182916.v1