**LATHAM & WATKINS LLP**
Andrew Clubok (*pro hac vice*)
Sarah Tomkowiak (*pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, District of Columbia 20004
Telephone: (202) 637-2200

Jeffrey E. Bjork (*pro hac vice*)
Kimberly A. Posin (*pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234

*Counsel for UBS Securities LLC and UBS AG London Branch*

**BUTLER SNOW LLP**
Martin Sosland (TX Bar No. 18855645)
Candice Carson (TX Bar No. 24074006)
2911 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219
Telephone: (469) 680-5502

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re § | Chapter 11 |
| § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] § | Case No. 19-34054-SGJ11 |
| § | |
| Debtor. § | |
| § | |
| UBS SECURITIES LLC AND UBS AG § | |
| LONDON BRANCH, § | |
| § | |
| Plaintiffs § | Adversary Proceeding No. |
| § | |
| vs. § | 21-03020-sgj |
| § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P. § | |
| § | |
| Defendant. § | |

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

58220150.v1

## Plaintiffs UBS Securities LLC and
## UBS AG London Branch Consolidated Corporate
## Ownership Statement Pursuant to Federal Rule of Bankruptcy Procedure 7007.1

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, plaintiffs UBS Securities LLC and UBS AG London Branch, respectfully represent as follows:

1. Plaintiff UBS Securities LLC's direct corporate parents are UBS Americas Inc. and UBS Americas Holding LLC.

2. UBS Americas Inc. is wholly owned by UBS Americas Holding LLC.

3. UBS Americas Holdings LLC is wholly owned by UBS AG.

4. Plaintiff UBS AG London Branch is wholly owned by UBS AG.

5. UBS AG is wholly owned by UBS Group AG, a publicly-traded company.

6. UBS Group AG is the ultimate parent company of each of the plaintiffs and indirectly owns 100% of their equity interests.  No publicly held corporation owns 10% or more of the equity interests of UBS Group AG.

Dated: April 6, 2021.

Respectfully submitted,

**LATHAM & WATKINS LLP**
Andrew Clubok (*pro hac vice*)
Sarah Tomkowiak (*pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, District of Columbia 20004
Telephone: (202) 637-2200
Email:  andrew.clubok@lw.com
             sarah.tomkowiak@lw.com

and

Jeffrey E. Bjork (*pro hac vice*)
Kimberly A. Posin (*pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Email: jeff.bjork@lw.com

58220150.v1

kim.posin@lw.com

*/s/ Martin A. Sosland*
**BUTLER SNOW LLP**
Martin Sosland (TX Bar No. 18855645)
Candice M. Carson (TX Bar No. 24074006)
2911 Turtle Creek Boulevard, Suite 1400
Dallas, Texas 75219
Telephone: (469) 680-5502
E-mail: martin.sosland@butlersnow.com
    candice.carson@butlersnow.com

*Counsel for UBS Securities LLC and UBS AG London Branch*

3

## **CERTIFICATE OF SERVICE**

I, Martin A. Sosland, certify that the foregoing Corporate Ownership Statement was filed electronically through the Court's ECF system and served electronically on all parties enlisted to receive service electronically.

Dated: April 6, 2021.

*/s/ Martin A. Sosland*
MARTIN A. SOSLAND
