Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
HAYWARD PLLC
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Telephone/Fax: (972) 755-7100

*Local Counsel for Highland Capital Management, L.P.*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § | Case No. 19-34054-sgj11 |
| | § | |
| Debtor. | § | |
| | § | |
| UBS SECURITIES LLC *et al.*, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adv. Proc. No. 21-3020-sgj11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICES AND OTHER PAPERS

PLEASE TAKE NOTICE that Hayward PLLC hereby appears as local counsel to the Defendant Highland Capital Management, L.P. and hereby requests, pursuant to Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy Procedure, or pursuant to any other applicable rule or statute, that notice of all matters which may come before the Court be given as follows:

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

>   Melissa S. Hayward
>   MHayward@HaywardFirm.com
>   Zachery Z. Annable
>   ZAnnable@HaywardFirm.com
>   **HAYWARD PLLC**
>   10501 N. Central Expy, Ste. 106
>   Dallas, Texas 75231

The foregoing request includes, without limitation, all notices, papers and disclosure statements referred to in Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy Procedure and also includes notice of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile, or otherwise.

DATED: April 6, 2021.

>   Respectfully submitted,
>
>   **HAYWARD PLLC**
>
>   By: */s/ Melissa S. Hayward*
>   Melissa S. Hayward
>   Texas Bar No. 24044908
>   MHayward@HaywardFirm.com
>   Zachery Z. Annable
>   Texas Bar No. 24053075
>   ZAnnable@HaywardFirm.com
>
>   10501 N. Central Expy, Ste. 106
>   Dallas, Texas 75231
>   Telephone/Fax: (972) 755-7100
>
>   **LOCAL COUNSEL FOR HIGHLAND CAPITAL MANAGEMENT, L.P.**

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing *Notice of Appearance* has been served electronically via the Court's CM/ECF system upon all parties receiving electronic notice in this case.

                                      */s/ Melissa S. Hayward*
                                      Melissa S. Hayward