**LATHAM & WATKINS LLP**
Andrew Clubok (*pro hac vice*)
Sarah Tomkowiak (*pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, District of Columbia 20004
Telephone: (202) 637-2200

**BUTLER SNOW LLP**
Martin Sosland (TX Bar No. 18855645)
Candice Carson (TX Bar No. 24074006)
2911 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219
Telephone: (469) 680-5502

Jeffrey E. Bjork (*pro hac vice*)
Kimberly A. Posin (*pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234

*Counsel for UBS Securities LLC and UBS AG London Branch*

# IN THE UNITED STATES BANKRUPTCY COURTFOR THE NORTHERN DISTRICT OF TEXAS DALLAS DIVISION

| | | |
|---|---|---|
| In re | § | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | Case No. 19-34054-SGJ11 |
| Debtor. | § | |
| UBS SECURITIES LLC AND UBS AG LONDON BRANCH, | § | Adversary Proceeding No. 21-03020-sgj |
| Plaintiffs, | § | |
| vs. | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | |
| Defendant. | § | |

## CERTIFICATE OF SERVICE

The undersigned counsel for UBS Securities LLC and UBS AG London Branch, plaintiffs in the above-captioned adversary proceeding, hereby certifies that on March 29, 2021, true and correct copies of the (i) *Original Complaint for Injunctive Relief* [Adv. Dkt. No. 3] (the "Complaint"), (ii) *Plaintiffs'*

58253035.v2

*Motion for a Temporary Restraining Order and Preliminary Injunction* [Adv. Dkt. No. 4] (the "TRO Motion"), (iii) *Appendix of Exhibits to Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction* [Adv. Dkt. No. 5] (the "Appendix"); and (iv) *Plaintiffs' Memorandum of Law in Support of Motion for a Temporary Restraining Order and Preliminary Injunction* [Adv. Dkt. No. #6] (the "Memorandum") were served electronically on Lisa L. Lambert, counsel to the Office of the United States Trustee, at Lisa.L.Lambert@usdoj.gov and on Matthew A. Clemente, counsel to the Official Committee of Unsecured creditors, at mclemente@sidley.com. Additionally, on April 1, 2021, true and correct copies of the *Summons in an Adversary Proceeding* [Adv. Dkt. No. 8], Complaint, TRO Motion, Appendix, and Memorandum were served on defendant Highland Capital Management, L.P. (the "Debtor") by U.S. Mail, first class, addressed to Highland Capital Management, L.P., 300 Crescent Court, Suite 700, Dallas, Tx. 75201, Attn: James P. Seery, Jr., Chief Executive Officer and on Jeffrey N. Pomerantz and John Morris, counsel to the Debtor, at Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Lost Angeles, CA 90067, Attn: Jeffrey N. Pomerantz and John Morris.

This the 8th day of April 2021.

By: /s/ Martin A. Sosland

**LATHAM & WATKINS LLP**
Andrew Clubok (*pro hac vice*)
Sarah Tomkowiak (*pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, District of Columbia 20004
Telephone: (202) 637-2200

Jeffrey E. Bjork (*pro hac vice*)
Kimberly A. Posin (*pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234

**BUTLER SNOW LLP**
Martin Sosland (TX Bar No. 18855645)
Candice Carson (TX Bar No. 24074006)
2911 Turtle Creek Blvd., Suite 1400

        Dallas, Texas 75219
        Telephone: (469) 680-5502

*Counsel for UBS Securities LLC and*
 *UBSAG London Branch*

58253035.v2