**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** § <br> § <br> **HIGHLAND CAPITAL MANAGEMENT, L.P.** § <br> § <br> Debtor. § | | **Case No. 19-34054** <br><br> **Chapter 11** |
| § <br> **UBS SECURITIES LLC,** § <br> **UBS AG LONDON BRANCH,** § <br> § <br> Plaintiffs. § <br> § <br> v. § <br> § <br> **HIGHLAND CAPITAL MANAGEMENT, L.P.,** § <br> § <br> Defendant. § | | **Adversary No. 21-03020** |

**ORDER GRANTING NONPARTY DEPONENT JAMES DONDERO'S
<u>MOTION FOR PROTECTIVE ORDER</u>**

On April 16, 2021, James D. Dondero filed a *Motion for Protective Order* (the "Motion"). Having considered the Motion, and for the reasons stated on the record at the hearing conducted April __ , 2021, it is ORDERED that the Motion is GRANTED. The Plaintiffs' April 1, 2021 subpoenas are modified as stated in the Court's oral ruling.

# # # END OF ORDER # # #

Order Prepared and Submitted By:

D. Michael Lynn
Texas Bar I.D. No. 12736500
John Y. Bonds, III
Texas Bar I.D. No. 02589100
Clay M. Taylor
Texas Bar I.D. No. 24033261
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile
Email: michael.lynn@bondsellis.com
Email: john@bondsellis.com
Email: clay.taylor@bondsellis.com

**ATTORNEYS FOR MOVANT JAMES DONDERO**