**LATHAM & WATKINS LLP**
Andrew Clubok (*pro hac vice*)
Sarah Tomkowiak (*pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, District of Columbia 20004
Telephone: (202) 637-2200

Jeffrey E. Bjork (*pro hac vice*)
Kimberly A. Posin (*pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234

Kathryn George (*pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700

**BUTLER SNOW LLP**
Martin Sosland (TX Bar No. 18855645)
Candice Carson (TX Bar No. 24074006)
2911 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219
Telephone: (469) 680-5502

*Counsel for UBS Securities LLC and UBS AG London Branch*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § | Case No. 19-34054-sgj11 |
| | § | |
| Debtor. | § | |
| | § | |
| UBS SECURITIES LLC AND UBS AG LONDON BRANCH, | § | Adversary Proceeding |
| | § | No. 21-03020 |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | |
| | § | |
| Defendant. | § | |

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

## APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION FOR AN ORDER AUTHORIZING ALTERNATIVE SERVICE OF SUBPOENAS

UBS Securities LLC and UBS AG London Branch (together "UBS"), by and through their undersigned counsel, submit this appendix of exhibits (the "Appendix") in support of *Plaintiffs' Motion for an Order Authorizing Alternative Service of Subpoenas*, filed concurrently herewith. The following exhibits are attached to this Appendix:

| Ex. No. | Description | App. No. |
|---|---|---|
| A | Declaration of Kathryn George in Support of Plaintiffs' Motion for an Order Authorizing Alternative Service of Subpoenas | UBS001-04 |
| 1 | Exhibit 1 to the George Declaration: March 30, 2021 email from Robert Allen to Clay Taylor, among others, with the subject "Document Preservation Notice" | UBS005-11 |
| 2 | Exhibit 2 to the George Declaration: March 31-April 1, 2021 emails between Clay Taylor and Andrew Clubok, among others, with the subject "21-03020-sgj Complaint Filed Under Seal" | UBS012-58 |
| 3 | Exhibit 3 to the George Declaration: April 1-5, 2021 emails between Robert Allen and Clay Taylor, among others, with the subject "Notices and Subpoenas to Mr. James Dondero" | UBS059-62 |
| 4 | Exhibit 4 to the George Declaration: April 16, 2021 emails between Sarah Tomkowiak and Clay Taylor, among others, with the subject "UBS / Highland" | UBS063-66 |
| 5 | Exhibit 5 to the George Declaration: Michael Hernandez's *Affidavit of Attempted Service on James Dondero* | UBS067-69 |
| 6 | Exhibit 6 to the George Declaration: Donna King's *Affidavit of Attempted Service on James Dondero* | UBS070-74 |
| 7 | Exhibit 7 to the George Declaration: Whitnie Climer's *Affidavit of Attempted Service on James Dondero* | UBS075-77 |
| 8 | Exhibit 8 to the George Declaration: Donna King's second *Affidavit of Attempted Service on James Dondero* | UBS078-81 |

| Ex. No. | Description | App. No. |
|---|---|---|
| B | Mot. for Alternative Serv., *In re Victor Manuel Gallegos*, No. 16-32555 (Bankr. S.D. Tex. Aug. 14, 2017), Dkt. No. 74 | UBS082-87 |
| C | Order on Pl.'s Mot. for Alt. Serv., *In re Victor Manuel Gallegos*, No. 16-32555 (Bankr. S.D. Tex. Aug. 15, 2017), Dkt. No. 75 | UBS088-90 |
| D | Agreed Order Granting Agreed Mot. for Alt. Serv. of Dep. Subpoena, *AMAX Inv. Co. v. Amtrust Ins. Co. of Kan., Inc.*, No. 3:13-cv-1589 (N.D. Tex. Aug. 19, 2014), Dkt. No. 39 | UBS091-93 |

DATED this 19th day of April, 2021.

**LATHAM & WATKINS LLP**

By /s/ *Andrew Clubok*

Andrew Clubok (*pro hac vice*)
Sarah Tomkowiak (*pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, District of Columbia 20004
Telephone: (202) 637-2200
Email: andrew.clubok@lw.com
　　　　sarah.tomkowiak@lw.com

Jeffrey E. Bjork (*pro hac vice*)
Kimberly A. Posin (*pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Email: jeff.bjork@lw.com
　　　　kim.posin@lw.com

Kathryn George (*pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email: kathryn.george@lw.com

**BUTLER SNOW LLP**
Martin Sosland (TX Bar No. 18855645)
Candice M. Carson (TX Bar No. 24074006)
2911 Turtle Creek Boulevard, Suite 1400
Dallas, Texas 75219
Telephone: (469) 680-5502
E-mail: martin.sosland@butlersnow.com
　　　　candice.carson@butlersnow.com

*Counsel for UBS Securities LLC and UBS AG London Branch*