# EXHIBIT A

**UBS001**

| | |
|---|---|
| **LATHAM & WATKINS LLP** | **BUTLER SNOW LLP** |
| Andrew Clubok (*pro hac vice*) | Martin Sosland (TX Bar No. 18855645) |
| Sarah Tomkowiak (*pro hac vice*) | Candice Carson (TX Bar No. 24074006) |
| 555 Eleventh Street, NW, Suite 1000 | 2911 Turtle Creek Blvd., Suite 1400 |
| Washington, District of Columbia 20004 | Dallas, Texas 75219 |
| Telephone: (202) 637-2200 | Telephone: (469) 680-5502 |

Jeffrey E. Bjork (*pro hac vice*)
Kimberly A. Posin (*pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234

Kathryn George (*pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700

*Counsel for UBS Securities LLC and UBS AG London Branch*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § | Case No. 19-34054-sgj11 |
| | § | |
| Debtor. | § | |
| | § | |
| UBS SECURITIES LLC AND UBS AG, LONDON BRANCH, | § | Adversary Proceeding |
| | § | No. 21-03020 |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | |
| | § | |
| Defendant. | § | |

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

UBS002

### DECLARATION OF KATHRYN GEORGE
### IN SUPPORT OF PLAINTIFFS' MOTION FOR AN ORDER AUTHORIZING ALTERNATIVE SERVICE OF SUBPOENAS

I, Kathryn George, hereby declare under penalty of perjury as follows:

1. I am an attorney with the law firm of Latham & Watkins LLP, counsel of record for UBS Securities LLC and UBS AG London Branch (together "UBS").

2. I submit this declaration (the "Declaration") in support of *Plaintiffs' Motion for an Order Authorizing Alternative Service of Subpoenas* (the "Motion"), which seeks an order authorizing alternative service of process of a *Subpoena to Testify at a Deposition in a Bankruptcy Case or Adversary Proceeding* and a *Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding* (together, the "Subpoenas") upon James Dondero via overnight mail and email to counsel.

3. The Motion relates to discovery sought by UBS from Mr. Dondero in connection with *Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction* [Adv. Dkt. 4] (the "TRO Motion"), which UBS filed under seal on March 31, 2021.

4. A true and correct copy of the March 30, 2021 email from my colleague Robert Allen of Latham & Watkins LLP, counsel to UBS, to Clay Taylor of Bonds Ellis Eppich Schafer Jones LLP, counsel to Mr. Dondero, among others, with the subject "Document Preservation Notice" is attached hereto as **Exhibit 1**.

5. A true and correct copy of the March 31-April 1, 2021 email exchange between Clay Taylor and my colleague Andrew Clubok of Latham & Watkins LLP, among others, with the subject "21-03020-sgj Complaint Filed Under Seal" is attached hereto as **Exhibit 2**.

6. A true and correct copy of the April 1-5, 2021 email exchange between Robert Allen and Clay Taylor, among others, with the subject "Notices and Subpoenas to Mr. James Dondero" is attached hereto as **Exhibit 3**.

UBS003

7. A true and correct copy of the April 16, 2021 email exchange between my colleague Sarah Tomkowiak of Latham & Watkins LLP and Clay Taylor, among others, with the subject "UBS / Highland" is attached hereto as **Exhibit 4**.

8. A true and correct copy of Michael Hernandez's *Affidavit of Attempted Service on James Dondero* is attached hereto as **Exhibit 5**.

9. A true and correct copy of Donna King's *Affidavit of Attempted Service on James Dondero* is attached hereto as **Exhibit 6**.

10. A true and correct copy of Whitnie Climer's *Affidavit of Attempted Service on James Dondero* is attached hereto as **Exhibit 7**.

11. A true and correct copy of Donna King's second *Affidavit of Attempted Service on James Dondero* is attached hereto as **Exhibit 8**.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 19, 2021.

>*/s/ Kathryn George*
>Kathryn George
>LATHAM & WATKINS LLP