# EXHIBIT 2

**UBS012**

From: Clay Taylor <clay.taylor@bondsellis.com>
Sent: Thursday, April 1, 2021 6:32 PM
To: Clubok, Andrew (DC) <Andrew.Clubok@lw.com>; jpomerantz@pszjlaw.com; martin.sosland@butlersnow.com; jmorris@pszjlaw.com; Allen, Robert (CC) <Robert.Allen@lw.com>; zannable@haywardfirm.com
Cc: Michael Lynn <michael.lynn@bondsellis.com>; John Bonds <john@bondsellis.com>; Paul Farmer <paul.farmer@bondsellis.com>
Subject: RE: 21-03020-sgj Complaint Filed Under Seal

Jeff and Andrew,

Thanks for the responses. We will proceed accordingly.

Clay

P.S.     While I don't love the substance of the responses, I am glad you at least appreciated the humor. Got to have some fun amongst us at the appropriate times.

-----Original Message-----
From: Andrew.Clubok@lw.com <Andrew.Clubok@lw.com>
Sent: Thursday, April 1, 2021 5:28 PM
To: jpomerantz@pszjlaw.com; Clay Taylor <clay.taylor@bondsellis.com>; martin.sosland@butlersnow.com; jmorris@pszjlaw.com; Robert.Allen@lw.com; zannable@haywardfirm.com
Cc: Michael Lynn <michael.lynn@bondsellis.com>; John Bonds <john@bondsellis.com>; Paul Farmer <paul.farmer@bondsellis.com>
Subject: RE: 21-03020-sgj Complaint Filed Under Seal

Clay:

        We too will not provide documents filed under seal in this matter. (although, I must say, I appreciate the levity in your request!)

Thanks

Andrew Clubok

LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Direct Dial: +1.202.637.3323
Fax: +1.202.637.2201

885 Third Avenue
New York, NY 10022-4834
Direct Dial: +1.212.906.1272
Email: andrew.clubok@lw.com
http://www.lw.com

UBS013

-----Original Message-----
From: Jeff Pomerantz <jpomerantz@pszjlaw.com>
Sent: Thursday, April 1, 2021 6:25 PM
To: Clay Taylor <clay.taylor@bondsellis.com>; martin.sosland@butlersnow.com; John A. Morris <jmorris@pszjlaw.com>; Allen, Robert (CC) <Robert.Allen@lw.com>; Zachery Annable <zannable@haywardfirm.com>; Clubok, Andrew (DC) <Andrew.Clubok@lw.com>
Cc: Michael Lynn <michael.lynn@bondsellis.com>; John Bonds <john@bondsellis.com>; Paul Farmer <paul.farmer@bondsellis.com>; Jeff Pomerantz <jpomerantz@pszjlaw.com>
Subject: Re: 21-03020-sgj Complaint Filed Under Seal

Clay –

Latham – and not PSZJ – is the appropriate party to respond to your request for a copy of the documents they filed under seal.

As to the documents the Debtor filed under seal, we will not be providing you with a copy.

Best,
Jeff

From: Clay Taylor <clay.taylor@bondsellis.com>
Date: Thursday, April 1, 2021 at 8:12 AM
To: Martin Sosland <martin.sosland@butlersnow.com>, John Morris <jmorris@pszjlaw.com>, Jeffrey Pomerantz <jpomerantz@pszjlaw.com>, "Robert.Allen@lw.com" <Robert.Allen@lw.com>, Zachery Annable <zannable@haywardfirm.com>, "Andrew.Clubok@lw.com" <Andrew.Clubok@lw.com>
Cc: Michael Lynn <michael.lynn@bondsellis.com>, John Bonds <john@bondsellis.com>, Paul Farmer <paul.farmer@bondsellis.com>
Subject: RE: 21-03020-sgj Complaint Filed Under Seal

Bueller, Bueller…*

*For those not familiar with the movie classic Ferris Buller's Day Off, or the modern day meaning of the inquiry above, a link is below to said movie clip.  If, after viewing, the meaning is still not clear, please contact the undersigned and we can discuss both the movie clip and the below request.
Ben Stein as Economic Teacher in "Ferris Bueller's Day Off" - Bing
video<https://www.bing.com/videos/search?q=bueller%2c+bueller&ru=%2fsearch%3fq%3dbueller%252C%2bbueller%26form%3dANSPH1%26refig%3d49141f69f7964e4e9363ec1a8f445519%26pc%3dU531&view=detail&mid=2953E45D8ADDF23418412953E45D8ADDF2341841&rvsmid=9EAAAFF5727E25CCE3419EAAAFF5727E25CCE341&FORM=VDRVRV>

Clay

From: Clay Taylor
Sent: Wednesday, March 31, 2021 2:36 PM
To: 'martin.sosland@butlersnow.com' <martin.sosland@butlersnow.com>; John Morris - Pachulski Stang Ziehl & Jones (jmorris@pszjlaw.com) <jmorris@pszjlaw.com>; Jeffrey N. Pomerantz - Pachulski Stang Ziehl & Jones (jpomerantz@pszjlaw.com) <jpomerantz@pszjlaw.com>; 'Robert.Allen@lw.com' <Robert.Allen@lw.com>; Zachery Annable <zannable@haywardfirm.com>; Andrew.Clubok@lw.com
Cc: Judge Lynn (michael.lynn@bondsellis.com) <michael.lynn@bondsellis.com>; John Bonds <john@bondsellis.com>; Paul Farmer <paul.farmer@bondsellis.com>
Subject: FW: 21-03020-sgj Complaint Filed Under Seal

UBS014

Marty, Jeff, John M., Andrew and Zach,

I was not 100% certain to whom to address this e-mail. I attempted to piece together the distribution list via some guesses as to who is handling what. If I missed the people at your shops who should get this, please loop them in.

Yesterday, we got a litigation hold letter from both the plaintiff and defendant in the action that was filed below (we also got one to Sentinel et al., who we are not representing; but we did send that hold letter on to our client for appropriate distribution and handling).

We presume, but cannot be certain, that perhaps those litigation hold letters were somehow related to this suit. And we had seen the Motion to File Under Seal regarding this complaint, and that gave a tiny bit of color to what kind of action this suit may be. All that being said, it appears you think our client is involved, in some way, in whatever kind of suit this may be. We would like to see the suit also to make our own determination as to what, if any, of his rights may be impacted.

May I safely presume that we will be provided a copy? We will agree to be bound by the Protective Order that I believe is in place in the main bankruptcy case. Please advise.

Thanks in advance for your consideration of this request.

Clay M. Taylor
Bonds Ellis Eppich Schafer Jones LLP
420 Throckmorton St. | Suite 1000 | Fort Worth, Texas 76102
cell 214.663.5988 | office 817.779.4300 | fax 817.405.6902
Clay.Taylor@bondsellis.com<mailto:Clay.Taylor@bondsellis.com> | My Profile<https://www.bondsellis.com/our-attorneys/clay-m-taylor>
The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message. IRS Circular 230 Required Notice--IRS regulations require that we inform you as follows: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended to be used and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter.

From: BKECF_LiveDB@txnb.uscourts.gov<mailto:BKECF_LiveDB@txnb.uscourts.gov>
<BKECF_LiveDB@txnb.uscourts.gov<mailto:BKECF_LiveDB@txnb.uscourts.gov>>
Sent: Wednesday, March 31, 2021 1:53 PM
To: Courtmail@txnb.uscourts.gov<mailto:Courtmail@txnb.uscourts.gov>
Subject: 21-03020-sgj Complaint

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

UBS015

U.S. Bankruptcy Court

Northern District of Texas
Notice of Electronic Filing

The following transaction was received from Martin A. Sosland entered on 3/31/2021 at 1:52 PM CDT and filed on 3/31/2021
Case Name:

UBS Securities LLC et al v. Highland Capital Management, L.P.

Case Number:

21-03020-sgj<https://ecf.txnb.uscourts.gov/cgi-bin/DktRpt.pl?492175>

Document Number:

1<https://ecf.txnb.uscourts.gov/doc1/176045377492?pdf_header=&magic_num=90455051&de_seq_num=3&caseid=492175>

Case Name:

Highland Capital Management, L.P.

Case Number:

19-34054-sgj11<https://ecf.txnb.uscourts.gov/cgi-bin/DktRpt.pl?481201>

Document Number:

2142<https://ecf.txnb.uscourts.gov/doc1/176045377493?pdf_header=&magic_num=71047267&de_seq_num=7739&caseid=481201>

Docket Text:
Adversary case 21-03020. Complaint by UBS Securities LLC, UBS AG London Branch against Highland Capital Management, L.P.. Fee Amount $350. Nature(s) of suit: 72 (Injunctive relief - other). (Sosland, Martin)

The following document(s) are associated with this transaction:
Document description:Main Document
Original filename:(Revised) Adversary Proceeding Civil Cover Sheet.pdf
Electronic document Stamp:
[STAMP bkecfStamp_ID=1017686615 [Date=3/31/2021] [FileNumber=46614983-0] [366d86c4066af363736e009b0aae314f831025e5851162f8b7184df98b0b5ffb29 150ebe0a3fa50112f8bc0cfde8f362244dd46f6453c35144980c7cea4ffd1b]]
Document description:Main Document
Original filename:(Revised) Adversary Proceeding Civil Cover Sheet.pdf
Electronic document Stamp:
[STAMP bkecfStamp_ID=1017686615 [Date=3/31/2021] [FileNumber=46614984-0] [669b0e9484b01224bd5654032c80c16fa4942b8c80ef3ba4a22dc4ac4c1b6747b9 1c85effe936418fbf1d7d25836fc51b750084fb533b8deff8745d3235fd9c9]]

UBS016

21-03020-sgj Notice will be electronically mailed to:

Martin A. Sosland on behalf of Plaintiff UBS AG London Branch
martin.sosland@butlersnow.com<mailto:martin.sosland@butlersnow.com>,
ecf.notices@butlersnow.com,velvet.johnson@butlersnow.com<mailto:ecf.notices@butlersnow.com,velvet.johnson@b
utlersnow.com>

Martin A. Sosland on behalf of Plaintiff UBS Securities LLC
martin.sosland@butlersnow.com<mailto:martin.sosland@butlersnow.com>,
ecf.notices@butlersnow.com,velvet.johnson@butlersnow.com<mailto:ecf.notices@butlersnow.com,velvet.johnson@b
utlersnow.com>

21-03020-sgj Notice will not be electronically mailed to:

Highland Capital Management, L.P.
,


19-34054-sgj11 Notice will be electronically mailed to:

David G. Adams on behalf of Creditor United States (IRS)
david.g.adams@usdoj.gov<mailto:david.g.adams@usdoj.gov>,
southwestern.taxcivil@usdoj.gov;dolores.c.lopez@usdoj.gov<mailto:southwestern.taxcivil@usdoj.gov;dolores.c.lopez@
usdoj.gov>

Amy K. Anderson on behalf of Creditor Issuer Group
aanderson@joneswalker.com<mailto:aanderson@joneswalker.com>, lfields@joneswalker.com;amy-anderson-
9331@ecf.pacerpro.com<mailto:lfields@joneswalker.com;amy-anderson-9331@ecf.pacerpro.com>

Zachery Z. Annable on behalf of Debtor Highland Capital Management, L.P.
zannable@haywardfirm.com<mailto:zannable@haywardfirm.com>

Zachery Z. Annable on behalf of Other Professional Hayward & Associates PLLC
zannable@haywardfirm.com<mailto:zannable@haywardfirm.com>

Zachery Z. Annable on behalf of Plaintiff Highland Capital Management, L.P.
zannable@haywardfirm.com<mailto:zannable@haywardfirm.com>

Bryan C. Assink on behalf of Creditor The Dugaboy Investment Trust
bryan.assink@bondsellis.com<mailto:bryan.assink@bondsellis.com>

Bryan C. Assink on behalf of Defendant James Dondero
bryan.assink@bondsellis.com<mailto:bryan.assink@bondsellis.com>

Bryan C. Assink on behalf of Defendant James D. Dondero
bryan.assink@bondsellis.com<mailto:bryan.assink@bondsellis.com>

Bryan C. Assink on behalf of Interested Party James Dondero

UBS017

bryan.assink@bondsellis.com<mailto:bryan.assink@bondsellis.com>

Asif Attarwala on behalf of Interested Party UBS AG London Branch
asif.attarwala@lw.com<mailto:asif.attarwala@lw.com>

Asif Attarwala on behalf of Interested Party UBS Securities LLC
asif.attarwala@lw.com<mailto:asif.attarwala@lw.com>

Joseph E. Bain on behalf of Creditor Issuer Group
JBain@joneswalker.com<mailto:JBain@joneswalker.com>, kvrana@joneswalker.com;joseph-bain-
8368@ecf.pacerpro.com;msalinas@joneswalker.com<mailto:kvrana@joneswalker.com;joseph-bain-
8368@ecf.pacerpro.com;msalinas@joneswalker.com>

Michael I. Baird on behalf of Creditor Pension Benefit Guaranty Corporation
baird.michael@pbgc.gov<mailto:baird.michael@pbgc.gov>, efile@pbgc.gov<mailto:efile@pbgc.gov>

