# EXHIBIT 3

UBS059

| | |
|---|---|
| **From:** | Clay Taylor <clay.taylor@bondsellis.com> |
| **Sent:** | Monday, April 5, 2021 5:23 PM |
| **To:** | Allen, Robert (CC) |
| **Cc:** | Michael Lynn; John Bonds; Bryan Assink; Clubok, Andrew (DC); Wine, Jamie (NY); Tomkowiak, Sarah (DC); Posin, Kimberly (LA); Bjork, Jeff (LA); George, Katie (CH); Proulx, Zachary (NY); Attarwala, Asif (CH); McLaughlin, Shannon (NY); Parvis, Elizabeth (NY); Anikwe, Uchenna (DC) |
| **Subject:** | RE: Notices and Subpoenas to Mr. James Dondero |

Robert,

I have not been authorized to accept service of subpoenas related to this suit.

**Clay M. Taylor**
**Bonds Ellis Eppich Schafer Jones LLP**
420 Throckmorton St. | Suite 1000 | Fort Worth, Texas 76102
cell 214.663.5988 | office 817.779.4300 | fax 817.405.6902
Clay.Taylor@bondsellis.com | My Profile

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.  IRS Circular 230 Required Notice--IRS regulations require that we inform you as follows:  Any U.S. federal tax advice contained in this communication (including any attachments) is not intended to be used and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter.

**From:** Clay Taylor
**Sent:** Friday, April 2, 2021 10:11 AM
**To:** 'Robert.Allen@lw.com' <Robert.Allen@lw.com>
**Cc:** Michael Lynn <michael.lynn@bondsellis.com>; John Bonds <john@bondsellis.com>; Bryan Assink <bryan.assink@bondsellis.com>; Andrew.Clubok@lw.com; JAMIE.WINE@lw.com; Sarah.Tomkowiak@lw.com; Kim.posin@lw.com; Jeff.Bjork@lw.com; kathryn.george@lw.com; Zachary.Proulx@lw.com; Asif.Attarwala@lw.com; Shannon.McLaughlin@lw.com; Elizabeth.Parvis@lw.com; Uchenna.Anikwe@lw.com
**Subject:** RE: Notices and Subpoenas to Mr. James Dondero

Robert,

I will respond in due course with a definitive answer.  It has been less than 12 hours since you sent the request at 10:30 in the evening last night.  It's also Good Friday today.

I will commit to getting you an answer by close of business on Monday.  If I do not get you an answer by then, either because I can't get a response from my client or otherwise, please proceed as you have to.  Fair enough?

Clay

**From:** Robert.Allen@lw.com <Robert.Allen@lw.com>
**Sent:** Friday, April 2, 2021 10:04 AM
**To:** Clay Taylor <clay.taylor@bondsellis.com>
**Cc:** Michael Lynn <michael.lynn@bondsellis.com>; John Bonds <john@bondsellis.com>; Bryan Assink <bryan.assink@bondsellis.com>; Andrew.Clubok@lw.com; JAMIE.WINE@lw.com; Sarah.Tomkowiak@lw.com; Kim.posin@lw.com; Jeff.Bjork@lw.com; kathryn.george@lw.com; Zachary.Proulx@lw.com; Asif.Attarwala@lw.com; Shannon.McLaughlin@lw.com; Elizabeth.Parvis@lw.com; Uchenna.Anikwe@lw.com
**Subject:** RE: Notices and Subpoenas to Mr. James Dondero

Clay,

The answer to your rhetorical question is that we do expect and assume that Mr. Dondero would accept service of the subpoenas by email (although the premises of your question are wrong; the document requests set forth very clear topics). Just to confirm on our end, though, are you really saying that Mr. Dondero is going to insist that we serve him with subpoenas in person instead of by email? As you undoubtedly know, accepting service won't waive any rights you may have to contest the discovery. Until you say otherwise, we will assume that is what you meant by your question below, but we hope Mr. Dondero reconsiders his position on service.

Thanks

**Robert E. Allen**

**LATHAM & WATKINS LLP**
10250 Constellation Blvd. Suite 1100 | Los Angeles, CA 90067
D: +1.424.653.5563

**From:** Clay Taylor <clay.taylor@bondsellis.com>
**Sent:** Thursday, April 1, 2021 8:43 PM
**To:** Allen, Robert (CC) <Robert.Allen@lw.com>
**Cc:** Michael Lynn <michael.lynn@bondsellis.com>; John Bonds <john@bondsellis.com>; Bryan Assink <bryan.assink@bondsellis.com>; Clubok, Andrew (DC) <Andrew.Clubok@lw.com>; Wine, Jamie (NY) <JAMIE.WINE@lw.com>; Tomkowiak, Sarah (DC) <Sarah.Tomkowiak@lw.com>; Posin, Kimberly (LA) <Kim.posin@lw.com>; Bjork, Jeff (LA) <Jeff.Bjork@lw.com>; George, Katie (CH) <kathryn.george@lw.com>; Proulx, Zachary (NY) <Zachary.Proulx@lw.com>; Attarwala, Asif (CH) <Asif.Attarwala@lw.com>; McLaughlin, Shannon (NY) <Shannon.McLaughlin@lw.com>; Parvis, Elizabeth (NY) <Elizabeth.Parvis@lw.com>; Anikwe, Uchenna (DC) <Uchenna.Anikwe@lw.com>
**Subject:** Re: Notices and Subpoenas to Mr. James Dondero

Robert,

Just to be sure, I want to confirm.

You want us to accept subpoenas for depos, for less than 2 weeks out, on our client, with no real topics shown, for a sealed complaint that you won't share with us despite our request? On topics covered under a lawsuit hat we have asked about, but told we can't see?

Just wanted to confirm? Thanks.

Clay

Sent from my iPhone

On Apr 1, 2021, at 10:28 PM, Robert.Allen@lw.com wrote:

Counsel,

Please see the attached notices and subpoenas to Mr. James Dondero.  Please confirm whether you are willing to accept electronic service of these notices and subpoenas.

Best,

**Robert E. Allen**

**LATHAM & WATKINS LLP**
10250 Constellation Blvd. Suite 1100
Los Angeles, CA 90067
Direct Dial: +1.424.653.5563
Fax: +1.424.653.5501
Email: robert.allen@lw.com
https://www.lw.com

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.
<2021 04 01 - Dondero Production Subpoena with Requests.pdf>
<2021 04 01 - Dondero Deposition Subpoena.pdf>
<2021 04 01 - Dondero Notice of Deposition with Topics.pdf>
<2021 04 01 - Dondero Notice of Production Subpoena.pdf>