# EXHIBIT 4

**UBS063**

| | |
|---|---|
| **From:** | Clay Taylor <clay.taylor@bondsellis.com> |
| **Sent:** | Friday, April 16, 2021 5:36 PM |
| **To:** | Tomkowiak, Sarah (DC); Clubok, Andrew (DC) |
| **Cc:** | George, Katie (CH); McLaughlin, Shannon (NY); William Howell; John Bonds |
| **Subject:** | RE: UBS / Highland |

Sarah,

Without agreeing with your characterization as to my client causing unreasonable delay, the balance of the e-mail sounds reasonable.

I have a communication outstanding to my client and will let you know if I get written authorization from him to accept service either immediately or at any fixed or readily determinable time and date.

I look forward to working with you, Andy and team.

Clay

**From:** Sarah.Tomkowiak@lw.com <Sarah.Tomkowiak@lw.com>
**Sent:** Friday, April 16, 2021 4:31 PM
**To:** Clay Taylor <clay.taylor@bondsellis.com>; Andrew.Clubok@lw.com
**Cc:** kathryn.george@lw.com; Shannon.McLaughlin@lw.com; William Howell <william.howell@bondsellis.com>; John Bonds <john@bondsellis.com>
**Subject:** RE: UBS / Highland

Clay,

We appreciate that suggestion, but your client has already caused unreasonable delay.  As you know, we had wanted to depose him two days ago.

How about you file your motion today and get the first available hearing (if you are in trial next week, then early the week of April 26 as we discussed).  We will respond to your motion by Wednesday the 21st at the latest.  It's very possible the Court won't need to hold a hearing on this, in any event.  But we do not object to you seeking a hearing on an expedited basis.

We would like to set Mr. Dondero's deposition, provisionally, for April 29, with documents due by April 27.  If you win your motion, obviously that may change.

Let us know.

Best,
Sarah

**From:** Clay Taylor <clay.taylor@bondsellis.com>
**Sent:** Friday, April 16, 2021 4:58 PM
**To:** Tomkowiak, Sarah (DC) <Sarah.Tomkowiak@lw.com>; Clubok, Andrew (DC) <Andrew.Clubok@lw.com>
**Cc:** George, Katie (CH) <kathryn.george@lw.com>; McLaughlin, Shannon (NY) <Shannon.McLaughlin@lw.com>; William

1

**UBS064**

Howell <william.howell@bondsellis.com>; John Bonds <john@bondsellis.com>
**Subject:** RE: UBS / Highland

Sarah and Andy,

Thank you for the call today. I have not heard back from my client. But, here is what I am willing to do to move this along.

I will agree to accept service on his behalf of the subpoenas, subject to any defenses and objections we may have as to the content, the timing thereof as to either the production of documents or being deposed, and appropriateness of such issuance and service of the subpoenas under all applicable rules related to the reasonableness of the breadth, scope, and timing or otherwise. Service of the subpoenas to be effective the day after the expedited hearings on the to-be-filed Motions for Protective Order and to Modify the Sealing Order.

Subject to court availability, we will try and get a hearing on both motions for the week after next, but not on the 30th.

Does that work? In my opinion, it cuts through a lot of potential procedural inefficiencies for all parties and the Court.

Please advise.

Clay

---

**From:** Sarah.Tomkowiak@lw.com <Sarah.Tomkowiak@lw.com>
**Sent:** Friday, April 16, 2021 2:50 PM
**To:** Clay Taylor <clay.taylor@bondsellis.com>; John Bonds <john@bondsellis.com>
**Cc:** Andrew.Clubok@lw.com; kathryn.george@lw.com; Shannon.McLaughlin@lw.com; William Howell <william.howell@bondsellis.com>
**Subject:** RE: UBS / Highland

Clay, thanks. In that case, we could also speak over the weekend or Monday if more convenient.

Sarah

---

**From:** Clay Taylor <clay.taylor@bondsellis.com>
**Sent:** Friday, April 16, 2021 3:32 PM
**To:** Tomkowiak, Sarah (DC) <Sarah.Tomkowiak@lw.com>; John Bonds <john@bondsellis.com>
**Cc:** Clubok, Andrew (DC) <Andrew.Clubok@lw.com>; George, Katie (CH) <kathryn.george@lw.com>; McLaughlin, Shannon (NY) <Shannon.McLaughlin@lw.com>; William Howell <william.howell@bondsellis.com>
**Subject:** RE: UBS / Highland

Sarah,

I am in trial in the NRA case right now. John is attending a funeral for a family member.

We have not had time to update the website yet with William's info. It is in process.

Can I call you on a break? If so, office or cell?

Clay

**UBS065**

**From:** Sarah.Tomkowiak@lw.com <Sarah.Tomkowiak@lw.com>
**Sent:** Friday, April 16, 2021 2:28 PM
**To:** John Bonds <john@bondsellis.com>; Clay Taylor <clay.taylor@bondsellis.com>
**Cc:** Andrew.Clubok@lw.com; kathryn.george@lw.com; Shannon.McLaughlin@lw.com
**Subject:** UBS / Highland

John & Clay,

This afternoon multiple members of our team have received calls from an attorney from your firm (Will Howell, who does not appear on your website), purportedly to satisfy the meet and confer requirements with UBS prior to filing motions on behalf of Mr. Dondero in the adversary proceeding No. 21-03020 in the Highland matter.

As you know, we have been attempting to serve Mr. Dondero subpoenas in connection with this matter for two weeks. On April 5, you informed us that you were not authorized to accept service of subpoenas related to this suit. We were therefore somewhat surprised to receive your colleague's calls.

We would like to discuss these issues. We are available to do so now (2:30 CT / 3:30 ET), or if that doesn't work, let us know when you are available this afternoon.

Best,

**Sarah A. Tomkowiak**

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW | Suite 1000 | Washington, D.C. 20004-1304
D: +1.202.637.2335 | M: +1.217.417.3312

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

**UBS066**