# EXHIBIT 5

**UBS067**

UNITED STATES BANKRUPTCY COURT
NORTHER DISRICT OF TEXAS
---------------------------------------------------------------------x  Case No.: 19-34054-sgj11
In re HIGHLAND CAPITAL MANAGEMENT, L.P.,    Chapter 11
                                            Adv. Proc. No. 21-03020-sgj
                            Debtor

UBS SECURITIES LLC AND UBS AG LONDON
BRANCH,

                         Plaintiff,

     - against -                                   AFFIDAVIT OF
                                                     ATTEMPTED SERVICE
HIGHLAND CAPITAL MANAGEMENT, L.P.              ON **JAMES DONDERO**

                        Defendant.
---------------------------------------------------------------------x

STATE OF TEXAS           )
                         s.s.: )
COUNTY OF DALLAS         )

     I, MICHAEL HERNANDEZ, being duly sworn, depose and say:

     1.    I am not a party in this action and am over the age of eighteen years. I reside in the state of Texas.

     2.    Under the direction of Serving by Irving, Inc., I was assigned to effectuate service of a Subpoena to Testify at a Deposition in a Bankruptcy Case (or Adversary Proceeding) with $40.00 witness fee, and a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in Bankruptcy Case (or Adversary Proceeding) with Attachment A upon James Dondero for the law firm of Latham & Watkins LLP in the above captioned matter.

     3.    On Friday, April 2, 2021 at 7:42 PM, I attempted service at the given address 3807 Miramar Avenue, Dallas, TX 75205. There was no answer at the call box. I could not gain access to the front door due to it being gated. I left my contact information attached to the gate.

     4.    On Saturday, April 3, 2021 at 12:13 PM, I attempted service at the given address 3807 Miramar Avenue, Dallas, TX 75205. There was no answer at the call box. I could not gain

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160
1

**UBS068**

access to the front door due to it being gated. I did notice an Amazon package addressed to the witness. I left my contact information attached to the gate.

5. On Tuesday, April 6, 2021 at 5:52 PM, I attempted service at the given address 3807 Miramar Avenue, Dallas, TX 75205. There was no answer at the call box. I could not gain access to the front door due to it being gated. I left my contact information attached to the gate.

6. On Friday, April 9, 2021 at 12:31 PM, I attempted service at the given address 3807 Miramar Avenue, Dallas, TX 75205. There was no answer at the door. There were no vehicles observed outside the house. Note left on the previous attempt was gone.

7. On Friday, April 9, 2021 at 7:06 PM, I attempted service at the given address 3807 Miramar Avenue, Dallas, TX 75205. Car bearing Texas plate # KWN7587 parked outside the residence. No one answered the call box. I left my contact information attached to the gate.

8. Two vehicles have been parked there on occasion; Plate NMZT199, which did not pull up on public data and the other Plate KWN7587 is registered to James Dondero and Nancy Dondero.

9. After due diligence, I was unable to personally serve James Dondero with the said documents at the given address.

MICHAEL HERNANDEZ
PSC-4593 Exp. 07/31/2021

Sworn to before me this
15th day of April, 2021

NOTARY PUBLIC

JASON M. COHEN
My Notary ID # 3102653
Expires April 23, 2022

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160

2

UBS069