# EXHIBIT 6

**UBS070**

UNITED STATES BANKRUPTCY COURT
NORTHER DISRICT OF TEXAS
--------------------------------------------------------------x
In re HIGHLAND CAPITAL MANAGEMENT, L.P.,

                Debtor

UBS SECURITIES LLC AND UBS AG LONDON
BRANCH,

                Plaintiff,

    - against -

HIGHLAND CAPITAL MANAGEMENT, L.P.

                Defendant.
--------------------------------------------------------------x

Case No.: 19-34054-sgj11
Chapter 11
Adv. Proc. No. 21-03020-sgj

AFFIDAVIT OF
ATTEMPTED SERVICE
ON **JAMES DONDERO**

| STATE OF TEXAS | ) | |
|---|---|---|
| | s.s.: ) | |
| COUNTY OF DALLAS | ) | |

I, DONNA KING, being duly sworn, depose and say:

1.    I am not a party in this action and am over the age of eighteen years.  I reside in the state of Texas.

2.    Under the direction of Serving by Irving, Inc., I was assigned to effectuate service of a Subpoena to Testify at a Deposition in a Bankruptcy Case (or Adversary Proceeding) with $40.00 witness fee, and a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in Bankruptcy Case (or Adversary Proceeding) with Attachment A upon James Dondero for the law firm of Latham & Watkins LLP in the above captioned matter.

3.    On Saturday, April 10, 2021 at 8:26 AM, I attempted service at the given address 3807 Miramar Avenue, Dallas, TX 75205. There were no vehicles outside or answer at the door. The house appeared dark.

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160

1

**UBS071**

4.      On Saturday, April 10, 2021 at 10:30 AM, I attempted service at 3807 Miramar Avenue, Dallas, TX 75205. There was one car bearing Texas plate # FVC4260 parked outside. I rang the bell several times with no answer.

5.      On Saturday, April 10, 2021 at 12:35 PM, I attempted service at 3807 Miramar Avenue, Dallas, TX 75205. There were no changes from the previous attempt.

6.      On Saturday, April 10, 2021 at 2:12 PM, I attempted service at 3807 Miramar Avenue, Dallas, TX 75205. There were two cars parked outside; Texas plates FVC4260 and KWN7587 (registered to James Dondero and Nancy Dondero). I rang the bell four more times and the maid came out. I asked for the witness and she said that he wasn't in. I asked her to take my card so the witness could call me. She asked that I leave it in the mailbox, which I did.

7.      On Saturday, April 10, 2021 at 5:35 PM, I attempted service at 3807 Miramar Avenue, Dallas, TX 75205. There was only one car outside, Texas plate # KWN7587. There was no answer at the doorbell. I left another card in the mailbox.

8.      On Monday, April 12, 2021 at 9:30 AM, I attempted service at 3807 Miramar Avenue, Dallas, TX 75205. There were no cars outside, and no answer to the bell at the gate.

9.      On Monday, April 12, 2021 at 12:00 PM, I attempted service at 3807 Miramar Avenue, Dallas, TX 75205. Car bearing Texas plate # KWN7587 parked outside. There was no answer at the gate.

10.     On Monday, April 12, 2021 at 3:30 PM, I attempted service at 3807 Miramar Avenue, Dallas, TX 75205. I spoke with the nanny taking care of twin boys outside. I asked for the witness and she said he wasn't home. I left a card with her. Same car bearing Texas plate # KWN7587 parked outside.

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160

**UBS072**

11.     On Monday, April 12, 2021 at 4:50 PM, I attempted service at 3807 Miramar Avenue, Dallas, TX 75205.  There was no answer at the bell.   Same car bearing Texas plate # KWN7587 parked outside.

12.     On Monday, April 12, 2021 at 7:30 PM, I attempted service at 3807 Miramar Avenue, Dallas, TX 75205.  No changes from the previous visit. I left a card in the mailbox.

13.     On Tuesday, April 13, 2021 at 10:40 AM, I attempted service at 3807 Miramar Avenue, Dallas, TX 75205. There was no answer at the door, same car bearing Texas plate # KWN7587 parked out front.

14.     On Tuesday, April 13, 2021 at 1:24 PM, I attempted service at 3807 Miramar Avenue, Dallas, TX 75205.  There were two workers standing outside the gate and they said they were waiting on the boss to open the door to the gate.  The defendant's wife came out and I asked for him.  She told me he wasn't home and I asked if she knew when he would be available, she replied "no".  I gave her my contact information.   She didn't say anything else, just walked away.  The same car was parked out front.

15.     On Tuesday, April 13, 2021 at 3:30 PM, I attempted service at 3807 Miramar Avenue, Dallas, TX 75205.  There was no answer at the door, same car bearing Texas plate # KWN7587 parked out front.

16.     On Tuesday, April 13, 2021 at 5:30 PM, I attempted service at 3807 Miramar Avenue, Dallas, TX 75205.  There was no answer at the door, same car parked out front, TX plates KWN7587.

17.     On Tuesday, April 13, 2021 at 7:45 PM, I attempted service at 3807 Miramar Avenue, Dallas, TX 75205.  There was no answer at the door, same car bearing Texas plate # KWN7587 parked out front.

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160

3

**UBS073**

18.    After due diligence, I was unable to personally serve James Dondero with the said documents at the given address.



DONNA KING
PSC11391 Exp. 3/31/2022

Sworn to before me this
15rth day of April, 2021

NOTARY PUBLIC

LEE H RUSSELL
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 02/28/25
NOTARY ID 240587-3

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160

4

UBS074