# EXHIBIT 7

**UBS075**

UNITED STATES BANKRUPTCY COURT
NORTHER DISRICT OF TEXAS
-------------------------------------------------------------------x
In re HIGHLAND CAPITAL MANAGEMENT, L.P.,

        Debtor

UBS SECURITIES LLC AND UBS AG LONDON BRANCH,

        Plaintiff,

- against -

HIGHLAND CAPITAL MANAGEMENT, L.P.

        Defendant.
-------------------------------------------------------------------x

Case No.: 19-34054-sgj11
Chapter 11
Adv. Proc. No. 21-03020-sgj

AFFIDAVIT OF
ATTEMPTED SERVICE
ON **JAMES DONDERO**

STATE OF TEXAS        )
                      s.s.: )
COUNTY OF DALLAS   )

I, WHITNIE RENEE CLIMER, being duly sworn, depose and say:

1. I am not a party in this action and am over the age of eighteen years. I reside in the state of Texas.

2. Under the direction of Serving by Irving, Inc., I was assigned to effectuate service of a Subpoena to Testify at a Deposition in a Bankruptcy Case (or Adversary Proceeding) with $40.00 witness fee, and a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in Bankruptcy Case (or Adversary Proceeding) with Attachment A upon James Dondero for the law firm of Latham & Watkins LLP in the above captioned matter.

3. On Tuesday, April 6, 2021 at 3:50 PM, I attempted service at NexBank's headquarters located at 2515 McKinney Avenue, Suite 1100, Dallas, TX 75201. I disclosed to the receptionist that I have a delivery for Mr. Dondero. I was told by the receptionist that he is not in the office. I stayed outside the office until 5:00 PM. Mr. Dondero was not seen during that time. I then left the area.

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160
1

**UBS076**

4. On Wednesday, April 7, 2021 at 8:30 AM, I returned to 2515 McKinney Avenue, Suite 1100, Dallas, TX 75201 to undertake a surveillance. No sight of Mr. Dondero and at approximately 9:50 AM, I went into the suite and ask for him. The same receptionist from the previous attempt, Tina Harris, stated Mr. Dondero is not there and was not going to be there. No further information was provided. I stayed at the location until 10:51 AM and then departed the building.

5. After due diligence, I was unable to personally serve James Dondero with the said documents at the given business address.

*Whitnie Renee Climer*
WHITNIE RENEE CLIMER
PSC-11907, Exp. 03/31/2022

Sworn to before me this
15th day of April, 2021

*Jason M. Cohen*
NOTARY PUBLIC

JASON M. COHEN
My Notary ID # 3102653
Expires April 23, 2022

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160
2

UBS077