# EXHIBIT 8

**UBS078**

UNITED STATES BANKRUPTCY COURT
NORTHER DISRICT OF TEXAS

-----------------------------------------------------------------x

In re HIGHLAND CAPITAL MANAGEMENT, L.P.,

　　　　　　　　　Debtor

Case No.: 19-34054-sgj11
Chapter 11
Adv. Proc. No. 21-03020-sgj

UBS SECURITIES LLC AND UBS AG LONDON BRANCH,

　　　　　　　　　Plaintiff,

- against -

HIGHLAND CAPITAL MANAGEMENT, L.P.

　　　　　　　　　Defendant.

AFFIDAVIT OF
ATTEMPTED SERVICE
ON **JAMES DONDERO**

-----------------------------------------------------------------x

STATE OF TEXAS　　　　)
　　　　　　　　　　s.s.: )
COUNTY OF DALLAS　　)

I, DONNA KING, being duly sworn, depose and say:

1. I am not a party in this action and am over the age of eighteen years. I reside in the state of Texas.

2. Under the direction of Serving by Irving, Inc., I was assigned to effectuate service of a Subpoena to Testify at a Deposition in a Bankruptcy Case (or Adversary Proceeding) with $40.00 witness fee, and a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in Bankruptcy Case (or Adversary Proceeding) with Attachment A upon James Dondero for the law firm of Latham & Watkins LLP in the above captioned matter.

3. On Thursday, April 15, 2021 at 1:00 PM, I attempted service at the given address 3807 Miramar Avenue, Dallas, TX 75205. There was no answer at the bell. Vehicle bearing Texas license plate KWN7587 parked out front. I left card with my contact information in the mailbox.

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160

1

UBS079

4. On Thursday, April 15, 2021 at 2:30 PM, I attempted service at the given address 3807 Miramar Avenue, Dallas, TX 75205. There was no answer at the bell. Same vehicle bearing Texas license plate KWN7587 parked out front.

5. On Thursday, April 15, 2021 at 4:30 PM, I attempted service at the given address 3807 Miramar Avenue, Dallas, TX 75205. There was no answer at the bell. Same vehicle bearing Texas license plate KWN7587 parked out front.

6. On Thursday, April 15, 2021 at 6:56 PM, I attempted service at the given address 3807 Miramar Avenue, Dallas, TX 75205. There was no answer at the gate. There were three vehicles parked outside. In addition to the vehicle bearing Texas license plate KWN7587 I observed on the previous attempts, there were two other vehicles parked there: one bearing Texas license plate JVY3737 and the other with Oklahoma license plate HHJ269. I left a card with my contact information in the mailbox.

7. On Thursday, April 15, 2021 at 7:46 PM, I attempted service at the given address 3807 Miramar Avenue, Dallas, TX 75205. There was no answer at the gate and no change from the previous attempt. I left a card with my contact information in the mailbox.

8. On Friday, April 16, 2021 at 11:00 AM, I attempted service at the given address 3807 Miramar Avenue, Dallas, TX 75205. There was no answer at the door. Only the vehicle bearing Texas license plate KWN7587 parked out front. I left a card with my contact information in the mailbox.

9. On Friday, April 16, 2021 at 7:30 PM, I attempted service at the given address 3807 Miramar Avenue, Dallas, TX 75205. There was no answer at the door. Same vehicle bearing Texas license plate KWN7587 parked out front. I left a card with my contact information in the mailbox.

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160

2

**UBS080**

10. On Saturday, April 17, 2021 at 8:30 AM, I attempted service at the given address 3807 Miramar Avenue, Dallas, TX 75205. There was no answer at the door. Same vehicle bearing Texas license plate KWN7587 parked out front. I left a card with my contact information in the mailbox.

11. On Saturday, April 17, 2021 at 6:20 PM, I attempted service at the given address 3807 Miramar Avenue, Dallas, TX 75205. There was no answer at the door. Same vehicle bearing Texas license plate KWN7587 parked out front. I left a card with my contact information in the mailbox.

12. After due diligence, I was unable to personally serve James Dondero with the said documents at the given address.



DONNA KING
PSC11391 Exp. 3/31/2022

Sworn to before me this 19th day of April, 2021

NOTARY PUBLIC

LEE H RUSSELL
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 02/28/25
NOTARY ID 240587-3

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160
3

UBS081