# **EXHIBIT C**

**UBS088**

ENTERED
08/15/2017

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| VICTOR MANUEL GALLEGOS § | Case No. 16-32555 | |
| d/b/a V&V OTR TYRES WORLDWIDE, § | Chapter 13 | |
| a/k/a OTR TYRES WORLDWIDE, § | | |
| a/k/a V&V OTR TYRES § | | |
| Debtor § | | |
| § | | |
| § | | |
| RONALD J. SOMMERS TRUSTEE § | | |
| Plaintiff § | Adversary No. 16-03285 | |
| § | | |
| VS § | | |
| § | | |
| MINING GLOBAL CORPORATION, § | | |
| VICTOR ISRAEL GALLEGOS, § | | |
| Defendants § | | |

ORDER ON PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE
(74)

IN HOUSTON, TEXAS, came on for consideration the Trustee's Motion for Alternative Service. There being good cause shown to grant the relief requested; it is

ORDERED that the Motion is Granted; and it is further

ORDERED that service of the Notice of Deposition and Subpoena is sufficient when served by first class mail, postage prepaid and certified mail, return receipt requested as follows:

>Victor Manual Gallegos
>7910 Anza Street
>Houston, Texas 77012;

and it is

ORDERED that upon alternative service, the Trustee shall file a certificate of service.

DATED: 8/15/2017      SIGNED: _____
JEFF BOHM
UNITED STATES BANKRUPTCY JUDGE

UBS089

APPROVED AND ENTRY REQUESTED:

THE GERGER LAW FIRM, PLLC

By: /s /Alan S. Gerger
Alan S. Gerger
State Bar No. 07816350
Federal Id. 2646
2211 Norfolk, Suite 517
Houston, Texas 77098
Telephone: 713-300-1430
Facsimile: 888-317-0281
asgerger@gerglaw.com
ATTORNEYS FOR RONALD J. SOMMERS, CHAPTER 7 TRUSTEE

UBS090