# EXHIBIT D

**UBS091**

## IN THE UNITED STATED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| AMAX INVESTMENT COMPANY | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. |
| | § | |
| AMTRUST INSURANCE COMPANY OF | § | 3:13cv1589 |
| KANSAS, | § | |
| | § | |
| Defendant. | § | |

## AGREED ORDER GRANTING AGREED MOTION FOR ALTERNATIVE SERVICE OF DEPOSITION SUBPOENA

After considering the Agreed Motion for Alternative Service of Deposition Subpoena filed by Defendant Amtrust Insurance Company of Kansas, the Court GRANTS the motion and ORDERS that third party witness Brad Scherff may be served with a deposition subpoena as follows:

1. Mailing a true copy of the subpoena and this Order via regular and certified mail, return receipt requested, to Mr. Scherff at 5405 Miramar Lane, Colleyville, Texas 76034; and

2. Leaving a true copy of the subpoena and this Order with the guard on duty at the gatehouse of Mr. Scherff's subdivision with instructions to deliver the subpoena to Mr. Scherff

---

AGREED ORDER GRANTING MOTION FOR ALTERNATIVE SERVICE                    PAGE 1 OF 2
OF DEPOSITION SUBPOENA

SIGNED August 19, 2014.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE

**AGREED:**

  /s/  Lisa A. Songy
Lisa A. Songy
lsongy@shannongracey.com
State Bar No. 00793122
SHANNON GRACEY RATLIFF & MILLER LLP
901 Main Street, Suite 4600
Dallas, Texas  75202
(214) 245-3090
(214) 245-3097 (Facsimile)
**COUNSEL FOR DEFENDANT
AMTRUST INSURANCE COMPANY
OF KANSAS**


/s/  William C. ("Corey") Harris
State Bar No. 24085859
Merlin Law Group
777 S. Harbor Island Blvd., Suite 950
Tampa, FL 33602
charris@merlinlawgroup.com
(813) 229-1000
(813) 229-3692 (Fax)
**COUNSEL FOR PLAINTIFF
AMAX INVESTMENT COMPANY**

---

AGREED ORDER GRANTING MOTION FOR ALTERNATIVE SERVICE                    PAGE 2 OF 2
OF DEPOSITION SUBPOENA

**UBS093**