**LATHAM & WATKINS LLP**
Andrew Clubok (*pro hac vice*)
Sarah Tomkowiak (*pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, District of Columbia 20004
Telephone: (202) 637-2200

Jeffrey E. Bjork (*pro hac vice*)
Kimberly A. Posin (*pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234

Kathryn George (*pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700

*Counsel for UBS Securities LLC and UBS AG London Branch*

**BUTLER SNOW LLP**
Martin Sosland (TX Bar No. 18855645)
Candice Carson (TX Bar No. 24074006)
2911 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219
Telephone: (469) 680-5502

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § | Case No. 19-34054-sgj11 |
| | § | |
| Debtor. | § | |
| | § | |
| UBS SECURITIES LLC AND UBS AG LONDON BRANCH, | § | Adversary Proceeding |
| | § | No. 21-03020 |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | |
| | § | |
| Defendant. | § | |

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

**UBS'S WITNESS AND EXHIBIT LIST FOR APRIL 28, 2021 HEARING**

UBS Securities LLC and UBS AG London Branch (together, "UBS"), by and through their undersigned counsel, submit the following witness and exhibit list for the hearing set for 1:30 pm Central Time on April 28, 2021 in connection with (i) *Plaintiffs' Motion for an Order Authorizing Alternative Service of Subpoenas* [Adv. Dkt. No. 28]; (ii) *Nonparty Deponent James Dondero's Motion for Protective Order* [Adv. Dkt. No. 23]; and (iii) *James Dondero's Motion to Modify Order Granting Leave to File Under Seal* [Adv. Dkt. No. 24].

**A.    WITNESSES THAT UBS MAY CALL TO TESTIFY:**

1. Michael Hernandez;
2. Donna King;
3. Whitnie Climer;
4. Any witness designated or called by any other party; and
5. Any witness necessary for impeachment or rebuttal.

**B.    DOCUMENTS UBS MAY USE AS EXHIBITS:**

| Ex. No. | Exhibit | Offered | Admitted |
|---|---|---|---|
| 1 | *Plaintiffs' Motion for an Order Authorizing Alternative Service of Subpoenas* [Adv. Dkt. No. 28] | | |
| 2 | *Memorandum of Law in Support of Plaintiffs' Motion for an Order Authorizing Alternative Service of Subpoenas* [Adv. Dkt. No. 29] | | |
| 3 | *Appendix of Exhibits in Support of Plaintiffs' Motion for an Order Authorizing Alternative Service of Subpoenas* and Exhibits attached thereto [Adv. Dkt. No. 30] | | |
| 4 | Subpoena to Testify At a Deposition in a Bankruptcy Case (or Adversary Proceeding) addressed to James Dondero, dated April 15, 2021 | | |
| 5 | Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or | | |

| Ex. No. | Exhibit | Offered | Admitted |
|---|---|---|---|
|  | Adversary Proceeding) addressed to James Dondero, dated April 15, 2021 |  |  |
| 6 | Exhibit 3 to *Nonparty Deponent James Dondero's Motion for Protective Order*, Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) addressed to James Dondero, dated April 1, 2021 [Adv. Dkt. No. 23-3] |  |  |
| 7 | Exhibit 4 to *Nonparty Deponent James Dondero's Motion for Protective Order*, Subpoena to Testify at a Deposition in a Bankruptcy Case (or Adversary Proceeding) addressed to James Dondero, dated April 1, 2021 [Adv. Dkt. No. 23-4] |  |  |
| 8 | Exhibit 5 to *Nonparty Deponent James Dondero's Motion for Protective Order*, Notice of Deposition [Adv. Dkt. No. 23-5] |  |  |
| 9 | *UBS's Omnibus Response to (I) Nonparty Deponent James Dondero's Motion for Protective Order and (II) James Dondero's Motion to Modify Order Granting Leave to File Under Seal* [filing forthcoming] |  |  |
| 10 | All exhibits identified by or offered by any other party at the hearing |  |  |
| 11 | All exhibits necessary for impeachment and/or rebuttal purposes |  |  |
| 12 | Any pleadings, reports, or other documents entered or filed in this action, including any exhibits thereto |  |  |

UBS reserves the right to amend or supplement this witness and exhibit list prior to the hearing.

DATED this 23rd day of April 2021.

**LATHAM & WATKINS LLP**

By /s/ *Andrew Clubok*

Andrew Clubok (*pro hac vice*)
Sarah Tomkowiak (*pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, District of Columbia
Telephone: (202) 637-2200
Email: andrew.clubok@lw.com
       sarah.tomkowiak@lw.com

Jeffrey E. Bjork (*pro hac vice*)
Kimberly A. Posin (*pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Email: jeff.bjork@lw.com
       kim.posin@lw.com

Kathryn George (*pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email: Kathryn.george@lw.com

**BUTLER SNOW LLP**
Martin Sosland (TX Bar No. 18855645)
Candice M. Carson (TX Bar No. 24074006)
2911 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219
Telephone: (469) 680-5502
E-mail: martin.sosland@butlersnow.com
       candice.carson@butlersnow.com

*Counsel for UBS Securities LLC and UBS AG, London Branch*

## CERTIFICATE OF SERVICE

I, Martin Sosland, certify that *UBS's Witness and Exhibit List For April 28, 2021 Hearing* was filed electronically through the Court's ECF system, which provides notice to all parties of interest.

Dated: April 23, 2021.

/s/ Martin Sosland