BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: UBS Securities LLC et al v. Highland Capital Management, L.P. | Motion For Protective Order By James Dondero #23; Motion To Modify Order Granting Leave To File Under Seal By James Dondero #24 & Plaintiff's Motion For An Order Authorizing Alternative Service of Subpoena #28 | Case # 21−03020−sgj |
| **DEBTOR** | | |

**TYPE OF HEARING**

| | | |
|---|---|---|
| James Dondero | *VS* | UBS Securities LLC et al |
| **PLAINTIFF / MOVANT** | | **DEFENDANT / RESPONDENT** |

| | |
|---|---|
| Clay M. Taylor & John Y. Bonds, III | Kathryn George |
| **ATTORNEY** | **ATTORNEY** |

**EXHIBITS**

| | |
|---|---|
| SEE EXHIBIT LIST | SEE EXHIBIT LIST |
| Doc #34 | Doc #30 & #37 |

| | | |
|---|---|---|
| Michael Edmond | April 28, 2021 | Stacey G. Jernigan |
| REPORTED BY | HEARING DATE | JUDGE PRESIDING |