

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed April 29, 2021

_____
United States Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § | Case No. 19-34054-sgj11 |
| | § | |
| Debtor. | § | |
| | § | |
| UBS SECURITIES LLC AND UBS AG LONDON BRANCH, | § | Adversary Proceeding |
| | § | No. 21-03020 |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | |
| | § | |
| Defendant. | § | |

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

**ORDER: (I) AUTHORIZING UBS TO EFFECT ALTERNATIVE SERVICE OF SUBPOENAS ON JAMES DONDERO, (II) DENYING DONDERO'S MOTION FOR A PROTECTIVE ORDER, AND (III) GRANTING IN PART DONDERO'S MOTION TO MODIFY ORDER GRANTING LEAVE TO FILE UNDER SEAL**

Upon consideration of: (i) *Plaintiffs' Motion for an Order Authorizing Alternative Service of Subpoenas* filed by UBS Securities LLC and UBS AG London Branch (together "UBS"), along with the Memorandum of Law, George Declaration, and Appendix filed in support of the Motion (Adv. Dkt. No. 28-30, collectively, the "UBS Motion"), (ii) *Nonparty Deponent James Dondero's Motion for a Protective Order* and accompanying exhibits (Adv. Dkt. No. 23, the "PO Motion"), and (iii) *James Dondero's Motion to Modify Order Granting Leave to File Under Seal* and accompanying exhibits (Adv. Dkt. No. 24, the "Seal Modification Motion," and with the UBS Motion and PO Motion, the "Motions"); and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue of this proceeding and the Motions is proper in this District pursuant to 28 U.S.C. §§ 1408-1409; and due, adequate, and sufficient notice of the Motions having been given; and after due deliberation and for the reasons stated on the record at the hearing conducted April 28, 2021, it is hereby **ORDERED**:

1. The UBS Motion is GRANTED;

2. UBS is authorized to effect alternative service of a *Subpoena to Testify at a Deposition in a Bankruptcy Case or Adversary Proceeding* (the "Deposition Subpoena") and a *Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding* (the "Production Subpoena") upon James Dondero by (i) overnight mail to Mr. Dondero's current home address; and (ii) email to Mr. Dondero's counsel;

3. Mr. Dondero must produce documents in response to the Production Subpoena by May 6, 2021;

4. Mr. Dondero's deposition pursuant to the Deposition Subpoena is scheduled for May 10, 2021 at 9:30 am CT, unless otherwise agreed to by all parties;

5. The PO Motion is DENIED;

6. The Seal Modification Motion is GRANTED IN PART;

7. UBS will share the sealed *Original Complaint for Injunctive Relief* [Adv. Dkt. No. 3] (the "Complaint") with James Dondero and his counsel at Bonds Ellis Eppich Schafer Jones, LLP ("Bonds Ellis") upon the entry of this Order; and

8. James Dondero and his counsel at Bonds Ellis are restricted from sharing or discussing or conveying directly or indirectly the substance or nature of the contents of or allegations in the Complaint with anyone else, other than amongst themselves (*i.e.*, between James Dondero and his counsel at Bonds Ellis).

### End of Order ###

Order prepared by:

**LATHAM & WATKINS LLP**

By */s/ Andrew Clubok*

Andrew Clubok (*pro hac vice*)
Sarah Tomkowiak (*pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, District of Columbia 20004
Telephone: (202) 637-2200
Email: andrew.clubok@lw.com
      sarah.tomkowiak@lw.com

Jeffrey E. Bjork (*pro hac vice*)
Kimberly A. Posin (*pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Email: jeff.bjork@lw.com
      kim.posin@lw.com

Kathryn George (*pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email: Kathryn.george@lw.com

**BUTLER SNOW LLP**
Martin Sosland (TX Bar No. 18855645)
Candice M. Carson (TX Bar No. 24074006)
2911 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219
Telephone: (469) 680-5502
E-mail: martin.sosland@butlersnow.com
      candice.carson@butlersnow.com

*Counsel for UBS Securities LLC and UBS AG London Branch*