**ROSS & SMITH, PC**
Judith W. Ross
State Bar No. 21010670
Frances A. Smith
State Bar No. 24033084
Eric Soderlund
State Bar No. 24037525
700 N. Pearl Street, Suite 1610
Dallas, Texas 75201
Telephone: 214-377-7879
Facsimile: 214-377-9409
Email: judith.ross@judithwross.com
       frances.smith@judithwross.com
       eric.soderlund@judithwross.com

*Co-Counsel for Scott Ellington, Isaac Leventon, John Paul Sevilla, Matthew DiOrio, and Mary Kathryn Lucas (neé Irving)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | Case No. 19-34054-sgj11 |
| Debtor. | |
| UBS SECURITIES LLC AND UBS AG LONDON BRANCH, | Adversary Proceeding No. 21-03020-sgj |
| Plaintiffs, | |
| vs. | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | |
| Defendant. | |

## NOTICE OF HEARING

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

**PLEASE TAKE NOTICE** that the following matter is scheduled for hearing on Thursday, July 29, 2021 at 2:30 p.m. (Central Time) (the "Hearing") in the above-captioned bankruptcy case (the "Bankruptcy Case"):

1. *Motion of Former Employees to Quash Subpoenas and Brief in Support* [Dkt. No. 70] (the "Motion").

The Hearing on the Motion will be held before The Honorable Stacey G. C. Jernigan, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Northern District of Texas (Dallas Division), Earle Cabell Federal Building, 1100 Commerce Street, 14th Floor, Courtroom No. 1, Dallas, Texas 75242-1496.

PLEASE TAKE FURTHER NOTICE that the hearing will be conducted via WebEx. The WebEx hearing link is https://us-courts.webex.com/meet/jerniga. The link is also posted to Judge Jernigan's webpage and may be accessed here:

https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-jernigans-hearing-dates.

Dated: M ay 17, 2021

Respectfully submitted,

*/s/ Frances A. Smith*
**ROSS & SMITH, PC**
Judith W. Ross
State Bar No. 21010670
Frances A. Smith
State Bar No. 24033084
Eric Soderlund
State Bar No. 24037525
700 N. Pearl Street, Suite 1610
Dallas, Texas 75201
Telephone: 214-377-7879
Facsimile: 214-377-9409
Email: judith.ross@judithwross.com
frances.smith@judithwross.com
eric.soderlund@judithwross.com

*Co-Counsel for Scott Ellington, Isaac Leventon, John Paul Sevilla, Matthew DiOrio, and Mary Kathryn Lucas (neé Irving)*

## **CERTIFICATE OF SERVICE**

I certify that on this 17th day of May 2021, a true and correct copy of the foregoing was served via ECF-Electronic Notice on all parties receiving ECF-Notice in this case.

*/s/ Frances A. Smith*
Frances A. Smith
