

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed May 20, 2021

_____
United States Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| UBS SECURITIES LLC AND UBS AG LONDON BRANCH,<br><br>Plaintiffs,<br><br>vs.<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>Defendant. | Adversary Proceeding<br><br>No. 21-03020-sgj |

## ORDER GRANTING MOTION OF FORMER EMPLOYEES TO FILE UNDER SEAL UNREDACTED MOTION TO QUASH SUBPOENAS

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

This matter coming before the Court on *Motion of Former Employees to File Under Seal an Unredacted Version of their Motion to Quash Subpoenas and Brief in Support* [Docket No. 72] (the "**Motion**"), the Court, having reviewed the Motion, finds that (i) the Court has jurisdiction over this matter under 28 U.S.C. § 1334 and can hear and determine this matter under 28 U.S.C. § 157 and the standing order of reference, (ii) notice of the Motion was sufficient under the circumstances; and (iii) there is cause to grant the relief sought in the Motion. Therefore,

IT IS HEREBY ORDERED THAT:

1. The Motion is Granted.

2. Notwithstanding any Bankruptcy Rule or Local Bankruptcy Rule that might otherwise delay the effectiveness of this Order, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

3. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

### END OF ORDER ###

Submitted by:

*/s/ Frances A. Smith*
**ROSS & SMITH, PC**
Judith W. Ross
State Bar No. 21010670
Frances A. Smith
State Bar No. 24033084
Eric Soderlund
State Bar No. 24037525
700 N. Pearl Street, Suite 1610
Dallas, Texas 75201
Telephone: 214-377-7879
Facsimile: 214-377-9409
Email: judith.ross@judithwross.com
frances.smith@judithwross.com
eric.soderlund@judithwross.com