# EXHIBIT 6

UBSMTC128

| | |
|---|---|
| **From:** | Michael P. Hutchens <mhutchens@whitakerchalk.com> |
| **Sent:** | Wednesday, April 7, 2021 10:57 AM |
| **To:** | Allen, Robert (CC) |
| **Cc:** | Clubok, Andrew (DC); Tomkowiak, Sarah (DC); Wine, Jamie (NY); Posin, Kimberly (LA); George, Katie (CH); Proulx, Zachary (NY); Attarwala, Asif (CH); Parvis, Elizabeth (NY); Kim Meeker; Robert A. Simon |
| **Subject:** | Re: Document Preservation Notice |

Robert,

I am not authorized to accept service of subpoenas or related notices for Mr. D'Orio or Ms Lucas/Irving.

Please let me know if you have any questions.

Michael Hutchens

Sent from my Sprint Samsung Galaxy S10+.
Get [Outlook for Android](#)

---

**From:** Michael P. Hutchens
**Sent:** Monday, April 5, 2021 6:26:06 PM
**To:** Robert.Allen@lw.com <Robert.Allen@lw.com>
**Cc:** Andrew.Clubok@lw.com <Andrew.Clubok@lw.com>; Sarah.Tomkowiak@lw.com <Sarah.Tomkowiak@lw.com>; JAMIE.WINE@lw.com <JAMIE.WINE@lw.com>; Kim.posin@lw.com <Kim.posin@lw.com>; kathryn.george@lw.com <kathryn.george@lw.com>; Zachary.Proulx@lw.com <Zachary.Proulx@lw.com>; Asif.Attarwala@lw.com <Asif.Attarwala@lw.com>; Elizabeth.Parvis@lw.com <Elizabeth.Parvis@lw.com>; Kim Meeker <kmeeker@whitakerchalk.com>; Robert A. Simon <rsimon@whitakerchalk.com>
**Subject:** RE: Document Preservation Notice

Robert,

This definitely exceeds the scope of my original representation and I have reached out to Mr. D'Orio and Ms. Lucas to get direction from them. I will let you know as soon as I hear back.

Michael Hutchens

---

**From:** Robert.Allen@lw.com <Robert.Allen@lw.com>
**Sent:** Monday, April 5, 2021 6:05 PM
**To:** Michael P. Hutchens <mhutchens@whitakerchalk.com>
**Cc:** Andrew.Clubok@lw.com; Sarah.Tomkowiak@lw.com; JAMIE.WINE@lw.com; Kim.posin@lw.com; kathryn.george@lw.com; Zachary.Proulx@lw.com; Asif.Attarwala@lw.com; Elizabeth.Parvis@lw.com; Kim Meeker <KMeeker@whitakerchalk.com>; Robert A. Simon <RSimon@whitakerchalk.com>
**Subject:** RE: Document Preservation Notice

Counsel,

UBSMTC129

Thank you for accepting service of the document preservation notices on behalf of Mr. DiOrio and Ms. Lucas. Attached are notices and subpoenas for both Mr. DiOrio and Ms. Lucas. Please confirm whether you are willing to accept electronic service of these notices and subpoenas on behalf of Mr. DiOrio and/or Ms. Lucas.

Best,

**Robert E. Allen**

**LATHAM & WATKINS** LLP
10250 Constellation Blvd. Suite 1100 | Los Angeles, CA 90067
D: +1.424.653.5563

---

**From:** Michael P. Hutchens <mhutchens@whitakerchalk.com>
**Sent:** Tuesday, March 30, 2021 2:20 PM
**To:** Allen, Robert (CC) <Robert.Allen@lw.com>
**Cc:** Clubok, Andrew (DC) <Andrew.Clubok@lw.com>; Tomkowiak, Sarah (DC) <Sarah.Tomkowiak@lw.com>; Wine, Jamie (NY) <JAMIE.WINE@lw.com>; Posin, Kimberly (LA) <Kim.posin@lw.com>; George, Katie (CH) <kathryn.george@lw.com>; Proulx, Zachary (NY) <Zachary.Proulx@lw.com>; Attarwala, Asif (CH) <Asif.Attarwala@lw.com>; Parvis, Elizabeth (NY) <Elizabeth.Parvis@lw.com>; Kim Meeker <KMeeker@whitakerchalk.com>; Robert A. Simon <RSimon@whitakerchalk.com>
**Subject:** RE: Document Preservation Notice

Robert,

Ms. Lucas has authorized me to accept the notice on her behalf, and I have sent it to her.

