# EXHIBIT 7

**UBSMTC133**

| | |
|---|---|
| **From:** | Allen, Robert (CC) |
| **Sent:** | Monday, April 5, 2021 4:05 PM |
| **To:** | 'tmelsheimer@winston.com'; 'narbaugh@winston.com'; 'dneier@winston.com'; 'kpreston@winston.com' |
| **Cc:** | Clubok, Andrew (DC); Wine, Jamie (NY); Tomkowiak, Sarah (DC); Posin, Kimberly (LA); Bjork, Jeff (LA); George, Katie (CH); Proulx, Zachary (NY); Attarwala, Asif (CH); McLaughlin, Shannon (NY); Parvis, Elizabeth (NY); Anikwe, Uchenna (DC) |
| **Subject:** | Notices and Subpoenas to Mr. Jean Paul Sevilla |
| **Attachments:** | 2021 04 02 - Sevilla Deposition Subpoena.pdf; 2021 04 02 - Sevilla Notice of Deposition with Topics.pdf; 2021 04 02 - Sevilla Notice of Production Subpoena.pdf; 2021 04 02 - Sevilla Production Subpoena with Attachment.pdf |

Counsel,

Please see the attached notices and subpoenas to Mr. Jean Paul Sevilla.  Please confirm whether you are willing to accept electronic service of these notices and subpoenas.

Best,

**Robert E. Allen**

**LATHAM & WATKINS LLP**
10250 Constellation Blvd. Suite 1100
Los Angeles, CA 90067
Direct Dial: +1.424.653.5563
Fax: +1.424.653.5501
Email: robert.allen@lw.com
https://www.lw.com

UBSMTC134