# EXHIBIT 8

UBSMTC135

| | |
|---|---|
| **From:** | Allen, Robert (CC) |
| **Sent:** | Monday, April 5, 2021 4:06 PM |
| **To:** | 'michelle.hartmann@bakermckenzie.com'; 'debra.dandeneau@bakermckenzie.com' |
| **Cc:** | Clubok, Andrew (DC); Wine, Jamie (NY); Tomkowiak, Sarah (DC); Posin, Kimberly (LA); Bjork, Jeff (LA); George, Katie (CH); Proulx, Zachary (NY); Attarwala, Asif (CH); McLaughlin, Shannon (NY); Parvis, Elizabeth (NY); Anikwe, Uchenna (DC) |
| **Subject:** | Notices and Subpoenas to Mr. Scott Ellington and Mr. Isaac Leventon |
| **Attachments:** | 2021 04 02 - Leventon Deposition Subpoena.pdf; 2021 04 02 - Leventon Notice of Deposition with Topics.pdf; 2021 04 02 - Leventon Notice of Production Subpoena.pdf; 2021 04 02 - Leventon Production Subpoena with Attachment.pdf; 2021 04 02 - Ellington Deposition Subpoena.pdf; 2021 04 02 - Ellington Notice of Deposition with Topics.pdf; 2021 04 02 - Ellington Notice of Production Subpoena.pdf; 2021 04 02 - Ellington Production Subpoena with Attachment.pdf |

Counsel,

Please see the attached notices and subpoenas to Mr. Scott Ellington and Mr. Isaac Leventon. Please confirm whether you are willing to accept electronic service of these notices and subpoenas on behalf of Mr. Ellington and/or Mr. Leventon.

Best,

**Robert E. Allen**

**LATHAM & WATKINS LLP**
10250 Constellation Blvd. Suite 1100
Los Angeles, CA 90067
Direct Dial: +1.424.653.5563
Fax: +1.424.653.5501
Email: robert.allen@lw.com
https://www.lw.com