# EXHIBIT 15

UBSMTC250

| | |
|---|---|
| **From:** | Allen, Robert (CC) |
| **Sent:** | Thursday, April 15, 2021 8:19 PM |
| **To:** | 'ILeventon@highgateconsultants.com' |
| **Cc:** | Clubok, Andrew (DC); George, Katie (CH) |
| **Subject:** | Notices and Subpoenas |
| **Attachments:** | Preservation Demand Letter to I. Leventon.pdf; 2021 04 15 - Leventon Deposition Subpoena.pdf; 2021 04 15 - Leventon Production Subpoena with Attachment.pdf; 2021 04 15 - Leventon Notice of Deposition with Topics.pdf; 2021 04 15 - Leventon Notice of Production Subpoena.pdf |

Dear Mr. Leventon,

Attached please find notices and subpoenas commanding you to produce documents and appear for a deposition in connection with a recently-initiated Adversary Proceeding commenced by our client, UBS, in connection with the pending Bankruptcy Case in the United States District Court for the Northern District of Texas, *In re Highland Management, L.P.*, No. 19-34054-sgj11 (Bankr. N.D. Tex.).  Also attached is a preservation demand to notify you of your obligation to preserve documents and information relating to the matters that are the subject of that Adversary Proceeding.

We understand that you are already well aware of the contents of the preservation demand, which we provided to your counsel in the Bankruptcy Case on March 30, 2021.  It is our understanding that you have not retained that same counsel to represent you in this matter.  To the extent you are represented by counsel in connection with this matter, please advise us immediately so that we may communicate with your designated counsel regarding this matter going forward.

Regards,

**Robert E. Allen**

**LATHAM & WATKINS LLP**
10250 Constellation Blvd. Suite 1100
Los Angeles, CA 90067
Direct Dial: +1.424.653.5563
Fax: +1.424.653.5501
Email: robert.allen@lw.com
https://www.lw.com