# EXHIBIT 24

**UBSMTC329**

UNITED STATES BANKRUPTCY COURT
NORTHER DISTRICT OF TEXAS
--------------------------------------------------------------------x    Case No.: 19-34054-sgj11
In re HIGHLAND CAPITAL MANAGEMENT, L.P.,    Chapter 11
                                                                              Adv. Proc. No. 21-03020-sgj
                                              Debtor

UBS SECURITIES LLC AND UBS AG LONDON
BRANCH,

                                              Plaintiff,

          - against -                                              AFFIDAVIT OF
                                                                   ATTEMPTED SERVICE
HIGHLAND CAPITAL MANAGEMENT, L.P.                     ON **ISAAC LEVENTON**

                                              Defendant.
--------------------------------------------------------------------x

STATE OF TEXAS                        )
                                              s.s.: )
COUNTY OF DALLAS                )

          I, MICHAEL HERNANDEZ, being duly sworn, depose and say:

          1.        I am not a party in this action and am over the age of eighteen years.  I reside in

the state of Texas.

          2.        Under the direction of Serving by Irving, Inc., I was assigned to effectuate service

of a Subpoena to Testify at a Deposition in a Bankruptcy Case (or Adversary Proceeding) with

$40.00 witness fee, and a Subpoena to Produce Documents, Information, or Objects or to Permit

Inspection of Premises in Bankruptcy Case (or Adversary Proceeding) with Attachment A upon

Isaac Leventon for the law firm of Latham & Watkins LLP in the above captioned matter.

          3.        On Friday, April 2, 2021 at 6:50 PM, I attempted service at 409 Pleasant Valley

Ln, Richardson TX 75080. I knocked on the door. There was no answer.  Ring doorbell was not

working. I left my contact information attached to the door.

UBSMTC330

4.      On Saturday, April 3, 2021 at 10:12 AM, I attempted service at 409 Pleasant Valley Ln, Richardson TX 75080.  I knocked on the door.  There was no answer. I left my contact information attached to the door.

5.      On Wednesday, April 7, 2021 at 9:27 AM, I attempted service at 409 Pleasant Valley Ln, Richardson TX 75080. I knocked on the door and received no answer. I left my contact information attached to the door.

6.      On Friday, April 9, 2021 at 8:10 AM, I attempted service at 409 Pleasant Valley Ln, Richardson TX 75080. There was no answer at the door.

7.      On Friday, April 9, 2021 at 2:41 PM, I attempted service at 409 Pleasant Valley Ln, Richardson TX 75080. There was no answer at the door. I observed a vehicle parked in driveway bearing Texas license plate # DN7R941, this vehicle is registered to Isaac Leventon according to Texas Department of Motor Vehicles.

8.      On Saturday, April 10, 2021 at 10:23 am, I attempted service at 409 Pleasant Valley Ln, Richardson TX 75080. I knocked on the door and received no answer.

9.      On Saturday, April 10, 2021 at 4:15 PM, I attempted service at 409 Pleasant Valley Ln, Richardson TX 75080.  I knocked on the door. There was no answer.

10.     On Monday, April 12, 2021 at 1:45 PM, I attempted service at 409 Pleasant Valley Ln, Richardson TX 75080. I knocked on the door. There was no answer.

11.     On Monday, April 12, 2021 at 6:50 pm, I attempted service at 409 Pleasant Valley Ln, Richardson TX 75080. I knocked on the door. There was no answer.

12.     On Tuesday, April 13, 2021 at 2:30 pm, I attempted service at 409 Pleasant Valley Ln, Richardson TX 75080.  I knocked on the door and received no answer.

UBSMTC331

13. On Tuesday, April 13, 2021 at 6:25 PM, I attempted service at 409 Pleasant Valley Ln, Richardson TX 75080. I knocked on the door. There was no answer.

14. On Wednesday, April 14, 2021 at 9:35 AM, I attempted service at 409 Pleasant Valley Ln, Richardson TX 75080. I knocked on the door. There was no answer.

15. On Wednesday, April 14 at 7:45 pm, I attempted service at 409 Pleasant Valley Ln, Richardson TX 75080. I knocked on the door and received no answer.

