**ROSS & SMITH, PC**
Judith W. Ross
State Bar No. 21010670
Frances A. Smith
State Bar No. 24033084
Eric Soderlund
State Bar No. 24037525
700 N. Pearl Street, Suite 1610
Dallas, Texas 75201
Telephone: 214-377-7879
Facsimile: 214-377-9409
Email: judith.ross@judithwross.com
       frances.smith@judithwross.com
       eric.soderlund@judithwross.com

*Counsel for Mary Kathryn Lucas (neé Irving),
John Paul Sevilla, Scott Ellington, Isaac Leventon,
and Matthew DiOrio*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: <br><br> HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] <br><br> Debtor. | Chapter 11 <br><br> Case No. 19-34054-sgj-11 |
| UBS SECURITIES LLC AND UBS AG LONDON BRANCH, <br><br> Plaintiffs, <br><br> vs. <br><br> HIGHLAND CAPITAL MANAGEMENT, L.P., <br><br> Defendant. | Adversary Proceeding <br><br> No. 21-03020-sgj |

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

#### FORMER EMPLOYEES' RESPONSE TO UBS MOTION TO COMPEL

Mary Kathryn Lucas (neé Irving), John Paul Sevilla, Scott Ellington, Isaac Leventon, and Matthew DiOrio (collectively, the "**Former Employees**") file this response in opposition to UBS's motion to compel (Adv. Dkt. No. 74) (the "**Motion to Compel**"). For the reasons stated in the Former Employees' brief in support of this response and reply in support of their motion to quash subpoenas (Adv. Dkt. No. 70) (the "**Motion to Quash**"), which is being filed substantially contemporaneously with this response in accordance with Local Bankruptcy Rule 7007-1(d), the Former Employees respectfully request that the Court deny the Motion to Compel in its entirety and grant the Motion to Quash.

Respectfully submitted June 10, 2021

By:  /s/ *Frances A. Smith*
Judith W. Ross
State Bar No. 21010670
Frances A. Smith
State Bar No. 24033084
Eric Soderlund
State Bar No. 24037525
**ROSS & SMITH, PC**
700 N. Pearl Street, Suite 1610
Dallas, Texas 75201
Telephone: 214-377-7879
Facsimile: 214-377-9409
Email: judith.ross@judithwross.com
frances.smith@judithwross.com
eric.soderlund@judithwross.com

**COUNSEL FOR MARY KATHRYN LUCAS (NEÉ IRVING), JOHN PAUL SEVILLA, SCOTT ELLINGTON, ISAAC LEVENTON, AND MATTHEW DIORIO**