**Exhibit 16**

Original Complaint for Injunctive Relief [Filed Under Seal]