PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717) (*admitted pro hac vice*)
Ira D. Kharasch (CA Bar No. 109084) (*admitted pro hac vice*)
John A. Morris (NY Bar No. 266326) (*admitted pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992) (*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward (TX Bar No. 24044908)
MHayward@HaywardFirm.com
Zachery Z. Annable (TX Bar No. 24053075)
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, TX 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110

*Counsel for the Debtor and Debtor-in-Possession*

EXHIBIT 18

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | Case No. 19-34054-sgj11 |
| Debtor. | |
| UBS SECURITIES LLC and UBS AG LONDON BRANCH, | |
| Plaintiffs, | Adversary Proceeding No. 21-03020-sgj |
| vs. | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | |
| Defendant. | |

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

Stipulation Extending Deadline for Debtor to Answer or Otherwise Respond to Complaint
Page 1 of 4

# STIPULATION EXTENDING DEADLINE
# FOR DEBTOR TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Highland Capital Management, L.P. (the "Debtor"), the debtor and debtor-in-possession in the above-captioned bankruptcy case and defendant in the above-captioned adversary proceeding (the "Adversary Proceeding"), and UBS Securities LLC and UBS AG London Branch (together, "UBS", and collectively with the Debtor, the "Parties"), plaintiffs in the Adversary Proceeding, enter into this stipulation (the "Stipulation") extending the deadline for the Debtor to answer or otherwise respond to UBS's *Original Complaint for Injunctive Relief* [Docket No. 3] (as may be subsequently amended or supplemented, the "Complaint") filed in the Adversary Proceeding.

### Recitals

WHEREAS, on March 31, 2021, UBS filed the Complaint under seal commencing the Adversary Proceeding;

WHEREAS, on April 1, 2021, UBS served the Complaint and summons on the Debtor;

WHEREAS the original deadline for the Debtor to answer or otherwise respond to the Complaint was May 3, 2021 (the "Answer Deadline"); and

WHEREAS the Parties reached an agreement extending the Answer Deadline by which the Debtor must answer or otherwise respond to the Complaint.

NOW, THEREFORE, it is hereby stipulated and agreed, and upon approval of this Stipulation by the Court, it shall be SO ORDERED:

1. The Answer Deadline by which the Debtor must answer or otherwise respond to the Complaint shall be extended through and including **Wednesday, June 2, 2021**.

Dated May 3, 2021.

**PACHULSKI STANG ZIEHL & JONES LLP**

Jeffrey N. Pomerantz (CA Bar No.143717)
Ira D. Kharasch (CA Bar No. 109084)
John A. Morris (NY Bar No. 266326)
Gregory V. Demo (NY Bar No. 5371992)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
E-mail: jpomerantz@pszjlaw.com
ikharasch@pszjlaw.com
jmorris@pszjlaw.com
gdemo@pszjlaw.com

-and-

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for the Debtor and Debtor-in-Possession*

**-and-**

**LATHAM & WATKINS LLP**

*/s/ Kathryn K. George*
Andrew Clubok (*pro hac vice*)
Sarah Tomkowiak (*pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, District of Columbia 20004
Telephone: (202) 637-2200
Email:  andrew.clubok@lw.com
             sarah.tomkowiak@lw.com

Jeffrey E. Bjork (*pro hac vice*)
Kimberly A. Posin (*pro hac vice*)
355 South Grand Avenue, Suite 1000
Los Angeles, California 90071
Telephone: (213) 485-1234
Email:  jeff.bjork@lw.com
             kim.posin@lw.com

Kathryn K. George
330 North Wabash Ave., Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Email:  kathryn.george@lw.com

-and-

**BUTLER SNOW LLP**

Martin Sosland (TX Bar No. 18855645)
Candice Carson (TX Bar No. 24074006)
2911 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219
Telephone: (469) 680-5502
Email:  martin.sosland@butlersnow.com
             candice.carson@butlersnow.com

*Counsel for UBS Securities LLC and UBS AG London Branch*