

EXHIBIT 22

May 10, 2021

By Electronic Mail

Highland Capital Management, LP
c/o Pachulski Stang Ziehl & Jones LLP
Jeff Pomerantz via jpomeratnz@pszjlaw.com
John Morris via jmorris@pszjlaw.com
Greg Demo via gdemo@pszjlaw.com;

Hayward LLP
Melissa Hayward mhayward@haywardfirm.com
Zach Annable zannable@haywardfirm.com

Dear Counsel:

I write on behalf of Scott Ellington, Isaac Leventon, John Paul Sevilla, Matthew DiOrio and Mary Kathryn Lucas (neé Irving) (collectively, our "Clients") to you as counsel for Highland Capital Management, L.P. (the "Debtor") with respect to the above-captioned proceeding (the "Adversary Proceeding").

As the Debtor certainly is aware, UBS Securities LLC and UBS AG London Branch (collectively, "UBS") have issued subpoenas to our Clients purportedly seeking evidence in support of UBS's request for a preliminary injunction against the Debtor.  *See* Adversary Proceeding Dkt. 21 at ¶3.  Based on the Debtor's non-opposition to the TRO entered at Dkt. 21, as well as the proposed settlement agreement between the Debtor and UBS that was filed in the chapter 11 case, it appears that the Debtor may not oppose the relief sought by UBS in the Adversary Proceeding.  Given that our Clients are non-parties to the Adversary Proceeding, it only is fair that prior to burdening them with discovery response obligations, we understand the purported need for such discovery.  Therefore, please advise us no later than May 12, 2021 of the following:

- Whether the Debtor intends to oppose entry of a preliminary injunction in the Adversary Proceeding;

- Whether the Debtor intends to oppose any of the other relief sought by UBS in the Adversary Proceeding;

- Any disputed issues that would remain in the Adversary Proceeding, assuming approval of the Settlement Agreement by the Bankruptcy Code.

I look forward to your response.

Best regards,

*/s/ Frances A. Smith*
Frances A. Smith

Plaza of the Americas    700 N. Pearl Street    Suite 1610    Dallas, TX 75201
main  214.377.7879    fax  214.377.9409    judithwross.com