

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed June 28, 2021

_____
United States Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § | Case No. 19-34054-sgj11 |
| | § | |
| Debtor. | § | |
| | § | |
| UBS SECURITIES LLC AND UBS AG LONDON BRANCH, | § | Adversary Proceeding |
| | § | No. 21-03020 |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | |
| | § | |
| Defendant. | § | |

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

**ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL AND DENYING MOTION OF FORMER EMPLOYEES TO QUASH SUBPOENAS**

Upon consideration of: (i) *Motion of Former Employees to Quash Subpoenas* (Adv. Dkt. No. 70, the "Motion to Quash"); (ii) *Plaintiffs' Motion to Compel and Response to Motion of Former Employees to Quash Subpoenas* filed by UBS Securities LLC and UBS AG London Branch (together, "UBS"), along with the Memorandum of Law, Tomkowiak Declaration, and Appendix filed in support of the Motion (Adv. Dkt. No. 74-76, collectively, the "UBS Motion"); (iii) *Former Employees' Response to UBS Motion to Compel*, along with the *Brief in Support of Former Employees' Response to UBS Motion to Compel and Reply in Support of the Former Employees' Motion to Quash* (Adv. Dkt. No. 86-87); and (iv) all exhibits which UBS and the Former Employees stipulated were admissible for the purposes of the June 24, 2021 hearing on the Motion to Quash and the UBS Motion (Exhibits 1- 24 of Adv. Dkt. No. 89 and Exhibits 1-7 of Adv. Dkt. No. 90); and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue of this proceeding and the Motions is proper in this District pursuant to 28 U.S.C. §§ 1408-1409; and due, adequate, and sufficient notice of the Motions having been given; and after due deliberation and for the reasons stated on the record at the hearing conducted June 24, 2021, it is hereby **ORDERED**:

1. The UBS Motion is GRANTED;

2. The Former Employees must produce any documents responsive to the Production Subpoenas within 7 days from the date of entry of this Order;

3. Mr. Ellington, Mr. Leventon, Mr. Sevilla, and Mr. DiOrio must all appear for deposition pursuant to their respective Deposition Subpoenas by no later than Sunday, July 25, 2021;

3

4. Counsel for the Former Employees shall promptly inform counsel for UBS of the anticipated date on which Ms. Lucas's maternity leave will terminate;

5. Ms. Lucas shall appear for deposition pursuant to the Deposition Subpoena by no later than 30 days after the termination of her maternity leave;

6. The Motion to Quash is DENIED; and

7. Each side shall bear its own costs.

### End of Order ###

Order prepared by:

**LATHAM & WATKINS LLP**

By */s/ Andrew Clubok*

Andrew Clubok (*pro hac vice*)
Sarah Tomkowiak (*pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, District of Columbia 20004
Telephone: (202) 637-2200
Email: andrew.clubok@lw.com
       sarah.tomkowiak@lw.com

Jeffrey E. Bjork (*pro hac vice*)
Kimberly A. Posin (*pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Email: jeff.bjork@lw.com
       kim.posin@lw.com

Kathryn George (*pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email: kathryn.george@lw.com

**BUTLER SNOW LLP**
Martin Sosland (TX Bar No. 18855645)
Candice M. Carson (TX Bar No. 24074006)
2911 Turtle Creek Boulevard, Suite 1400
Dallas, Texas 75219
Telephone: (469) 680-5502
E-mail: martin.sosland@butlersnow.com
       candice.carson@butlersnow.com

*Counsel for UBS Securities LLC and UBS AG London Branch*