

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed August 9, 2021**

_____
United States Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § | Case No. 19-34054-sgj11 |
| | § | |
| Debtor. | § | |
| | § | |
| UBS SECURITIES LLC AND UBS AG LONDON BRANCH, | § | Adversary Proceeding |
| | § | No. 21-03020 |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | |
| | § | |
| Defendant. | § | |

## AMENDED STIPULATION AND SCHEDULING ORDER

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

Upon consideration of the *Amended Stipulation and Proposed Scheduling Order* [Adv. Dkt. No. 95] (the "Stipulation")[2] by and between Plaintiffs UBS Securities LLC and UBS AG London Branch (together, "UBS") and Defendant Highland Capital Management, L.P. (the "Debtor," and together with UBS, the "Parties"), it is **HEREBY ORDERED THAT**:

1. The Stipulation is **APPROVED**.

2. The Stipulation shall be effective immediately.

3. The Parties shall follow the below pretrial schedule (the "Joint Pretrial Schedule") in lieu of that provided in the *Order Regarding Adversary Proceedings Trial Setting and Alternative Scheduling Order* [Adv. Dkt. No. 9]:

| | *Joint Scheduling Order* | |
|---|---|---|
| | Event | Deadline |
| 1 | Service of Written Discovery Requests | July 2, 2021 |
| 2 | Service of Written Responses to Discovery | July 23, 2021 |
| 3 | Completion of Fact Discovery | August 6, 2021[3] |
| 4 | Expert Disclosures | August 13, 2021 |
| 5 | Completion of Expert Discovery | August 27, 2021 |
| 6 | Dispositive Motions | September 3, 2021 |
| 7 | Exhibit and Witness Lists | September 20, 2021 |
| 8 | Joint Pretrial Order | September 27, 2021 |
| 9 | Proposed Findings of Fact and Conclusions of Law | September 27, 2021 |
| 10 | Trial Docket Call | October 4, 2021 at 1:30 p.m. (CT) |
| 11 | Trial Week Begins | October 17, 2021 |

---

[2] A copy of the Stipulation is attached hereto as **Exhibit A**.

[3] Ms. Mary Katherine Lucas' deposition will be taken within thirty days after the termination of her maternity leave. *See Order Granting Plaintiffs' Motion to Compel and Denying Motion of Former Employees to Quash Subpoenas* [Adv. Dkt. No. 94].

3

4. The Joint Pretrial Schedule set forth in this Order shall only be modified in a writing signed by the Parties or upon the entry of an order of the Court entered upon notice to the Parties.

5. The Court shall retain jurisdiction over all disputes arising out of or otherwise concerning the interpretation and enforcement of this Order.

### End of Order ###

# **EXHIBIT A**

| | |
|---|---|
| **LATHAM & WATKINS LLP**<br>Andrew Clubok (*pro hac vice*)<br>Sarah Tomkowiak (*pro hac vice*)<br>555 Eleventh Street, NW, Suite 1000<br>Washington, District of Columbia 20004<br>Telephone: (202) 637-2200<br>Email: andrew.clubok@lw.com<br>         sarah.tomkowiak@lw.com<br><br>Jeffrey E. Bjork (*pro hac vice*)<br>Kimberly A. Posin (*pro hac vice*)<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071<br>Telephone: (213) 485-1234<br>Email: jeff.bjork@lw.com<br>         kim.posin@lw.com<br><br>Kathryn George (*pro hac vice*)<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL 60611<br>Telephone: (312) 876-7700<br>Email: Kathryn.george@lw.com<br><br>**BUTLER SNOW LLP**<br>Martin Sosland (TX Bar No. 18855645)<br>Candice Carson (TX Bar No. 24074006)<br>2911 Turtle Creek Blvd., Suite 1400<br>Dallas, Texas 75219<br>Telephone: (469) 680-5502<br>E-mail: martin.sosland@butlersnow.com<br>         candice.carson@butlersnow.com<br><br>*Counsel for UBS Securities LLC and UBS AG London Branch* | **PACHULSKI STANG ZIEHL & JONES LLP**<br>Jeffrey N. Pomerantz (CA Bar No.143717)<br>(*admitted pro hac vice*)<br>Robert J. Feinstein (NY Bar No. 1767805)<br>(*admitted pro hac vice*)<br>John A. Morris (NY Bar No. 2405397)<br>(*admitted pro hac vice*)<br>Gregory V. Demo (NY Bar No. 5371992)<br>(*admitted pro hac vice*)<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 277-6910<br>E-mail: jpomerantz@pszjlaw.com<br>         rfeinstein@pszjlaw.com<br>         jmorris@pszjlaw.com<br>         gdemo@pszjlaw.com<br><br>**HAYWARD PLLC**<br>Melissa S. Hayward<br>Texas Bar No. 24044908<br>MHayward@HaywardFirm.com<br>Zachery Z. Annable<br>Texas Bar No. 24053075<br>ZAnnable@HaywardFirm.com<br>10501 N. Central Expy, Ste. 106<br>Dallas, Texas 75231<br>Telephone: (972) 755-7100<br><br>*Counsel for Highland Capital Management, L.P.* |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § | Case No. 19-34054-sgj11 |
| | § | |
| Debtor. | § | |
| | § | |
| UBS SECURITIES LLC AND UBS AG LONDON BRANCH, | § | Adversary Proceeding |
| | § | |
| | § | No. 21-03020 |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | |
| | § | |
| Defendant. | § | |

## AMENDED STIPULATION AND PROPOSED SCHEDULING ORDER

This amended stipulation (the "Amended Stipulation") is made and entered into by and between Plaintiffs UBS Securities LLC and UBS AG London Branch (together, "UBS") and Defendant Highland Capital Management, L.P. (the "Debtor," and together with UBS, the "Parties"), by and through their respective undersigned counsel.

