BTXN 105a (rev. 09/19)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In Re: UBS Securities LLC and UBS AG London Branch,

Plaintiff(s)

v. Highland Capital Managment, L.P., et al,

Defendant(s)

Case No.: 19-34054-sgj11

Adversary No.: 21-03020

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: __Catanese__  __Katherine__  __R.__
   Last / First / MI

2. Firm Name: __Foley & Lardner, LLP__

3. Address: __90 Park Avenue__
   __New York, NY 10016__

4. Phone: __212-338-3496__   FAX: __212-687-2329__
   Email: __kcatanese@foley.com__

5. Name used to sign *all* pleadings: ____

6. Retained by: __Sentinel Reinsurance Ltd.__

7. Admitted on __New York__ and presently a member in good standing of the bar of the highest court of the state of __New York__ and issued the bar license number of __5051438__.

8. Admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| New York - Southern District | 8/29/2012 |
| New York - Eastern District | 9/6/2012 |

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

   ☒ Yes ☐ No

   If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☐ Yes ☒ No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☐ Yes ☒ No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    | Date of Application | Case No. and Style |
    |---|---|
    | _____ | _____ |
    | _____ | _____ |
    | _____ | _____ |

13. Local counsel of record: Thomas Scannel

14. Local counsel's address: Foley & Lardner LLP, 2021 McKinney Avenue, Suite 1600 Dallas, Texas 75201

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. V Commerce Savs. & Loan Ass'n*, 121 F.D.R. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☒ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

☐ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $100.00 filing fee on 8/25/21.

Katherine R. Catanese
Printed Name of Applicant

8/25/2021
Date

*[signature]*
Signature of Applicant