IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CHAPTER 11 |
| HIGHLAND CAPITAL MANAGEMENT, LP | § § | CASE NO: 18-33967-BJH-11 |
| DEBTOR. | § | (Joint Administration) |

| | | |
|---|---|---|
| UBS SECURITIES LLC AND UBS LONDON BRANCH AG, Plaintiff, | § § § | |
| v. | § § | ADV. PROC. NO. 21-03020 |
| HIGHLAND CAPITAL MANAGEMENT, L.P., Defendant. | § § § | |

**ORDER GRANTING FOREIGN NON-PARTY SENTINEL REINSURANCE, LTD.'S
<u>MOTION FOR PROTECTIVE ORDER</u>**

4815-7292-4153.1

2

Came on to be considered the *Motion for Protective Order* ("Motion")[1] filed by foreign non-party Sentinel Reinsurance, Ltd. ("Sentinel") on September 1, 2021. The Court, having considered the Motion, reviewed the pleadings and the record before it, considered the history and background of the proceedings in this case, and being fully advised in the premises, finds that Sentinel has shown that good cause exists for the granting of the Motion and relief set forth herein. Accordingly, it is

ORDERED that the Motion is granted to the extent set forth herein. It is further

ORDERED that Beecher Carlson (Cayman) LTD and Beecher Carlson Insurance Services LLC (collectively, "Beecher") shall not produce any documents responsive to that certain Subpoena attached as an exhibit to the Motion unless and until such time as Sentinel has completed its review of the documents responsive to the Subpoena and provided the applicable responsive, non-privileged documents to Beecher, in any event with such production to occur not later than November 1, 2021.

###End of Order###

Order submitted by:

*/s/ Thomas C. Scannell*
Thomas C. Scannell (TX 24070559)
Katherine R. Catanese (*pro hac vice pending*)
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
tscannell@foley.com
kcatanese@foley.com

*COUNSEL FOR SENTINEL REINSURANCE, LTD.*

---

[1] Unless otherwise specifically defined herein, any capitalized terms or phrases used herein bear the meanings assigned in the Motion.

4815-7292-4153.1