

Brown & Brown, Inc.
300 N. Beach Street
Daytona Beach, FL 32114
Fax: (386) 239-7293

Direct Line: (386) 239-7200 ▪ (800) 877-2769 Ext. 7200
Direct Fax: (386) 239-7293

ROBERT T. BOWLING
*Litigation Counsel*

July 13, 2021

**VIA EMAIL (martin.sosland@butlersnow.com)**

Martin Sosland, Esquire
Butler Snow, LLP
2911 Turtle Creek Blvd., Suite 1400
Dallas, TX 75219

      Re:  *UBS Securities, LLC v Highland Capital Management, LP*
          Subpoena Duces Tecum

Dear Mr. Sosland:

    I am in-house counsel for Brown & Brown, Inc., the parent company for Beecher Carlson Insurance Services, LLC (Beecher). We are in receipt of your subpoena via our process server, CSC, on June 30, 2021. Beecher is objecting to the documents requested in this subpoena as we have a contract which makes the documents in our possession for this matter confidential. There may also be privileged communications which would create an undue burden to search for and produce every document we have. However, if there are responsive documents which are not subject to these objections, we will produce them notwithstanding the objections.

    Please contact me at rbowling@bbins.com if you have any further questions.

                                Sincerely,

                                */s/ Robert T. Bowling*

                              Robert T. Bowling