**LATHAM & WATKINS LLP**
Andrew Clubok (*pro hac vice*)
Sarah Tomkowiak (*pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200

Jeffrey E. Bjork (*pro hac vice*)
Kimberly A. Posin (*pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234

Kathryn George (*pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700

**BUTLER SNOW LLP**
Martin Sosland (TX Bar No. 18855645)
Candice Carson (TX Bar No. 24074006)
2911 Turtle Creek Blvd., Suite 1400
Dallas, TX 75219
Telephone: (469) 680-5502

*Counsel for UBS Securities LLC and UBS AG London Branch*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| *In re*<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,[1]<br><br>Debtor.<br><br>UBS SECURITIES LLC and UBS AG LONDON BRANCH,<br><br>Plaintiffs,<br><br>v.<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>Defendant. | Chapter 11<br><br>Case No. 19-34054-sgj11<br><br><br><br>Adversary Proceeding<br><br>No. 21-03020 |

**APPENDIX OF EXHIBITS TO UBS'S OPPOSITION TO FOREIGN NON-PARTY
SENTINEL REINSURANCE, LTD.'S MOTION FOR PROTECTIVE ORDER**

---

[1] The last four digits of the Debtor's taxpayer identification number are 6725. The Debtor's headquarters and service address is 300 Crescent Court, Suite 700, Dallas, TX 75201.

UBS Securities LLC and UBS AG London Branch (together "**UBS**"), by and through their undersigned counsel, submit this Appendix of exhibits (the "**Appendix**") to *UBS's Opposition to Foreign Non-Party Sentinel Reinsurance, Ltd.'s Motion for Protective Order*, filed concurrently herewith.  The following exhibits are attached to this Appendix:

| Ex. No. | Description | App. No. |
|---|---|---|
| A | Declaration of Sarah Tomkowiak in Support of UBS's Opposition to Foreign Non-Party Sentinel Reinsurance, Ltd.'s Motion for Protective Order, and Exhibits 1 to 10 thereto | UBSPO001 |
| 1 | Email from Jason Burt to Christopher Weldon, counsel for Beecher Carlson Insurance Services LLC ("Beecher"), dated September 2, 2021 | UBSPO005 |
| 2 | UBS's June 29, 2021 Subpoena for the Production of Documents on Beecher, dated August 24, 2021 | UBSPO007 |
| 3 | Letter from counsel for Brown & Brown, Inc. ("B&B"), dated June 30, 2021 | UBSPO019 |
| 4 | Letter from counsel for B&B, dated July 31, 2021 | UBSPO021 |
| 5 | Emails dated August 20, 2021 between counsel for UBS and counsel for Sentinel Reinsurance, Ltd. ("Sentinel") | UBSPO023 |
| 6 | Letter from counsel for Sentinel to counsel for UBS, dated August 4, 2021 | UBSPO026 |
| 7 | Email from Christopher Weldon to Andrew Clubok, et al., dated August 20, 2021 | UBSPO030 |
| 8 | Email from Beecher's counsel to UBS's counsel, dated August 20, 2021 | UBSPO032 |
| 9 | Email chain between Sentinel's counsel and UBS's counsel, dated September 8, 2021 | UBSPO035 |

| Ex. No. | Description | App. No. |
|---|---|---|
| **10** | Email from Sentinel's counsel to UBS's counsel, dated September 1, 2021 | UBSPO041 |

Dated: September 10, 2021	Respectfully submitted,

/s/ *Sarah Tomkowiak*

**LATHAM & WATKINS LLP**
Andrew Clubok (*pro hac vice*)
Sarah Tomkowiak (*pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Email:	andrew.clubok@lw.com
	sarah.tomkowiak@lw.com

Jeffrey E. Bjork (*pro hac vice*)
Kimberly A. Posin (*pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Email:	jeff.bjork@lw.com
	kim.posin@lw.com

Kathryn George (*pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email:	kathryn.george@lw.com

**BUTLER SNOW LLP**
Martin Sosland (TX Bar No. 18855645)
Candice Carson (TX Bar No. 24074006)
2911 Turtle Creek Blvd., Suite 1400
Dallas, TX 75219
Telephone: (469) 680-5502
Email:	martin.sosland@butlersnow.com
	candice.carson@butlersnow.com

*Counsel for UBS Securities LLC and UBS AG London Branch*

5

**CERTIFICATE OF SERVICE**

I, Andrew Clubok, certify that *Appendix of Exhibits to UBS's Opposition to Foreign Non-Party Sentinel Reinsurance, Ltd.'s Motion for Protective Order* was filed electronically through the Court's ECF system, which provides notice to all parties of interest. And a copy of this Opposition will be provided to counsel for Beecher by email

Dated: September 10, 2021

                                                                */s/Andrew Clubok*
                                                                Andrew Clubok