# EXHIBIT A

**UBSPO001**

**LATHAM & WATKINS LLP**
Andrew Clubok (*pro hac vice*)
Sarah Tomkowiak (*pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200

Jeffrey E. Bjork (*pro hac vice*)
Kimberly A. Posin (*pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234

Kathryn George (*pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700

*Counsel for UBS Securities LLC and UBS AG London Branch*

**BUTLER SNOW LLP**
Martin Sosland (TX Bar No. 18855645)
Candice Carson (TX Bar No. 24074006)
2911 Turtle Creek Blvd., Suite 1400
Dallas, TX 75219
Telephone: (469) 680-5502

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| *In re* <br><br> HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] <br><br> Debtor. <br><br> UBS SECURITIES LLC and UBS AG LONDON BRANCH, <br><br> Plaintiffs, <br><br> v. <br><br> HIGHLAND CAPITAL MANAGEMENT, L.P., <br><br> Defendant. | Chapter 11 <br><br> Case No. 19-34054-sgj11 <br><br><br><br> Adversary Proceeding <br><br> No. 21-03020-sgj |

**DECLARATION OF SARAH TOMKOWIAK IN SUPPORT OF UBS'S OPPOSITION
TO FOREIGN NON-PARTY SENTINEL REINSURANCE, LTD.'S
<u>MOTION FOR PROTECTIVE ORDER</u>**

---

[1] The last four digits of the Debtor's taxpayer identification number are 6725. The Debtor's headquarters and service address is 300 Crescent Court, Suite 700, Dallas, TX 75201.

1

I, Sarah Tomkowiak, declare as follows:

1. I am a partner at Latham & Watkins LLP and one of the counsel of record in this case for Plaintiffs UBS Securities LLC and UBS AG London Branch (together, "UBS"). I have personal knowledge of the facts in this Declaration, which I submit in support of *UBS's Opposition to Foreign Non-Party Sentinel Reinsurance, Ltd.'s Motion for Protective Order*. If called upon to do so, I could and would competently testify to these facts.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a September 2, 2021 email from Jason Burt to Christopher Weldon, counsel for Beecher Carlson Insurance Services LLC ("Beecher").

3. Attached hereto as **Exhibit 2** is a true and correct copy of UBS's June 29, 2021 subpoena for the production of documents on Beecher, together with its affidavit of service.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a June 30, 2021 letter from counsel for Brown & Brown, Inc. ("B&B")—Beecher's parent company.

5. Attached hereto as **Exhibit 4** is a true and correct copy of a July 13, 2021 letter from counsel for B&B.

6. Attached hereto as **Exhibit 5** is a true and correct copy of two emails dated August 20, 2021, between counsel for UBS and counsel for Sentinel Reinsurance, Ltd. ("Sentinel").

7. Attached hereto as **Exhibit 6** is a true and correct copy of an August 4, 2021 letter from counsel for Sentinel to counsel for UBS.

8. Attached hereto as **Exhibit 7** is a true and correct copy of an August 20, 2021 email from Beecher's counsel to UBS's counsel.

9. Attached hereto as **Exhibit 8** is a true and correct copy of an email exchange dated August 24, 2021, between Beecher's counsel and UBS's counsel.

UBSPO003

10. Attached hereto as **Exhibit 9** is a true and correct copy of an email chain between Sentinel's counsel and UBS's counsel.

11. Attached hereto as **Exhibit 10** is a true and correct copy of a September 1, 2021 email from Sentinel's counsel to UBS's counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 10, 2021          */s/ Sarah Tomkowiak*
                                        Sarah Tomkowiak