# EXHIBIT 3

**UBSPO019**



Brown & Brown, Inc.
300 N. Beach Street
Daytona Beach, FL 32114
Fax: (386) 239-7923

Direct Line: (386) 239-5750  (800) 877-2769 Ext. 8853

**LAUREN A. CLARK**
*Subpoena Coordinator*

June 30, 2021

**VIA EMAIL (martin.sosland@butlersnow.com)**

Martin Sosland, Esquire
Butler Snow, LLP
2911 Turtle Creek Blvd., Suite 1400
Dallas, TX 75219

   Re: *UBS Securities, LLC v Highland Capital Management, LP*
      Subpoena Duces Tecum

Dear Mr. Sosland:

  In response to your non-party subpoena in the above-referenced matter, which we received on June 29, 2021, we are in the process of reviewing the request and conducting a search of the files of Beecher Carlson Insurance Services, Inc. We are objecting to time within which to respond. We estimate that it will take up to 45 days from the date we received your subpoena to complete our search. All other objections are specifically reserved.

  We will provide you with an invoice for the estimated cost of retrieval of any records responsive to your request. Upon receipt of payment, we will prepare the records and ship them to you. In the event that the records are no longer needed we ask that you notify us in writing as soon as possible.

            Sincerely,

            *Lauren Clark*

            Lauren Clark

LC:me

UBSPO020