# EXHIBIT 7

**UBSPO030**

**From:** Christopher Weldon <cweldon@kwcllp.com>
**Sent:** Friday, August 20, 2021 11:52 AM
**To:** Clubok, Andrew (DC) <Andrew.Clubok@lw.com>; McLaughlin, Shannon (NY) <Shannon.McLaughlin@lw.com>
**Cc:** Justin R Waytowich <JWaytowich@kwcllp.com>
**Subject:** UBS, et al v Highland, et al

I am following up my voicemail of earlier today to you both.  As I stated, I have been recently retained to assist Beecher Carlson in responding to your two Information Subpoenas.  As I requested in my voicemail, I am looking for an extension of time to respond to the two Subpoenas until September 3, 2021 as I am away this week and I will be returning to the my office on Monday August 23, 2021.

I appreciate your attention to this matter and I look forward to working with you.  If you have any questions or would like to discuss the matter further before Monday, please do not hesitate to contact me on my cell phone.

Thanks,

Christopher B. Weldon, Esq.
KEIDEL, WELDON & CUNNINGHAM, LLP
ATTORNEYS AT LAW
925 Westchester Ave.
White Plains, New York 10604
Tele: (914) 948-7000 x115
Cell : (203) 984-5394
Fax:  (914) 948-7010
cweldon@kwcllp.com
Website: http://www.kwcllp.com

Confidentiality:  The information contained in this e-mail message is intended only for the use of the individual or entity named above and is privileged and confidential.  Any dissemination, distribution, or copy of this communication other than to the individual or entity named above is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone.

**UBSPO031**