# EXHIBIT 9

**UBSPO035**

| | |
|---|---|
| **From:** | Burt, Jason (DC) |
| **Sent:** | Wednesday, September 8, 2021 9:31 AM |
| **To:** | Catanese, Katie; Martin.Sosland@butlersnow.com |
| **Cc:** | Clubok, Andrew (DC); Tomkowiak, Sarah (DC); George, Katie (CH); McLaughlin, Shannon (NY) |
| **Subject:** | RE: Motion for Protective Order |

Katie,

First, we are disappointed to learn that you have been having ex parte communications with the court. Please include us on any further communications, even if they regard only scheduling. Second, we will be moving for expedited hearing on this motion so we suggest that all parties wait to discuss scheduling with the court until after our motion is filed.

Regards,
Jason

**From:** Catanese, Katie <KCatanese@foley.com>
**Sent:** Wednesday, September 8, 2021 9:23 AM
**To:** Burt, Jason (DC) <Jason.Burt@lw.com>; Martin.Sosland@butlersnow.com
**Subject:** RE: Motion for Protective Order

Jason and Martin,
I have been working with the bankruptcy court to find a date suitable for the hearing on our motion for protective order. The court has October 27 at 1:30 CT. Does that work for you?
Katie


Katherine R. Catanese
Foley & Lardner, LLP
90 Park Avenue
New York, NY 10016
O: 212-338-3496
C: 517-449-7587

**From:** Jason.Burt@lw.com <Jason.Burt@lw.com>
**Sent:** Wednesday, September 1, 2021 10:43 AM
**To:** Catanese, Katie <KCatanese@foley.com>; Martin.Sosland@butlersnow.com
**Subject:** RE: Motion for Protective Order

**\*\* EXTERNAL EMAIL MESSAGE \*\***
UBS will oppose the motion on the merits and reserves all rights to raise all other appropriate arguments and seek appropriate relief.

Best,
Jason

Jason R. Burt

1

**UBSPO036**

(202) 637-3359

---

**From:** Catanese, Katie <KCatanese@foley.com>
**Date:** Wednesday, Sep 01, 2021, 9:17 AM
**To:** Burt, Jason (DC) <Jason.Burt@lw.com>, Martin.Sosland@butlersnow.com <Martin.Sosland@butlersnow.com>
**Subject:** RE: Motion for Protective Order

Jason,
We respectfully disagree with your position that the protective order in place covers what we are seeking in our motion for protective order. Rather, consistent with our last email exchange with you, we are seeking a reasonable amount of time so that we can review the 61,000 documents rather than requiring Beecher to produce these documents beginning tomorrow on a rolling basis.
Katie

Katherine R. Catanese
Foley & Lardner, LLP
90 Park Avenue
New York, NY 10016
O: 212-338-3496
C: 517-449-7587

---

**From:** Jason.Burt@lw.com <Jason.Burt@lw.com>
**Sent:** Tuesday, August 31, 2021 7:50 PM
**To:** Catanese, Katie <KCatanese@foley.com>; Martin.Sosland@butlersnow.com
**Subject:** RE: Motion for Protective Order

**\*\* EXTERNAL EMAIL MESSAGE \*\***
Thanks.  In that case, you need to let us know what relief you are seeking for us to know whether we oppose.  If, for example, it is to quash the subpoena then of course we will oppose on the merits.  If it is to obtain a protective order to protect the confidentiality of documents Beecher produces, then your motion is unnecessary since there already is a protective order in place in the bankruptcy case that the judge has applied to the adversary proceeding.  See attached.  Beecher is free to mark documents confidential under this order.  Please let us know what it is you are actually seeking so we can provide an informed response.

Jason

---

**From:** Catanese, Katie <KCatanese@foley.com>
**Sent:** Tuesday, August 31, 2021 7:36 PM
**To:** Burt, Jason (DC) <Jason.Burt@lw.com>; Martin.Sosland@butlersnow.com
**Subject:** RE: Motion for Protective Order

Jason,
We are seeking concurrence under LBR 7007.
Katie


Katherine R. Catanese
Foley & Lardner, LLP
90 Park Avenue
New York, NY 10016
O: 212-338-3496

C: 517-449-7587

---

**From:** Jason.Burt@lw.com <Jason.Burt@lw.com>
**Sent:** Tuesday, August 31, 2021 5:13 PM
**To:** Martin.Sosland@butlersnow.com; Catanese, Katie <KCatanese@foley.com>
**Subject:** RE: Motion for Protective Order

**\*\* EXTERNAL EMAIL MESSAGE \*\***

Katie,

Could you please clarify what concurrence you are seeking?  Is this a request under LBR 7007-1(a) to confirm whether the motion is opposed on the merits?  Or are you asking whether we consent to Sentinel's ability to file the motion?  Please let us know as soon as you are able.  Thanks.

Jason

---

**From:** Martin Sosland <Martin.Sosland@butlersnow.com>
**Sent:** Tuesday, August 31, 2021 10:56 AM
**To:** Catanese, Katie <KCatanese@foley.com>
**Cc:** Burt, Jason (DC) <Jason.Burt@lw.com>
**Subject:** Re: Motion for Protective Order

Looping in Candice Carson.

Martin A. Sosland
Butler Snow LLP
2911 Turtle Creek Blvd., Suite 1400
Dallas, TX 75219
Office: 469.680.5502
Mobile: 214.415.4264
Martin.Sosland@butlersnow.com

On Aug 31, 2021, at 7:50 AM, Catanese, Katie <KCatanese@foley.com> wrote:


Good morning,
We represent Sentinel Reinsurance, Ltd.  We will be filing a motion for protective order in the Texas bankruptcy court likely tomorrow regarding the subpoena served on Beecher Carlson Insurance Services, LLC in the case captioned *UBS v. Highland Capital Management,* adv. pro. no. 21-03020. We are seeking your concurrence in the same. Please let us know. Thanks.
Katie

Katherine R. Catanese
Foley & Lardner, LLP
90 Park Avenue
New York, NY 10016
O: 212-338-3496
C: 517-449-7587


The information contained in this message, including but not limited to any attachments, may be confidential or

3

protected by the attorney-client or work-product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and any attachments or copies. Any disclosure, copying, distribution or reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.


The information contained in this message, including but not limited to any attachments, may be confidential or protected by the attorney-client or work-product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and any attachments or copies. Any disclosure, copying, distribution or reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.


The information contained in this message, including but not limited to any attachments, may be confidential or protected by the attorney-client or work-product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and any attachments or copies. Any disclosure, copying, distribution or reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party. Unless expressly stated otherwise, nothing contained

in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

The information contained in this message, including but not limited to any attachments, may be confidential or protected by the attorney-client or work-product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and any attachments or copies. Any disclosure, copying, distribution or reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

**UBSPO040**