# EXHIBIT 10

**UBSPO041**

| | |
|---|---|
| **From:** | Catanese, Katie <KCatanese@foley.com> |
| **Sent:** | Wednesday, September 1, 2021 9:17 AM |
| **To:** | Burt, Jason (DC); Martin.Sosland@butlersnow.com |
| **Subject:** | RE: Motion for Protective Order |

Jason,
We respectfully disagree with your position that the protective order in place covers what we are seeking in our motion for protective order. Rather, consistent with our last email exchange with you, we are seeking a reasonable amount of time so that we can review the 61,000 documents rather than requiring Beecher to produce these documents beginning tomorrow on a rolling basis.
Katie

Katherine R. Catanese
Foley & Lardner, LLP
90 Park Avenue
New York, NY 10016
O: 212-338-3496
C: 517-449-7587