**LATHAM & WATKINS LLP**
Andrew Clubok (*pro hac vice*)
Sarah Tomkowiak (*pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200

Jeffrey E. Bjork (*pro hac vice*)
Kimberly A. Posin (*pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234

Kathryn George (*pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700

**BUTLER SNOW LLP**
Martin Sosland (TX Bar No. 18855645)
Candice Carson (TX Bar No. 24074006)
2911 Turtle Creek Blvd., Suite 1400
Dallas, TX 75219
Telephone: (469) 680-5502

*Counsel for UBS Securities LLC and UBS AG London Branch*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| *In re* § | | |
| § | | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] § | | |
| § | | Case No. 19-34054-sgj11 |
| Debtor. § | | |
| § | | |
| UBS SECURITIES LLC and UBS AG LONDON BRANCH, § | | |
| § | | |
| Plaintiffs, § | | |
| § | | Adversary Proceeding |
| v. § | | |
| § | | No. 21-03020 |
| HIGHLAND CAPITAL MANAGEMENT, L.P., § | | |
| § | | |
| Defendant. § | | |

**APPENDIX OF EXHIBITS TO UBS'S REPLY IN FURTHER SUPPORT OF ITS
MOTION FOR EXPEDITED HEARING ON FOREIGN NON-PARTY SENTINEL
<u>REINSURANCE, LTD.'S MOTION FOR PROTECTIVE ORDER</u>**

---

[1] The last four digits of the Debtor's taxpayer identification number are 6725. The Debtor's headquarters and service address is 300 Crescent Court, Suite 700, Dallas, TX 75201.

UBS Securities LLC and UBS AG London Branch (together "UBS") submit this Appendix of Exhibits (the "Appendix") to *UBS's Reply in Further Support of Its Motion for Expedited Hearing on Foreign Non-Party Sentinel Reinsurance, Ltd.'s Motion for Protective Order*, filed concurrently herewith.  The following exhibits are attached to this Appendix:

| Ex. No. | Description | App. No. |
|---|---|---|
| A | Declaration of Kathryn K. George in Support of UBS's Reply in Further Support of Its Motion for Expedited Hearing on Foreign Non-Party Sentinel Reinsurance, Ltd.'s Motion for Protective Order, and Exhibit 1 thereto | UBSXP01 |
| 1 | Letter from Sentinel Reinsurance, Ltd.'s board of directors to the Debtor, Highland Capital Management, L.P., dated August 30, 2021 | UBSXP04 |

Dated:  September 15, 2021

Respectfully submitted,

/s/ *Sarah Tomkowiak*

**LATHAM & WATKINS LLP**
Andrew Clubok (*pro hac vice*)
Sarah Tomkowiak (*pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Email:    andrew.clubok@lw.com
             sarah.tomkowiak@lw.com

Jeffrey E. Bjork (*pro hac vice*)
Kimberly A. Posin (*pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Email:    jeff.bjork@lw.com
             kim.posin@lw.com

Kathryn George (*pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email:    kathryn.george@lw.com

**BUTLER SNOW LLP**
Martin Sosland (TX Bar No. 18855645)
Candice Carson (TX Bar No. 24074006)
2911 Turtle Creek Blvd., Suite 1400
Dallas, TX 75219
Telephone: (469) 680-5502
Email:    martin.sosland@butlersnow.com
           candice.carson@butlersnow.com

*Counsel for UBS Securities LLC and UBS AG London Branch*

## **CERTIFICATE OF SERVICE**

I, Martin Sosland, certify that this *Appendix of Exhibits to UBS's Reply in Further Support of Its Motion for Expedited Hearing on Foreign Non-Party Sentinel Reinsurance, Ltd.'s Motion for Protective Order* was filed electronically through the Court's ECF system, which provides notice to all parties of interest. And a courtesy copy of this appendix will be provided to counsel for Beecher Carlson Insurance Services, LLC by email.

Dated: September 15, 2021        */s/ Martin Sosland*
                                 Martin Sosland