# EXHIBIT A

UBSXP01

| | |
|---|---|
| **LATHAM & WATKINS LLP** | **BUTLER SNOW LLP** |
| Andrew Clubok (*pro hac vice*) | Martin Sosland (TX Bar No. 18855645) |
| Sarah Tomkowiak (*pro hac vice*) | Candice Carson (TX Bar No. 24074006) |
| 555 Eleventh Street, NW, Suite 1000 | 2911 Turtle Creek Blvd., Suite 1400 |
| Washington, DC 20004 | Dallas, TX 75219 |
| Telephone: (202) 637-2200 | Telephone: (469) 680-5502 |
| | |
| Jeffrey E. Bjork (*pro hac vice*) | |
| Kimberly A. Posin (*pro hac vice*) | |
| 355 South Grand Avenue, Suite 100 | |
| Los Angeles, CA 90071 | |
| Telephone: (213) 485-1234 | |
| | |
| Kathryn George (*pro hac vice*) | |
| 330 North Wabash Avenue, Suite 2800 | |
| Chicago, IL 60611 | |
| Telephone: (312) 876-7700 | |

*Counsel for UBS Securities LLC and UBS AG London Branch*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| *In re* § | |
| § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] § | Chapter 11 |
| § | |
| Debtor. § | Case No. 19-34054-sgj11 |
| § | |
| UBS SECURITIES LLC and UBS AG LONDON BRANCH, § | |
| § | |
| Plaintiffs, § | |
| § | Adversary Proceeding |
| v. § | |
| § | No. 21-03020 |
| HIGHLAND CAPITAL MANAGEMENT, L.P., § | |
| § | |
| Defendant. § | |

**DECLARATION OF KATHRYN K. GEORGE IN SUPPORT OF UBS'S REPLY IN FURTHER SUPPORT OF ITS MOTION FOR EXPEDITED HEARING ON FOREIGN NON-PARTY SENTINEL REINSURANCE, LTD.'S <u>MOTION FOR PROTECTIVE ORDER</u>**

---

[1] The last four digits of the Debtor's taxpayer identification number are 6725. The Debtor's headquarters and service address is 300 Crescent Court, Suite 700, Dallas, TX 75201.

I, Kathryn K. George, declare as follows:

1.　　I am an associate at Latham & Watkins LLP and one of the counsel of record in this case for Plaintiffs UBS Securities LLC and UBS AG London Branch (together, "UBS"). I have personal knowledge of the facts in this Declaration, which I submit in support of *UBS's Reply in Further Support of Its Motion for Expedited Hearing on Foreign Non-Party Sentinel Reinsurance, Ltd.'s Motion for Protective Order.* If called upon to do so, I could and would competently testify to these facts.

2.　　Attached hereto as **Exhibit 1** is a true and correct copy of a letter produced to UBS by the Debtor, Highland Capital Management, L.P., during discovery in this adversary matter, dated August 30, 2021 from Sentinel Reinsurance, Ltd.'s board of directors to the Debtor.[2]

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 15, 2021        */s/ Kathryn K. George*
                                        Kathryn K. George

---

[2]　Although the letter is stamped "CONFIDENTIAL," UBS obtained the Debtor's written consent to file it publicly as part of this submission.