Thomas C. Scannell (TX 24070559)
Katherine R. Catanese
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
tscannell@foley.com
kcatanese@foley.com

COUNSEL FOR SENTINEL REINSURANCE, LTD.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: § | § | CHAPTER 11 |
| **HIGHLAND CAPITAL MANAGEMENT, LP** § | § | CASE NO: 19-34054-sgj11 |
| DEBTOR. § | § | (Joint Administration) |
| **UBS SECURITIES LLC AND UBS LONDON BRANCH AG, Plaintiff,** § § § | § | |
| v. § | § | ADV. PROC. NO. 21-03020 |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,** § **Defendant.** § | § | |

## WITNESS AND EXHIBIT LIST

Sentinel Reinsurance, Ltd. ("Sentinel") hereby files its *Witness and Exhibit List* for the hearing scheduled for October 27, 2021, at 1:30 pm (CST) in the above-captioned adversary proceeding.

1. Sentinel may offer any one or more of the following exhibits at the hearing:

| Exhibit | Description | MARKED | OFFERED | OBJECT | ADMIT | Disposition After Hearing |
|---|---|---|---|---|---|---|
| A | Management and Administrative Services Agreement dated October 1, 2013 | | | | | |
| B | Letter from UBS Counsel to Sentinel dated May 14, 2021 | | | | | |
| C | Subpoena served upon Beecher in the Northern District of Texas, Bankruptcy Court dated June 29, 2021 (ECF No. 106-2) | | | | | |
| D | Letter from Brown & Brown (Beecher Parent) regarding Subpoena dated July 13, 2021 | | | | | |
| E | Letter from UBS Counsel to Sentinel dated July 21, 2021 | | | | | |
| F | Information Subpoena served upon Beecher in New York County Supreme Court dated July 21, 2021 | | | | | |
| G | Letter from Sentinel's Cayman Islands Counsel to UBS Counsel dated July 23, 2021 | | | | | |
| H | Letter from Sentinel Counsel to UBS Counsel dated August 18, 2021 | | | | | |
| I | E-mail thread between Sentinel Counsel to UBS Counsel dated August 20, 2021 | | | | | |
| J | Subpoena served upon Beecher in New York County Supreme Court dated August 24, 2021 | | | | | |
| K | Redacted Email from the Honorable Judge Melissa A. Crane of New York Supreme Court of New York County, Commercial Division dated September 16, 2021 | | | | | |

2. Sentinel may call any of the following as a witness at the hearing:

   A. Casey McDonald, independent director of Sentinel;

   B. Any witness called or designated by any other party in interest; and

2

      C.    Any witness necessary to rebut the testimony of witnesses called or designated by any other party.

Sentinel reserves the right to supplement or amend this *Witness and Exhibit List* at any time prior to the hearing.

DATED: October 22, 2021          Respectfully submitted by:

          */s/ Thomas C. Scannell*
          Thomas C. Scannell (TX 24070559)
          Katherine R. Catanese
          **FOLEY & LARDNER LLP**
          2021 McKinney Avenue, Suite 1600
          Dallas, TX 75201
          Telephone: (214) 999-3000
          Facsimile: (214) 999-4667
          tscannell@foley.com
          kcatanese@foley.com

          **COUNSEL FOR SENTINEL**

## CERTIFICATE OF SERVICE

I hereby certify that, on October 22, 2021, a true and correct copy of the foregoing document was served electronically by the Court's PACER system.

          */s/ Thomas C. Scannell*
          Thomas C. Scannell