BTXN 105a (rev. 09/19)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In Re:

|  |  |
|---|---|
| Plaintiff(s) § § § § | Case No.: |
| v. § § § Defendant(s) § § § | Adversary No.: |

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: _____
        *Last*          *First*          *MI*

2. Firm Name: _____

3. Address: _____

   _____

   _____

4. Phone: _____ FAX: _____

   Email: _____

5. Name used to sign *all* pleadings: _____

6. Retained by: _____

7. Admitted on _____ and presently a member in good standing of the bar of the highest court of the state of _____ and issued the bar license number of _____ .

8. Admitted to practice before the following courts:

   *Court:*                  *Admission Date:*

   _____   _____

   _____   _____

   _____   _____

***Continued.***

9. Are you presently a member in good standing of the bars of the courts listed above?

    Yes    No

    If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    Yes    No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    Yes    No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    *Date of Application*        *Case No. and Style*

    _____        _____

    _____        _____

    _____        _____

13. Local counsel of record: _____

14. Local counsel's address: _____

    _____

*Continued.*

  I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

  I certify that I have read *Dondi Properties Corp. V Commerce Savs. & Loan Ass'n*, 121 F.D.R. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

  I am an ECF filer.  I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

  I am not an ECF filer.  I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $100.00 filing fee on __October 22, 2021__.

_____      \_October 22, 2021\_\_\_\_\_
Printed Name of Applicant            Date

_____
Signature of Applicant

## **Jason R. Burt Courts of Admission**

Utah State Bar (Bar No. 11200): November 2, 2006

U.S. Court of Appeals for the 2nd Circuit: November 12, 2020

US. Court of Appeals for the 9th Circuit: June 19, 2007

U.S. Court of Appeals for the 10th Circuit: January 13, 2015

U.S. District Court - District of Columbia: August 2, 2021

U.S. Supreme Court: April 27, 2010