**LATHAM & WATKINS LLP**
Andrew Clubok (*pro hac vice*)
Sarah Tomkowiak (*pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, District of Columbia 20004
Telephone: (202) 637-2200

Jeffrey E. Bjork (*pro hac vice*)
Kimberly A. Posin (*pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234

Kathryn George (*pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700

**BUTLER SNOW LLP**
Martin Sosland (TX Bar No. 18855645)
Candice Carson (TX Bar No. 24074006)
2911 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219
Telephone: (469) 680-5502

*Counsel for UBS Securities LLC and UBS AG London Branch*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § | Case No. 19-34054-sgj11 |
| | § | |
| Debtor. | § | |
| | § | |
| UBS SECURITIES LLC AND UBS AG LONDON BRANCH, | § | Adversary Proceeding |
| | § | No. 21-03020 |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | |
| | § | |
| Defendant. | § | |

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

**UBS'S WITNESS AND EXHIBIT LIST FOR OCTOBER 27, 2021 HEARING**

UBS Securities LLC and UBS AG London Branch (together, "UBS"), by and through their undersigned counsel, submit the following witness and exhibit list for the hearing set for 1:30 pm Central Time on October 27, 2021 in connection with *Foreign Non-Party Sentinel Reinsurance, Ltd.'s Motion for Protective Order* [Adv. Dkt. No. 106]. Although Sentinel's belief that it is entitled to an evidentiary hearing is unfounded, UBS files this witness and exhibit list out of an abundance of caution in the event the Court allows evidence to be produced at the October 27 hearing.

A. **WITNESSES THAT UBS MAY CALL TO TESTIFY:**

1. Any witness designated or called by any other party; and
2. Any witness necessary for impeachment or rebuttal.

B. **DOCUMENTS UBS MAY USE AS EXHIBITS:**

| Ex. No. | Exhibit | Offered | Admitted |
|---|---|---|---|
| 1 | *Foreign Non-Party Sentinel Reinsurance, Ltd.'s Motion for Protective Order* [Adv. Dkt. No. 106] | | |
| 2 | *UBS's Opposition to Foreign Non-Party Sentinel Reinsurance, Ltd.'s Motion for Protective Order* [Adv. Dkt. No. 108] | | |
| 3 | *Appendix of Exhibits to UBS's Opposition to Foreign Non-Party Sentinel Reinsurance, Ltd.'s Motion for Protective Order*, and all exhibits attached thereto [Adv. Dkt. No. 109] | | |
| 4 | *UBS's Motion for Expedited Hearing on Foreign Non-Party Sentinel Reinsurance, Ltd.'s Motion for Protective Order* [Adv. Dkt. No. 110] | | |
| 5 | *Foreign Non-Party Sentinel Reinsurance, Ltd.'s Opposition to Plaintiffs' Motion for an Expedited Hearing* [Adv. Dkt. No. 111] | | |

| Ex. No. | Exhibit | Offered | Admitted |
|---|---|---|---|
| 6 | *UBS's Reply in Further Support of Its Motion for Expedited Hearing on Foreign Non-Party Sentinel Reinsurance, Ltd.'s Motion for Protective Order* [Adv. Dkt. No. 112] | | |
| 7 | *Appendix of Exhibits to UBS's Reply in Further Support of Its Motion for Expedited Hearing on Foreign Non-Party Sentinel Reinsurance, Ltd.'s Motion for Protective Order*, and all exhibits attached thereto [Adv. Dkt. No. 113] | | |
| 8 | *UBS's Notice of Denial of Foreign Non-Party Sentinel Reinsurance, Ltd.'s Letter Request for Protective Order in N.Y. Supreme Court* [Adv. Dkt. No. 116] | | |
| 9 | *Foreign Non-Party Sentinel Reinsurance, Ltd.'s Response to UBS's Notice of Denial of Letter Request for Protective Order in New York Supreme Court* [Adv. Dkt. No. 117] | | |
| 10 | *Sentinel Reinsurance, Ltd.'s Reply in Support of Its Motion for Protective Order and Response to UBS's Objection to Same* [Adv. Dkt. No. 123] | | |
| 11 | All exhibits identified by or offered by any other party at the hearing | | |
| 12 | All exhibits necessary for impeachment and/or rebuttal purposes | | |
| 13 | Any pleadings, reports, or other documents entered or filed in the chapter 11 case or related adversary proceedings, including any exhibits thereto | | |

UBS reserves the right to amend or supplement this witness and exhibit list prior to the hearing.

DATED this 22nd day of October 2021.

**LATHAM & WATKINS LLP**

By /s/ Andrew Clubok

Andrew Clubok (*pro hac vice*)
Sarah Tomkowiak (*pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, District of Columbia
Telephone: (202) 637-2200
Email: andrew.clubok@lw.com
          sarah.tomkowiak@lw.com

Jeffrey E. Bjork (*pro hac vice*)
Kimberly A. Posin (*pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Email: jeff.bjork@lw.com
          kim.posin@lw.com

Kathryn George (*pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email: Kathryn.george@lw.com

**BUTLER SNOW LLP**
Martin Sosland (TX Bar No. 18855645)
Candice M. Carson (TX Bar No. 24074006)
2911 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219
Telephone: (469) 680-5502
E-mail: martin.sosland@butlersnow.com
          candice.carson@butlersnow.com

*Counsel for UBS Securities LLC and UBS AG London Branch*

**CERTIFICATE OF SERVICE**

I, Andrew Clubok, certify that *UBS's Witness and Exhibit List For October 27, 2021 Hearing* was filed electronically through the Court's ECF system, which provides notice to all parties of interest.

Dated: October 22, 2021.

/s/ *Andrew B. Clubok*