# **EXHIBIT G**



**PRIVATE AND CONFIDENTIAL**

Latham & Watkins LLP
555 Eleventh Street, N.W.
Suite 1000
Washington, DC 20004-1304
United States of America

Attn: Jason R. Burt

Your Ref

Our Ref    SL/50001151/0001

Doc.    10963685.1

23 July 2021

**BY EMAIL**

Dear Sirs

**SENTINEL REINSURANCE, LTD ("SENTINEL")**

We refer to your letter dated 21 July 2021 in which you request a response by 23 July 2021.

You continue to make serious allegations against our client. Whilst we do not accept that Sentinel has knowingly participated in any fraudulent activity, the directors of Sentinel have every intention of cooperating fully with their legal obligations and to the extent they are legally compelled to do so.

The current directors of Sentinel have only recently been appointed. Their respective appointments became effective between 28 May 2021 and 30 June 2021. They are each professional directors who are each independent of all service providers and shareholders of Sentinel. None of the new directors have ever been in contact with Mr Ellington or Mr Dondero and the allegation that Sentinel is assisting these individuals in hiding assets is categorically denied. The directors are working hard to secure Sentinel's assets and assess the various allegations being made and will preserve the status quo until the necessary due diligence has been concluded.

To that end and as stated in our previous letter to you on 15 July 2021, we have been in the process of seeking US legal advice in order to be able to engage with you fully. Unfortunately, we have not been able to find appropriate representation until earlier today and as such, we will not be in a position to provide a fulsome response in this letter. Given we have indicated that we intend to engage with you constructively, we find your letters and the imposition of aggressive and arbitrary deadlines wholly unnecessary. The fact that the new directors of Sentinel are taking time to conduct due diligence and ensure they are properly advised should make your client feel confident that they are taking their fiduciary obligations seriously. We do not wish to litigate by correspondence and hope to be in a position to provide a full response to your previous letters by 28 July 2021.

BVI // Cayman // Guernsey // Jersey // London    www.collascrill.com

Floor 2, Willow House, Cricket Square, PO Box 709, Grand Cayman, Cayman Islands, KY1-1107
T: +1 345 949 4544 F: + 1 345 949 8460 E: cayman@collascrill.com
A Cayman Partnership. A list of partners is available at the above address.



Yours faithfully

**COLLAS CRILL**

Direct Tel: +1 345 914 9605
Email: Stephen.leontsinis@collascrill.com