# **EXHIBIT K**

**From:** "Hon. Melissa A. Crane" <macrane@nycourts.gov>
**Date:** September 16, 2021 at 9:10:53 PM EDT
**To:** Shannon.McLaughlin@lw.com, SFC-Part60-Clerk <SFC-Part60-Clerk@nycourts.gov>, SFC-Part15-Clerk <SFC-Part15-Clerk@nycourts.gov>
**Cc:** hmagaliff@r3mlaw.com, "Catanese, Katie" <KCatanese@foley.com>, "Scannell, Thomas Charles" <tscannell@foley.com>, Andrew.Clubok@lw.com, Michael Onufer <michael.onufer@kirkland.com>, Jason.Burt@lw.com, Sean.McMahon@lw.com
**Subject: Re: Letter Exchange and Exhibits: UBS Securities LLC et al vs Highland Capital Management, L.P. et al (650097/2009)**

**\*\* EXTERNAL EMAIL MESSAGE \*\***
Denied. If you want that kind of relief, you need to make a motion. Also, it is entirely unclesr to me why you cannot produce on a rolling basis.