# **EXHIBIT A**

March 19, 2021

**VIA CERTIFIED MAIL**

Sentinel Reinsurance, Ltd.
PO Box 1093
Boundary Hall, Cricket Square
Grand Cayman, KY1-1102, Cayman Islands

| | | |
|---|---|---|
| Re: | Insured: | Highland CDO Opportunity Master Fund, L.P. |
| | Insurer: | Sentinel Reinsurance, Ltd. ("Sentinel Reinsurance") |
| | Policy: | Legal Liability Insurance (the "Policy") |
| | Policy Inception: | August 1, 2017 |
| | Covered Action: | *UBS Securities LLC and UBS AG London Branch v. Highland Capital Management, L.P., et al.*, Supreme Court of the State of New York, Cause No. 650097/2009 |

To Whom It May Concern:

On behalf of Highland CDO Opportunity Master Fund, L.P. (the "Insured"), I write to formally seek coverage under the Policy for the liability sustained by the Insured in connection with the lawsuit that was the subject of the Policy: *UBS Securities LLC and UBS AG London Branch v. Highland Capital Management, L.P., et al.*, Supreme Court of the State of New York, Cause No. 650097/2009 (the "UBS Action").

On November 14, 2019, the court in the UBS Action rendered a final Decision and Order after Trial, finding in favor of Plaintiffs UBS Securities LLC and UBS AG London Branch on their third and fourth cases of action against the Insured. The court entered the attached Judgment on February 10, 2020, granting Plaintiffs an overall judgment as of January 22, 2020 of $1,039,957,799.44, plus interest per day thereafter of $128,065 until entry of judgment. Of this amount, $530,378,477.72, plus interest per day thereafter of $65,313.08, is attributable to the Insured. The Judgment became final on October 14, 2020.

The Judgment in the UBS Action triggers coverage under Section 2.1 of the Policy. As the Insured's legal liability exceeds the limit of indemnity under the Policy, the Insured demands that Sentinel Reinsurance immediately tender the sum of $100,000,000.00 to the Insured at the following address:

**Highland CDO Opportunity Master Fund, L.P.**
c/o Highland Capital Management, L.P.
300 Crescent Court, Suite 700
Dallas, Texas 75201
Attention: David Klos, Chief Financial Officer

Wire instructions are available upon request.

    We look forward to receiving Sentinel Reinsurance's prompt acknowledgment of coverage under the Policy and timely payment.

                  Best regards,

                    James P. Seery, Jr.
                  Highland CDO Opportunity Master Fund, L.P.
                  Authorized Signatory

Attachment:  February 10, 2020 Judgment