**<u>EXHIBIT K</u>**

**SENTINEL REINSURANCE, LTD.**
**PO BOX 10008**
**WILLOW HOUSE, CRICKET SQUARE**
**GRAND CAYMAN KY1-1001**
**CAYMAN ISLANDS**

30 August 2021

James P. Seery Jr.
Highland Capital Management
300 Crescent Court, Suite 700
Dallas, Texas 75201

By email only to: jpseeryjr@gmail.com, jseery@highlandcapital.com

Dear Mr. Seery,

**RE: Sentinel Reinsurance, Ltd.**

We are the newly appointed board of directors of Sentinel Reinsurance, Ltd (**Sentinel**). As you will no doubt appreciate, as a part of our ongoing fiduciary obligations to the Company, it is beholden upon us to ascertain the nature and extent of the Company's assets and to secure them for the benefit of Sentinel. We understand that you are the person responsible for keeping up-to-date records and inventory of the assets which are owned by Sentinel and to which Highland Capital Management, L.P. (**HCM**) acts as manager.

Consequently, attached as Schedule 1 to this letter is a list of assets owned by Sentinel which we understand to be managed by HCM.  We also understand that certain of the assets were transferred to Sentinel by various other Highland-related entities, *inter alia*:

- HIGHLAND CDO OPPORTUTNITY MASTER FUND, L.P.
- HIGHLAND CDO OPPORTUTNITY FUND, LTD.
- HIGHLAND CDO HOLDINGS COMPANY
- HIGHLAND SPECIAL OPPORTUNITIES HOLDINGS COMPANY

The names of the above entities should not be seen as an exhaustive list. Please confirm whether or not assets were transferred to Sentinel from other Highland-related entities and, if so, please provide us with the names of those entities.

For each of the assets listed in Schedule 1, please will you provide the following information:

1. Confirmation that Sentinel is listed as the current, registered owner of the asset.
2. If Sentinel is not registered as the current owner of the asset, please provide the appropriate documentation to perfect the re-registration of those assets into the name of Sentinel.
3. All valuations, NAVs and investor communications in respect of each of the assets.
4. The timing and amount of anticipated distributions from each of the assets, going forward.

**SENTINEL REINSURANCE, LTD.**
**PO BOX 10008**
**WILLOW HOUSE, CRICKET SQUARE**
**GRAND CAYMAN KY1-1001**
**CAYMAN ISLANDS**

We also understand that a balance in excess of $32.8 million is due, owing and payable to Sentinel by Highland Multi Strategy Credit Fund, Ltd (**HMSC**).  Please provide confirmation of the amount recorded in your records as being due, owing and payable to Sentinel and when we can expect to receive those amounts from HMSC.

If it would be more efficient, please provide us with an appropriate point of contact within HCM, and we can schedule a call to go through the assets listed in Schedule 1.

Yours Sincerely,

Casey McDonald

For and on behalf of the Board of Directors of Sentinel Reinsurance, Ltd.

**Schedule 1**

| ISIN/CUSIP | Description | Traded Shares/Par |
|---|---|---|
| KY009A1KXYH6 | ABERDEEN LN FDG LTD PFD | 12,000,000.00 |
| KY84427P2029 | SOUTHFORK CLO LTD CUM PFD 144A | 10,000.00 |
| KYG829101032 | SOUTHFORK CLO LTD PFD | 9,000.00 |
| US00306M3007 | ABERDEEN LN FDG LTD PFD | 5,000.00 |
| US3624682098 | GSC ABS CDO 2006-4U LT CUM PFD 144A | 16,000.00 |
| US39364P2011 | GREENBRIAR CLO LTD PFD 144A | 16,250.00 |
| US43009L2034 | HIGHLAND FINL PARTNERS LP | 615,733.00 |
| US43009L9898 | HIGHLAND FINL PARTNERS LP NPV | 3,000,000.00 |
| US5431742056 | LONGSTREET CDO I LTD PFD 144A | 3,000.00 |
| US69763NAD30 | PAM CAP FDG LP 0.0 01MAY13 144A | 48,500,000.00 |
| US91914QAA40 | VALHALLA CLO LTD 0.0 01AUG23 144A | 6,000,000.00 |
| US925331AA89 | VERTICAL ABS CDO 2 0.0 09MAY46 144A | 6,000,000.00 |
| N/A | HIGHLAND GEMINI PROGRAM (POLLUX) | 65,314.00 |
| N/A | PROMISSORY NOTE (THE DUGABOY INVESTMENT TRUST AS MAKER) | 2,399,996.00 |
| BCC0MVTX4 | CAMBR 5X FLOATING – 12/2045 | 19,350,000.00 |
| US404185AD22 | HFT REAL EST 3.33867 25NOV51 144A F | 750,000.00 |
| US86280AAE73 | STRATFORD CL 3.16956 01NOV21 144A F (Class C Notes) | 300,000.00 |
| USG44392AF82 | HIGHLAND PARK C 4.93867 | 17,000,000.00 |
| N/A | PROMISSORY NOTE – CLO HOLDCO, LTD. AS MAKER – 12/23/2025 | 32,801,593.00 |
| N/A | DIVIDENDS RECEIVABLE – HIGHLAND CAPITAL MANAGEMENT, LP | 136,598.00 |
| US5431742056 | LONGSTREET CDO I LTD PFD 144A | 1,570.00 |
| US925331AA89 | VERTICAL ABS CDO 2 0.0 09MAY46 | 5,000,000.00 |
| 27734A400 | EASTLAND CLO LTD II | 4,000.00 |
| 389668302 | GRAYSON CLO LTD 144A (GCLO 0) | 5,000.00 |
| 39364P300 | GREENBRIAR CLO LTD (GRNBR 0) | 3,000.00 |
| 86280C301 | STRATFORD CLO LTD 144A (STRAFD 0) | 4,000.00 |