

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 10, 2021**

_____
**United States Bankruptcy Judge**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| *In re* § | |
| § | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] § | |
| § | Case No. 19-34054-sgj11 |
| Debtor. § | |
| § | |
| UBS SECURITIES LLC and UBS AG LONDON BRANCH, § | |
| § | |
| Plaintiffs, § | |
| § | Adversary Proceeding |
| v. § | |
| § | No. 21-03020-sgj |
| HIGHLAND CAPITAL MANAGEMENT, L.P., § | |
| § | |
| Defendant. § | |
| § | |

### ORDER GRANTING AGREED MOTION TO CONTINUE
### <u>TRIAL AND PRE-TRIAL DEADLINES</u>

---

[1] The last four digits of the Debtor's taxpayer identification number are 6725. The Debtor's headquarters and service address is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

Upon consideration of the *Agreed Motion to Continue Trial and Pre-Trial Deadlines* (the "Motion to Continue") filed by Plaintiffs UBS Securities LLC and UBS AG London Branch (together "UBS") with the agreement of Defendant Highland Capital Management, L.P. (the "Debtor," and together with UBS, the "Parties"); and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue of this proceeding and the Motion to Continue is proper in this District pursuant to 28 U.S.C. §§ 1408-09; and due, adequate, and sufficient notice of the Motion to Continue having been given; and having determined that the legal and factual bases set forth in the Motion to Continue establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED**:

1.      The Motion to Continue is **GRANTED**.

2.      The following dates and deadlines apply to the above-captioned adversary case:

| Event | Deadline |
|---|---|
| Dispositive Motion Deadline | March 10, 2022 |
| Exhibit and Witness Lists | April 22, 2022 |
| Joint Pretrial Order | April 29, 2022 |
| Proposed Findings of Fact and Conclusions of Law | April 29, 2022 |
| Trial Docket Call | May 9, 2022 at 1:30 pm CT |
| Trial Week Begins | May 16, 2022 |

3.      This schedule shall only be modified in a writing signed by the Parties or upon the entry of an order of the Court entered upon notice to the Parties.

4.     The Court shall retain jurisdiction over all disputes arising out of or otherwise concerning the interpretation and enforcement of this Order.

### End of Order ###

Order prepared by:

*/s/ Sarah Tomkowiak*

**LATHAM & WATKINS LLP**
Andrew Clubok (*pro hac vice*)
Sarah Tomkowiak (*pro hac vice*)
Jason R. Burt (*pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Email:     andrew.clubok@lw.com
           sarah.tomkowiak@lw.com
           jason.burt@lw.com

Jeffrey E. Bjork (*pro hac vice*)
Kimberly A. Posin (*pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Email:     jeff.bjork@lw.com
           kim.posin@lw.com

Kathryn George (*pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email:     kathryn.george@lw.com

**BUTLER SNOW LLP**
Martin Sosland (TX Bar No. 18855645)
Candice Carson (TX Bar No. 24074006)
2911 Turtle Creek Blvd., Suite 1400
Dallas, TX 75219
Telephone: (469) 680-5502
Email:     martin.sosland@butlersnow.com
           candice.carson@butlersnow.com

*Counsel for UBS Securities LLC and UBS AG London Branch*