

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 11, 2022**

_____
United States Bankruptcy Judge
_____


# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § | |
| | § | Case No. 19-34054-sgj11 |
| Debtor. | § | |
| | § | |
| UBS SECURITIES LLC and UBS AG LONDON BRANCH, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | Adversary Proceeding |
| v. | § | |
| | § | No. 21-03020-sgj |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING AGREED MOTION
## TO CONTINUE TRIAL AND PRE-TRIAL DEADLINES

---

[1] The last four digits of the Debtor's taxpayer identification number are 6725. The Debtor's headquarters and service address is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

1

63212776.v1

Upon consideration of the *Agreed Motion to Continue Trial and Pre-Trial Deadlines* (the "Motion to Continue") filed by Plaintiffs UBS Securities LLC and UBS AG London Branch (together "UBS") with the agreement of Defendant Highland Capital Management, L.P. (the "Debtor," and together with UBS, the "Parties") on February 8, 2022; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue of this proceeding and the Motion to Continue is proper in this District pursuant to 28 U.S.C. §§ 1408-09; and due, adequate, and sufficient notice of the Motion to Continue having been given; and having determined that the legal and factual bases set forth in the Motion to Continue establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED**:

1. The Motion to Continue is **GRANTED**.

2. The following dates and deadlines apply to the above-captioned adversary case:

| Event | Deadline |
|---|---|
| Dispositive Motion Deadline | July 14, 2022 |
| Exhibit and Witness Lists | August 26, 2022 |
| Joint Pretrial Order | September 2, 2022 |
| Proposed Findings of Fact and Conclusions of Law | September 2, 2022 |
| Trial Docket Call | September 12, 2022 at 1:30 pm CT |
| Trial Week Begins | September 19, 2022 |

3. This schedule shall only be modified in a writing signed by the Parties or upon the entry of an order of the Court entered upon notice to the Parties.

4. The Court shall retain jurisdiction over all disputes arising out of or otherwise concerning the interpretation and enforcement of this Order.

### End of Order ###

Order prepared by:

/s/ *Sarah Tomkowiak*

**LATHAM & WATKINS LLP**
Andrew Clubok (*pro hac vice*)
Sarah Tomkowiak (*pro hac vice*)
Jason R. Burt (*pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Email: andrew.clubok@lw.com
 sarah.tomkowiak@lw.com
 jason.burt@lw.com

Jeffrey E. Bjork (*pro hac vice*)
Kimberly A. Posin (*pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Email: jeff.bjork@lw.com
 kim.posin@lw.com

Kathryn George (*pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email: kathryn.george@lw.com

**BUTLER SNOW LLP**
Martin Sosland (TX Bar No. 18855645)
Candice Carson (TX Bar No. 24074006)
2911 Turtle Creek Blvd., Suite 1400
Dallas, TX 75219
Telephone: (469) 680-5502
Email: martin.sosland@butlersnow.com
 candice.carson@butlersnow.com

*Counsel for UBS Securities LLC and UBS AG London Branch*

63212776.v1

United States Bankruptcy Court
Northern District of Texas

UBS Securities LLC,
    Plaintiff

Highland Capital Management, L.P.,
    Defendant

Adv. Proc. No. 21-03020-sgj

# CERTIFICATE OF NOTICE

District/off: 0539-3      User: admin      Page 1 of 2
Date Rcvd: Feb 11, 2022      Form ID: pdf023      Total Noticed: 7

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Jamie Wine, LATHAM & WATKINS LLP, 885 Third Ave., New York, NY 10022-4874 |
| aty | + | Jason R. Burt, 555 Eleventh Street, NW, Suite 1000, Washington, D. 20004-1327 |
| aty | + | Jeffrey E. Bjork, Latham & Watkins LLP, 355 S. Grand Ave., Ste. 100, Los Angeles, CA 90071-3104 |
| aty | + | Katherine George, LATHAM & WATKINS LLP, 330 North Wabash Avenue, Ste. 2800, Chicago, IL 60611-3695 |
| aty | + | Sarah Tomkowiak, Latham & Watkins LLP, 555 Eleventh Street, NW, Suite 1000, Washington, DC 20004-1359 |
| aty | + | Zachary F. Proulx, LATHAM & WATKINS LLP, 1271 Avenue of the Americas, New York, NY 10020-1401 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Feb 11 2022 21:30:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2022      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Clubok | on behalf of Plaintiff UBS AG London Branch andrew.clubok@lw.com |

District/off: 0539-3　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　Page 2 of 2
Date Rcvd: Feb 11, 2022　　　　　　　　　　　Form ID: pdf023　　　　　　　　　　　Total Noticed: 7

| | |
|---|---|
| Andrew Clubok | andrew-clubok-9012@ecf.pacerpro.com,ny-courtmail@lw.com,dclitserv@lw.com<br><br>on behalf of Plaintiff UBS Securities LLC andrew.clubok@lw.com andrew-clubok-9012@ecf.pacerpro.com,ny-courtmail@lw.com,dclitserv@lw.com |
| Candice Marie Carson | on behalf of Plaintiff UBS AG London Branch Candice.Carson@butlersnow.com |
| Candice Marie Carson | on behalf of Plaintiff UBS Securities LLC Candice.Carson@butlersnow.com |
| Clay M. Taylor | on behalf of Interested Party James Dondero clay.taylor@bondsellis.com krista.hillman@bondsellis.com |
| Eric A. Soderlund | on behalf of Interested Party Former Employees eric.soderlund@judithwross.com |
| Frances Anne Smith | on behalf of Interested Party Former Employees frances.smith@judithwross.com michael.coulombe@judithwross.com |
| Juliana Hoffman | on behalf of Creditor Committee Official Committee of Unsecured Creditors jhoffman@sidley.com txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com |
| Kimberly A. Posin | on behalf of Plaintiff UBS AG London Branch kim.posin@lw.com colleen.rico@lw.com |
| Kimberly A. Posin | on behalf of Plaintiff UBS Securities LLC kim.posin@lw.com colleen.rico@lw.com |
| Martin A. Sosland | on behalf of Plaintiff UBS Securities LLC martin.sosland@butlersnow.com ecf.notices@butlersnow.com,velvet.johnson@butlersnow.com |
| Martin A. Sosland | on behalf of Plaintiff UBS AG London Branch martin.sosland@butlersnow.com ecf.notices@butlersnow.com,velvet.johnson@butlersnow.com |
| Matthew A. Clemente | on behalf of Creditor Committee Official Committee of Unsecured Creditors mclemente@sidley.com matthew-clemente-8764@ecf.pacerpro.com;efilingnotice@sidley.com;ebromagen@sidley.com;alyssa.russell@sidley.com;dtwomey@sidley.com |
| Melissa S. Hayward | on behalf of Defendant Highland Capital Management L.P. MHayward@HaywardFirm.com, mholmes@HaywardFirm.com |
| Paige Holden Montgomery | on behalf of Creditor Committee Official Committee of Unsecured Creditors pmontgomery@sidley.com txefilingnotice@sidley.com;paige-montgomery-7756@ecf.pacerpro.com;crognes@sidley.com;ebromagen@sidley.com;efilingnotice@sidley.com |
| Thomas C. Scannell | on behalf of Interested Party Sentinel Reinsurance Ltd. tscannell@foley.com acordero@foley.com;thomas-scannell-3441@ecf.pacerpro.com |
| Zachery Z. Annable | on behalf of Defendant Highland Capital Management L.P. zannable@haywardfirm.com |

TOTAL: 17