PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717) *(admitted pro hac vice)*
John A. Morris (NY Bar No. 2405397) *(admitted pro hac vice)*
Robert J. Feinstein (NY Bar No. 1767805) *(admitted pro hac vice)*
Gregory V. Demo (NY Bar No. 5371992) *(admitted pro hac vice)*
Hayley R. Winograd (NY Bar No. 5612569) *(admitted pro hac vice)*
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward (Texas Bar No. 24044908)
Zachery Z. Annable (Texas Bar No. 24053075)
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,[1]<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| UBS SECURITIES LLC AND UBS AG LONDON BRANCH,<br><br>Plaintiffs,<br><br>vs.<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>Defendant. | Adv. Proc. No. 21-03020-sgj |

## REORGANIZED DEBTOR'S WITNESS AND EXHIBIT LIST WITH RESPECT TO EVIDENTIARY HEARING TO BE HELD ON AUGUST 8, 2022

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (8357). The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

**WITNESS AND EXHIBIT LIST FOR HEARING ON AUGUST 8, 2022**
DOCS_NY:46239.1 36027/003

Highland Capital Management, L.P. (the "Reorganized Debtor") submits the following witness and exhibit list with respect to *Highland Capital Management, L.P.'s Motion to Withdraw Its Answer and Consent to Judgment for Permanent Injunctive Relief* [Docket No. 169] (the "Motion"), which the Court has set for evidentiary hearing at 9:30 a.m. (Central Time) on August 8, 2022 (the "Hearing") in the above-styled adversary proceeding (the "Adversary Proceeding").

**A.    Witnesses:**

1. James Seery, Jr.;
2. Any witness designated or called by any other party; and
3. Any witness necessary for impeachment or rebuttal.

**B.    Exhibits:**

| Ex. No. | Exhibit | Offered | Admitted |
|---|---|---|---|
| 1 | Legal Liability Insurance Policy between Sentinel Reinsurance, Ltd., Highland CDO Opportunity Master Fund, L.P., Highland CDO Holding Company, and Highland Special Opportunities Holdings Company, effective August 1, 2017 | | |
| 2 | Purchase Agreement between Sentinel Reinsurance, Ltd., Highland CDO Opportunity Master Fund, L.P., Highland CDO Holding Company, and Highland Special Opportunities Holdings Company, dated Aug. 7, 2017 | | |
| 3 | Copy of the Legal Liability Insurance Policy with Endorsements Nos. 1 & 2 | | |
| 4 | Asset Transfer Agreement, dated as of December 31, 2019 | | |
| 5 | Emails between Isaac Leventon, James P. Seery, Jr., and Scott Ellington on August 5, 2020, with subject "UBS Supplemental Information Request" | | |
| 6 | Email from Scott Ellington to James P. Seery, Jr., and others on August 15, 2020, with subject "UB Diligence Requests: Highland Credit Opportunities CDO Ltd." | | |

| Ex. No. | Exhibit | Offered | Admitted |
|---|---|---|---|
| 7 | Email from Matthew DiOrio on January 28, 2021, with subject "HCM - Greenbriar Pref Shares CDO Fund" | | |
| 8 | Email from Gregory Demo to Thomas Surgent on January 28, 2021, with subject "Highland – MSCF Subscription Documents" | | |
| 9 | Indemnity Letter, dated June 18, 2020, by and between Sentinel Reinsurance Ltd., and the parties on Schedule 1 thereto | | |
| 10 | Text Message, dated January 28, 2021, from Matthew DiOrio to Thomas Surgent [REDACTED] | | |
| 11 | All exhibits identified by or offered by any other party at the Hearing | | |
| 12 | All exhibits necessary for impeachment and/or rebuttal purposes | | |
| 13 | Any pleadings, reports, or other documents entered or filed in the Reorganized Debtor's chapter 11 case or related adversary proceedings, including any exhibits thereto | | |

DOCS_NY:46239.1 36027/003

Dated: August 4, 2022.    **PACHULSKI STANG ZIEHL & JONES LLP**

Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 2405397)
Robert J. Feinstein (NY Bar No. 1767805)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jpomerantz@pszjlaw.com
          jmorris@pszjlaw.com
          rfeinstein@pszjlaw.com
          gdemo@pszjlaw.com
          hwinograd@pszjlaw.com

-and-

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

4