# EXHIBIT 10

332

MD

Matt >

Delivered

Thu, Jan 28, 9:08 AM

I'm working on Demo's request for those multistrat docs he emailed about