**LATHAM & WATKINS LLP**
Andrew Clubok (*pro hac vice*)
Sarah Tomkowiak (*pro hac vice*)
Jason Burt (*pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, District of Columbia 20004
Telephone: (202) 637-2200

Jeffrey E. Bjork (*pro hac vice*)
Kimberly A. Posin (*pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234

Kathryn George (*pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700

*Counsel for UBS Securities LLC and UBS AG London Branch*

**BUTLER SNOW LLP**
Martin Sosland (TX Bar No. 18855645)
Candice Carson (TX Bar No. 24074006)
2911 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219
Telephone: (469) 680-5502

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re | § § | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § § § | Case No. 19-34054-sgj11 |
| Debtor. | § § § | |
| UBS SECURITIES LLC AND UBS AG LONDON BRANCH, | § § § | Adversary Proceeding No. 21-03020 |
| Plaintiffs, | § § § | |
| vs. | § § § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § § § | |
| Defendant. | § § | |

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

**UBS'S WITNESS AND EXHIBIT LIST FOR AUGUST 8, 2022 HEARING**

UBS Securities LLC and UBS AG London Branch (together, "UBS"), by and through their undersigned counsel, submit the following witness and exhibit list for the hearing set for 9:30 am Central Time on August 8, 2022, in connection with *Highland Capital Management, L.P.'s Motion to Withdraw its Answer and Consent to Judgment for Permanent Injunctive Relief* [Adv. Dkt. No. 169].

**A.    WITNESSES THAT UBS MAY CALL TO TESTIFY:**

1. James Seery, Jr.;
2. Any witness designated or called by any other party; and
3. Any witness necessary for impeachment or rebuttal.

**B.    DOCUMENTS UBS MAY USE AS EXHIBITS:**

| Ex. No. | Exhibit | Offered | Admitted |
|---|---|---|---|
| 1 | Legal Liability Insurance Policy between Sentinel Reinsurance, Ltd., Highland CDO Opportunity Master Fund, L.P., Highland CDO Holding Company, and Highland Special Opportunities Holdings Company, effective August 1, 2017, as produced by Highland at UBSPROD1973053 | | |
| 2 | Purchase Agreement between Sentinel Reinsurance, Ltd., Highland CDO Opportunity Master Fund, L.P., Highland CDO Holding Company, and Highland Special Opportunities Holdings Company, dated Aug. 7, 2017 | | |
| 3 | Email from Shawn Raver to Rick Swadley, dated September 12, 2018, attaching a June 30, 2018 memorandum entitled, "Tax Consequences of Sentinel Acquisition of HFP/CDO Opportunity Assets," as produced by Highland at UBSPROD4837351 | | |
| 4 | Judgment on Phase I Trial, entered by the N.Y. Court on February 10, 2020 [NY Dkt. No. 646] | | |

| Ex. No. | Exhibit | Offered | Admitted |
|---|---|---|---|
| 5 | Decision and Order on Summary Judgment Motions by the N.Y. Court, filed March 24, 2017 [NY Dkt. No. 411] | | |
| 6 | Email from Beecher to JP Sevilla on June 8, 2017, with subject "ATE Actuary," as produced by Beecher at BC SEN0000744847 | | |
| 7 | Presentation titled "Settlement Analysis UBS v. H," as produced by Highland at HCMUBS005251 | | |
| 8 | Sentinel structure organizational chart, notarized by Sarah Bell on January 9, 2018, as produced by Beecher at BC SEN0000133744 | | |
| 9 | Email from Katie Irving on August 16, 2017, with subject "Financials" and attaching Sentinel's unaudited financial statements for year-end 2016, as produced by Highland at HCMUBS001066 | | |
| 10 | Email from Beecher to JP Sevilla on August 8, 2017, with subject "Draft ATE policy," as produced by Beecher at BC SEN0000745902 | | |
| 11 | Email attaching CIMA's Final Onsite Inspection Reports to Sentinel, as produced by Beecher at BC SEN0000078777 | | |
| 12 | Email from Beecher to JP Sevilla and Matt DiOrio on June 6, 2018, with subject "Sentinel," as produced by Beecher at BC SEN0000668753 | | |
| 13 | Email from Beecher to Matt DiOrio, among others, on June 8, 2018, with the subject "Sentinel ATE endorsement," as produced by Beecher at BC SEN0000707586 | | |
| 14 | Copy of the Legal Liability Insurance Policy with Endorsements Nos. 1 & 2, as produced by Matt DiOrio at MD_000010 | | |
| 15 | Asset Transfer Agreement, dated as of December 31, 2019, as produced by Highland at UBSPROD020567 | | |
| 16 | Emails between Isaac Leventon, Jim Seery, and Scott Ellington on August 5, 2020, with subject "UBS | | |

