# PURCHASE AGREEMENT

This Purchase Agreement (the "*Agreement*") dated as of August 7, 2017 (the "*Effective Date*"), is entered into by and among Sentinel Reinsurance, Ltd. ("*Purchaser*") and each of Highland CDO Opportunity Master Fund, L.P., Highland CDO Holding Company and Highland Special Opportunities Holdings Company (together, "*Sellers*").

## RECITALS

WHEREAS, Sellers are each party in a lawsuit styled UBS Securities LLC and UBS AG, London Branch, v. Highland Capital Management, L.P., Highland Special Opportunities Holding Company, Highland Financial Partners, L.P., Highland CDO Opportunity Master Fund, L.P., Highland Credit Opportunities CDO, L.P., and Strand Advisors, Inc., Cause No. 650097/2009 (the "*Lawsuit*");

WHEREAS, Sellers desire to purchase a Legal Liability Insurance Policy relating to Sellers' potential liability in the Lawsuit in form substantially as set forth in Exhibit A hereto (the "*Policy*"); and

WHEREAS, Purchaser is an insurance company that is able to provide Sellers insurance coverage pursuant to the terms of the requested Policy, and Purchaser desires to provide Policy coverage to Sellers pursuant to the terms herein and therein.

NOW, THEREFORE, in consideration of the mutual promises and covenants contained in this Agreement, the parties hereto agree as follows:

1. <u>Payment of Premium</u>. Purchaser agrees to accept the assets listed in <u>Schedule A</u> hereto as 100% payment of the Premium, including any as yet unpaid or contingent financial proceeds or other benefits related thereto, with the explicit undertaking that if anything of value is received by the Sellers, such cash or other item of value shall be held in trust for the Purchaser and promptly remitted thereto (the "*Transferred Interests*"). Sellers undertake that immediately following signing this Agreement, they will each take all such steps and execute all such documents to vest legal and beneficial ownership free from liens or encumbrances (as hereinafter defined) in all the Transferred Interests in the Purchaser.

2. <u>Entire Agreement</u>. This Agreement and the Schedule and Exhibit attached hereto embody the entire agreement and understanding among the parties hereto with respect to the subject matter hereof and supersede all prior agreements and understandings relating to such subject matter.

3. <u>Amendments and Waivers</u>. This Agreement may be amended only by an agreement in writing signed by each party hereto, and no waiver or compliance with any provision or condition hereof and no consent provided for herein shall be effective unless evidenced by an instrument in writing duly executed by the party hereto sought to be charged with such waiver or consent.

4. <u>Counterparts</u>. This Agreement may be executed in one or more counterparts, each of which shall be deemed to be an original, but all of which shall be one and the same document.

5. <u>Headings</u>. The headings contained in this Agreement are for convenience only and do not constitute a part of this Agreement.

6. <u>Severability</u>. The invalidity or unenforceability of any provision of this Agreement shall not affect the validity or enforceability of any other provision of this Agreement.

Exhibit #

Deposition Exhibit 02

4/27/20

7. <u>Governing Law</u>. This Agreement shall be governed by, and construed and interpreted in accordance with the substantive laws of the Cayman Islands without giving effect to any conflict of laws rule or principle thereof that might result in the application of the laws of another jurisdiction, and the courts of the Cayman Islands shall have exclusive jurisdiction to determine any dispute.

8. <u>Further Assurances</u>. Each party to this Agreement hereby covenants and agrees, without the necessity of any further consideration, to execute and deliver any and all further documents and to perform such other acts as may be necessary to carry out the intent and purposes of this Agreement and to consummate the transactions contemplated hereby.

*[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]*

IN WITNESS WHEREOF, this Agreement has been executed by the parties hereto as of the date first written above.

**SELLER**

**Highland CDO Opportunity Master Fund, L.P.**
By:  Highland CDO Opportunity Fund GP, L.P., its general partner
By:  Highland CDO Opportunity GP, LLC, its general partner
By:  Highland Capital Management, L.P., its sole member
By:  Strand Advisors, Inc., its general partner

By: _____
Name:  James Dondero
Title:  President

**Highland CDO Opportunity Fund, Ltd.**

By: _____
Name:  James Dondero
Title:  Director

**Highland CDO Holding Company**

By: _____
Name:  James Dondero
Title:  Director

**Highland Special Opportunities Holdings Company**

By: _____
Name:  James Dondero
Title:  Director

**Highland Financial Corp.**

By: _____
Name:  James Dondero
Title:   President

**Highland Financial Partnership, L.P.**

By: _____
Name:  James Dondero
Title:   Chief Executive Officer

**PURCHASER**

SENTINEL REINSURANCE, LTD.

