**To:** JP Sevilla (jsevilla@sasmgt.com)[jsevilla@sasmgt.com]
**From:** Pete Kranz[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FA905CD66ECE4CF2BA1CB543082D8644-PETE KRANZ]
**Sent:** Thur 6/8/2017 6:21:59 PM Coordinated Universal Time
**Subject:** FW: ATE Actuary
**Attachment:** First Amended Complaint against Highland Entities (unredacted).pdf

Can I have your permission to share below and attached with Randall & Quilter to get an indication of 3rd party pricing? They've agreed to provide as a favor to me, knowing they won't get any business.

**From:** JP Sevilla [mailto:jsevilla@sasmgt.com]
**Sent:** Thursday, June 08, 2017 2:06 PM
**To:** Kranz, Pete; Jason Stubbs
**Subject:** FW: ATE Actuary

Please see below and attached

**From:** Isaac Leventon
**Sent:** Thursday, June 8, 2017 12:50 PM
**To:** JP Sevilla
**Subject:** RE: ATE Actuary

1. Trial is set for September 2017.
2. Claims against CDO Fund and HFP and affiliates are very strong. They are guarantee claims. The defendants' primary response will be to contest the amount of damages.
3. $686 million from Feb. 21, 2009, accumulating 9% simple interest per annum. CDO Fund is a 49% guarantor of the damages amount, and HFP/Affiliates are 51% guarantors.
4. Please see attached for case name, parties, and details. This is the live complaint in the case.
5. Please see No. 4 above.
6. We will provide additional key pleadings shortly.

Thanks, Isaac

**From:** JP Sevilla
**Sent:** Thursday, June 8, 2017 10:25 AM
**To:** Isaac Leventon <ileventon@sasmgt.com>
**Subject:** FW: ATE Actuary

Need this for actuary - please chime in

**From:** Kranz, Pete <pkranz@beechercarlson.com>
**Sent:** Thursday, June 8, 2017 10:14 AM
**To:** Jason Stubbs; JP Sevilla; Isaac Leventon
**Cc:** Adamczak, Tom
**Subject:** RE: ATE Actuary

Hi JP and Isaac:

BC SEN0000744847
12/14/21
Highly Confidential

Any luck with the information below?

Thanks!

Pete

**From:** Kranz, Pete
**Sent:** Wednesday, June 07, 2017 9:50 AM
**To:** 'Jason Stubbs'; JP Sevilla; Isaac Leventon
**Cc:** Adamczak, Tom
**Subject:** RE: ATE Actuary

If we can get the following (consolidated Jason's and my items), I can look at getting <u>additional</u> support via indicative pricing from a 3rd party:

1. Expected time to resolution
2. Confidence in the case
3. An idea of the amount at risk
4. Name of the litigated event
5. Parties to the litigated event
6. Anything else you think would be helpful

I would need by mid-day tomorrow.

Thanks!

Pete

**Peter A. Kranz, CPA**
*Managing Director*
*Captive Group Leader - Sales*
**T** 802.658.7834 |**M** 802.598.6039
156 College Street, Suite 301
Burlington |VT| 05401
www.beechercarlson.com



*A Brown & Brown Company*

**From:** Jason Stubbs [mailto:Jasons@bartlettactuarialgroup.com]
**Sent:** Tuesday, June 06, 2017 4:27 PM
**To:** JP Sevilla; Kranz, Pete; Isaac Leventon
**Cc:** Adamczak, Tom
**Subject:** RE: ATE Actuary

JP, Isaac,

As far as facts, I would want to know how long the case has been going on.

I would also want to know:
1. Expected time to resolution,
2. Confidence in the case, and
3. An idea of the amount at risk.

BC SEN0000744848
12/14/21
Highly Confidential

But these are all conjectures we can discuss on Friday.

Jason

Jason D. Stubbs, ACAS, MAAA
(cell) 802-777-9797

**From:** JP Sevilla [mailto:jsevilla@sasmgt.com]
**Sent:** Tuesday, June 06, 2017 4:19 PM
**To:** Kranz, Pete <pkranz@beechercarlson.com>; Isaac Leventon <ileventon@sasmgt.com>
**Cc:** Jason Stubbs <Jasons@bartlettactuarialgroup.com>; Adamczak, Tom <tadamczak@beechercarlson.com>
**Subject:** Re: ATE Actuary

Thanks - copying my colleague Isaac Leventon - Isaac, please confirm the below.

On Jun 6, 2017, at 15:18, Kranz, Pete <pkranz@beechercarlson.com> wrote:

> Hi JP,
>
> I've gotten ahold of Mr. Stubbs, our actuary. Can we do a call with legal counsel on Friday? Also, we need the following in advance of that call – ideally ASAP:
>
> - Name of the litigated event
> - Parties to the litigated event
>
> Jason – anything else?
>
> Thanks!
>
> Pete
>
> **Peter A. Kranz, CPA**
> *Managing Director*
> *Captive Group Leader - Sales*
> **T** 802.658.7834 |**M** 802.598.6039
> 156 College Street, Suite 301
> Burlington |VT| 05401
> www.beechercarlson.com
> <image001.png>
> *A Brown & Brown Company*
>
> <image002.png>

**Disclaimer**
The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.
_____

Please remember that insurance coverage cannot be bound or changed by leaving an electronic message or voice mail message. Thank you.

CONFIDENTIALITY NOTICE

BC SEN0000744849
12/14/21
Highly Confidential

The information contained in this communication, including attachments is privileged and confidential. It is intended only for the exclusive use of the addressee. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by telephone immediately. Thank you.

_____

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

BC SEN0000744850
12/14/21
Highly Confidential