**From:** Isaac Leventon <ILeventon@HighlandCapital com>
**To:** JP Sevilla <JSevilla@HighlandCapital.com>
**Subject:** UBS Settlement Structure (9).pptx
**Date:** Wed, 19 Apr 2017 14:06:01 -0500
**Importance:** Normal
**Attachments:** UBS_Settlement_Structure_(9).pptx

PRIVILEGE WARNING: The sender or recipient of this message is a member of the legal department at Highland Capital Management. This message and any attachments hereto may constitute attorney work product or be protected by the attorney-client privilege. Do not disclose this message or any attachments hereto without prior consent of a member of the legal department at Highland Capital Management.

PRIVILEGE WARNING: The sender or recipient of this message is a member of the legal department at Highland Capital Management. This message and any attachments hereto may constitute attorney work product or be protected by the attorney-client privilege. Do not disclose this message or any attachments hereto without prior consent of a member of the legal department at Highland Capital Management.

**EXHIBIT**

**Deposition Exhibit 47**

7/21/21

# Settlement Analysis

 vs. 

HCMUBS005252

# *If Highland does not settle...*

**AND UBS WINS:**

1. Highland loses all assets in HFP/CDO Fund (HFP assets include $32m DAF Note Payable) (*see Slide 9 and Appendix 1*); *AND*

2. Highland faces years of fraudulent transfer claims throughout Highland structure (*see Slide 9*); *AND*

3. HCMLP faces clawback of $9m and liability to backstop HFP/CDO Fund for up to $1.2b ($686m principal + $511m interest back to 2009) (*see Slide 9*); *AND*

4. Giant PR hit (*see Slide 7*).

**OR HIGHLAND WINS:**

1. HFP is solvent = reverses 2008's $257m tax write-off by HCMLP (resulting in $50m+ in taxes due from HCMLP's partners) (*see Slides 3*); *AND*

2. UBS appeals, so issue is left unresolved for years (*see Slide 4*); *AND*

3. Citi has $34m claim against CDO Fund assets (*see Slides 5, 9*); *AND*

4. If CDO Fund can't pay Citi $34m, then HCMLP has to pay the balance (*see Slides 5, 9*).

*BOTTOM LINE: There is no upside to going to trial in either matter.*

2

HCMUBS005253

# *Taxes: If Highland Wins... it Loses*

- If Lackey wins at trial = HFP has positive value
- Result: Reverses 2008 HFP tax-write off from 2008
- Resulting Tax Liability:

  Dondero: $50m+                      *Pat Daugherty: $167k
  *Crusader: $20m+                    Davis Deadman: $110k
  *Goldman: $15m+                     Also: Plumer, Paul Kauffman,
  Scott Kavanaugh: $1.4m              Borud, Okada, Joe Dougherty,
  *Todd Travers: $1m                  John Morgan
  John Honis: $212k

- Everyone who suffers tax consequences has a litigation claim for mismanagement against HCMLP and Dondero (as decision maker for HFP)

*Red, most likely to assert claims

3

HCMUBS005254

# *If Highland does not settle: UBS Appeals*

- UBS appeals in NY State Court
- Average time to outcome is 2 years
- $5m additional legal expenses
- Can be remanded back to trial court to start all over; OR
- Can be reversed and HCM loses

4

HCMUBS005255

# *If Highland does not settle: Citi*

- Trial in late 2017 or 2018
- Additional PR issues
- Delay repairing trading relationship
- Incur $3-4m in Lackey fees through trial
- Have to pay for Citi's legal fees under the terms of the contract
- $24m principal liability + $10m in Citi's legal fees
- CDO Fund pays, but if it can't, then HCMLP has to pay balance

5

HCMUBS005256

# *If Highland Settles...*

1. Sentinel controls HFP/CDO Fund assets (currently $94m) (*see Slide 10*); *AND*

2. Sentinel and HCMLP can use HFP/CDO Fund assets to generate cash to pay UBS settlement, Citi, and outstanding legal fees (*see Slides 12-16*); *AND*

3. HCMLP's $50m+ tax liability is avoided (*see Slides 3, 9*); *AND*

4. Residual assets (up to $50m) stay at Sentinel (*see Slide 16*); *AND*

5. Potential to repair UBS distribution/relationship (*see Slide 7*); *AND*

6. PR issues resolved (*see Slide 7*); *AND*

7. Crusader Redeemer Committee remains the stand-alone target (*see Slide 7*).

*BOTTOM LINE: Even if UBS and Citi are awarded ZERO damages, settlement still nets $100m (Avoids $50m tax liability + keeps $50m in net HFP/CDO Fund assets)*

6

HCMUBS005257

# *If Highland Settles: PR*

- Amicably and **privately** resolve:
  - Credit Strat
  - UBS
  - Citi
- No more defensive bank-counterparty lawsuits
  - Credit Suisse "offense" is the only remaining story
- Final "Crisis" issue is Crusader (Committee is alone on an island)

7

HCMUBS005258

# UBS Settlement: Structure Summary

Step 1: HFP/CDO Fund buy $100m ATE policy from Sentinel
        *ATE premium = all assets in HFP/CDO Fund*
Step 2: Negotiate settlement amount with UBS
Step 3: Sentinel generates cash from HFP/CDO Fund Assets
Step 4: Sentinel pays settlement amount to UBS
Step 5: Sentinel pays Lackey legal bills
Step 6: HCMLP (or designee) or Sentinel pay Citi
Conclusion: Sentinel keeps net assets (could be up to $50 million)

*Here is why we should settle...*

8

HCMUBS005259

## UBS Settlement: Assets and Liabilities



HCMUBS005260

## UBS Settlement: Step 1 – ATE Policy



HCMUBS005261

## UBS Settlement: Step 2 – Negotiate Settlement Amount



HCMUBS005262

## UBS Settlement: Step 3 – Generate Cash



Actor: Sentinel

Sentinel($94m)

Sentinel generates cash by selling portion of HFP/CDO Fund assets

3rd P. Purchaser

3rd P. Purchaser

3rd P. Purchaser

UBS

*TBD: How / how much of HFP/CDO Fund assets to sell for cash*

12

HCMUBS005263

# UBS Settlement: Step 4 – Pay UBS



HCMUBS005264

## UBS Settlement: Step 5 – Pay Lackey



HCMUBS005265

## UBS Settlement: Step 6 – Pay Citi



HCMUBS005266

## UBS Settlement: Step 7 – Remainder





HCMUBS005267

# Appendix 1

17

HCMUBS005268