## ORIGINAL STRUCTURE



*Ownership is 100% unless otherwise depicted

BC SEN0000133744
11/12/21
Highly Confidential