**From:** Katie Irving <KIrving@HighlandCapital.com>
**To:** Abbie Stonecypher <AStonecypher@HighlandCapital.com>
**Cc:** JP Sevilla <JSevilla@HighlandCapital.com>
**Subject:** Financials
**Date:** Wed, 16 Aug 2017 15:13:57 -0500
**Importance:** Normal
**Attachments:** Sentinel_Related_Entities_1612_Financial_Statements.pdf;
SEN_1612_Revised_Unaudited_Financial_Statements.pdf
**Inline-Images:** image001.jpg

---

Hi Abbie – financials are attached.

**KATIE IRVING, CPA** | DIRECTOR, BUSINESS DEVELOPMENT



300 Crescent Court | Suite 700 | Dallas, Texas 75201

D: 972.419.2566 | O: 972.628.4100 | F: 972.628.4147

KIrving@hcmlp.com | www.hcmlp.com

---

PRIVILEGE WARNING: The sender or recipient of this message is a member of the legal department at Highland Capital Management. This message and any attachments hereto may constitute attorney work product or be protected by the attorney-client privilege. Do not disclose this message or any attachments hereto without prior consent of a member of the legal department at Highland Capital Management.

---

PRIVILEGE WARNING: The sender or recipient of this message is a member of the legal department at Highland Capital Management. This message and any attachments hereto may constitute attorney work product or be protected by the attorney-client privilege. Do not disclose this message or any attachments hereto without prior consent of a member of the legal department at Highland Capital Management.



**EXHIBIT**

**Deposition Exhibit 51**

7/21/21

HCMUBS001066

# Sentinel Reinsurance, LTD

<u>**VIA EMAIL**</u>

August 16, 2017

Mr. J.P. Sevilla, Esq.
SAS Asset Recovery Ltd.
Grand Pavilion Commercial Centre
802 West Bay Road
Grand Cayman KY1-1102

Dear J.P.:

Enclosed please find the **revised** unaudited financial statements of Sentinel Reinsurance, Ltd. as of, and for the year-ended, December 31, 2016. The Management Discussion and Analysis within provides the net income as well as other relevant financial highlights.

Please feel free to contact me at 802.658.7834, or via email at pkranz@beechercarlson.com, with any questions that you have regarding these financial statements.

Sincerely,

Peter A. Kranz, CPA
Beecher Carlson Insurance Services, LLC
*As Managers for Sentinel Reinsurance, Ltd.*

enclosures

---

156 College Street, Suite 301          Phone:   802.658.7831
Burlington, VT 05401                   Fax:     770.870.3059

HCMUBS001067

# SENTINEL REINSURANCE, LTD

## TABLE OF CONTENTS

### December 31, 2016

| Description | Page |
|---|---|
| Management Discussion and Analysis | |
| Financial Statements | |
| Balance Sheets | 1 |
| Income Statements | 2 |
| Statements of Cash Flow | 3 |
| Supplemental Schedules | |
| Schedules of Other Assets and Liabilities | 4 |
| Schedule of General and Administrative Expenses | 5 |
| Schedule of Underwriting Income | 6-8 |
| Supporting Schedules | |
| Schedule of Investments | 9 |
| Schedule of Intercompany Receivable | 10 |

HCMUBS001068

**SENTINEL REINSURANCE, LTD**

**MANAGEMENT DISCUSSION AND ANALYSIS**

**December 31, 2016**

**Overall**

For the twelve months-ended December 31, 2016 and 2015, Sentinel Reinsurance, Ltd. ("Sentinel") had pre-tax income of $4.2 million and $5.1 million, respectively.

Capital and surplus at December 31, 2016 and 2015 was $17.6 million and $24.0 million, respectively.

**Balance Sheet**

At December 31, 2016, cash and investments totaled $5.9 million. Loss reserves were $361 thousand and unearned premium was $1.2 million at December 31, 2016. Unearned premium represents the premium related to the unexpired portion of the D&O policies written during the year.

**Income Statement**

Through December 31, 2016, Sentinel had premiums earned of $2.6 million and losses incurred resulted in an $89 thousand gain, representing an overall decrease in loss reserves for the year-ended December 31, 2016. The underwriting profit for the twelve months ended December 31, 2016 was $2.7 million.