Michael I. Baird on behalf of Interested Party Pension Benefit Guaranty Corporation
baird.michael@pbgc.gov<mailto:baird.michael@pbgc.gov>, efile@pbgc.gov<mailto:efile@pbgc.gov>

Sean M. Beach on behalf of Creditor Committee Official Committee of Unsecured Creditors
bankfilings@ycst.com<mailto:bankfilings@ycst.com>, sbeach@ycst.com<mailto:sbeach@ycst.com>

Paul Richard Bessette on behalf of Interested Party Highland CLO Funding, Ltd.
pbessette@KSLAW.com<mailto:pbessette@KSLAW.com>,
ccisneros@kslaw.com;jworsham@kslaw.com;kbryan@kslaw.com;jcarvalho@kslaw.com;rmatsumura@kslaw.com<mailt
o:ccisneros@kslaw.com;jworsham@kslaw.com;kbryan@kslaw.com;jcarvalho@kslaw.com;rmatsumura@kslaw.com>

John Y. Bonds, III on behalf of Defendant James D. Dondero
john@bondsellis.com<mailto:john@bondsellis.com>

John Y. Bonds, III on behalf of Interested Party James Dondero
john@bondsellis.com<mailto:john@bondsellis.com>

Larry R. Boyd on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR
lboyd@abernathy-law.com<mailto:lboyd@abernathy-law.com>, ljameson@abernathy-
law.com<mailto:ljameson@abernathy-law.com>

Jason S. Brookner on behalf of Creditor Gray Reed & McGraw LLP
jbrookner@grayreed.com<mailto:jbrookner@grayreed.com>,
lwebb@grayreed.com;acarson@grayreed.com;cpatterson@grayreed.com<mailto:lwebb@grayreed.com;acarson@grayr
eed.com;cpatterson@grayreed.com>

Greta M. Brouphy on behalf of Creditor Get Good Trust
gbrouphy@hellerdraper.com<mailto:gbrouphy@hellerdraper.com>,
dhepting@hellerdraper.com;vgamble@hellerdraper.com<mailto:dhepting@hellerdraper.com;vgamble@hellerdraper.co
m>

Greta M. Brouphy on behalf of Creditor The Dugaboy Investment Trust
gbrouphy@hellerdraper.com<mailto:gbrouphy@hellerdraper.com>,
dhepting@hellerdraper.com;vgamble@hellerdraper.com<mailto:dhepting@hellerdraper.com;vgamble@hellerdraper.co
m>

UBS018

M. David Bryant, Jr. on behalf of Interested Party Integrated Financial Associates, Inc.
dbryant@dykema.com<mailto:dbryant@dykema.com>, csmith@dykema.com<mailto:csmith@dykema.com>

Candice Marie Carson on behalf of Interested Party UBS AG London Branch
Candice.Carson@butlersnow.com<mailto:Candice.Carson@butlersnow.com>

Candice Marie Carson on behalf of Interested Party UBS Securities LLC
Candice.Carson@butlersnow.com<mailto:Candice.Carson@butlersnow.com>

Annmarie Antoniette Chiarello on behalf of Creditor Acis Capital Management GP, LLC
achiarello@winstead.com<mailto:achiarello@winstead.com>

Annmarie Antoniette Chiarello on behalf of Creditor Acis Capital Management, L.P.
achiarello@winstead.com<mailto:achiarello@winstead.com>

Shawn M. Christianson on behalf of Creditor Oracle America, Inc.
schristianson@buchalter.com<mailto:schristianson@buchalter.com>,
cmcintire@buchalter.com<mailto:cmcintire@buchalter.com>

James Robertson Clarke on behalf of Interested Party James Dondero
robbie.clarke@bondsellis.com<mailto:robbie.clarke@bondsellis.com>

Matthew A. Clemente on behalf of Creditor Committee Official Committee of Unsecured Creditors
mclemente@sidley.com<mailto:mclemente@sidley.com>, matthew-clemente-
8764@ecf.pacerpro.com;efilingnotice@sidley.com;ebromagen@sidley.com;alyssa.russell@sidley.com;dtwomey@sidley
.com<mailto:matthew-clemente-
8764@ecf.pacerpro.com;efilingnotice@sidley.com;ebromagen@sidley.com;alyssa.russell@sidley.com;dtwomey@sidley
.com>

Matthew A. Clemente on behalf of Interested Party Committee of Unsecured Creditors
mclemente@sidley.com<mailto:mclemente@sidley.com>, matthew-clemente-
8764@ecf.pacerpro.com;efilingnotice@sidley.com;ebromagen@sidley.com;alyssa.russell@sidley.com;dtwomey@sidley
.com<mailto:matthew-clemente-
8764@ecf.pacerpro.com;efilingnotice@sidley.com;ebromagen@sidley.com;alyssa.russell@sidley.com;dtwomey@sidley
.com>

Megan F. Clontz on behalf of Creditor Patrick Daugherty
mclontz@spencerfane.com<mailto:mclontz@spencerfane.com>,
lvargas@spencerfane.com<mailto:lvargas@spencerfane.com>

Andrew Clubok on behalf of Interested Party UBS AG London Branch
andrew.clubok@lw.com<mailto:andrew.clubok@lw.com>

Andrew Clubok on behalf of Interested Party UBS Securities LLC
andrew.clubok@lw.com<mailto:andrew.clubok@lw.com>

Leslie A. Collins on behalf of Creditor Get Good Trust
lcollins@hellerdraper.com<mailto:lcollins@hellerdraper.com>

Leslie A. Collins on behalf of Creditor The Dugaboy Investment Trust
lcollins@hellerdraper.com<mailto:lcollins@hellerdraper.com>

UBS019

David Grant Crooks on behalf of Creditor PensionDanmark Pensionsforsikringsaktieselskab
dcrooks@foxrothschild.com<mailto:dcrooks@foxrothschild.com>,
etaylor@foxrothschild.com,jsagui@foxrothschild.com,plabov@foxrothschild.com,jmanfrey@foxrothschild.com<mailto:etaylor@foxrothschild.com,jsagui@foxrothschild.com,plabov@foxrothschild.com,jmanfrey@foxrothschild.com>

David Grant Crooks on behalf of Creditor Committee Official Committee of Unsecured Creditors
dcrooks@foxrothschild.com<mailto:dcrooks@foxrothschild.com>,
etaylor@foxrothschild.com,jsagui@foxrothschild.com,plabov@foxrothschild.com,jmanfrey@foxrothschild.com<mailto:etaylor@foxrothschild.com,jsagui@foxrothschild.com,plabov@foxrothschild.com,jmanfrey@foxrothschild.com>

David Grant Crooks on behalf of Debtor Highland Capital Management, L.P.
dcrooks@foxrothschild.com<mailto:dcrooks@foxrothschild.com>,
etaylor@foxrothschild.com,jsagui@foxrothschild.com,plabov@foxrothschild.com,jmanfrey@foxrothschild.com<mailto:etaylor@foxrothschild.com,jsagui@foxrothschild.com,plabov@foxrothschild.com,jmanfrey@foxrothschild.com>

Gregory V. Demo on behalf of Creditor Committee Official Committee of Unsecured Creditors
gdemo@pszjlaw.com<mailto:gdemo@pszjlaw.com>,
jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszjlaw.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com

Gregory V. Demo on behalf of Debtor Highland Capital Management, L.P.
gdemo@pszjlaw.com<mailto:gdemo@pszjlaw.com>,
jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszjlaw.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com

Casey William Doherty, Jr. on behalf of Interested Party Jefferies LLC
casey.doherty@dentons.com<mailto:casey.doherty@dentons.com>,
dawn.brown@dentons.com;Melinda.sanchez@dentons.com;docket.general.lit.dal@dentons.com<mailto:dawn.brown@dentons.com;Melinda.sanchez@dentons.com;docket.general.lit.dal@dentons.com>

Douglas S. Draper on behalf of Creditor Get Good Trust
ddraper@hellerdraper.com<mailto:ddraper@hellerdraper.com>,
dhepting@hellerdraper.com;vgamble@hellerdraper.com<mailto:dhepting@hellerdraper.com;vgamble@hellerdraper.com>

Douglas S. Draper on behalf of Creditor The Dugaboy Investment Trust
ddraper@hellerdraper.com<mailto:ddraper@hellerdraper.com>,
dhepting@hellerdraper.com;vgamble@hellerdraper.com<mailto:dhepting@hellerdraper.com;vgamble@hellerdraper.com>

Lauren Kessler Drawhorn on behalf of Creditor Advisors Equity Group, LLC
lauren.drawhorn@wickphillips.com<mailto:lauren.drawhorn@wickphillips.com>,
samantha.tandy@wickphillips.com<mailto:samantha.tandy@wickphillips.com>

Lauren Kessler Drawhorn on behalf of Creditor Eagle Equity Advisors, LLC
lauren.drawhorn@wickphillips.com<mailto:lauren.drawhorn@wickphillips.com>,
samantha.tandy@wickphillips.com<mailto:samantha.tandy@wickphillips.com>

Lauren Kessler Drawhorn on behalf of Creditor HCRE Partners, LLC (n/k/a NexPoint Real Estate Partners, LLC)
lauren.drawhorn@wickphillips.com<mailto:lauren.drawhorn@wickphillips.com>,
samantha.tandy@wickphillips.com<mailto:samantha.tandy@wickphillips.com>

UBS020

Lauren Kessler Drawhorn on behalf of Creditor Highland Capital Management Services, Inc.
lauren.drawhorn@wickphillips.com<mailto:lauren.drawhorn@wickphillips.com>,
samantha.tandy@wickphillips.com<mailto:samantha.tandy@wickphillips.com>

Lauren Kessler Drawhorn on behalf of Creditor NexPoint Real Estate Partners LLC f/k/a HCRE Partners LLC
lauren.drawhorn@wickphillips.com<mailto:lauren.drawhorn@wickphillips.com>,
samantha.tandy@wickphillips.com<mailto:samantha.tandy@wickphillips.com>

Lauren Kessler Drawhorn on behalf of Defendant HCRE Partners, LLC (n/k/a NexPoint Real Estate Partners, LLC)
lauren.drawhorn@wickphillips.com<mailto:lauren.drawhorn@wickphillips.com>,
samantha.tandy@wickphillips.com<mailto:samantha.tandy@wickphillips.com>

Lauren Kessler Drawhorn on behalf of Defendant Highland Capital Management Services, Inc.
lauren.drawhorn@wickphillips.com<mailto:lauren.drawhorn@wickphillips.com>,
samantha.tandy@wickphillips.com<mailto:samantha.tandy@wickphillips.com>

Lauren Kessler Drawhorn on behalf of Interested Party MGM Holdings, Inc.
lauren.drawhorn@wickphillips.com<mailto:lauren.drawhorn@wickphillips.com>,
samantha.tandy@wickphillips.com<mailto:samantha.tandy@wickphillips.com>

Lauren Kessler Drawhorn on behalf of Interested Party NexBank
lauren.drawhorn@wickphillips.com<mailto:lauren.drawhorn@wickphillips.com>,
samantha.tandy@wickphillips.com<mailto:samantha.tandy@wickphillips.com>

Lauren Kessler Drawhorn on behalf of Interested Party NexBank Capital Inc.
lauren.drawhorn@wickphillips.com<mailto:lauren.drawhorn@wickphillips.com>,
samantha.tandy@wickphillips.com<mailto:samantha.tandy@wickphillips.com>

Lauren Kessler Drawhorn on behalf of Interested Party NexBank Securities Inc.
lauren.drawhorn@wickphillips.com<mailto:lauren.drawhorn@wickphillips.com>,
samantha.tandy@wickphillips.com<mailto:samantha.tandy@wickphillips.com>

Lauren Kessler Drawhorn on behalf of Interested Party NexBank Title Inc.
lauren.drawhorn@wickphillips.com<mailto:lauren.drawhorn@wickphillips.com>,
samantha.tandy@wickphillips.com<mailto:samantha.tandy@wickphillips.com>

Lauren Kessler Drawhorn on behalf of Interested Party NexPoint Hospitality Trust
lauren.drawhorn@wickphillips.com<mailto:lauren.drawhorn@wickphillips.com>,
samantha.tandy@wickphillips.com<mailto:samantha.tandy@wickphillips.com>

Lauren Kessler Drawhorn on behalf of Interested Party NexPoint Multifamily Capital Trust, Inc.
lauren.drawhorn@wickphillips.com<mailto:lauren.drawhorn@wickphillips.com>,
samantha.tandy@wickphillips.com<mailto:samantha.tandy@wickphillips.com>

Lauren Kessler Drawhorn on behalf of Interested Party NexPoint Real Estate Advisors II, L.P.
lauren.drawhorn@wickphillips.com<mailto:lauren.drawhorn@wickphillips.com>,
samantha.tandy@wickphillips.com<mailto:samantha.tandy@wickphillips.com>

Lauren Kessler Drawhorn on behalf of Interested Party NexPoint Real Estate Advisors III, L.P.
lauren.drawhorn@wickphillips.com<mailto:lauren.drawhorn@wickphillips.com>,
samantha.tandy@wickphillips.com<mailto:samantha.tandy@wickphillips.com>