Please let me know if you have any questions.

**MICHAEL P. HUTCHENS** | Member
Whitaker Chalk Swindle & Schwartz PLLC

301 Commerce Street, Suite 3500
Fort Worth, Texas 76102-4135

817.878.0563 Direct
817.878.0500 Main
817.878.0501 Fax
214.546.3179 Mobile

mhutchens@whitakerchalk.com
www.whitakerchalk.com

vCard | Profile



**From:** Michael P. Hutchens
**Sent:** Tuesday, March 30, 2021 2:12 PM
**To:** Robert.Allen@lw.com
**Cc:** Andrew.Clubok@lw.com; Sarah.Tomkowiak@lw.com; JAMIE.WINE@lw.com; Kim.posin@lw.com; kathryn.george@lw.com; Zachary.Proulx@lw.com; Asif.Attarwala@lw.com; Elizabeth.Parvis@lw.com; Kim Meeker <kmeeker@whitakerchalk.com>; Robert A. Simon <rsimon@whitakerchalk.com>
**Subject:** RE: Document Preservation Notice

Robert,

Please be advised that I do not represent Sentinel Reinsurance, Ltd. and am not authorized to accept the document preservation notice for Sentinel.

My representation of Matt D'Orio and Katie Lucas is very limited in scope and does not extend to the claim(s) identified in the notice. With that said, I have spoken to Mr. D'Orio and he has authorized me to accept service of the notice on his behalf, and I have forwarded it to him.

I do not have authorization yet from Ms. Lucas. She is on maternity leave and my communications with her sometimes take a while. I will let you know when I hear from her.

Please let me know if you have any question.

**MICHAEL P. HUTCHENS** | Member
Whitaker Chalk Swindle & Schwartz PLLC

301 Commerce Street, Suite 3500
Fort Worth, Texas 76102-4135

817.878.0563 Direct
817.878.0500 Main
817.878.0501 Fax
214.546.3179 Mobile

mhutchens@whitakerchalk.com
www.whitakerchalk.com

vCard | Profile



---

**From:** Robert.Allen@lw.com <Robert.Allen@lw.com>
**Sent:** Tuesday, March 30, 2021 11:55 AM
**To:** Michael P. Hutchens <mhutchens@whitakerchalk.com>
**Cc:** Andrew.Clubok@lw.com; Sarah.Tomkowiak@lw.com; JAMIE.WINE@lw.com; Kim.posin@lw.com; kathryn.george@lw.com; Zachary.Proulx@lw.com; Asif.Attarwala@lw.com; Elizabeth.Parvis@lw.com
**Subject:** Document Preservation Notice

Counsel,

Please see the attached document preservation notice from Andrew Clubok on behalf of UBS.

**Robert E. Allen**

**LATHAM & WATKINS** LLP
10250 Constellation Blvd. Suite 1100
Los Angeles, CA 90067
Direct Dial: +1.424.653.5563
Fax: +1.424.653.5501
Email: robert.allen@lw.com
https://www.lw.com

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

**UBSMTC131**

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

***** Confidentiality Notice: This e-mail and any attachments are intended only for use by the individual or entity named herein and may contain legally privileged or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution, or copying of this e-mail or of any attachment is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender at Whitaker Chalk Swindle & Schwartz PLLC by telephone at (817) 878-0500 or return e-mail, do not read it and permanently delete the original. ------- Thank You.

**UBSMTC132**