16. After due diligence, I was unable to personally serve Isaac Leventon with the said documents at the given address.

MICHAEL HERNANDEZ
PSC-4593 Exp. 07/31/2021

Sworn to before me this
16th day of April, 2021

NOTARY PUBLIC

JASON M. COHEN
My Notary ID # 3102653
Expires April 23, 2022

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160

3

UBSMTC332

UNITED STATES BANKRUPTCY COURT
NORTHER DISTRICT OF TEXAS

-------------------------------------------------------------------x
In re HIGHLAND CAPITAL MANAGEMENT, L.P.,

                      Debtor

UBS SECURITIES LLC AND UBS AG LONDON
BRANCH,

                      Plaintiff,

       - against -

HIGHLAND CAPITAL MANAGEMENT, L.P.

                      Defendant.

-------------------------------------------------------------------x

Case No.: 19-34054-sgj11
Chapter 11
Adv. Proc. No. 21-03020-sgj

**AFFIDAVIT OF
ATTEMPTED SERVICE
ON JEAN PAUL SEVILLA**

STATE OF TEXAS          )
                        s.s.: )
COUNTY OF DALLAS     )

    I, MICHAEL HERNANDEZ, being duly sworn, depose and say:

    1.     I am not a party in this action and am over the age of eighteen years.  I reside in the state of Texas.

    2.     Under the direction of Serving by Irving, Inc., I was assigned to effectuate service of a Subpoena to Testify at a Deposition in a Bankruptcy Case (or Adversary Proceeding) with $40.00 witness fee, and a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in Bankruptcy Case (or Adversary Proceeding) with Attachment A upon Jean Paul Sevilla for the law firm of Latham & Watkins LLP in the above captioned matter.

    3.     On Friday, April 2, 2021 at 7:10 PM, I attempted service at 7155 Shook Ave., Dallas TX 75214. There was no answer at the door. There was a package on the porch with the witness' name on it.

**UBSMTC333**

4.     On Saturday, April 3, 2021 at 10:34 AM, I attempted service at 7155 Shook Ave., Dallas TX 75214. The package I observed on the previous attempt was still there. I knocked on the door and received no answer. left my contact information attached to the door.

5.     On Wednesday, April 7, 2021 at 7:51 AM, I attempted service at 7155 Shook Ave., Dallas TX 75214. I knocked on the door and received no answer. I left my contact informaton attached to the door.

6.     On Friday, April 9, 2021 at 1:15 PM. I attempted service at 7155 Shook Ave., Dallas TX 75214. I knocked on the door. There was no answer. I left my contact information attached to the door.  As I was walking back to the car and a minor child opened the door. I walked back to the door and he shut the door closed on me.

7.     On Friday, April 9, 2021 at 7:10 PM, I attempted service at 7155 Shook Ave., Dallas TX 75214. I knocked on the door. There was no answer. I left my contact information attached to the door.

8.     On Saturday, April 10, 2021 at 9:09 AM, I attempted service at 7155 Shook Ave., Dallas TX 75214. I knocked on the door. There was no answer.

9.     On Saturday, April 10, 2021 at 7:30 PM, I attempted service at 7155 Shook Ave., Dallas TX 75214. I Knocked on the door. There was no answer.

10.     On Monday, April 12, 2021 at 12:30 PM, I attempted service at 7155 Shook Ave., Dallas TX 75214. I knocked on the door. There was no answer.

11.     On Monday, April 12, 2021 at 7:30 pm. I attempted service at 7155 Shook Ave., Dallas TX 75214. I knocked on the door. There was no answer.

12.     On Tuesday, April 13, 2021 at 1:15 PM, I attempted service at 7155 Shook Ave., Dallas TX 75214. I knocked on the door. There was no answer.

UBSMTC334

13. On Tuesday, April 13, 2021 at 8:10 PM, I attempted service at 7155 Shook Ave., Dallas TX 75214. I knocked on the door. There was no answer.

14. On Wednesday, April 14, 2021 at 10:15 am. I attempted service at 7155 Shook Ave., Dallas TX 75214. I knocked on the door and received no answer.

15. On Wednesday, April 14, 2021 at 8:17 pm. I attempted service at 7155 Shook Ave., Dallas TX 75214. I knocked on the door. There was no answer.

16. After due diligence, I was unable to personally serve Jean Paul Sevilla with the said documents at the given address.