## RECITALS

WHEREAS, on October 16, 2019 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the Bankruptcy Court for the District of Delaware, Case No. 19-12239 (CSS) (the "Delaware Court");

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

2

WHEREAS, on December 4, 2019, the Delaware Court entered an order transferring venue of the Debtor's bankruptcy case (the "Bankruptcy Case") to this Court;

WHEREAS, on March 31, 2021, UBS commenced the above-captioned adversary proceeding (the "Adversary Case") against the Debtor by filing its complaint [Adv. Dkt. No. 3] (the "Complaint");

WHEREAS, on April 1, 2021, the Court issued the *Order Regarding Adversary Proceedings Trial Setting and Alternative Scheduling Order* [Adv. Dkt. No. 9] (the "Alternative Scheduling Order");

WHEREAS, on May 14, 2021, the Parties filed a *Stipulation and Proposed Scheduling Order* [Adv. Dkt. No. 69];

WHEREAS, on May 15, 2021, Scott Ellington, Isaac Leventon, Matthew DiOrio, JP Sevilla, and Kathryn Lucas (the "Employee Group") filed the *Motion of Former Employees to Quash Subpoenas and Brief in Support* [Adv. Dkt. 70], and on May 20, 2021, UBS filed *Plaintiffs' Motion to Compel and Response to Motion of Former Employees to Quash Subpoenas* [Adv. Dkt. 74] (together, and including documents filed in support of and response to, the "Discovery Motions");

WHEREAS, the Discovery Motions relate to discovery sought in this Adversary Case;

WHEREAS, on June 24, 2021, the Court held a hearing on the Discovery Motions and ordered the Employee Group to produce responsive documents within seven days and sit for depositions within thirty days[2];

---

[2] Ms. Lucas' deposition will be taken within thirty days after the termination of her maternity leave.

WHEREAS, in light of ongoing fact discovery, including as contemplated by the Court's June 24, 2021 ruling, the Parties have conferred and desire to enter into a mutually agreeable proposed amended schedule to alter pre-trial deadlines while maintaining the same dates for trial docket call and trial as specifically set forth below.

**NOW, THEREFORE**, it is hereby stipulated and agreed, and upon approval of this Stipulation by the Court, it shall be SO ORDERED:

1. The Parties agree to the following amended schedule (the "Amended Proposed Joint Scheduling Order"), in lieu of that provided in their earlier *Stipulation and Proposed Scheduling Order*:

| | *Amended Proposed Joint Scheduling Order* | |
|---|---|---|
| | Event | Deadline |
| 1 | Service of Written Discovery Requests | July 2, 2021 |
| 2 | Service of Written Responses to Discovery | July 23, 2021 |
| 3 | Completion of Fact Discovery | August 6, 2021 |
| 4 | Expert Disclosures | August 13, 2021 |
| 5 | Completion of Expert Discovery | August 27, 2021 |
| 6 | Dispositive Motions | September 3, 2021 |
| 7 | Exhibit and Witness Lists | September 20, 2021 |
| 8 | Joint Pretrial Order | September 27, 2021 |
| 9 | Proposed Findings of Fact and Conclusions of Law | September 27, 2021 |
| 10 | Trial Docket Call | October 4, 2021 at 1:30 p.m. (CT) |
| 11 | Trial Week Begins | October 17, 2021 |

2. If approved by the Court, the Amended Proposed Joint Scheduling Order shall only be modified in a writing signed by the Parties or upon the entry of an order of the Court entered upon notice to the Parties.

3. The Court shall retain jurisdiction over all disputes arising out of or otherwise concerning the interpretation and enforcement of this Amended Stipulation, subject to any objection to the Court's jurisdiction or core jurisdiction and subject to any motion for the withdrawal of the reference, with respect to which all parties reserve their rights, if any.

[*Remainder of this page intentionally left blank.*]

Dated: June 29, 2021

Respectfully submitted,

By */s/ Sarah Tomkowiak*

**LATHAM & WATKINS LLP**
Andrew Clubok (*pro hac vice*)
Sarah Tomkowiak (*pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, District of Columbia 20004
Telephone: (202) 637-2200
Email: andrew.clubok@lw.com
sarah.tomkowiak@lw.com

Jeffrey E. Bjork (*pro hac vice*)
Kimberly A. Posin (*pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Email: jeff.bjork@lw.com
kim.posin@lw.com

Kathryn George (*pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email: kathryn.george@lw.com

**BUTLER SNOW LLP**
Martin Sosland (TX Bar No. 18855645)
Candice Carson (TX Bar No. 24074006)
2911 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219
Telephone: (469) 680-5502
E-mail: martin.sosland@butlersnow.com
candice.carson@butlersnow.com

*Counsel for UBS Securities LLC and UBS AG London Branch*

By */s/ Robert Feinstein*

**PACHULSKI STANG ZIEHL & JONES LLP**
Jeffrey N. Pomerantz (CA Bar No.143717)
(*admitted pro hac vice*)
Robert J. Feinstein (NY Bar No. 1767805)
(*admitted pro hac vice*)
John A. Morris (NY Bar No. 2405397)
(*admitted pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992)
(*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
E-mail: jpomerantz@pszjlaw.com
rfeinstein@pszjlaw.com
jmorris@pszjlaw.com
gdemo@pszjlaw.com

**HAYWARD PLLC**
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Telephone: (972) 755-7100

*Counsel for Highland Capital Management, L.P.*

6

## CERTIFICATE OF SERVICE

I, Martin Sosland, certify that this *Amended Stipulation and Proposed Scheduling Order* was filed electronically through the Court's ECF system, which provides notice to all parties of interest.

Dated:  June 29, 2021

*/s/ Martin Sosland*