| Ex. No. | Exhibit | Offered | Admitted |
|---|---|---|---|
|  | Supplemental Information Request," as produced by Highland at UBSPROD495884 |  |  |
| 17 | Email from Scott Ellington to Jim Seery and others on August 15, 2020, with subject "UB Diligence Requests: Highland Credit Opportunities CDO Ltd.," as produced by Highland at UBSPROD1611114 |  |  |
| 18 | Email from Matt DiOrio on January 28, 2021, with subject "HCM - Greenbriar Pref Shares CDO Fund," as produced by Highland at UBSPROD1660781 |  |  |
| 19 | Internal Beecher email on February 6, 2020, attaching Expense Reports for Scott Ellington, as produced by Beecher at BC SEN0000727319 |  |  |
| 20 | Email between Beecher employees on December 20, 2019, with subject "Ellington - Request Reimbursement," as produced by Beecher at BC SEN0000663342 |  |  |
| 21 | CIBC Wire Transfer Debit Advice receipt for Sentinel's payment of $4,480,000.00, as produced by Beecher at BC SEN0000123498 |  |  |
| 22 | CIBC Wire Transfer Debit Advice receipt for Sentinel's payment of $1,920,000.00, as produced by Beecher at BC SEN0000004242 |  |  |
| 23 | Email attaching a letter from Sentinel to CIMA, dated April 26, 2021, with subject "Sentinel Reinsurance, Ltd. ("Sentinel"; License #642423) Notification – Dividend Payment," as produced by Beecher at BC SEN0000083961 |  |  |
| 24 | [Omitted] |  |  |
| 25 | Transcript of the Deposition of James Dondero (Part 1), dated 5/10/2021 |  |  |
| 26 | Transcript of the Deposition of James Dondero (Part 2), dated 5/12/2021 |  |  |

| Ex. No. | Exhibit | Offered | Admitted |
|---|---|---|---|
| 27 | Transcript of the Deposition of Jean Paul Sevilla, dated 7/21/2021 | | |
| 28 | Transcript of the Deposition of Isaac Leventon, dated 7/22/2021 (with redaction) | | |
| 29 | Transcript of the Deposition of Matthew T. DiOrio, dated 7/23/2021 (with redaction) | | |
| 30 | Transcript of the Deposition of Scott Ellington, dated 7/29/2021 (with redaction) | | |
| 31 | Transcript of the Deposition of the 30(b)(6) Representative of Beecher Carlson (Thomas Adamczak), dated 4/12/2022 | | |
| 32 | Transcript of the Deposition of Clifford Stoops, dated April 27, 2021 | | |
| 33 | Transcript of the Deposition of Jeremy Ringheimer, dated April 30, 2021 | | |
| 34 | Highland's Second Amended Responses and Objections to UBS's Interrogatories, dated November 30, 2021 | | |
| 35 | Highland's Amedned Responses and Objections to UBS's Requests for Admission, dated September 3, 2021 | | |
| 36 | Settlement Agreement between Highland and UBS, among others, dated March 30, 2021 [Dkt. No. 2200-1] | | |
| 37 | Original Complaint for Injunctive Relief [Adv. Dkt. No. 156] | | |
| 38 | Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction [Adv. Dkt. No. 157] | | |
| 39 | Appendix of Exhibits to Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction [Adv. Dkt. No. 158] | | |
| 40 | Order Granting Plaintiffs' Motion for a Temporary Restraining Order, as entered on April 9, 2021 [Adv. Dkt. No. 21] | | |

| Ex. No. | Exhibit | Offered | Admitted |
|---|---|---|---|
| 41 | Highland Capital Management, L.P.'s Motion to Withdraw its Answer and Consent to Judgment for Permanent Injunctive Relief [Adv. Dkt. No. 169] | | |
| 42 | Declaration of Mr. James P. Seery, Jr. in Support of Highland Capital Management, L.P.'s Motion to Withdraw its Answer and Consent to Judgment for Permanent Injunctive Relief [Adv. Dkt. No. 170] | | |
| 43 | All exhibits identified by or offered by any other party at the hearing | | |
| 44 | All exhibits necessary for impeachment and/or rebuttal purposes | | |
| 45 | Any pleadings, reports, or other documents entered or filed in the chapter 11 case or related adversary proceedings, including any exhibits thereto | | |

UBS reserves the right to amend or supplement this witness and exhibit list prior to the hearing.

[REMAINDER OF PAGE INTENTIONALLY BLANK]

DATED this 4th day of August 2022.	Respectfully submitted,

**LATHAM & WATKINS LLP**

By /s/ *Kathryn George*

Andrew Clubok (*pro hac vice*)
Sarah Tomkowiak (*pro hac vice*)
Jason Burt (*pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, District of Columbia 20004
Telephone: (202) 637-2200
Email: andrew.clubok@lw.com
　　　　sarah.tomkowiak@lw.com

Jeffrey E. Bjork (*pro hac vice*)
Kimberly A. Posin (*pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Email: jeff.bjork@lw.com
　　　　kim.posin@lw.com

Kathryn George (*pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email: kathryn.george@lw.com

**BUTLER SNOW LLP**
Martin Sosland (TX Bar No. 18855645)
Candice M. Carson (TX Bar No. 24074006)
2911 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219
Telephone: (469) 680-5502
E-mail: martin.sosland@butlersnow.com
　　　　 candice.carson@butlersnow.com

*Counsel for UBS Securities LLC and UBS AG London Branch*

## CERTIFICATE OF SERVICE

I, <u>Candice Carson</u>, certify that *UBS's Witness and Exhibit List For August 8, 2022 Hearing* was filed electronically through the Court's ECF system, which provides notice to all parties of interest.

Dated: August 4, 2022.

<u>/s/ *Candice Carson*</u>