By: _____
Name: _____Andrew Dean_____
Title: Director

SCHEDULE A

**HIGHLAND CDO OPPORTUTNITY MASTER FUND, L.P.**

| ISIN | Description | Traded Shares/Par |
|---|---|---|
| KY009A1KXYH6 | ABERDEEN LN FDG LTD PFD | 12,000,000.00 |
| KY84427P2029 | SOUTHFORK CLO LTD CUM PFD 144A | 10,000.00 |
| KYG829101032 | SOUTHFORK CLO LTD PFD | 9,000.00 |
| US00306M3007 | ABERDEEN LN FDG LTD PFD | 5,000.00 |
| US3624682098 | GSC ABS CDO 2006-4U LT CUM PFD 144A | 16,000.00 |
| US39364P2011 | GREENBRIAR CLO LTD PFD 144A | 16,250.00 |
| US43009L2034 | HIGHLAND FINL PARTNERS LP | 615,733.00 |
| US43009L9898 | HIGHLAND FINL PARTNERS LP NPV | 3,000,000.00 |
| US5431742056 | LONGSTREET CDO I LTD PFD 144A | 3,000.00 |
| US65340G2057 | NEXPOINT C COM USD0.001 (POST REV S) | 100.00 |
| US69763NAD30 | PAM CAP FDG LP 0.0 01MAY13 144A | 48,500,000.00 |
| | FRN | 42,868,390.80 |
| US8729623038 | TOUSA INC 8.0 PFD 144A | 1,337.00 |
| US91914QAA40 | VALHALLA CLO LTD 0.0 01AUG23 | 6,000,000.00 |
| | 144A | 6,000,000.00 |
| US925331AA89 | VERTICAL ABS CDO 2 0.0 09MAY46 | 6,000,000.00 |
| | 144A | 6,000,000.00 |
| N/A | HIGHLAND CREDIT OPPORTUNITIES CDO LTD. PARTNERSHIP INTEREST | 24,313.00 |
| | $2,157,088 PROMISSORY NOTE (GOVERNANCE RE, LTD. AS MAKER) AND CASH OF $539,272 – RE: NEXPOINT MULTIFAMILY CAPITAL TRUST INTEREST | 269,636.00 |
| N/A | NEXPOINT REAL ESTATE STRAT – Z | 97,257.00 |
| N/A | HIGHLAND GEMINI PROGRAM (POLLUX) | 65,314.00 |
| N/A | $2,399,996 PROMISSORY NOTE (THE DUGABOY INVESTMENT TRUST AS MAKER) AND CASH OF $599,999 – RE: SURVIOS INTEREST | 2,999,995.00 |
| BCC0MVTX4 | CAMBR 5X FLOATING – 12/2045 | 19,350,000.00 |
| N/A | CASH | $7,779,722.00 |

**HIGHLAND CDO OPPORTUTNITY FUND, LTD.**

| ISIN | Description | Traded Shares/Par |
|---|---|---|
| N/A | CASH | $2,349,436.00 |

**HIGHLAND CDO HOLDINGS COMPANY**

| ISIN | Description | Traded Shares/Par |
|---|---|---|
| US404185AD22 | HFT REAL EST 3.33867 25NOV51 | 750,000.00 |
|  | 144A F | 750,000.00 |
| US65340G2057 | NEXPOINT C COM USD0.001 (POST REV S) | 165,395.00 |
| US65341D1028 | NEXPOINT R COM USD0.001 'WI' | 220,527.00 |
| US86280AAE73 | STRATFORD CL 3.16956 01NOV21 | 300,000.00 |
|  | 144A F | 300,000.00 |
| USG44392AF82 | HIGHLAND PARK C 4.93867 | 17,000,000.00 |
|  | 25NOV51 FRN | 24,076,296.18 |
| N/A | PROMISSORY NOTE – CLO HOLDCO, LTD. AS MAKER – 12/23/2025 | $32,801,593.00 |
| N/A | CASH | $539,641.00 |
| N/A | DIVIDENDS RECEIVABLE – HIGHLAND CAPITAL MANAGEMENT, LP | $136,598.00 |

**HIGHLAND SPECIAL OPPORTUNITIES HOLDINGS COMPANY**

| ISIN | Description | Traded Shares/Par |
|---|---|---|
| US247126AC93 | DELPHI CORP DEL 7.125 01MAY29 | 1,500,000.00 |
| US247126AD76 | DELPHI CORP DEL 6.55 15JUN06 USD | 3,000,000.00 |
| US5431742056 | LONGSTREET CDO I LTD PFD 144A | 1,570.00 |
| US8729623038 | TOUSA INC 8.0 PFD 144A | 5,349.00 |
| US925331AA89 | VERTICAL ABS CDO 2 0.0 09MAY46 | 5,000,000.00 |
|  | 144A | 5,000,000.00 |
| N/A | CASH | $295,136.00 |

**HIGHLAND FINANCIAL CORP.**

| ISIN | Description | Traded Shares/Par |
|---|---|---|
| N/A | CASH | $80,144.00 |
| N/A | TAX REFUND RECEIVABLE – HIGHLAND CAPITAL MANAGEMENT, LP | $477,637.00 |

**HIGHLAND FINANCIAL PARTNERS, L.P.**

| ISIN | Description | Traded Shares/Par |
|---|---|---|
| N/A | CASH | $29,252.00 |