General and administrative expenses totaled $164 thousand through December 31, 2016, mainly consisting of captive management, audit, actuarial, legal fees, tax professional fees and license fees.

Net investment income was $1.7 million for the year ended December 31, 2016, which includes the impairment charge against the CLO's of $603 thousand.

HCMUBS001069

**SENTINEL REINSURANCE, LTD**

**FINANCIAL STATEMENTS**

**December 31, 2016**

HCMUBS001070

**SENTINEL REINSURANCE, LTD**
**BALANCE SHEETS**

As Of

| | December 2016 | December 2015 |
|---|---|---|
| **ASSETS** | | |
| Cash - operating account | $4,630,345.65 | $3,579,212.26 |
| Cash - investment account | 1,256,400.74 | 1,439,568.64 |
| Total cash & cash equivalents | 5,886,746.39 | 5,018,780.90 |
| Investments at fair market value [Pg. 10] | 12,818,303.90 | 10,992,340.56 |
| Intercompany receivable [Pg. 11] | 114,235.16 | 6,843,735.16 |
| Accrued investment income | 346,732.90 | 2,853,722.07 |
| Insurance balances receivable | 0.00 | 0.00 |
| Prepaid expenses and other assets [Pg. 4] | 27,804.88 | 22,453.66 |
| **Total Assets** | **$19,193,823.23** | **$25,731,032.35** |
| **LIABILITIES** | | |
| IBNR reserves | $360,724.00 | $449,447.00 |
| Unearned premium reserves | 1,228,001.80 | 1,187,930.66 |
| Other liabilities [Pg. 4] | 33,641.00 | 111,821.98 |
| Total Liabilities | 1,622,366.80 | 1,749,199.64 |
| **SHAREHOLDERS' EQUITY** | | |
| Contributed surplus | 20,564,738.89 | 25,828,055.00 |
| Unrealized loss | (3,902,077.10) | (6,130,859.44) |
| Retained earnings | 8,284,637.15 | 3,188,228.69 |
| Dividends declared and paid | (11,566,683.89) | (4,000,000.00) |
| Year-to-date net income | 4,190,841.38 | 5,096,408.46 |
| Total Shareholders' Equity | 17,571,456.43 | 23,981,832.71 |
| **Total Liabilities and Shareholders' Equity** | **$19,193,823.23** | **$25,731,032.35** |

HCMUBS001071

**SENTINEL REINSURANCE, LTD**
**INCOME STATEMENTS**

For the Period Ending

| | 2016 | | 2015 | |
|---|---|---|---|---|
| | December | Year-to-Date | December | Year-to-Date |
| **Underwriting Income** | | | | |
| Premiums written | $688,773.36 | $2,631,100.44 | $539,459.00 | $2,858,526.66 |
| Change in unearned premiums | (50,792.12) | (40,071.14) | 111,729.00 | (832,944.66) |
| **Net Premiums Earned** | 637,981.24 | 2,591,029.30 | 651,188.00 | 2,025,582.00 |
| **Loss and Loss Expense** | | | | |
| Change in IBNR | (910,452.64) | (88,723.00) | (704,961.00) | 264,447.00 |
| **Losses incurred** | (910,452.64) | (88,723.00) | (704,961.00) | 264,447.00 |
| **Underwriting Profit** | 1,548,433.88 | 2,679,752.30 | 1,356,149.00 | 1,761,135.00 |
| General and administrative expenses [Pg. 5] | (33,927.56) | (163,704.60) | (117,425.19) | (237,240.57) |
| Net investment income | (157,982.32) | 1,674,793.68 | 2,190,013.79 | 3,572,514.03 |
| Net income before income taxes | 1,356,524.00 | 4,190,841.38 | 3,428,737.60 | 5,096,408.46 |
| Provision for income taxes | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net Income** | $1,356,524.00 | $4,190,841.38 | $3,428,737.60 | $5,096,408.46 |