UBS021

Lauren Kessler Drawhorn on behalf of Interested Party NexPoint Real Estate Advisors IV, L.P.
lauren.drawhorn@wickphillips.com<mailto:lauren.drawhorn@wickphillips.com>,
samantha.tandy@wickphillips.com<mailto:samantha.tandy@wickphillips.com>

Lauren Kessler Drawhorn on behalf of Interested Party NexPoint Real Estate Advisors V, L.P.
lauren.drawhorn@wickphillips.com<mailto:lauren.drawhorn@wickphillips.com>,
samantha.tandy@wickphillips.com<mailto:samantha.tandy@wickphillips.com>

Lauren Kessler Drawhorn on behalf of Interested Party NexPoint Real Estate Advisors VI, L.P.
lauren.drawhorn@wickphillips.com<mailto:lauren.drawhorn@wickphillips.com>,
samantha.tandy@wickphillips.com<mailto:samantha.tandy@wickphillips.com>

Lauren Kessler Drawhorn on behalf of Interested Party NexPoint Real Estate Advisors VII, L.P.
lauren.drawhorn@wickphillips.com<mailto:lauren.drawhorn@wickphillips.com>,
samantha.tandy@wickphillips.com<mailto:samantha.tandy@wickphillips.com>

Lauren Kessler Drawhorn on behalf of Interested Party NexPoint Real Estate Advisors VIII, L.P.
lauren.drawhorn@wickphillips.com<mailto:lauren.drawhorn@wickphillips.com>,
samantha.tandy@wickphillips.com<mailto:samantha.tandy@wickphillips.com>

Lauren Kessler Drawhorn on behalf of Interested Party NexPoint Real Estate Advisors, L.P.
lauren.drawhorn@wickphillips.com<mailto:lauren.drawhorn@wickphillips.com>,
samantha.tandy@wickphillips.com<mailto:samantha.tandy@wickphillips.com>

Lauren Kessler Drawhorn on behalf of Interested Party NexPoint Real Estate Finance Inc.
lauren.drawhorn@wickphillips.com<mailto:lauren.drawhorn@wickphillips.com>,
samantha.tandy@wickphillips.com<mailto:samantha.tandy@wickphillips.com>

Lauren Kessler Drawhorn on behalf of Interested Party NexPoint Real Estate Partners, LLC
lauren.drawhorn@wickphillips.com<mailto:lauren.drawhorn@wickphillips.com>,
samantha.tandy@wickphillips.com<mailto:samantha.tandy@wickphillips.com>

Lauren Kessler Drawhorn on behalf of Interested Party NexPoint Residential Trust, Inc.
lauren.drawhorn@wickphillips.com<mailto:lauren.drawhorn@wickphillips.com>,
samantha.tandy@wickphillips.com<mailto:samantha.tandy@wickphillips.com>

Lauren Kessler Drawhorn on behalf of Interested Party Nexpoint Real Estate Capital, LLC
lauren.drawhorn@wickphillips.com<mailto:lauren.drawhorn@wickphillips.com>,
samantha.tandy@wickphillips.com<mailto:samantha.tandy@wickphillips.com>

Lauren Kessler Drawhorn on behalf of Interested Party VineBrook Homes, Trust, Inc.
lauren.drawhorn@wickphillips.com<mailto:lauren.drawhorn@wickphillips.com>,
samantha.tandy@wickphillips.com<mailto:samantha.tandy@wickphillips.com>

Vickie L. Driver on behalf of Creditor HarbourVest et al
Vickie.Driver@crowedunlevy.com<mailto:Vickie.Driver@crowedunlevy.com>,
crissie.stephenson@crowedunlevy.com;seth.sloan@crowedunlevy.com;elisa.weaver@crowedunlevy.com;ecf@crowedu
nlevy.com<mailto:crissie.stephenson@crowedunlevy.com;seth.sloan@crowedunlevy.com;elisa.weaver@crowedunlevy.
com;ecf@crowedunlevy.com>

Jonathan T. Edwards on behalf of Interested Party NexBank
jonathan.edwards@alston.com<mailto:jonathan.edwards@alston.com>

UBS022

Jason Alexander Enright on behalf of Creditor Acis Capital Management GP, LLC
jenright@winstead.com<mailto:jenright@winstead.com>

Jason Alexander Enright on behalf of Creditor Acis Capital Management, L.P.
jenright@winstead.com<mailto:jenright@winstead.com>

Robert Joel Feinstein on behalf of Debtor Highland Capital Management, L.P.
rfeinstein@pszjlaw.com<mailto:rfeinstein@pszjlaw.com>

Matthew Gold on behalf of Creditor Argo Partners
courts@argopartners.net<mailto:courts@argopartners.net>

Bojan Guzina on behalf of Creditor Committee Official Committee of Unsecured Creditors
bguzina@sidley.com<mailto:bguzina@sidley.com>

Margaret Michelle Hartmann on behalf of Interested Party CPCM, LLC
michelle.hartmann@bakermckenzie.com<mailto:michelle.hartmann@bakermckenzie.com>

Thomas G. Haskins, Jr. on behalf of Creditor NWCC, LLC
thaskins@btlaw.com<mailto:thaskins@btlaw.com>

Melissa S. Hayward on behalf of Debtor Highland Capital Management, L.P.
MHayward@HaywardFirm.com<mailto:MHayward@HaywardFirm.com>,
mholmes@HaywardFirm.com<mailto:mholmes@HaywardFirm.com>

Melissa S. Hayward on behalf of Plaintiff Highland Capital Management, L.P.
MHayward@HaywardFirm.com<mailto:MHayward@HaywardFirm.com>,
mholmes@HaywardFirm.com<mailto:mholmes@HaywardFirm.com>

Michael Scott Held on behalf of Creditor Crescent TC Investors, L.P.
mheld@jw.com<mailto:mheld@jw.com>, lcrumble@jw.com<mailto:lcrumble@jw.com>

Gregory Getty Hesse on behalf of Spec. Counsel Hunton Andrews Kurth LLP
ghesse@HuntonAK.com<mailto:ghesse@HuntonAK.com>,
astowe@HuntonAK.com;tcanada@HuntonAK.com;creeves@HuntonAK.com<mailto:astowe@HuntonAK.com;tcanada@HuntonAK.com;creeves@HuntonAK.com>

Juliana Hoffman on behalf of Creditor Committee Official Committee of Unsecured Creditors
jhoffman@sidley.com<mailto:jhoffman@sidley.com>, txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com<mailto:txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com>

Juliana Hoffman on behalf of Debtor Highland Capital Management, L.P.
jhoffman@sidley.com<mailto:jhoffman@sidley.com>, txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com<mailto:txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com>

Juliana Hoffman on behalf of Financial Advisor FTI Consulting, Inc.
jhoffman@sidley.com<mailto:jhoffman@sidley.com>, txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com<mailto:txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com>

Juliana Hoffman on behalf of Interested Party Committee of Unsecured Creditors

UBS023

jhoffman@sidley.com<mailto:jhoffman@sidley.com>, txefilingnotice@sidley.com;julianna-hoffman-
8287@ecf.pacerpro.com<mailto:txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com>

Juliana Hoffman on behalf of Interested Party UBS AG London Branch
jhoffman@sidley.com<mailto:jhoffman@sidley.com>, txefilingnotice@sidley.com;julianna-hoffman-
8287@ecf.pacerpro.com<mailto:txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com>

Juliana Hoffman on behalf of Interested Party UBS Securities LLC
jhoffman@sidley.com<mailto:jhoffman@sidley.com>, txefilingnotice@sidley.com;julianna-hoffman-
8287@ecf.pacerpro.com<mailto:txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com>

A. Lee Hogewood, III on behalf of Defendant Highland Capital Management Fund Advisors, L.P.
lee.hogewood@klgates.com<mailto:lee.hogewood@klgates.com>,
haley.fields@klgates.com;matthew.houston@klgates.com;mary-
beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.c
om<mailto:haley.fields@klgates.com;matthew.houston@klgates.com;mary-
beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.c
om>

A. Lee Hogewood, III on behalf of Defendant Highland Income Fund
lee.hogewood@klgates.com<mailto:lee.hogewood@klgates.com>,
haley.fields@klgates.com;matthew.houston@klgates.com;mary-
beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.c
om<mailto:haley.fields@klgates.com;matthew.houston@klgates.com;mary-
beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.c
om>

A. Lee Hogewood, III on behalf of Defendant NexPoint Advisors, L.P.
lee.hogewood@klgates.com<mailto:lee.hogewood@klgates.com>,
haley.fields@klgates.com;matthew.houston@klgates.com;mary-
beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.c
om<mailto:haley.fields@klgates.com;matthew.houston@klgates.com;mary-
beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.c
om>

A. Lee Hogewood, III on behalf of Defendant NexPoint Capital, Inc.
lee.hogewood@klgates.com<mailto:lee.hogewood@klgates.com>,
haley.fields@klgates.com;matthew.houston@klgates.com;mary-
beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.c
om<mailto:haley.fields@klgates.com;matthew.houston@klgates.com;mary-
beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.c
om>

A. Lee Hogewood, III on behalf of Defendant NexPoint Strategic Opportunities Fund
lee.hogewood@klgates.com<mailto:lee.hogewood@klgates.com>,
haley.fields@klgates.com;matthew.houston@klgates.com;mary-
beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.c
om<mailto:haley.fields@klgates.com;matthew.houston@klgates.com;mary-
beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.c
om>

A. Lee Hogewood, III on behalf of Interested Party Highland Capital Management Fund Advisors, L.P.

UBS024

lee.hogewood@klgates.com<mailto:lee.hogewood@klgates.com>,
haley.fields@klgates.com;matthew.houston@klgates.com;mary-
beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.c
om<mailto:haley.fields@klgates.com;matthew.houston@klgates.com;mary-
beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.c
om>


A. Lee Hogewood, III on behalf of Interested Party Highland Fixed Income Fund
lee.hogewood@klgates.com<mailto:lee.hogewood@klgates.com>,
haley.fields@klgates.com;matthew.houston@klgates.com;mary-
beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.c
om<mailto:haley.fields@klgates.com;matthew.houston@klgates.com;mary-
beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.c
om>


A. Lee Hogewood, III on behalf of Interested Party Highland Funds I and its series
lee.hogewood@klgates.com<mailto:lee.hogewood@klgates.com>,
haley.fields@klgates.com;matthew.houston@klgates.com;mary-
beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.c
om<mailto:haley.fields@klgates.com;matthew.houston@klgates.com;mary-
beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.c
om>


A. Lee Hogewood, III on behalf of Interested Party Highland Funds II and its series
lee.hogewood@klgates.com<mailto:lee.hogewood@klgates.com>,
haley.fields@klgates.com;matthew.houston@klgates.com;mary-
beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.c
om<mailto:haley.fields@klgates.com;matthew.houston@klgates.com;mary-
beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.c
om>


A. Lee Hogewood, III on behalf of Interested Party Highland Global Allocation Fund
lee.hogewood@klgates.com<mailto:lee.hogewood@klgates.com>,
haley.fields@klgates.com;matthew.houston@klgates.com;mary-
beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.c
om<mailto:haley.fields@klgates.com;matthew.houston@klgates.com;mary-
beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.c
om>


A. Lee Hogewood, III on behalf of Interested Party Highland Healthcare Opportunities Fund
lee.hogewood@klgates.com<mailto:lee.hogewood@klgates.com>,
haley.fields@klgates.com;matthew.houston@klgates.com;mary-
beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.c
om<mailto:haley.fields@klgates.com;matthew.houston@klgates.com;mary-
beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.c
om>


A. Lee Hogewood, III on behalf of Interested Party Highland Income Fund
lee.hogewood@klgates.com<mailto:lee.hogewood@klgates.com>,
haley.fields@klgates.com;matthew.houston@klgates.com;mary-
beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.c
om<mailto:haley.fields@klgates.com;matthew.houston@klgates.com;mary-

UBS025

beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.c
om>

A. Lee Hogewood, III on behalf of Interested Party Highland Merger Arbitrage Fund
lee.hogewood@klgates.com<mailto:lee.hogewood@klgates.com>,
haley.fields@klgates.com;matthew.houston@klgates.com;mary-
beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.c
om<mailto:haley.fields@klgates.com;matthew.houston@klgates.com;mary-
beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.c
om>

A. Lee Hogewood, III on behalf of Interested Party Highland Opportunistic Credit Fund
lee.hogewood@klgates.com<mailto:lee.hogewood@klgates.com>,
haley.fields@klgates.com;matthew.houston@klgates.com;mary-
beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.c
om<mailto:haley.fields@klgates.com;matthew.houston@klgates.com;mary-
beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.c
om>

A. Lee Hogewood, III on behalf of Interested Party Highland Small-Cap Equity Fund
lee.hogewood@klgates.com<mailto:lee.hogewood@klgates.com>,
haley.fields@klgates.com;matthew.houston@klgates.com;mary-
beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.c
om<mailto:haley.fields@klgates.com;matthew.houston@klgates.com;mary-
beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.c
om>