MICHAEL HERNANDEZ
PSC-4593 Exp. 07/31/2021

Sworn to before me this
15th day of April, 2021

NOTARY PUBLIC

JASON M. COHEN
My Notary ID # 3102653
Expires April 23, 2022

UBSMTC335

UNITED STATES BANKRUPTCY COURT
NORTHER DISTRICT OF TEXAS
------------------------------------------------------------------x
In re HIGHLAND CAPITAL MANAGEMENT, L.P.,

Case No.: 19-34054-sgj11
Chapter 11
Adv. Proc. No. 21-03020-sgj

Debtor

UBS SECURITIES LLC AND UBS AG LONDON
BRANCH,

Plaintiff,

- against -

HIGHLAND CAPITAL MANAGEMENT, L.P.

**AFFIDAVIT OF
ATTEMPTED SERVICE
ON MARY KATHRYN LUCAS**

Defendant.
------------------------------------------------------------------x

STATE OF TEXAS          )
                                      s.s.: )
COUNTY OF DALLAS        )

I, MICHAEL HERNANDEZ, being duly sworn, depose and say:

1.     I am not a party in this action and am over the age of eighteen years.  I reside in the state of Texas.

2.     Under the direction of Serving by Irving, Inc., I was assigned to effectuate service of a Subpoena to Testify at a Deposition in a Bankruptcy Case (or Adversary Proceeding) with $40.00 witness fee, and a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in Bankruptcy Case (or Adversary Proceeding) with Attachment A upon Mary Kathryn Lucas (formerly Mary Kathryn Irving) for the law firm of Latham & Watkins LLP in the above captioned matter.

3.     On Friday, April 2, 2021 at 7:16 PM, I attempted service at 6434 Lakewood Blvd., Dallas TX 75214. There was no answer at the door. A Caucasian female looked out the window but would not answer the door.

**UBSMTC336**

4.    On Saturday, April 3, 2021 at 10:38 am, I attempted service at 6434 Lakewood Blvd., Dallas TX 75214. I knocked on the door. There was no answer. I left my contact information attached to the door.

5.    On Wednesday, April 7, 2021 at 8:05 AM, I attempted service at 6434 Lakewood Blvd., Dallas TX 75214. I knocked on the door. There was no answer. I left my contact information attached to the door.

6.    After due diligence, I was unable to personally serve Mary Kathryn Lucas (formerly Mary Kathryn Irving) with the said documents at the given address.

MICHAEL HERNANDEZ
PSC-4593 Exp. 07/31/2021

Sworn to before me this
16th day of April, 2021

NOTARY PUBLIC

JASON M. COHEN
My Notary ID # 3102653
Expires April 23, 2022

**UBSMTC337**

UNITED STATES BANKRUPTCY COURT
NORTHER DISRICT OF TEXAS
------------------------------------------------------------------x   Case No.: 19-34054-sgj11
In re HIGHLAND CAPITAL MANAGEMENT, L.P.,                              Chapter 11
                                                                     Adv. Proc. No. 21-03020-sgj
                          Debtor

UBS SECURITIES LLC AND UBS AG LONDON
BRANCH,

                          Plaintiff,

         - against -                                                        AFFIDAVIT OF
                                                                      ATTEMPTED SERVICE
HIGHLAND CAPITAL MANAGEMENT, L.P.                                    ON **MARY KATHRYN LUCAS**

                          Defendant.
------------------------------------------------------------------x

STATE OF TEXAS          )
                        ) s.s.:
COUNTY OF DALLAS        )

I, KRYSTAL JONES, being duly sworn, depose and say:

1.       I am not a party in this action and am over the age of eighteen years.  I reside in
the state of Texas.

2.       Under the direction of Serving by Irving, Inc., I was assigned to effectuate service
of a Subpoena to Testify at a Deposition in a Bankruptcy Case (or Adversary Proceeding) with
$40.00 witness fee, and a Subpoena to Produce Documents, Information, or Objects or to Permit
Inspection of Premises in Bankruptcy Case (or Adversary Proceeding) with Attachment A upon
Mary Kathryn Lucas (formerly Mary Kathryn Irving) for the law firm of Latham & Watkins LLP
in the above captioned matter.