HCMUBS001072

**SENTINEL REINSURANCE, LTD**
**STATEMENTS OF CASH FLOW**

**For the Period Ending**

|  | 2016 | | 2015 | |
|---|---|---|---|---|
|  | **December** | **Year-to-Date** | **December** | **Year-to-Date** |
| **CASH FLOWS FROM OPERATING ACTIVITIES** | | | | |
| Net income | $1,356,524.00 | $4,190,841.38 | $3,428,737.60 | $5,096,408.46 |
| Adjustment to reconcile net income to net cash provided by (used in) operating activities: | | | | |
| Intercompany receivable | 0.00 | 6,729,500.00 | (6,759,814.64) | (6,780,483.15) |
| Miscellaneous receivable | (7,522.03) | 2,506,989.17 | (2,336,997.65) | (844,227.19) |
| Insurance balances receivable | 1,942,327.08 | 0.00 | 2,319,067.66 | 135,000.00 |
| Prepaid expenses and other assets | (3,864.59) | (5,351.22) | (14,249.99) | (2,462.66) |
| IBNR reserves | (910,452.64) | (88,723.00) | (704,961.00) | 264,447.00 |
| Unearned premium reserves | 50,792.12 | 40,071.14 | (111,729.00) | 832,944.66 |
| Other liabilities | 2,951.00 | (78,180.98) | 52,771.98 | 83,921.98 |
| Net cash (used in) provided by operating activities | 2,430,754.94 | 13,295,146.49 | (4,127,175.04) | (1,214,450.90) |
| **CASH FLOWS FROM INVESTING ACTIVITIES** | | | | |
| Net sale (purchase) of investment | 602,819.00 | 402,819.00 | 8,586,623.18 | 6,796,184.85 |
| Net cash provided by (used in) investing activities | 602,819.00 | 402,819.00 | 8,586,623.18 | 6,796,184.85 |
| **CASH FLOWS FROM FINANCING ACTIVITIES** | | | | |
| Dividends paid | (1,480,000.00) | (7,566,683.89) | (4,000,000.00) | (4,000,000.00) |
| Contributed surplus | 0.00 | (5,263,316.11) | 0.00 | 0.00 |
| Net cash (used in) provided by financing activities | (1,480,000.00) | (12,830,000.00) | (4,000,000.00) | (4,000,000.00) |
| Net increase (decrease) in cash and cash equivalents | 1,553,573.94 | 867,965.49 | 459,448.14 | 1,581,733.95 |
| Cash balance at beginning of period | 4,333,172.45 | 5,018,780.90 | 4,559,332.76 | 3,437,046.95 |
| Cash balance at end of period | $5,886,746.39 | $5,886,746.39 | $5,018,780.90 | $5,018,780.90 |

HCMUBS001073

**SENTINEL REINSURANCE, LTD**

**SUPPLEMENTAL SCHEDULES**

**December 31, 2016**

HCMUBS001074

**SENTINEL REINSURANCE, LTD**
**PREPAID EXPENSES AND OTHER LIABILITIES**

As of

|  | December 2016 | December 2015 |
|---|---|---|
| **Prepaid Expenses and Other Assets** | | |
| Prepaid management fees | $15,000.00 | $20,000.00 |
| Prepaid license fees | 12,804.88 | 0.00 |
| Prepaid director fees | 0.00 | 2,453.66 |
| **Total Prepaid Expenses and Other Assets** | $27,804.88 | $22,453.66 |
| | | |
| **Other Liabilities** | | |
| Accrued investment fees | $3,641.00 | $0.00 |
| Accrued audit fees | 22,500.00 | 25,920.00 |
| Accrued other professional fees | 0.00 | 78,401.98 |
| Accrued actuarial fees | 7,500.00 | 7,500.00 |
| **Total Other Liabilities** | $33,641.00 | $111,821.98 |

HCMUBS001075

**SENTINEL REINSURANCE, LTD**
**GENERAL AND ADMINISTRATIVE EXPENSES**

**For the Period Ending**

| | 2016 | | 2015 | |
|---|---|---|---|---|
| | December | Year-to-Date | December | Year-to-Date |
| Director fees | $5,738.41 | $22,953.67 | $5,001.79 | $38,616.14 |
| Management fees | 16,000.00 | 66,000.00 | 15,000.00 | 60,000.00 |
| Other Professional fees | 0.00 | 0.00 | 78,401.98 | 78,401.98 |
| Audit fees | 3,060.00 | 22,500.00 | 9,720.00 | 27,120.00 |
| Legal fees | 0.00 | 17,051.00 | 0.00 | 0.00 |
| Actuarial fees | 3,750.00 | 15,000.00 | 3,750.00 | 15,000.00 |
| License fees | 5,031.15 | 16,463.42 | 5,031.25 | 17,073.28 |
| Miscellaneous expenses | 0.00 | 2,745.51 | 0.65 | 0.65 |
| Bank charges | 348.00 | 991.00 | 519.52 | 1,028.52 |
| Total General and Administrative Expenses | $33,927.56 | $163,704.60 | $117,425.19 | $237,240.57 |