A. Lee Hogewood, III on behalf of Interested Party Highland Socially Responsible Equity Fund
lee.hogewood@klgates.com<mailto:lee.hogewood@klgates.com>,
haley.fields@klgates.com;matthew.houston@klgates.com;mary-
beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.c
om<mailto:haley.fields@klgates.com;matthew.houston@klgates.com;mary-
beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.c
om>

A. Lee Hogewood, III on behalf of Interested Party Highland Total Return Fund
lee.hogewood@klgates.com<mailto:lee.hogewood@klgates.com>,
haley.fields@klgates.com;matthew.houston@klgates.com;mary-
beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.c
om<mailto:haley.fields@klgates.com;matthew.houston@klgates.com;mary-
beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.c
om>

A. Lee Hogewood, III on behalf of Interested Party Highland/iBoxx Senior Loan ETF
lee.hogewood@klgates.com<mailto:lee.hogewood@klgates.com>,
haley.fields@klgates.com;matthew.houston@klgates.com;mary-
beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.c
om<mailto:haley.fields@klgates.com;matthew.houston@klgates.com;mary-
beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.c
om>

A. Lee Hogewood, III on behalf of Interested Party NexPoint Advisors, L.P.

**UBS026**

lee.hogewood@klgates.com<mailto:lee.hogewood@klgates.com>,
haley.fields@klgates.com;matthew.houston@klgates.com;mary-
beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.c
om<mailto:haley.fields@klgates.com;matthew.houston@klgates.com;mary-
beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.c
om>

A. Lee Hogewood, III on behalf of Interested Party NexPoint Capital, Inc.
lee.hogewood@klgates.com<mailto:lee.hogewood@klgates.com>,
haley.fields@klgates.com;matthew.houston@klgates.com;mary-
beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.c
om<mailto:haley.fields@klgates.com;matthew.houston@klgates.com;mary-
beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.c
om>

A. Lee Hogewood, III on behalf of Interested Party NexPoint Real Estate Strategies Fund
lee.hogewood@klgates.com<mailto:lee.hogewood@klgates.com>,
haley.fields@klgates.com;matthew.houston@klgates.com;mary-
beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.c
om<mailto:haley.fields@klgates.com;matthew.houston@klgates.com;mary-
beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.c
om>

A. Lee Hogewood, III on behalf of Interested Party NexPoint Strategic Opportunities Fund
lee.hogewood@klgates.com<mailto:lee.hogewood@klgates.com>,
haley.fields@klgates.com;matthew.houston@klgates.com;mary-
beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.c
om<mailto:haley.fields@klgates.com;matthew.houston@klgates.com;mary-
beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.c
om>

Warren Horn on behalf of Creditor Get Good Trust
whorn@hellerdraper.com<mailto:whorn@hellerdraper.com>,
dhepting@hellerdraper.com;vgamble@hellerdraper.com<mailto:dhepting@hellerdraper.com;vgamble@hellerdraper.co
m>

Warren Horn on behalf of Creditor The Dugaboy Investment Trust
whorn@hellerdraper.com<mailto:whorn@hellerdraper.com>,
dhepting@hellerdraper.com;vgamble@hellerdraper.com<mailto:dhepting@hellerdraper.com;vgamble@hellerdraper.co
m>

John J. Kane on behalf of Creditor CLO Holdco, Ltd.
jkane@krcl.com<mailto:jkane@krcl.com>,
ecf@krcl.com;jkane@ecf.courtdrive.com<mailto:ecf@krcl.com;jkane@ecf.courtdrive.com>

John J. Kane on behalf of Defendant CLO Holdco, Ltd.
jkane@krcl.com<mailto:jkane@krcl.com>,
ecf@krcl.com;jkane@ecf.courtdrive.com<mailto:ecf@krcl.com;jkane@ecf.courtdrive.com>

Jason Patrick Kathman on behalf of Creditor Davis Deadman

UBS027

jkathman@spencerfane.com<mailto:jkathman@spencerfane.com>,
gpronske@spencerfane.com;mclontz@spencerfane.com;lvargas@spencerfane.com<mailto:gpronske@spencerfane.co
m;mclontz@spencerfane.com;lvargas@spencerfane.com>

Jason Patrick Kathman on behalf of Creditor Patrick Daugherty
jkathman@spencerfane.com<mailto:jkathman@spencerfane.com>,
gpronske@spencerfane.com;mclontz@spencerfane.com;lvargas@spencerfane.com<mailto:gpronske@spencerfane.co
m;mclontz@spencerfane.com;lvargas@spencerfane.com>

Jason Patrick Kathman on behalf of Creditor Paul Kauffman
jkathman@spencerfane.com<mailto:jkathman@spencerfane.com>,
gpronske@spencerfane.com;mclontz@spencerfane.com;lvargas@spencerfane.com<mailto:gpronske@spencerfane.co
m;mclontz@spencerfane.com;lvargas@spencerfane.com>

Jason Patrick Kathman on behalf of Creditor Todd Travers
jkathman@spencerfane.com<mailto:jkathman@spencerfane.com>,
gpronske@spencerfane.com;mclontz@spencerfane.com;lvargas@spencerfane.com<mailto:gpronske@spencerfane.co
m;mclontz@spencerfane.com;lvargas@spencerfane.com>

Jason Patrick Kathman on behalf of Defendant Patrick Daugherty
jkathman@spencerfane.com<mailto:jkathman@spencerfane.com>,
gpronske@spencerfane.com;mclontz@spencerfane.com;lvargas@spencerfane.com<mailto:gpronske@spencerfane.co
m;mclontz@spencerfane.com;lvargas@spencerfane.com>

Jason Patrick Kathman on behalf of Defendant Patrick Hagaman Daugherty
jkathman@spencerfane.com<mailto:jkathman@spencerfane.com>,
gpronske@spencerfane.com;mclontz@spencerfane.com;lvargas@spencerfane.com<mailto:gpronske@spencerfane.co
m;mclontz@spencerfane.com;lvargas@spencerfane.com>

Edwin Paul Keiffer on behalf of Creditor Atlas IDF, GP, LLC
pkeiffer@romclaw.com<mailto:pkeiffer@romclaw.com>, bwallace@romclaw.com<mailto:bwallace@romclaw.com>

Edwin Paul Keiffer on behalf of Creditor Atlas IDF, LP
pkeiffer@romclaw.com<mailto:pkeiffer@romclaw.com>, bwallace@romclaw.com<mailto:bwallace@romclaw.com>

Edwin Paul Keiffer on behalf of Creditor Beacon Mountain, LLC
pkeiffer@romclaw.com<mailto:pkeiffer@romclaw.com>, bwallace@romclaw.com<mailto:bwallace@romclaw.com>

Edwin Paul Keiffer on behalf of Creditor Hunter Mountain Investment Trust
pkeiffer@romclaw.com<mailto:pkeiffer@romclaw.com>, bwallace@romclaw.com<mailto:bwallace@romclaw.com>

Edwin Paul Keiffer on behalf of Creditor John Honis
pkeiffer@romclaw.com<mailto:pkeiffer@romclaw.com>, bwallace@romclaw.com<mailto:bwallace@romclaw.com>

Edwin Paul Keiffer on behalf of Creditor Rand Advisors, LLC
pkeiffer@romclaw.com<mailto:pkeiffer@romclaw.com>, bwallace@romclaw.com<mailto:bwallace@romclaw.com>

Edwin Paul Keiffer on behalf of Creditor Rand PE Fund I, LP
pkeiffer@romclaw.com<mailto:pkeiffer@romclaw.com>, bwallace@romclaw.com<mailto:bwallace@romclaw.com>

Edwin Paul Keiffer on behalf of Creditor Rand PE Fund Management, LLC
pkeiffer@romclaw.com<mailto:pkeiffer@romclaw.com>, bwallace@romclaw.com<mailto:bwallace@romclaw.com>

UBS028

Edwin Paul Keiffer on behalf of Defendant Hunter Mountain Investment Trust
pkeiffer@romclaw.com<mailto:pkeiffer@romclaw.com>, bwallace@romclaw.com<mailto:bwallace@romclaw.com>

Edwin Paul Keiffer on behalf of Interested Party Hunter Mountain Trust
pkeiffer@romclaw.com<mailto:pkeiffer@romclaw.com>, bwallace@romclaw.com<mailto:bwallace@romclaw.com>

Jeffrey Kurtzman on behalf of Creditor BET Investments II, L.P.
kurtzman@kurtzmansteady.com<mailto:kurtzman@kurtzmansteady.com>

Phillip L. Lamberson on behalf of Creditor Acis Capital Management GP, LLC
plamberson@winstead.com<mailto:plamberson@winstead.com>

Phillip L. Lamberson on behalf of Creditor Acis Capital Management, L.P.
plamberson@winstead.com<mailto:plamberson@winstead.com>

Lisa L. Lambert on behalf of U.S. Trustee United States Trustee
lisa.l.lambert@usdoj.gov<mailto:lisa.l.lambert@usdoj.gov>

Michael Justin Lang on behalf of Interested Party James Dondero
mlang@cwl.law<mailto:mlang@cwl.law>,
nvazquez@cwl.law;aohlinger@cwl.law;jgonzales@cwl.law;vpatterson@cwl.law<mailto:nvazquez@cwl.law;aohlinger@cwl.law;jgonzales@cwl.law;vpatterson@cwl.law>

Paul M. Lopez on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR
bankruptcy@abernathy-law.com<mailto:bankruptcy@abernathy-law.com>

Faheem A. Mahmooth on behalf of Creditor Pension Benefit Guaranty Corporation
mahmooth.faheem@pbgc.gov<mailto:mahmooth.faheem@pbgc.gov>, efile@pbgc.gov<mailto:efile@pbgc.gov>

Ryan E. Manns on behalf of Interested Party UBS AG London Branch
ryan.manns@nortonrosefulbright.com<mailto:ryan.manns@nortonrosefulbright.com>

Ryan E. Manns on behalf of Interested Party UBS Securities LLC
ryan.manns@nortonrosefulbright.com<mailto:ryan.manns@nortonrosefulbright.com>

Thomas M. Melsheimer on behalf of Creditor Frank Waterhouse, Scott B. Ellington, Isaac Leventon, Jean Paul Sevilla, Hunter Covitz and Thomas Surgent
tmelsheimer@winston.com<mailto:tmelsheimer@winston.com>, tom-melsheimer-7823@ecf.pacerpro.com<mailto:tom-melsheimer-7823@ecf.pacerpro.com>

Paige Holden Montgomery on behalf of Creditor Committee Official Committee of Unsecured Creditors
pmontgomery@sidley.com<mailto:pmontgomery@sidley.com>, txefilingnotice@sidley.com;paige-montgomery-7756@ecf.pacerpro.com;crognes@sidley.com;ebromagen@sidley.com;efilingnotice@sidley.com<mailto:txefilingnotice@sidley.com;paige-montgomery-7756@ecf.pacerpro.com;crognes@sidley.com;ebromagen@sidley.com;efilingnotice@sidley.com>

Paige Holden Montgomery on behalf of Interested Party Committee of Unsecured Creditors
pmontgomery@sidley.com<mailto:pmontgomery@sidley.com>, txefilingnotice@sidley.com;paige-montgomery-7756@ecf.pacerpro.com;crognes@sidley.com;ebromagen@sidley.com;efilingnotice@sidley.com<mailto:txefilingnotice@sidley.com;paige-montgomery-7756@ecf.pacerpro.com;crognes@sidley.com;ebromagen@sidley.com;efilingnotice@sidley.com>

UBS029

Paige Holden Montgomery on behalf of Plaintiff Official Committee of Unsecured Creditors
pmontgomery@sidley.com<mailto:pmontgomery@sidley.com>, txefilingnotice@sidley.com;paige-montgomery-
7756@ecf.pacerpro.com;crognes@sidley.com;ebromagen@sidley.com;efilingnotice@sidley.com<mailto:txefilingnotice
@sidley.com;paige-montgomery-
7756@ecf.pacerpro.com;crognes@sidley.com;ebromagen@sidley.com;efilingnotice@sidley.com>

J. Seth Moore on behalf of Creditor Siepe, LLC
smoore@ctstlaw.com<mailto:smoore@ctstlaw.com>, jsteele@ctstlaw.com<mailto:jsteele@ctstlaw.com>

John A. Morris on behalf of Debtor Highland Capital Management, L.P.
jmorris@pszjlaw.com<mailto:jmorris@pszjlaw.com>

Edmon L. Morton on behalf of Creditor Committee Official Committee of Unsecured Creditors
emorton@ycst.com<mailto:emorton@ycst.com>

Holland N. O'Neil on behalf of Spec. Counsel Foley Gardere, Foley & Lardner LLP
honeil@foley.com<mailto:honeil@foley.com>, jcharrison@foley.com;acordero@foley.com;holly-holland-oneil-
3540@ecf.pacerpro.com<mailto:jcharrison@foley.com;acordero@foley.com;holly-holland-oneil-
3540@ecf.pacerpro.com>

Rakhee V. Patel on behalf of Creditor Acis Capital Management GP, LLC
rpatel@winstead.com<mailto:rpatel@winstead.com>,
dgalindo@winstead.com;achiarello@winstead.com<mailto:dgalindo@winstead.com;achiarello@winstead.com>

Rakhee V. Patel on behalf of Creditor Acis Capital Management, L.P.
rpatel@winstead.com<mailto:rpatel@winstead.com>,
dgalindo@winstead.com;achiarello@winstead.com<mailto:dgalindo@winstead.com;achiarello@winstead.com>

Charles Martin Persons, Jr. on behalf of Creditor Committee Official Committee of Unsecured Creditors
cpersons@sidley.com<mailto:cpersons@sidley.com>

Mark A. Platt on behalf of Interested Party Redeemer Committee of the Highland Crusader Fund
mplatt@fbtlaw.com<mailto:mplatt@fbtlaw.com>, aortiz@fbtlaw.com<mailto:aortiz@fbtlaw.com>

Jeffrey Nathan Pomerantz on behalf of Debtor Highland Capital Management, L.P.
jpomerantz@pszjlaw.com<mailto:jpomerantz@pszjlaw.com>

Kimberly A. Posin on behalf of Interested Party UBS AG London Branch
kim.posin@lw.com<mailto:kim.posin@lw.com>, colleen.rico@lw.com<mailto:colleen.rico@lw.com>

Kimberly A. Posin on behalf of Interested Party UBS Securities LLC
kim.posin@lw.com<mailto:kim.posin@lw.com>, colleen.rico@lw.com<mailto:colleen.rico@lw.com>

Jeff P. Prostok on behalf of Creditor Acis Capital Management GP, LLC
jprostok@forsheyprostok.com<mailto:jprostok@forsheyprostok.com>,
lbreedlove@forsheyprostok.com;calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.cour
tdrive.com<mailto:lbreedlove@forsheyprostok.com;calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com
;jprostok@ecf.courtdrive.com>

Jeff P. Prostok on behalf of Creditor Acis Capital Management, L.P.