3.       On Thursday, April 15, 2021 at 7:39 PM, I attempted service at 6434 Lakewood
Blvd., Dallas TX 75214. After knocking on the door of the aforementioned address several
times, the door went unanswered.  Lights were on inside the home. Two vehicles bearing Texas
license plates KLJ7247 and LVT2614 parked in the driveway. I left my business card.

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160

**UBSMTC338**

4.      After due diligence, I was unable to personally serve Mary Kathryn Lucas (formerly Mary Kathryn Irving) with the said documents at the given address.

KRYSTAL JONES
PSC-10814 Exp. 03/31/2023

Sworn to before me this
19th day of April, 2021

NOTARY PUBLIC

TERESA MARTINEZ
Notary Public, State of Texas
Comm. Expires 07-19-2024
Notary ID 130744140

UBSMTC339

UNITED STATES BANKRUPTCY COURT
NORTHER DISRICT OF TEXAS
------------------------------------------------------------------x   Case No.: 19-34054-sgj11
In re HIGHLAND CAPITAL MANAGEMENT, L.P.,   Chapter 11
   Adv. Proc. No. 21-03020-sgj

                         Debtor

UBS SECURITIES LLC AND UBS AG LONDON
BRANCH,

                         Plaintiff,

        - against -                                      AFFIDAVIT OF
                                                   ATTEMPTED SERVICE
HIGHLAND CAPITAL MANAGEMENT, L.P.           ON **MARY KATHRYN LUCAS**

                         Defendant.
------------------------------------------------------------------x

STATE OF TEXAS        )
                          s.s.: )
COUNTY OF DALLAS      )

    I, MORGAN DURRETT, being duly sworn, depose and say:

    1.    I am not a party in this action and am over the age of eighteen years.  I reside in

the state of Texas.

    2.    Under the direction of Serving by Irving, Inc., I was assigned to effectuate service

of a Subpoena to Testify at a Deposition in a Bankruptcy Case (or Adversary Proceeding) with

$40.00 witness fee, and a Subpoena to Produce Documents, Information, or Objects or to Permit

Inspection of Premises in Bankruptcy Case (or Adversary Proceeding) with Attachment A upon

Mary Kathryn Lucas (formerly Mary Kathryn Irving) for the law firm of Latham & Watkins LLP

in the above captioned matter.

    3.    On Thursday, April 15, 2021 at 7:39 PM, I attempted service at 6434 Lakewood

Blvd., Dallas TX 75214.  I spoke to a middle-aged Caucasian male with a mustache, when I

asked for Mary Kathryn Lucas he said she's not here and quickly shut the door in my face.  Two

vehicles bearing Texas license plates KLJ7247 and LVT2614 parked in the driveway.

**UBSMTC340**

4.      On Friday, April 16, 2021 at 4:33 PM, I attempted service at 2515 McKinney Ave., Suite 1100, Dallas, TX 75201. I spoke to the receptionist who said that she wasn't sure if she (Mary Kathryn Lucas) works for Nexbank or NexPoint. She said the main person that would know for sure if she works here or working from home is the secretary and she left for the day and won't be back until Monday. I spoke to four people and none of them knew who I was talking about. They all told me to come back Monday and speak to the secretary.

5.      On Friday, April 16, 2021 at 5:12 PM, I attempted service at 6434 Lakewood Blvd., Dallas TX 75214. Delivered groceries were walled up to the door. I heard someone inside telling the dogs to hush. I knocked on the door a few times, but no one came to the door. Someone was home, as I heard a male voice telling the dogs to hush. Same two vehicles bearing Texas license plates KLJ7247 and LVT2614 parked in the driveway.

6.      On Saturday, April 17, 2021 at 4:35 PM, I attempted service at 6434 Lakewood Blvd., Dallas TX 75214. I knocked on the door a few times, but no one came to the door. I heard a man telling the dogs to hush but he didn't answer the door.

7.      After due diligence, I was unable to personally serve Mary Kathryn Lucas (formerly Mary Kathryn Irving) with the said documents at the given address.