HCMUBS001076

**SENTINEL REINSURANCE, LTD**
**STATEMENTS OF UNDERWRITING INCOME**
**SUMMARY OF ALL UNITS**

|  | Period Ending December 2016 | Year-to-Date December 2016 | Inception-to-Date |
|---|---|---|---|
| **Underwriting Income** |  |  |  |
| Premiums written | $688,773.36 | $2,631,100.44 | $6,239,627.10 |
| Change in unearned premiums | (50,792.12) | (40,071.14) | (1,228,001.80) |
| Net Premiums Earned | 637,981.24 | 2,591,029.30 | 5,011,625.30 |
| **Losses and Underwriting Expenses** |  |  |  |
| Change in IBNR | (910,452.64) | (88,723.00) | 360,724.00 |
| Losses incurred | (910,452.64) | (88,723.00) | 360,724.00 |
| **Underwriting Profit (Loss)** | **$1,548,433.88** | **$2,679,752.30** | **$4,650,901.30** |

| | |
|---|---|
| Insurance balances receivable | $0.00 |
| IBNR | $360,724.00 |
| Unearned premium reserves | $1,228,001.80 |

HCMUBS001077

**SENTINEL REINSURANCE, LTD**
**STATEMENTS OF UNDERWRITING INCOME**
**POLICY YEAR 15/16 (D&O DIRECT)**

| | Period Ending December 2016 | Year-to-Date December 2016 | Inception-to-Date |
|---|---|---|---|
| **Underwriting Income** | | | |
| Premiums written | $0.00 | $0.00 | $2,858,526.66 |
| Change in unearned premiums | 89,909.83 | 1,187,930.66 | 0.00 |
| Net Premiums Earned | 89,909.83 | 1,187,930.66 | 2,858,526.66 |
| **Losses and Underwriting Expenses** | | | |
| Change in IBNR | (416,149.44) | (449,447.00) | (254,217.00) |
| Losses incurred | (416,149.44) | (449,447.00) | (254,217.00) |
| **Underwriting Profit (Loss)** | **$506,059.27** | **$1,637,377.66** | **$3,112,743.66** |

| | | | |
|---|---|---|---|
| Insurance balances receivable | | $0.00 | |
| **IBNR** | | $0.00 | |
| Unearned premium reserves | | $0.00 | |

HCMUBS001078

**SENTINEL REINSURANCE, LTD**
**STATEMENTS OF UNDERWRITING INCOME**
**POLICY YEAR 16/17 (D&O DIRECT)**

| | Period Ending December 2016 | Year-to-Date December 2016 | Inception-to-Date |
|---|---|---|---|
| **Underwriting Income** | | | |
| Premiums written | $688,773.36 | $2,631,100.44 | $2,631,100.44 |
| Change in unearned premiums | (140,701.95) | (1,228,001.80) | (1,228,001.80) |
| Net Premiums Earned | 548,071.41 | 1,403,098.64 | 1,403,098.64 |
| **Losses and Underwriting Expenses** | | | |
| Change in IBNR | (494,303.20) | 360,724.00 | 360,724.00 |
| Losses incurred | (494,303.20) | 360,724.00 | 360,724.00 |
| **Underwriting Profit (Loss)** | **$1,042,374.61** | **$1,042,374.64** | **$1,042,374.64** |

| | |
|---|---|
| Insurance balances receivable | $0.00 |
| **IBNR** | $360,724.00 |
| Unearned premium reserves | $1,228,001.80 |