UBS030

jprostok@forsheyprostok.com<mailto:jprostok@forsheyprostok.com>,
lbreedlove@forsheyprostok.com;calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.cour
tdrive.com<mailto:lbreedlove@forsheyprostok.com;calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com
;jprostok@ecf.courtdrive.com>

Linda D. Reece on behalf of Creditor City of Garland
lreece@pbfcm.com<mailto:lreece@pbfcm.com>

Linda D. Reece on behalf of Creditor Garland ISD
lreece@pbfcm.com<mailto:lreece@pbfcm.com>

Linda D. Reece on behalf of Creditor Wylie ISD
lreece@pbfcm.com<mailto:lreece@pbfcm.com>

Penny Packard Reid on behalf of Creditor Committee Official Committee of Unsecured Creditors
preid@sidley.com<mailto:preid@sidley.com>, txfilingnotice@sidley.com;penny-reid-
4098@ecf.pacerpro.com;ncade@sidley.com<mailto:txfilingnotice@sidley.com;penny-reid-
4098@ecf.pacerpro.com;ncade@sidley.com>

Suzanne K. Rosen on behalf of Creditor Acis Capital Management GP, LLC
srosen@forsheyprostok.com<mailto:srosen@forsheyprostok.com>,
lbreedlove@forsheyprostok.com;calendar@forsheyprostok.com;srosen@ecf.courtdrive.com;calendar_0573@ecf.court
drive.com<mailto:lbreedlove@forsheyprostok.com;calendar@forsheyprostok.com;srosen@ecf.courtdrive.com;calendar
_0573@ecf.courtdrive.com>

Suzanne K. Rosen on behalf of Creditor Acis Capital Management, L.P.
srosen@forsheyprostok.com<mailto:srosen@forsheyprostok.com>,
lbreedlove@forsheyprostok.com;calendar@forsheyprostok.com;srosen@ecf.courtdrive.com;calendar_0573@ecf.court
drive.com<mailto:lbreedlove@forsheyprostok.com;calendar@forsheyprostok.com;srosen@ecf.courtdrive.com;calendar
_0573@ecf.courtdrive.com>

Davor Rukavina on behalf of Defendant Highland Capital Management Fund Advisors, L.P.
drukavina@munsch.com<mailto:drukavina@munsch.com>

Davor Rukavina on behalf of Defendant Highland Income Fund
drukavina@munsch.com<mailto:drukavina@munsch.com>

Davor Rukavina on behalf of Defendant NexPoint Advisors, L.P.
drukavina@munsch.com<mailto:drukavina@munsch.com>

Davor Rukavina on behalf of Defendant NexPoint Capital, Inc.
drukavina@munsch.com<mailto:drukavina@munsch.com>

Davor Rukavina on behalf of Defendant NexPoint Strategic Opportunities Fund
drukavina@munsch.com<mailto:drukavina@munsch.com>

Davor Rukavina on behalf of Interested Party Highland Capital Management Fund Advisors, L.P.
drukavina@munsch.com<mailto:drukavina@munsch.com>

Davor Rukavina on behalf of Interested Party Highland Fixed Income Fund
drukavina@munsch.com<mailto:drukavina@munsch.com>

UBS031

Davor Rukavina on behalf of Interested Party Highland Funds I and its series
drukavina@munsch.com<mailto:drukavina@munsch.com>

Davor Rukavina on behalf of Interested Party Highland Funds II and its series
drukavina@munsch.com<mailto:drukavina@munsch.com>

Davor Rukavina on behalf of Interested Party Highland Global Allocation Fund
drukavina@munsch.com<mailto:drukavina@munsch.com>

Davor Rukavina on behalf of Interested Party Highland Healthcare Opportunities Fund
drukavina@munsch.com<mailto:drukavina@munsch.com>

Davor Rukavina on behalf of Interested Party Highland Income Fund
drukavina@munsch.com<mailto:drukavina@munsch.com>

Davor Rukavina on behalf of Interested Party Highland Merger Arbitrage Fund
drukavina@munsch.com<mailto:drukavina@munsch.com>

Davor Rukavina on behalf of Interested Party Highland Opportunistic Credit Fund
drukavina@munsch.com<mailto:drukavina@munsch.com>

Davor Rukavina on behalf of Interested Party Highland Small-Cap Equity Fund
drukavina@munsch.com<mailto:drukavina@munsch.com>

Davor Rukavina on behalf of Interested Party Highland Socially Responsible Equity Fund
drukavina@munsch.com<mailto:drukavina@munsch.com>

Davor Rukavina on behalf of Interested Party Highland Total Return Fund
drukavina@munsch.com<mailto:drukavina@munsch.com>

Davor Rukavina on behalf of Interested Party Highland/iBoxx Senior Loan ETF
drukavina@munsch.com<mailto:drukavina@munsch.com>

Davor Rukavina on behalf of Interested Party NexPoint Advisors, L.P.
drukavina@munsch.com<mailto:drukavina@munsch.com>

Davor Rukavina on behalf of Interested Party NexPoint Capital, Inc.
drukavina@munsch.com<mailto:drukavina@munsch.com>

Davor Rukavina on behalf of Interested Party NexPoint Real Estate Strategies Fund
drukavina@munsch.com<mailto:drukavina@munsch.com>

Davor Rukavina on behalf of Interested Party NexPoint Strategic Opportunities Fund
drukavina@munsch.com<mailto:drukavina@munsch.com>

Amanda Melanie Rush on behalf of Interested Party CCS Medical, Inc.
asrush@jonesday.com<mailto:asrush@jonesday.com>

Alyssa Russell on behalf of Creditor Committee Official Committee of Unsecured Creditors
alyssa.russell@sidley.com<mailto:alyssa.russell@sidley.com>

Douglas J. Schneller on behalf of Creditor Contrarian Funds LLC

UBS032

douglas.schneller@rimonlaw.com<mailto:douglas.schneller@rimonlaw.com>

Brian Patrick Shaw on behalf of Creditor Acis Capital Management GP, LLC
shaw@roggedunngroup.com<mailto:shaw@roggedunngroup.com>,
cashion@roggedunngroup.com;jones@roggedunngroup.com<mailto:cashion@roggedunn
group.com>

Brian Patrick Shaw on behalf of Creditor Acis Capital Management, L.P.
shaw@roggedunngroup.com<mailto:shaw@roggedunngroup.com>,
cashion@roggedunngroup.com;jones@roggedunngroup.com<mailto:cashion@roggedunn
group.com>

Brian Patrick Shaw on behalf of Creditor Jennifer G. Terry
shaw@roggedunngroup.com<mailto:shaw@roggedunngroup.com>,
cashion@roggedunngroup.com;jones@roggedunngroup.com<mailto:cashion@roggedunn
group.com>

Brian Patrick Shaw on behalf of Creditor Joshua Terry
shaw@roggedunngroup.com<mailto:shaw@roggedunngroup.com>,
cashion@roggedunngroup.com;jones@roggedunngroup.com<mailto:cashion@roggedunn
group.com>

Michelle E. Shriro on behalf of Interested Party California Public Employees Retirement System (CalPERS)
mshriro@singerlevick.com<mailto:mshriro@singerlevick.com>,
scotton@singerlevick.com;tguillory@singerlevick.com<mailto:scotton@singerlevick.com;tguillory@singerlevick.com>

Nicole Skolnekovich on behalf of Interested Party Hunton Andrews Kurth LLP
nskolnekovich@hunton.com<mailto:nskolnekovich@hunton.com>,
plozano@huntonak.com;astowe@huntonak.com;creeves@huntonak.com<mailto:plozano@huntonak.com;astowe@hu
ntonak.com;creeves@huntonak.com>

Jared M. Slade on behalf of Interested Party NexBank
jared.slade@alston.com<mailto:jared.slade@alston.com>

Frances Anne Smith on behalf of Creditor Scott Ellington, Thomas Surgent, Frank Waterhouse, Isaac Leventon
frances.smith@judithwross.com<mailto:frances.smith@judithwross.com>,
michael.coulombe@judithwross.com<mailto:michael.coulombe@judithwross.com>

Eric A. Soderlund on behalf of Creditor Frank Waterhouse, Scott B. Ellington, Isaac Leventon, Jean Paul Sevilla, Hunter
Covitz and Thomas Surgent
eric.soderlund@judithwross.com<mailto:eric.soderlund@judithwross.com>

Eric A. Soderlund on behalf of Creditor Scott Ellington, Thomas Surgent, Frank Waterhouse, Isaac Leventon
eric.soderlund@judithwross.com<mailto:eric.soderlund@judithwross.com>

Martin A. Sosland on behalf of Interested Party UBS AG London Branch
martin.sosland@butlersnow.com<mailto:martin.sosland@butlersnow.com>,
ecf.notices@butlersnow.com,velvet.johnson@butlersnow.com<mailto:ecf.notices@butlersnow.com,velvet.johnson@b
utlersnow.com>

Martin A. Sosland on behalf of Interested Party UBS Securities LLC

**UBS033**

martin.sosland@butlersnow.com<mailto:martin.sosland@butlersnow.com>,
ecf.notices@butlersnow.com,velvet.johnson@butlersnow.com<mailto:ecf.notices@butlersnow.com,velvet.johnson@butlersnow.com>

Martin A. Sosland on behalf of Plaintiff UBS AG London Branch
martin.sosland@butlersnow.com<mailto:martin.sosland@butlersnow.com>,
ecf.notices@butlersnow.com,velvet.johnson@butlersnow.com<mailto:ecf.notices@butlersnow.com,velvet.johnson@butlersnow.com>

Martin A. Sosland on behalf of Plaintiff UBS Securities LLC
martin.sosland@butlersnow.com<mailto:martin.sosland@butlersnow.com>,
ecf.notices@butlersnow.com,velvet.johnson@butlersnow.com<mailto:ecf.notices@butlersnow.com,velvet.johnson@butlersnow.com>

Laurie A. Spindler on behalf of Creditor Allen ISD
Laurie.Spindler@lgbs.com<mailto:Laurie.Spindler@lgbs.com>, Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com<mailto:Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com>

Laurie A. Spindler on behalf of Creditor City of Allen
Laurie.Spindler@lgbs.com<mailto:Laurie.Spindler@lgbs.com>, Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com<mailto:Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com>

Laurie A. Spindler on behalf of Creditor City of Richardson
Laurie.Spindler@lgbs.com<mailto:Laurie.Spindler@lgbs.com>, Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com<mailto:Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com>

Laurie A. Spindler on behalf of Creditor Dallas County
Laurie.Spindler@lgbs.com<mailto:Laurie.Spindler@lgbs.com>, Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com<mailto:Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com>

Laurie A. Spindler on behalf of Creditor Grayson County
Laurie.Spindler@lgbs.com<mailto:Laurie.Spindler@lgbs.com>, Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com<mailto:Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com>

Laurie A. Spindler on behalf of Creditor Irving ISD
Laurie.Spindler@lgbs.com<mailto:Laurie.Spindler@lgbs.com>, Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com<mailto:Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com>

Laurie A. Spindler on behalf of Creditor Kaufman County
Laurie.Spindler@lgbs.com<mailto:Laurie.Spindler@lgbs.com>, Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com<mailto:Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com>

Laurie A. Spindler on behalf of Creditor Tarrant County
Laurie.Spindler@lgbs.com<mailto:Laurie.Spindler@lgbs.com>, Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com<mailto:Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com>

Jonathan D. Sundheimer on behalf of Creditor NWCC, LLC
jsundhimer@btlaw.com<mailto:jsundhimer@btlaw.com>