MORGAN DURRETT
PSC-18316

Sworn to before me this
19th day of April, 2021

_____
NOTARY PUBLIC

KRYSTAL JONES
Notary Public, State of Texas
Comm. Expires 07-09-2024
Notary ID 130223248

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160

UBSMTC341

UNITED STATES BANKRUPTCY COURT
NORTHER DISTRICT OF TEXAS
------------------------------------------------------------------x   Case No.: 19-34054-sgj11
In re HIGHLAND CAPITAL MANAGEMENT, L.P.,                               Chapter 11
                                                                      Adv. Proc. No. 21-03020-sgj
                                        Debtor

UBS SECURITIES LLC AND UBS AG LONDON
BRANCH,

                                        Plaintiff,

         - against -                                                  AFFIDAVIT OF
                                                                      ATTEMPTED SERVICE
HIGHLAND CAPITAL MANAGEMENT, L.P.                                      ON **MATTHEW DIORIO**

                                        Defendant.
------------------------------------------------------------------x

STATE OF TEXAS                          )
                                  s.s.: )
COUNTY OF DALLAS                        )

     I, MICHAEL HERNANDEZ, being duly sworn, depose and say:

     1.     I am not a party in this action and am over the age of eighteen years.  I reside in the state of Texas.

     2.     Under the direction of Serving by Irving, Inc., I was assigned to effectuate service of a Subpoena to Testify at a Deposition in a Bankruptcy Case (or Adversary Proceeding) with $40.00 witness fee, and a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in Bankruptcy Case (or Adversary Proceeding) with Attachment A upon Matthew DiOrio for the law firm of Latham & Watkins LLP in the above captioned matter.

     3.     On Friday, April 2, 2021 at 7:00 PM, I attempted service at 7033 Cornelia Ln, Dallas TX 75214. There was no answer at the door.  There was a package on front porch with no name visible on package.

**UBSMTC342**

4. On Saturday, April 3, 2021 at 10:30 AM, I attempted service at 7033 Cornelia Ln, Dallas TX 75214. I Knocked on the door and received no answer. I left my contact information attached to the door and left the premises.

5. On Wednesday, April 7, 2021 at 7:48 AM, I attempted service at 7033 Cornelia Ln, Dallas TX 75214. I Knocked on the door. There was no answer. I left my contact information attached to the door and left the premises.

6. On Friday, April 9, 2021 at 1:20 PM, I attempted service at 7033 Cornelia Ln, Dallas TX 75214. I spoke to the housekeeper who stated the witness was not there and did not know what time in the day he would be there.

7. On Friday, April 9. 2021 at 6:35 PM, I attempted service at 7033 Cornelia Ln, Dallas TX 75214. I Knocked on the door. There was no answer.

8. On Saturday, April 10, 2021 at 9:30 am, I attempted service at 7033 Cornelia Ln, Dallas TX 75214. I Knocked on the door. There was no answer.

9. On Saturday, April 10, 2021 at 7:10 PM, I attempted service at 7033 Cornelia Ln, Dallas TX 75214. I Knocked on the door, there was no answer.

10. On Monday, April 12, 2021 at 12:40 PM, I attempted service at 7033 Cornelia Ln, Dallas TX 75214. I knocked on the door and received no answer.

11. On Monday, April 12, 2021 at 8:17 PM, I attempted service at 7033 Cornelia Ln, Dallas TX 75214. I Knocked on the door and received no answer.

12. On Tuesday, April 13, 2021 at 11:30 AM, I attempted service at 7033 Cornelia Ln, Dallas TX 75214. I Knocked on the door. There was no answer.

13. On Tuesday, April 13, 2021 at 7:16 PM, I attempted service at 7033 Cornelia Ln, Dallas TX 75214. I Knocked on the door and received no answer.

UBSMTC343

14.　　On Wednesday, April 14, 2021 at 9:10 AM. I attempted service at 7033 Cornelia Ln, Dallas TX 75214. I Knocked on the door and received no answer.

15.　　On Wednesday, April 14, 2021 at 10:34 AM, I attempted service at 7033 Cornelia Ln, Dallas TX 75214. I Knocked on the door. There was no answer.

16.　　On Wednesday, April 14, 2021 at 7:15 pm, I attempted service at 7033 Cornelia Ln, Dallas TX 75214. I Knocked on the door. There was no answer.