HCMUBS001079

# SENTINEL REINSURANCE, LTD

## SUPPORTING SCHEDULES

### December 31, 2016

HCMUBS001080

SENTINEL REINSURANCE, LTD
DETAILED INVESTMENT SCHEDULE
12/31/2016

| Type of | Security Description of | CUSIP | Date of Acquisition | Maturity | Units / Shares | Price | Market Value | REF / Price | Adjusted Cost Value | Unrealized Gain (Loss) | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CLOs | Grayson CLO LTD 144A (GCLO 0) | 389668502 | 12/30/13 | | 5,000.00 | 344.59 | 1,722,925.00 | | 2,645,236.00 | (922,311.00) | 1,722,925.00 |
| CLOs | Greenbriar CLO LTD (GENSR 0) | 393642300 | 01/07/14 | | 3,000.00 | 472.50 | 1,417,500.00 | | 2,069,887.00 | (652,387.00) | 1,417,500.00 |
| CLOs | Stratford CLO LTD 144A (STRAFD 0) | 86280C301 | 01/07/14 | | 4,000.00 | 503.39 | 2,013,540.00 | | 2,505,097.00 | (491,557.00) | 2,013,540.00 |
| CLOs | Eastland CLO LTD II | 27734A400 | 01/20/14 | | 4,000.00 | 353.40 | 1,413,600.00 | | 2,300,161.00 | (886,561.00) | 1,413,600.00 |
| Total CLOs | | | | | | | 6,567,565.00 | | 9,520,381.00 | (2,952,816.00) | 6,567,565.00 |
| | Class B Preference Shares of Sequoia Diversified Growth Fund | | | | | | 190,752.00 | | 200,000.00 | (9,248.00) | 190,752.00 |
| Investment at Cost | SS Holdings | | | | | | 6,059,986.90 | | 7,000,000.00 | (940,013.10) | 6,059,986.90 |
| Total Investments | | | | | | | 12,818,303.90 | | 16,720,381.00 | (3,902,077.10) | 12,818,303.90 |

HCMUBS001081

**SENTINEL REINSURANCE, LTD**
Intercompany Receivable: 22107-0000-0000
December 31, 2016

| | Transaction Date | Transaction Amount | Payment Date | Payment Amount | Balance |
|---|---|---|---|---|---|
| Maples and Calder Registered Office Fee - Nimitz | 11/24/2014 | 2,457.26 | | | 2,457.26 |
| Maples and Calder Registered Office Fee - Patton | 11/24/2014 | 2,456.06 | | | 2,456.06 |
| Maples and Calder Registered Office Fee - Sen Re | 11/24/2014 | 2,453.66 | | | 2,453.66 |
| Maples and Calder Registered Office Fee - SS Holdgs | 11/24/2014 | 2,492.66 | | | 2,492.66 |
| Maples and Calder Registered Office Fee - Sen Re | 9/18/2014 | 23,338.05 | | | 23,338.05 |
| Maples and Calder Registered Office Fee - Nimitz | 9/18/2014 | 425.98 | | | 425.98 |
| Caledonian Directors Services Fee - Nimitz | 12/17/2014 | 4,166.46 | | | 4,166.46 |
| Caledonian Directors Services Fee - Patton | 12/17/2014 | 4,066.46 | | | 4,066.46 |
| Caledonian Directors Services Fee - Sen Re | 12/17/2014 | 4,066.46 | | | 4,066.46 |
| Caledonian Directors Services Fee - SS Holdgs | 12/17/2014 | 17,066.46 | | | 17,066.46 |
| Caledonian Directors Services Fee - Sen Re | 6/10/2014 | 162.50 | | | 162.50 |
| Caledonian Directors Services Fee - Nimitz | 6/10/2014 | 100.00 | | | 100.00 |
| MaplesFS Directors Services Fee - Patton | 8/4/2015 | 3,689.73 | | | 3,689.73 |
| MaplesFS Directors Services Fee - Nimitz | 8/4/2015 | 3,689.73 | | | 3,689.73 |
| MaplesFS Directors Services Fee - Sen Re | 8/4/2015 | 3,689.73 | | | 3,689.73 |
| MaplesFS Directors Services Fee - SS Holdings | 8/4/2015 | 9,599.32 | | | 9,599.32 |
| MaplesFS Directors Services Fee - Patton | 12/11/2015 | 2,453.66 | | | 2,453.66 |
| MaplesFS Directors Services Fee - Nimitz | 12/11/2015 | 2,453.66 | | | 2,453.66 |
| MaplesFS Directors Services Fee - Sen Re | 12/11/2015 | 2,453.66 | | | 2,453.66 |
| MaplesFS Directors Services Fee - SS Holdings | 12/11/2015 | 2,453.66 | | | 2,453.66 |
| MaplesFS Directors Services Fee - Patton | 7/5/2016 | 3,500.00 | | | 3,500.00 |
| MaplesFS Directors Services Fee - Nimitz | 7/5/2016 | 3,500.00 | | | 3,500.00 |
| MaplesFS Directors Services Fee - Sen Re | 7/5/2016 | 3,500.00 | | | 3,500.00 |
| MaplesFS Directors Services Fee - SS Holdings | 7/5/2016 | 10,000.00 | | | 10,000.00 |
| Total InterCompany Receivable (Payable) | | 114,235.16 | | - | 114,235.16 |