Kesha Tanabe on behalf of Creditor Cedar Glade LP
kesha@tanabelaw.com<mailto:kesha@tanabelaw.com>

UBS034

Clay M. Taylor on behalf of Interested Party James Dondero
clay.taylor@bondsellis.com<mailto:clay.taylor@bondsellis.com>,
krista.hillman@bondsellis.com<mailto:krista.hillman@bondsellis.com>

Chad D. Timmons on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR
bankruptcy@abernathy-law.com<mailto:bankruptcy@abernathy-law.com>

Dennis M. Twomey on behalf of Creditor Committee Official Committee of Unsecured Creditors
dtwomey@sidley.com<mailto:dtwomey@sidley.com>

Basil A. Umari on behalf of Interested Party Meta-e Discovery, LLC
BUmari@dykema.com<mailto:BUmari@dykema.com>, pelliott@dykema.com<mailto:pelliott@dykema.com>

United States Trustee
ustpregion06.da.ecf@usdoj.gov<mailto:ustpregion06.da.ecf@usdoj.gov>

Artoush Varshosaz on behalf of Defendant Highland Capital Management Fund Advisors, L.P.
artoush.varshosaz@klgates.com<mailto:artoush.varshosaz@klgates.com>,
Julie.garrett@klgates.com<mailto:Julie.garrett@klgates.com>

Artoush Varshosaz on behalf of Defendant Highland Income Fund
artoush.varshosaz@klgates.com<mailto:artoush.varshosaz@klgates.com>,
Julie.garrett@klgates.com<mailto:Julie.garrett@klgates.com>

Artoush Varshosaz on behalf of Defendant NexPoint Advisors, L.P.
artoush.varshosaz@klgates.com<mailto:artoush.varshosaz@klgates.com>,
Julie.garrett@klgates.com<mailto:Julie.garrett@klgates.com>

Artoush Varshosaz on behalf of Defendant NexPoint Capital, Inc.
artoush.varshosaz@klgates.com<mailto:artoush.varshosaz@klgates.com>,
Julie.garrett@klgates.com<mailto:Julie.garrett@klgates.com>

Artoush Varshosaz on behalf of Defendant NexPoint Strategic Opportunities Fund
artoush.varshosaz@klgates.com<mailto:artoush.varshosaz@klgates.com>,
Julie.garrett@klgates.com<mailto:Julie.garrett@klgates.com>

Artoush Varshosaz on behalf of Interested Party Highland Capital Management Fund Advisors, L.P.
artoush.varshosaz@klgates.com<mailto:artoush.varshosaz@klgates.com>,
Julie.garrett@klgates.com<mailto:Julie.garrett@klgates.com>

Artoush Varshosaz on behalf of Interested Party Highland Fixed Income Fund
artoush.varshosaz@klgates.com<mailto:artoush.varshosaz@klgates.com>,
Julie.garrett@klgates.com<mailto:Julie.garrett@klgates.com>

Artoush Varshosaz on behalf of Interested Party Highland Funds I and its series
artoush.varshosaz@klgates.com<mailto:artoush.varshosaz@klgates.com>,
Julie.garrett@klgates.com<mailto:Julie.garrett@klgates.com>

Artoush Varshosaz on behalf of Interested Party Highland Funds II and its series
artoush.varshosaz@klgates.com<mailto:artoush.varshosaz@klgates.com>,
Julie.garrett@klgates.com<mailto:Julie.garrett@klgates.com>

UBS035

Artoush Varshosaz on behalf of Interested Party Highland Global Allocation Fund
artoush.varshosaz@klgates.com<mailto:artoush.varshosaz@klgates.com>,
Julie.garrett@klgates.com<mailto:Julie.garrett@klgates.com>

Artoush Varshosaz on behalf of Interested Party Highland Healthcare Opportunities Fund
artoush.varshosaz@klgates.com<mailto:artoush.varshosaz@klgates.com>,
Julie.garrett@klgates.com<mailto:Julie.garrett@klgates.com>

Artoush Varshosaz on behalf of Interested Party Highland Income Fund
artoush.varshosaz@klgates.com<mailto:artoush.varshosaz@klgates.com>,
Julie.garrett@klgates.com<mailto:Julie.garrett@klgates.com>

Artoush Varshosaz on behalf of Interested Party Highland Merger Arbitrage Fund
artoush.varshosaz@klgates.com<mailto:artoush.varshosaz@klgates.com>,
Julie.garrett@klgates.com<mailto:Julie.garrett@klgates.com>

Artoush Varshosaz on behalf of Interested Party Highland Opportunistic Credit Fund
artoush.varshosaz@klgates.com<mailto:artoush.varshosaz@klgates.com>,
Julie.garrett@klgates.com<mailto:Julie.garrett@klgates.com>

Artoush Varshosaz on behalf of Interested Party Highland Small-Cap Equity Fund
artoush.varshosaz@klgates.com<mailto:artoush.varshosaz@klgates.com>,
Julie.garrett@klgates.com<mailto:Julie.garrett@klgates.com>

Artoush Varshosaz on behalf of Interested Party Highland Socially Responsible Equity Fund
artoush.varshosaz@klgates.com<mailto:artoush.varshosaz@klgates.com>,
Julie.garrett@klgates.com<mailto:Julie.garrett@klgates.com>

Artoush Varshosaz on behalf of Interested Party Highland Total Return Fund
artoush.varshosaz@klgates.com<mailto:artoush.varshosaz@klgates.com>,
Julie.garrett@klgates.com<mailto:Julie.garrett@klgates.com>

Artoush Varshosaz on behalf of Interested Party Highland/iBoxx Senior Loan ETF
artoush.varshosaz@klgates.com<mailto:artoush.varshosaz@klgates.com>,
Julie.garrett@klgates.com<mailto:Julie.garrett@klgates.com>

Artoush Varshosaz on behalf of Interested Party NexPoint Advisors, L.P.
artoush.varshosaz@klgates.com<mailto:artoush.varshosaz@klgates.com>,
Julie.garrett@klgates.com<mailto:Julie.garrett@klgates.com>

Artoush Varshosaz on behalf of Interested Party NexPoint Capital, Inc.
artoush.varshosaz@klgates.com<mailto:artoush.varshosaz@klgates.com>,
Julie.garrett@klgates.com<mailto:Julie.garrett@klgates.com>

Artoush Varshosaz on behalf of Interested Party NexPoint Real Estate Strategies Fund
artoush.varshosaz@klgates.com<mailto:artoush.varshosaz@klgates.com>,
Julie.garrett@klgates.com<mailto:Julie.garrett@klgates.com>

Artoush Varshosaz on behalf of Interested Party NexPoint Strategic Opportunities Fund
artoush.varshosaz@klgates.com<mailto:artoush.varshosaz@klgates.com>,
Julie.garrett@klgates.com<mailto:Julie.garrett@klgates.com>

UBS036

Julian Preston Vasek on behalf of Defendant Highland Capital Management Fund Advisors, L.P.
jvasek@munsch.com<mailto:jvasek@munsch.com>

Julian Preston Vasek on behalf of Defendant Highland Income Fund
jvasek@munsch.com<mailto:jvasek@munsch.com>

Julian Preston Vasek on behalf of Defendant NexPoint Advisors, L.P.
jvasek@munsch.com<mailto:jvasek@munsch.com>

Julian Preston Vasek on behalf of Defendant NexPoint Capital, Inc.
jvasek@munsch.com<mailto:jvasek@munsch.com>

Julian Preston Vasek on behalf of Defendant NexPoint Strategic Opportunities Fund
jvasek@munsch.com<mailto:jvasek@munsch.com>

Julian Preston Vasek on behalf of Interested Party Highland Capital Management Fund Advisors, L.P.
jvasek@munsch.com<mailto:jvasek@munsch.com>

Julian Preston Vasek on behalf of Interested Party Highland Fixed Income Fund
jvasek@munsch.com<mailto:jvasek@munsch.com>

Julian Preston Vasek on behalf of Interested Party Highland Funds I and its series
jvasek@munsch.com<mailto:jvasek@munsch.com>

Julian Preston Vasek on behalf of Interested Party Highland Funds II and its series
jvasek@munsch.com<mailto:jvasek@munsch.com>

Julian Preston Vasek on behalf of Interested Party Highland Global Allocation Fund
jvasek@munsch.com<mailto:jvasek@munsch.com>

Julian Preston Vasek on behalf of Interested Party Highland Healthcare Opportunities Fund
jvasek@munsch.com<mailto:jvasek@munsch.com>

Julian Preston Vasek on behalf of Interested Party Highland Income Fund
jvasek@munsch.com<mailto:jvasek@munsch.com>

Julian Preston Vasek on behalf of Interested Party Highland Merger Arbitrage Fund
jvasek@munsch.com<mailto:jvasek@munsch.com>

Julian Preston Vasek on behalf of Interested Party Highland Opportunistic Credit Fund
jvasek@munsch.com<mailto:jvasek@munsch.com>

Julian Preston Vasek on behalf of Interested Party Highland Small-Cap Equity Fund
jvasek@munsch.com<mailto:jvasek@munsch.com>

Julian Preston Vasek on behalf of Interested Party Highland Socially Responsible Equity Fund
jvasek@munsch.com<mailto:jvasek@munsch.com>

Julian Preston Vasek on behalf of Interested Party Highland Total Return Fund
jvasek@munsch.com<mailto:jvasek@munsch.com>

Julian Preston Vasek on behalf of Interested Party Highland/iBoxx Senior Loan ETF

**UBS037**

jvasek@munsch.com<mailto:jvasek@munsch.com>

Julian Preston Vasek on behalf of Interested Party NexPoint Advisors, L.P.
jvasek@munsch.com<mailto:jvasek@munsch.com>

Julian Preston Vasek on behalf of Interested Party NexPoint Capital, Inc.
jvasek@munsch.com<mailto:jvasek@munsch.com>

Julian Preston Vasek on behalf of Interested Party NexPoint Real Estate Strategies Fund
jvasek@munsch.com<mailto:jvasek@munsch.com>

Julian Preston Vasek on behalf of Interested Party NexPoint Strategic Opportunities Fund
jvasek@munsch.com<mailto:jvasek@munsch.com>

Donna K. Webb on behalf of Creditor Pension Benefit Guaranty Corporation
donna.webb@usdoj.gov<mailto:donna.webb@usdoj.gov>,
brian.stoltz@usdoj.gov;CaseView.ECF@usdoj.gov;brooke.lewis@usdoj.gov<mailto:brian.stoltz@usdoj.gov;CaseView.ECF
@usdoj.gov;brooke.lewis@usdoj.gov>

Jaclyn C. Weissgerber on behalf of Creditor Committee Official Committee of Unsecured Creditors
bankfilings@ycst.com<mailto:bankfilings@ycst.com>, jweissgerber@ycst.com<mailto:jweissgerber@ycst.com>

Elizabeth Weller on behalf of Creditor Allen ISD
dallas.bankruptcy@publicans.com<mailto:dallas.bankruptcy@publicans.com>, dora.casiano-
perez@lgbs.com;Melissa.palo@lgbs.com<mailto:dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com>

Elizabeth Weller on behalf of Creditor Coleman County TAD
dallas.bankruptcy@publicans.com<mailto:dallas.bankruptcy@publicans.com>, dora.casiano-
perez@lgbs.com;Melissa.palo@lgbs.com<mailto:dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com>

Elizabeth Weller on behalf of Creditor Dallas County
dallas.bankruptcy@publicans.com<mailto:dallas.bankruptcy@publicans.com>, dora.casiano-
perez@lgbs.com;Melissa.palo@lgbs.com<mailto:dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com>

Elizabeth Weller on behalf of Creditor Fannin CAD
dallas.bankruptcy@publicans.com<mailto:dallas.bankruptcy@publicans.com>, dora.casiano-
perez@lgbs.com;Melissa.palo@lgbs.com<mailto:dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com>

Elizabeth Weller on behalf of Creditor Grayson County
dallas.bankruptcy@publicans.com<mailto:dallas.bankruptcy@publicans.com>, dora.casiano-
perez@lgbs.com;Melissa.palo@lgbs.com<mailto:dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com>

Elizabeth Weller on behalf of Creditor Irving ISD
dallas.bankruptcy@publicans.com<mailto:dallas.bankruptcy@publicans.com>, dora.casiano-
perez@lgbs.com;Melissa.palo@lgbs.com<mailto:dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com>

Elizabeth Weller on behalf of Creditor Kaufman County
dallas.bankruptcy@publicans.com<mailto:dallas.bankruptcy@publicans.com>, dora.casiano-
perez@lgbs.com;Melissa.palo@lgbs.com<mailto:dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com>

Elizabeth Weller on behalf of Creditor Rockwall CAD

UBS038

dallas.bankruptcy@publicans.com<mailto:dallas.bankruptcy@publicans.com>, dora.casiano-
perez@lgbs.com;Melissa.palo@lgbs.com<mailto:dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com>

Elizabeth Weller on behalf of Creditor Tarrant County
dallas.bankruptcy@publicans.com<mailto:dallas.bankruptcy@publicans.com>, dora.casiano-
perez@lgbs.com;Melissa.palo@lgbs.com<mailto:dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com>