17.　　After due diligence, I was unable to personally serve Matthew DiOrio with the said documents at the given address.

MICHAEL HERNANDEZ
PSC-4593 Exp. 07/31/2021

Sworn to before me this
15ᵗʰ day of April, 2021

NOTARY PUBLIC

JASON M. COHEN
My Notary ID # 3102653
Expires April 23, 2022

**UBSMTC344**

UNITED STATES BANKRUPTCY COURT
NORTHER DISRICT OF TEXAS
------------------------------------------------------------------x    Case No.: 19-34054-sgj11
In re HIGHLAND CAPITAL MANAGEMENT, L.P.,                              Chapter 11
                                                                      Adv. Proc. No. 21-03020-sgj
                                    Debtor

UBS SECURITIES LLC AND UBS AG LONDON
BRANCH,

                                    Plaintiff,

        - against -                                                  **AFFIDAVIT OF**
                                                                     **ATTEMPTED SERVICE**
HIGHLAND CAPITAL MANAGEMENT, L.P.                                     **ON SCOTT ELLINGTON**

                                    Defendant.
------------------------------------------------------------------x

STATE OF TEXAS             )
                           )  s.s.:
COUNTY OF DALLAS           )

        I, MORGAN DURRETT, being duly sworn, depose and say:

        1.      I am not a party in this action and am over the age of eighteen years.  I reside in

the state of Texas.

        2.      Under the direction of Serving by Irving, Inc., I was assigned to effectuate service

of a Subpoena to Testify at a Deposition in a Bankruptcy Case (or Adversary Proceeding) with

$40.00 witness fee, and a Subpoena to Produce Documents, Information, or Objects or to Permit

Inspection of Premises in Bankruptcy Case (or Adversary Proceeding) with Attachment A upon

Scott Ellington at the given address of 2525 N. Pearl Street #1202, Dallas TX 75214 for the law

firm of Latham & Watkins LLP in the above captioned matter.

        3.      On Thursday, April 15, 2021 at 3:12 PM, I attempted service at 2525 N. Pearl

Street, Dallas TX 75214.  Receptionist called two telephone numbers for Scott Ellington and did

not received an answer so she could not allow me up to the apartment.

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160

1

**UBSMTC345**

4. On Thursday, April 15, 2021 at 6:56 PM, I attempted service at 2525 N. Pearl Street, Dallas TX 75214. Concierge had to call the witness because they're not letting anyone up to the apartment for safety concerns. They will only let me up if he answers and he did not thus I was not allowed to go up. I was advised to attempt service on the witness at the business address 300 Crescent Ct., Suite 700, Dallas, TX 75201.

5. On Friday, April 16, 2021 at 12:00 PM, I attempted service at 300 Crescent Ct., Dallas, TX 75201. I was unable to get up to the given suite since an access card is needed for the elevator to go up to that floor.

6. On Saturday, April 17, 2021 at 4:17 PM, I attempted service at 2525 N. Pearl Street, Dallas TX 75214. The receptionist tried calling the witness, but he didn't answer. I was not allowed to go up to the apartment.

7. After due diligence, I was unable to personally serve Scott Ellington with the said documents at the given address.

MORGAN DURRETT
PSC-18316

Sworn to before me this
19th day of April, 2021

NOTARY PUBLIC



KRYSTAL JONES
Notary Public, State of Texas
Comm. Expires 07-09-2024
Notary ID 130223248

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160

2

UBSMTC346

UNITED STATES BANKRUPTCY COURT
NORTHER DISTRICT OF TEXAS
-----------------------------------------------------------------x    Case No.: 19-34054-sgj11
In re HIGHLAND CAPITAL MANAGEMENT, L.P.,    Chapter 11
                                                                                    Adv. Proc. No. 21-03020-sgj
                                        Debtor

UBS SECURITIES LLC AND UBS AG LONDON
BRANCH,

                                        Plaintiff,

           - against -                                                              AFFIDAVIT OF
                                                                                    ATTEMPTED SERVICE
HIGHLAND CAPITAL MANAGEMENT, L.P.                             ON **SCOTT ELLINGTON**

                                        Defendant.
-----------------------------------------------------------------x

STATE OF TEXAS                    )
                                              s.s.: )
COUNTY OF DALLAS             )

        I, MICHAEL HERNANDEZ, being duly sworn, depose and say:

        1.        I am not a party in this action and am over the age of eighteen years.  I reside in

the state of Texas.