| | |
|---|---|
| Nimitz, Ltd. | 16,793.09 |
| Patton, Ltd. | 16,165.91 |
| Sentinel Re Holdings, Ltd. | 39,664.06 |
| SS Holdings, Ltd. | 41,612.10 |
| Total amount due: | 114,235.16 |

HCMUBS001082

# Sentinel Reinsurance, LTD

**VIA EMAIL**

June 20, 2017

Mr. J.P. Sevilla, Esq.
SAS Asset Recovery Ltd.
Grand Pavilion Commercial Centre
802 West Bay Road
Grand Cayman KY1-1102

Dear J.P.:

Enclosed please find the unaudited financial statements as of, and for the year-ended, December 31, 2016 for the following entities:

- Nimitz, Ltd.
- Patton, Ltd.
- Sentinel Re Holdings, Ltd.
- SS Holdings, Ltd.

Please feel free to contact me at 802.658.7834, or via email at pkranz@beechercarlson.com, with any questions that you have regarding these financial statements.

Sincerely,

Peter A. Kranz, CPA
Beecher Carlson Insurance Services, LLC

enclosures

---

156 College Street, Suite 301
Burlington, VT 05401

Phone: 802.658.7831
Fax:    770.870.3059

# NIMITZ, LTD.

## FINANCIAL STATEMENTS

### DECEMBER 31, 2016

HCMUBS001084

**NIMITZ, LTD.**
**BALANCE SHEETS**

As Of

|  | December 2016 | December 2015 |
|---|---|---|
| **ASSETS** | | |
| Investments at cost | $3,098,416.50 | $3,098,416.50 |
| Prepaid expenses and other assets | 25,705.10 | 31,871.62 |
| **Total Assets** | $3,124,121.60 | $3,130,288.12 |
| **LIABILITIES** | | |
| Intercompany payable | $16,793.09 | $13,293.09 |
| **Total Liabilities** | 16,793.09 | 13,293.09 |
| **SHAREHOLDERS' EQUITY** | | |
| Contributed surplus | 3,173,550.75 | 3,145,508.82 |
| Retained earnings (deficit) | 629,741.46 | (1,567.60) |
| Dividends declared and paid | (1,415,248.83) | (658,255.25) |
| Year-to-date net income (loss) | 719,285.13 | 631,309.06 |
| **Total Shareholders' Equity** | 3,107,328.51 | 3,116,995.03 |
| **Total Liabilities and Shareholders' Equity** | $3,124,121.60 | $3,130,288.12 |

HCMUBS001085

**NIMITZ, LTD.**
**INCOME STATEMENTS**

For the Period Ending

| | 2016 | | 2015 | |
|---|---|---|---|---|
| | **December** | **Year-to-Date** | **December** | **Year-to-Date** |
| **Underwriting Income** | | | | |
| Premiums written | $.00 | $.00 | $.00 | $.00 |
| Change in unearned premiums | .00 | .00 | .00 | .00 |
| **Net Premiums Earned** | .00 | .00 | .00 | .00 |
| **Loss and Loss Expense** | | | | |
| Change in IBNR | .00 | .00 | .00 | .00 |
| Losses incurred | .00 | .00 | .00 | .00 |
| **Underwriting Profit (Loss)** | .00 | .00 | .00 | .00 |
| General and administrative expenses | (11,798.95) | (37,708.45) | (6,174.72) | (26,946.19) |
| Net investment income | .00 | 756,993.58 | 658,255.25 | 658,255.25 |
| Net income (loss) before income taxes | (11,798.95) | 719,285.13 | 652,080.53 | 631,309.06 |
| Provision for income taxes | .00 | .00 | .00 | .00 |
| **Net Income (Loss)** | **($11,798.95)** | **$719,285.13** | **$652,080.53** | **$631,309.06** |