Elizabeth Weller on behalf of Creditor Upshur County
dallas.bankruptcy@publicans.com<mailto:dallas.bankruptcy@publicans.com>, dora.casiano-
perez@lgbs.com;Melissa.palo@lgbs.com<mailto:dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com>

Daniel P. Winikka on behalf of Interested Party Brad Borud
danw@lfdslaw.com<mailto:danw@lfdslaw.com>,
craigs@lfdslaw.com,dawnw@lfdslaw.com,ivys@lfdslaw.com<mailto:craigs@lfdslaw.com,dawnw@lfdslaw.com,ivys@lfd
slaw.com>

Daniel P. Winikka on behalf of Interested Party Jack Yang
danw@lfdslaw.com<mailto:danw@lfdslaw.com>,
craigs@lfdslaw.com,dawnw@lfdslaw.com,ivys@lfdslaw.com<mailto:craigs@lfdslaw.com,dawnw@lfdslaw.com,ivys@lfd
slaw.com>

Hayley R. Winograd on behalf of Debtor Highland Capital Management, L.P.
hwinograd@pszjlaw.com<mailto:hwinograd@pszjlaw.com>

Megan Young-John on behalf of Creditor Issuer Group
myoung-john@porterhedges.com<mailto:myoung-john@porterhedges.com>

19-34054-sgj11 Notice will not be electronically mailed to:

Paul N. Adkins
11 Mount Emily Road #07-27
Singapore, 228493

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

James T. Bentley on behalf of Creditor ACIS CLO 2017-7 Ltd.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

James T. Bentley on behalf of Creditor ACIS Funding GP, Ltd.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

James T. Bentley on behalf of Creditor ACIS Funding, L.P.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

**UBS039**

James T. Bentley on behalf of Creditor Aberdeen Loan Funding, Ltd.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

James T. Bentley on behalf of Creditor Brentwood Investors Corp.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

James T. Bentley on behalf of Creditor Bristol Bay Funding Ltd.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

James T. Bentley on behalf of Creditor Cabi Holdco I, Ltd
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

James T. Bentley on behalf of Creditor Eastland CLO, Ltd
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

James T. Bentley on behalf of Creditor Grayson CLO, Ltd
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

James T. Bentley on behalf of Creditor HCSLR Camelback Investors (Cayman), Ltd.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

James T. Bentley on behalf of Creditor Highland CLO 2018-1, Ltd.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

James T. Bentley on behalf of Creditor Highland Credit Opportunities CDO Ltd.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

James T. Bentley on behalf of Creditor Highland Legacy Limited
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

James T. Bentley on behalf of Creditor Highland Park CDO I, Ltd.

UBS040

Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

James T. Bentley on behalf of Creditor Highlander Equity Holdings III, Ltd.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

James T. Bentley on behalf of Creditor Intertrust SPV (Cayman)
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

James T. Bentley on behalf of Creditor Issuer Group
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

James T. Bentley on behalf of Creditor Jasper CLO, Ltd
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

James T. Bentley on behalf of Creditor Liberty CLO, Ltd.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

James T. Bentley on behalf of Creditor Liberty Cayman Holdings, Ltd.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

James T. Bentley on behalf of Creditor MaplesFS
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

James T. Bentley on behalf of Creditor Pam Capital Funding GP Co. Ltd.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

James T. Bentley on behalf of Creditor Pam Capital Funding LP
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

James T. Bentley on behalf of Creditor Pam Capital Funding LP Co. Ltd.
Schulte Roth & Zabel LLP
919 Third Avenue

UBS041

New York, NY 10022

James T. Bentley on behalf of Creditor PamCo Cayman Ltd.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

James T. Bentley on behalf of Creditor Red River CLO, Ltd
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

James T. Bentley on behalf of Creditor Rockwall Investors Corp.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

James T. Bentley on behalf of Creditor Southfork Cayman Holdings, Ltd.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

James T. Bentley on behalf of Creditor Valhalla CLO, Ltd.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

James T. Bentley on behalf of Creditor Wake LV Holdings II, Ltd.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

James T. Bentley on behalf of Creditor Wake LV Holdings, Ltd.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

James T. Bentley on behalf of Creditor Walter Holdco I, Ltd
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

James T. Bentley on behalf of Creditor Westchester CLO, Ltd.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

Jeffrey E. Bjork on behalf of Interested Party UBS AG London Branch
LATHAM & WATKINS LLP
355 South Grand Avenue, Ste. 100
Los Angeles, CA 90071

**UBS042**

Jeffrey E. Bjork on behalf of Interested Party UBS Securities LLC
LATHAM & WATKINS LLP
355 South Grand Avenue, Ste. 100
Los Angeles, CA 90071

Jessica Boelter on behalf of Creditor Committee Official Committee of Unsecured Creditors
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019

Matthew G. Bouslog on behalf of Interested Party Alvarez & Marsal CRF Management, LLC, as Investment Manager of
the Highland Crusader Funds
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612

William P. Bowden on behalf of Interested Party Jefferies LLC
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

Candace C. Carlyon on behalf of Interested Party Integrated Financial Associates, Inc.
CARLYON CICA CHTD.
265 e. Warm Springs Road., Ste 107
Las Vegas, NV 89119

Joseph L. Christensen on behalf of Creditor Patrick Daugherty
McCollom D'Emilio Smith Uebler LLC
2751 Centerville Road, Suite 401
Wilmington, DE 19808

Louis J. Cisz on behalf of Interested Party California Public Employees Retirement System (CalPERS)
Nixon Peabody LLP
One Embarcadero Center, 32nd Fl
San Francisco, CA 94111

Kevin M. Coen on behalf of Interested Party Redeemer Committee of the Highland Crusader Fund
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street, Suite 1600
1000 North King Street
Wilmington, DE 19801

Debra A. Dandeneau on behalf of Creditor Frank Waterhouse, Scott B. Ellington, Isaac Leventon, Jean Paul Sevilla,
Hunter Covitz and Thomas Surgent
Baker & McKenzie LLP
425 5th Ave.
New York, NY 10018

Debra A. Dandeneau on behalf of Creditor Scott Ellington, Thomas Surgent, Frank Waterhouse, Isaac Leventon
Baker & McKenzie LLP
425 5th Ave.

**UBS043**

New York, NY 10018

Debra A. Dandeneau on behalf of Financial Advisor FTI Consulting, Inc.
Baker & McKenzie LLP
425 5th Ave.
New York, NY 10018

Deloitte Tax LLP
1111 Bagby Street, Ste. 4500
Houston, TX 77002

Mark. L. Desgrosseilliers on behalf of Creditor ACIS CLO 2017-7 Ltd.
Chipman, Brown, Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801

Mark. L. Desgrosseilliers on behalf of Creditor ACIS Funding GP, Ltd.
Chipman, Brown, Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801

Mark. L. Desgrosseilliers on behalf of Creditor ACIS Funding, L.P.
Chipman, Brown, Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801

Mark. L. Desgrosseilliers on behalf of Creditor Aberdeen Loan Funding, Ltd.
Chipman, Brown, Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801

Mark. L. Desgrosseilliers on behalf of Creditor Brentwood Investors Corp.
Chipman, Brown, Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801

Mark. L. Desgrosseilliers on behalf of Creditor Bristol Bay Funding Ltd.
Chipman, Brown, Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801

Mark. L. Desgrosseilliers on behalf of Creditor Cabi Holdco I, Ltd
Chipman, Brown, Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801

UBS044

Mark. L. Desgrosseilliers on behalf of Creditor Eastland CLO, Ltd
Chipman, Brown, Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801

Mark. L. Desgrosseilliers on behalf of Creditor Grayson CLO, Ltd
Chipman, Brown, Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801

Mark. L. Desgrosseilliers on behalf of Creditor HCSLR Camelback Investors (Cayman), Ltd.
Chipman, Brown, Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801

Mark. L. Desgrosseilliers on behalf of Creditor Highland CLO 2018-1, Ltd.
Chipman, Brown, Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801

Mark. L. Desgrosseilliers on behalf of Creditor Highland Credit Opportunities CDO Ltd.
Chipman, Brown, Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801

Mark. L. Desgrosseilliers on behalf of Creditor Highland Legacy Limited
Chipman, Brown, Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801

Mark. L. Desgrosseilliers on behalf of Creditor Highland Park CDO I, Ltd.
Chipman, Brown, Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801

Mark. L. Desgrosseilliers on behalf of Creditor Highlander Equity Holdings III, Ltd.
Chipman, Brown, Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801

Mark. L. Desgrosseilliers on behalf of Creditor Intertrust SPV (Cayman)
Chipman, Brown, Cicero & Cole, LLP
Hercules Plaza

UBS045

1313 North Market Street, Suite 5400
Wilmington, DE 19801

Mark. L. Desgrosseilliers on behalf of Creditor Jasper CLO, Ltd
Chipman, Brown, Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801

Mark. L. Desgrosseilliers on behalf of Creditor Liberty CLO, Ltd.
Chipman, Brown, Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801

Mark. L. Desgrosseilliers on behalf of Creditor Liberty Cayman Holdings, Ltd.
Chipman, Brown, Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801

Mark. L. Desgrosseilliers on behalf of Creditor MaplesFS
Chipman, Brown, Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801

Mark. L. Desgrosseilliers on behalf of Creditor Pam Capital Funding GP Co. Ltd.
Chipman, Brown, Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801

Mark. L. Desgrosseilliers on behalf of Creditor Pam Capital Funding LP
Chipman, Brown, Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801

Mark. L. Desgrosseilliers on behalf of Creditor Pam Capital Funding LP Co. Ltd.
Chipman, Brown, Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801

Mark. L. Desgrosseilliers on behalf of Creditor PamCo Cayman Ltd.
Chipman, Brown, Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801

Mark. L. Desgrosseilliers on behalf of Creditor Red River CLO, Ltd

UBS046

Chipman, Brown, Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801

Mark. L. Desgrosseilliers on behalf of Creditor Rockwall Investors Corp.
Chipman, Brown, Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801

Mark. L. Desgrosseilliers on behalf of Creditor Southfork Cayman Holdings, Ltd.
Chipman, Brown, Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801

Mark. L. Desgrosseilliers on behalf of Creditor Valhalla CLO, Ltd.
Chipman, Brown, Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801

Mark. L. Desgrosseilliers on behalf of Creditor Wake LV Holdings II, Ltd.
Chipman, Brown, Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801

Mark. L. Desgrosseilliers on behalf of Creditor Wake LV Holdings, Ltd.
Chipman, Brown, Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801

Mark. L. Desgrosseilliers on behalf of Creditor Walter Holdco I, Ltd
Chipman, Brown, Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801

Mark. L. Desgrosseilliers on behalf of Creditor Westchester CLO, Ltd.
Chipman, Brown, Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801

Development Specialists, Inc.
,

Development Specialists, Inc.
333 South Grand Ave., Ste. 4070

UBS047

Los Angeles, CA 90071

Fair Harbor Capital, LLC
Ansonia Finance Station
PO Box 237037
New York, NY 10023

Bojan Guzina on behalf of Creditor Committee Official Committee of Unsecured Creditors
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Emily M. Hahn on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR
Abernathy, Roeder, Boyd & Hullett, P.C.
1700 Redbud Blvd. Ste. 300
McKinney, TX 75069

Hain Capital Group, LLC
301 Route 17, 6th Floor
Rutherford, NJ 07070

Marc B. Hankin on behalf of Interested Party Redeemer Committee of the Highland Crusader Fund
Jenner & Block LLP
919 Third Avenue
New York, NY 10022-3098

Michelle Hartman on behalf of Creditor Scott Ellington, Thomas Surgent, Frank Waterhouse, Isaac Leventon
Baker & McKenzie LLP
1900 N. Pearl, Ste. 1500
Dallas, TX 75201

Michelle Hartmann on behalf of Creditor Scott Ellington, Thomas Surgent, Frank Waterhouse, Isaac Leventon
BAKER & McKENZIE LLP
1900 North Pearl, Ste. 1500
Dallas, TX 75201

Hayward & Associates PLLC on behalf of Debtor Highland Capital Management, L.P.
10501 N. Central Expwy., Ste 106
Dallas, TX 75231

William A. Hazeltine on behalf of Interested Party Hunter Mountain Trust
Sullivan Hazeltine Allinson LLC
901 North Market Street
Suite 1300
Wilmington, DE 19801

Kuan Huang on behalf of Interested Party UBS AG London Branch
Latham & Watkins LLP
855 Third Avenue
New York, NY 10022

Kuan Huang on behalf of Interested Party UBS Securities LLC

UBS048

Latham & Watkins LLP
855 Third Avenue
New York, NY 10022

Ira D Kharasch on behalf of Debtor Highland Capital Management, L.P.
10100 Santa Monica Boulevard
13th Floor
Los Angeles, CA 90067

Marshall R. King on behalf of Interested Party Alvarez & Marsal CRF Management, LLC, as Investment Manager of the
Highland Crusader Funds
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
Suite 1400
New York, NY 10066

Alan J. Kornfeld on behalf of Debtor Highland Capital Management, L.P.
Pachulski Stang Ziehl & Jones LLPL
10100 Santa Monica Blvd., 13 Fl
Los Angeles, CA 90067