        2.        Under the direction of Serving by Irving, Inc., I was assigned to effectuate service

of a Subpoena to Testify at a Deposition in a Bankruptcy Case (or Adversary Proceeding) with

$40.00 witness fee, and a Subpoena to Produce Documents, Information, or Objects or to Permit

Inspection of Premises in Bankruptcy Case (or Adversary Proceeding) with Attachment A upon

Scott Ellington at the given address of 2525 N. Pearl Street #1202, Dallas TX 75214 for the law

firm of Latham & Watkins LLP in the above captioned matter.

        3.        On Friday, April 2, 2021 at 6:30 PM, I attempted service at 2525 N. Pearl Street,

Dallas TX 75214. At this address is a secured residential building.  I was told by front desk

security that the witness is rarely in, he said the best place to catch him would be at his office.

The office address was not disclosed to me. I was not allowed to go up to the apartment.

**UBSMTC347**

4.      On Saturday, April 3, 2021 at 11:40 am, I attempted service at 2525 N. Pearl Street, Dallas TX 75214. Front desk security confirmed the witness was not in at the time. I was not allowed to go up to the apartment.

5.      On Wednesday, April 7, 2021 at 8:22 AM, I attempted service at 2525 N. Pearl Street, Dallas TX 75214. Front desk security confirmed the witness was not in at the time.

6.      On Friday, April 9, 2021 at 10:30 AM. I attempted service at 2525 N. Pearl Street, Dallas TX 75214.  Front desk security confirmed the witness was not in at the time.

7.      On Friday, April 9, 2021 at 5:30 PM, I attempted service at 2525 N. Pearl Street, Dallas TX 75214.  Front desk security confirmed the witness was not in at the time.

8.      On Saturday, April 10, 2021 at 9:17 AM, I attempted service at 2525 N. Pearl Street, Dallas TX 75214. Front desk security confirmed the witness was not in at the time.

9.      On Saturday, April 10, 2021 at 6:31 PM, I attempted service at 2525 N. Pearl Street, Dallas TX 75214. Front desk security confirmed the witness was not in at the time.

10.      On Monday, April 12, 2021 at 7:23 AM, I attempted service at 2525 N. Pearl Street, Dallas TX 75214. Front desk security confirmed the witness was not in at the time.

11.      On Monday, April 12, 2021 at 7:17 PM. I attempted service at 2525 N. Pearl Street, Dallas TX 75214. Server spoke to Manager of the building who confirmed the witness was not in at the time. On this day, I was provided by Serving by Irving, Inc. a business address of 300 Crescent Court, Suite 700, Dallas, TX 75201 to attempt service the next day during business hours.

12.      On Tuesday, April 13, 2021 at 10:02 AM, I attempted service at 300 Crescent Court, Dallas, TX 75201. The only floors available to the public are 2, 5, 6, 8 and 9. Suite 700 is on a secured floor. The floor that is secured you must have a card to get in the elevator and a card

UBSMTC348

to get off at the secured floors. I called the listed telephone number for suite 700 at 972-628-4100, a voice messenger picked up and said if you know the extension to dial in the extension or you could leave a message and another option was to hit the pound key and put the person's name on the telephone to locate that person. I pressed the pound key and tried to enter the witness' name and the call was disconnected when I hit the first letter. I tried to call back two more times with the same issue.

13. On Tuesday, April 13, 2021 at 12:15 PM, I attempted service at 2525 N. Pearl Street, Dallas TX 75214. Front desk security confirmed the witness was not in at the time. I was not allowed to go up to the apartment.

14. On Tuesday, April 13, 2021 at 7:40 PM, I attempted service at 2525 N. Pearl Street, Dallas TX 75214. Security confirmed the witness was not in at the time.

15. On Wednesday, April 14, 2021 at 9:35 AM, I attempted service at 2525 N. Pearl Street, Dallas TX 75214. Front desk security confirmed the witness was not in at the time.

16. On Wednesday, April 14, 2021 at 7:45 PM, I attempted service at 2525 N. Pearl Street, Dallas TX 75214. Front desk security confirmed the witness was not in at the time.

17. After due diligence, I was unable to personally serve Scott Ellington with the said documents at the given address.

MICHAEL HERNANDEZ
PSC-4593 Exp. 07/31/2021

Sworn to before me this
16th day of April, 2021

NOTARY PUBLIC

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160

3

JASON M. COHEN
My Notary ID # 3102653
Expires April 23, 2022

**UBSMTC349**