HCMUBS001086

# PATTON, LTD.

## FINANCIAL STATEMENTS

### DECEMBER 31, 2016

HCMUBS001087

## PATTON, LTD.
## BALANCE SHEETS

### As Of

| | December 2016 | December 2015 |
|---|---|---|
| **ASSETS** | | |
| Investments at cost | $22,729,638.50 | $22,729,638.50 |
| Prepaid expenses and other assets | 25,705.10 | 31,871.62 |
| **Total Assets** | $22,755,343.60 | $22,761,510.12 |
| **LIABILITIES** | | |
| Intercompany payable | $16,165.91 | $12,665.91 |
| Total Liabilities | 16,165.91 | 12,665.91 |
| **SHAREHOLDERS' EQUITY** | | |
| Contributed surplus | 22,804,772.75 | 22,776,730.82 |
| Retained earnings (deficit) | 3,313,858.14 | (1,016.62) |
| Dividends declared and paid | (7,184,751.17) | (3,341,744.75) |
| Year-to-date net income (loss) | 3,805,297.97 | 3,314,874.76 |
| Total Shareholders' Equity | 22,739,177.69 | 22,748,844.21 |
| Total Liabilities and Shareholders' Equity | $22,755,343.60 | $22,761,510.12 |

HCMUBS001088

**PATTON, LTD.**
**INCOME STATEMENTS**

For the Period Ending

| | 2016 | | 2015 | |
|---|---|---|---|---|
| | **December** | **Year-to-Date** | **December** | **Year-to-Date** |
| **Underwriting Income** | | | | |
| Premiums written | $.00 | $.00 | $.00 | $.00 |
| Change in unearned premiums | .00 | .00 | .00 | .00 |
| **Net Premiums Earned** | .00 | .00 | .00 | .00 |
| | | | | |
| **Loss and Loss Expense** | | | | |
| Change in IBNR | .00 | .00 | .00 | .00 |
| Losses incurred | .00 | .00 | .00 | .00 |
| **Underwriting Profit (Loss)** | .00 | .00 | .00 | .00 |
| General and administrative expenses | (11,798.95) | (37,708.45) | (6,174.72) | (26,869.99) |
| Net investment income | .00 | 3,843,006.42 | 3,341,744.75 | 3,341,744.75 |
| Net income (loss) before income taxes | (11,798.95) | 3,805,297.97 | 3,335,570.03 | 3,314,874.76 |
| Provision for income taxes | .00 | .00 | .00 | .00 |
| **Net Income (Loss)** | **($11,798.95)** | **$3,805,297.97** | **$3,335,570.03** | **$3,314,874.76** |

HCMUBS001089

**SENTINEL RE HOLDINGS, LTD.**

**FINANCIAL STATEMENTS**

**DECEMBER 31, 2016**

HCMUBS001090

**SENTINEL RE HOLDINGS, LTD.**
**BALANCE SHEETS**

As Of

| | December 2016 | December 2015 |
|---|---|---|
| **ASSETS** | | |
| Cash - operating account | $683,931.55 | $.00 |
| Investments at cost | 20,564,738.89 | 25,828,055.00 |
| Investments at market | 7,052,026.65 | 6,750,000.00 |
| Prepaid expenses and other assets | 25,705.10 | 31,871.62 |
| **Total Assets** | $28,326,402.19 | $32,609,926.62 |
| **LIABILITIES** | | |
| Intercompany payable | 39,664.06 | 6,786,164.06 |
| **Total Liabilities** | 39,664.06 | 6,786,164.06 |
| **SHAREHOLDERS' EQUITY** | | |
| Contributed surplus | 25,903,189.25 | 25,875,147.32 |
| Retained earnings (deficit) | 3,948,615.24 | (24,517.17) |
| Unrealized gain (loss) | 985,958.20 | .00 |
| Dividends declared and paid | (8,600,000.00) | (4,000,000.00) |
| Year-to-date net income (loss) | 6,048,975.44 | 3,973,132.41 |
| **Total Shareholders' Equity** | 28,286,738.13 | 25,823,762.56 |
| **Total Liabilities and Shareholders' Equity** | $28,326,402.19 | $32,609,926.62 |