Kurtzman Carson Consultants LLC
Attn: Drake Foster
222 N. Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245

Kurtzman Carson Consultants, LLC
222 N. Pacific Coast Highway, Ste. 300
El Segundo, CA 90245

M. Natasha Labovitz on behalf of Creditor HarbourVest et al
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022

Richard B. Levin on behalf of Interested Party Redeemer Committee of the Highland Crusader Fund
Jenner & Block LLP
919 Third Avenue
New York, NY 10022-3098

Maxim B Litvak on behalf of Debtor Highland Capital Management, L.P.
Pachulski Stang Ziehl & Jones LLP
150 California Street
15th Floor
San Francisco, CA 94111

John E. Lucian on behalf of Creditor Acis Capital Management GP, LLC
Blank Rome LLP
1201 N. Market Street, Sutie 800
1000 North King Street
Wilmington, DE 19801

**UBS049**

John E. Lucian on behalf of Creditor Acis Capital Management, L.P.
Blank Rome LLP
1201 N. Market Street, Sutie 800
1000 North King Street
Wilmington, DE 19801

Lauren Macksoud on behalf of Interested Party Jefferies LLC
1221 Avenue of the Americas
New York, NY 10020-1089

Mark M. Maloney on behalf of Interested Party Highland CLO Funding, Ltd.
King & Spalding LLP
191 Peachtree St.
Suite 4900
Atlanta, GA 30303-1763
mmaloney@kslaw.com, pwhite@kslaw.com

Mark M. Maloney on behalf of Interested Party Highland CLO Funding, Ltd.
King & Spalding LLP
1180 Peachtree Steet, NE
Atlanta, GA 30309

Terri L. Mascherin on behalf of Interested Party Redeemer Committee of the Highland Crusader Fund
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456

Patrick C. Maxcy on behalf of Interested Party Jefferies LLC
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606-6361

R. Stephen McNeill on behalf of Interested Party Alvarez & Marsal CRF Management, LLC, as Investment Manager of the Highland Crusader Funds
POTTER ANDERSON & CORROON LLP
1313 North Market Street, 6th Fl
Wilmington, DE 19801

Mercer (US) Inc.
155 N. Wacker Drive, Ste. 1500
Chicago, IL 60606

Michael J. Merchant on behalf of Interested Party UBS AG London Branch
RICHARDS, LAYTON & FINGER, P.A.
one Rodney Square
920 North King Street
Wilmington, DE 19801

Michael J. Merchant on behalf of Interested Party UBS Securities LLC
RICHARDS, LAYTON & FINGER, P.A.
one Rodney Square
920 North King Street

**UBS050**

Wilmington, DE 19801

Curtis S. Miller on behalf of Interested Party Redeemer Committee of the Highland Crusader Fund
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street, Suite 1600
1000 North King Street
Wilmington, DE 19801

Josef W. Mintz on behalf of Creditor Acis Capital Management GP, LLC
Blank Rome LLP
1201 Market Street, Suite 800
1000 North King Street
Wilmington, DE 19801

Josef W. Mintz on behalf of Creditor Acis Capital Management, L.P.
Blank Rome LLP
1201 Market Street, Suite 800
1000 North King Street
Wilmington, DE 19801

Joseph T. Moldovan on behalf of Interested Party Meta-e Discovery, LLC
MORRISON COHEN LLP
909 Third Avenue
New York, NY 10022

Alan A. Moskowitz on behalf of Interested Party Alvarez & Marsal CRF Management, LLC, as Investment Manager of the Highland Crusader Funds
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10066

Michael R. Nestor on behalf of Creditor Committee Official Committee of Unsecured Creditors
YOUNG CONAWAY STARGATT & TAYLOR, LL
Rodney Square
1000 North King Street
Wilmington, DE 19801

James E. O'Neill on behalf of Debtor Highland Capital Management, L.P.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Fl.
Wilmington, DE 19801

Tracy M. O'Steen on behalf of Interested Party Integrated Financial Associates, Inc.
CARLYON CICA CHTD.
265 E. Warm Springs Road., Ste 107
Las Vegas, NV 89119

Jeffrey N. Pomerantz on behalf of Creditor Committee Official Committee of Unsecured Creditors
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067

UBS051

Jeffrey N. Pomerantz on behalf of Debtor Highland Capital Management, L.P.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067

Kathleen Preston on behalf of Creditor Frank Waterhouse, Scott B. Ellington, Isaac Leventon, Jean Paul Sevilla, Hunter
Covitz and Thomas Surgent
Winston & Strawn LLP
800 Capitol Street, Ste. 2400
Houston, TX 77002

Michael A. Rosenthal - DO NOT USE on behalf of Interested Party Alvarez & Marsal CRF Management, LLC, as Investment
Manager of the Highland Crusader Funds
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10066

Jeremy W. Ryan on behalf of Interested Party Alvarez & Marsal CRF Management, LLC, as Investment Manager of the
Highland Crusader Funds
POTTER ANDERSON & CORROON LLP
1313 North Market Street, 6th Fl
Wilmington, DE 19801

James P. Seery, Jr.
795 Columbus Ave., 12A
New York, NY 10025

Sally T. Siconolfi on behalf of Interested Party Meta-e Discovery, LLC
MORRISON COHEN LLP
909 Third Avenue
New York, NY 10022

Sarah E. Silveira on behalf of Interested Party UBS AG London Branch
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Sarah E. Silveira on behalf of Interested Party UBS Securities LLC
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

D. Ryan Slaugh on behalf of Interested Party Alvarez & Marsal CRF Management, LLC, as Investment Manager of the
Highland Crusader Funds
POTTER ANDERSON & CORROON LLP
1313 North Market Street, 6th Fl
Wilmington, DE 19801

Tracy K. Stratford on behalf of Interested Party CCS Medical, Inc.
Jones Day

**UBS052**

North Point
901 Lakeside Ave.
Cleveland, OH 44114

Daniel E. Stroik on behalf of Creditor HarbourVest et al
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022

Sarah A. Tomkowiak on behalf of Interested Party UBS AG London Branch
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1304

Sarah A. Tomkowiak on behalf of Interested Party UBS Securities LLC
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1304

Stephen G. Topetzes on behalf of Interested Party Highland Capital Management Fund Advisors, L.P.
K&L Gates LLP
1601 King St., N.W.
Washington, DC 20006

Stephen G. Topetzes on behalf of Interested Party Highland Fixed Income Fund
K&L Gates LLP
1601 King St., N.W.
Washington, DC 20006

Stephen G. Topetzes on behalf of Interested Party Highland Funds I and its series
K&L Gates LLP
1601 King St., N.W.
Washington, DC 20006

Stephen G. Topetzes on behalf of Interested Party Highland Funds II and its series
K&L Gates LLP
1601 King St., N.W.
Washington, DC 20006

Stephen G. Topetzes on behalf of Interested Party Highland Global Allocation Fund
K&L Gates LLP
1601 King St., N.W.
Washington, DC 20006

Stephen G. Topetzes on behalf of Interested Party Highland Healthcare Opportunities Fund
K&L Gates LLP
1601 King St., N.W.
Washington, DC 20006

Stephen G. Topetzes on behalf of Interested Party Highland Income Fund

UBS053

K&L Gates LLP
1601 King St., N.W.
Washington, DC 20006

Stephen G. Topetzes on behalf of Interested Party Highland Merger Arbitrage Fund
K&L Gates LLP
1601 King St., N.W.
Washington, DC 20006

Stephen G. Topetzes on behalf of Interested Party Highland Opportunistic Credit Fund
K&L Gates LLP
1601 King St., N.W.
Washington, DC 20006

Stephen G. Topetzes on behalf of Interested Party Highland Small-Cap Equity Fund
K&L Gates LLP
1601 King St., N.W.
Washington, DC 20006

Stephen G. Topetzes on behalf of Interested Party Highland Socially Responsible Equity Fund
K&L Gates LLP
1601 King St., N.W.
Washington, DC 20006

Stephen G. Topetzes on behalf of Interested Party Highland Total Return Fund
K&L Gates LLP
1601 King St., N.W.
Washington, DC 20006

Stephen G. Topetzes on behalf of Interested Party Highland/iBoxx Senior Loan ETF
K&L Gates LLP
1601 King St., N.W.
Washington, DC 20006

Stephen G. Topetzes on behalf of Interested Party NexPoint Advisors, L.P.
K&L Gates LLP
1601 King St., N.W.
Washington, DC 20006

Stephen G. Topetzes on behalf of Interested Party NexPoint Capital, Inc.
K&L Gates LLP
1601 King St., N.W.
Washington, DC 20006

Stephen G. Topetzes on behalf of Interested Party NexPoint Real Estate Strategies Fund
K&L Gates LLP
1601 King St., N.W.
Washington, DC 20006

Thomas A. Uebler on behalf of Creditor Patrick Daugherty
McCollom D'Emilio Smith Uebler LLC
2751 Centerville Road, Suite 401

UBS054

Wilmington, DE 19808

Michael L. Vild on behalf of Creditor Patrick Daugherty
CROSS & SIMON, LLC
1105 N. Market Street, Suite 901
1000 North King Street
Wilmington, DE 19801

Elissa A. Wagner on behalf of Debtor Highland Capital Management, L.P.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003

Erica S. Weisgerber on behalf of Creditor HarbourVest et al
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022

Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

James A. Wright on behalf of Interested Party Highland Capital Management Fund Advisors, L.P.
K&L Gates LLP
State Street Financial Center
One Lincoln St.
Boston, MA 02111

James A. Wright on behalf of Interested Party Highland Fixed Income Fund
K&L Gates LLP
State Street Financial Center
One Lincoln St.
Boston, MA 02111

James A. Wright on behalf of Interested Party Highland Funds I and its series
K&L Gates LLP
State Street Financial Center
One Lincoln St.
Boston, MA 02111

James A. Wright on behalf of Interested Party Highland Funds II and its series
K&L Gates LLP
State Street Financial Center
One Lincoln St.
Boston, MA 02111

James A. Wright on behalf of Interested Party Highland Global Allocation Fund
K&L Gates LLP
State Street Financial Center
One Lincoln St.
Boston, MA 02111

UBS055

James A. Wright on behalf of Interested Party Highland Healthcare Opportunities Fund
K&L Gates LLP
State Street Financial Center
One Lincoln St.
Boston, MA 02111

James A. Wright on behalf of Interested Party Highland Income Fund
K&L Gates LLP
State Street Financial Center
One Lincoln St.
Boston, MA 02111

James A. Wright on behalf of Interested Party Highland Merger Arbitrage Fund
K&L Gates LLP
State Street Financial Center
One Lincoln St.
Boston, MA 02111

James A. Wright on behalf of Interested Party Highland Opportunistic Credit Fund
K&L Gates LLP
State Street Financial Center
One Lincoln St.
Boston, MA 02111

James A. Wright on behalf of Interested Party Highland Small-Cap Equity Fund
K&L Gates LLP
State Street Financial Center
One Lincoln St.
Boston, MA 02111

James A. Wright on behalf of Interested Party Highland Socially Responsible Equity Fund
K&L Gates LLP
State Street Financial Center
One Lincoln St.
Boston, MA 02111

James A. Wright on behalf of Interested Party Highland Total Return Fund
K&L Gates LLP
State Street Financial Center
One Lincoln St.
Boston, MA 02111

James A. Wright on behalf of Interested Party Highland/iBoxx Senior Loan ETF
K&L Gates LLP
State Street Financial Center
One Lincoln St.
Boston, MA 02111

James A. Wright on behalf of Interested Party NexPoint Advisors, L.P.
K&L Gates LLP
State Street Financial Center
One Lincoln St.

UBS056

Boston, MA 02111

James A. Wright on behalf of Interested Party NexPoint Capital, Inc.
K&L Gates LLP
State Street Financial Center
One Lincoln St.
Boston, MA 02111

James A. Wright on behalf of Interested Party NexPoint Real Estate Strategies Fund
K&L Gates LLP
State Street Financial Center
One Lincoln St.
Boston, MA 02111

James A. Wright on behalf of Interested Party NexPoint Strategic Opportunities Fund
K&L Gates LLP
State Street Financial Center
One Lincoln St.
Boston, MA 02111

Sean M. Young Conway Stargatt & Taylor, LLP on behalf of Creditor Committee Official Committee of Unsecured
Creditors
Young Conway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801


_____

CONFIDENTIALITY
This e-mail message and any attachments thereto is intended only for use by the addressee(s) named herein and may
contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail message,
you are hereby notified that any dissemination, distribution or copying of this e-mail message, and any attachments
thereto is strictly prohibited. If you have received this e-mail message in error, please immediately notify me by
telephone and permanently delete the original and any copies of this email and any prints thereof.

NOT INTENDED AS A SUBSTITUTE FOR A WRITING
Notwithstanding the Uniform Electronic Transactions Act or the applicability of any other law of similar substance and
effect, absent an express statement to the contrary hereinabove, this e-mail message, its contents, and any attachments
hereto are not intended to represent an offer or acceptance to enter into a contract and are not otherwise intended to
bind the sender, Pachulski Stang Ziehl & Jones LLP, any of its clients, or any other person or entity.

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the
intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission
is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any
attachments.

UBS057

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

**UBS058**