HCMUBS001091

**SENTINEL RE HOLDINGS, LTD.**
**INCOME STATEMENTS**

For the Period Ending

| | 2016 | | 2015 | |
|---|---|---|---|---|
| | December | Year-to-Date | December | Year-to-Date |
| **Underwriting Income** | | | | |
| Premiums written | $.00 | $.00 | $.00 | $.00 |
| Change in unearned premiums | .00 | .00 | .00 | .00 |
| **Net Premiums Earned** | .00 | .00 | .00 | .00 |
| **Loss and Loss Expense** | | | | |
| Change in IBNR | .00 | .00 | .00 | .00 |
| Losses incurred | .00 | .00 | .00 | .00 |
| **Underwriting Profit (Loss)** | .00 | .00 | .00 | .00 |
| General and administrative expenses | (11,798.95) | (37,708.45) | (6,174.72) | (26,867.59) |
| Net investment income | .00 | 6,086,683.89 | 4,000,000.00 | 4,000,000.00 |
| Net income (loss) before income taxes | (11,798.95) | 6,048,975.44 | 3,993,825.28 | 3,973,132.41 |
| Provision for income taxes | .00 | .00 | .00 | .00 |
| **Net Income (Loss)** | ($11,798.95) | $6,048,975.44 | $3,993,825.28 | $3,973,132.41 |

HCMUBS001092

**SS HOLDINGS, LTD.**

**FINANCIAL STATEMENTS**

**DECEMBER 31, 2016**

HCMUBS001093

**SS HOLDINGS, LTD.**
**BALANCE SHEETS**

As Of

| | December 2016 | December 2015 |
|---|---|---|
| **ASSETS** | | |
| Investments at fair market value | $6,101,599.00 | $4,450,149.00 |
| Prepaid expenses and other assets | .00 | 2,453.66 |
| **Total Assets** | $6,101,599.00 | $4,452,602.66 |
| **LIABILITIES** | | |
| Intercompany payable | $41,612.10 | $31,612.10 |
| Total Liabilities | 41,612.10 | 31,612.10 |
| **SHAREHOLDERS' EQUITY** | | |
| Contributed surplus | 7,000,000.00 | 7,000,000.00 |
| Unrealized loss on investments | (889,725.00) | (2,541,175.00) |
| Retained deficit | (37,834.44) | (12,942.62) |
| Year-to-date net loss | (12,453.66) | (24,891.82) |
| Total Shareholders' Equity | 6,059,986.90 | 4,420,990.56 |
| Total Liabilities and Shareholders' Equity | $6,101,599.00 | $4,452,602.66 |

HCMUBS001094

**SS HOLDINGS, LTD.**
**INCOME STATEMENTS**

For the Period Ending

|  | 2016 | | 2015 | |
|---|---|---|---|---|
|  | December | Year-to-Date | December | Year-to-Date |
| **Underwriting Income** | | | | |
| Premiums written | $.00 | $.00 | $.00 | $.00 |
| Change in unearned premiums | .00 | .00 | .00 | .00 |
| **Net Premiums Earned** | .00 | .00 | .00 | .00 |
| **Loss and Loss Expense** | | | | |
| Change in IBNR | .00 | .00 | .00 | .00 |
| Losses incurred | .00 | .00 | .00 | .00 |
| **Underwriting Profit (Loss)** | .00 | .00 | .00 | .00 |
| General and administrative expenses | (10,613.41) | (12,453.66) | (2,500.89) | (24,891.82) |
| Net investment income | .00 | .00 | .00 | .00 |
| Net loss before income taxes | (10,613.41) | (12,453.66) | (2,500.89) | (24,891.82) |
| Provision for income taxes | .00 | .00 | .00 | .00 |
| **Net Loss** | ($10,613.41) | ($12,453.66) | ($2,500.89) | ($24,891.82) |

HCMUBS001095