**To:** Tom Adamczak[tadamczak@beechercarlson.com]
**From:** Alli Devins[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C7555E75FF6F47BAB18A021E6FA467F9-ALLISON DEV]
**Sent:** Thur 2/6/2020 5:07:54 PM Coordinated Universal Time
**Subject:** RE: [EXTERNAL] FW: WinSure Yield Stack 2019 Quota Share Reinsurance
**Attachment:** SEN 200206 Scott Ellington Invoices - $176,334.77.pdf
**Attachment:** SEN 200206 Bermuda Monetary Authority Invoices - $2,340.00.pdf
**Attachment:** SEN 200206 Solomon Harris Invoice - $1,927.42.pdf

Yes, that was actually on my list to do today. I have them all pulled together, just need to send them out. These are the three I have, not sure if you have any additional invoices.

 **Alli Devins**
Beecher Carlson Insurance Services, LLC
*Accountant*
**T** 802.338.1997
156 College Street, Suite 301
Burlington | VT | 05401
www.beechercarlson.com

**From:** Tom Adamczak <tadamczak@beechercarlson.com>
**Sent:** Thursday, February 6, 2020 12:03 PM
**To:** Alli Devins <ADevins@beechercarlson.com>
**Subject:** RE: [EXTERNAL] FW: WinSure Yield Stack 2019 Quota Share Reinsurance

We have a bunch of invoices for Sentinel that in need of processing. Do you have time to get approvals on those?

**From:** Alli Devins
**Sent:** Thursday, February 6, 2020 11:56 AM
**To:** Tom Adamczak <tadamczak@beechercarlson.com>
**Subject:** RE: [EXTERNAL] FW: WinSure Yield Stack 2019 Quota Share Reinsurance

Sounds good, no problem!

 **Alli Devins**
Beecher Carlson Insurance Services, LLC
*Accountant*
**T** 802.338.1997
156 College Street, Suite 301
Burlington | VT | 05401
www.beechercarlson.com

**From:** Tom Adamczak <tadamczak@beechercarlson.com>
**Sent:** Thursday, February 6, 2020 11:48 AM
**To:** Alli Devins <ADevins@beechercarlson.com>
**Subject:** RE: [EXTERNAL] FW: WinSure Yield Stack 2019 Quota Share Reinsurance

BC SEN0000727319
12/10/21
Highly Confidential

Thanks. I wasn't worried about those as Dan had mentioned they were processed already. I just wanted to check on the other as Katie was asking me.

**From:** Alli Devins
**Sent:** Thursday, February 6, 2020 11:46 AM
**To:** Tom Adamczak <tadamczak@beechercarlson.com>
**Subject:** RE: [EXTERNAL] FW: WinSure Yield Stack 2019 Quota Share Reinsurance

Looks like they finally paid the Beecher and Crowe invoices as well back in January.  Not sure why they weren't showing up on the first report I sent, but they are on the January statement attached.

 **Alli Devins**
Beecher Carlson Insurance Services, LLC
*Accountant*
**T** 802.338.1997
156 College Street, Suite 301
Burlington | VT | 05401
www.beechercarlson.com

**From:** Tom Adamczak <tadamczak@beechercarlson.com>
**Sent:** Thursday, February 6, 2020 11:38 AM
**To:** Alli Devins <ADevins@beechercarlson.com>
**Subject:** RE: [EXTERNAL] FW: WinSure Yield Stack 2019 Quota Share Reinsurance

Alli, are you able to see whats been processed or can you only get statements?

**From:** Cormier, Daniel [mailto:DRCormier@landolakes.com]
**Sent:** Wednesday, February 5, 2020 11:00 AM
**To:** Tom Adamczak <tadamczak@beechercarlson.com>
**Cc:** Alli Devins <ADevins@beechercarlson.com>
**Subject:** RE: [EXTERNAL] FW: WinSure Yield Stack 2019 Quota Share Reinsurance

Tom - This will be getting wired today, Dee Lo was out of the office.

**From:** Tom Adamczak <tadamczak@beechercarlson.com>
**Sent:** Monday, February 3, 2020 10:30 AM
**To:** Cormier, Daniel <DRCormier@landolakes.com>
**Cc:** Alli Devins <ADevins@beechercarlson.com>
**Subject:** [EXTERNAL] FW: WinSure Yield Stack 2019 Quota Share Reinsurance

Dan, do you know if this has been settled with ProAg yet? I want to follow up with Katie regarding the commutation and don't want this to be a hang-up on their end.

Thanks,

Tom

**From:** Peace, Katie [mailto:kpeace@proag.com]

BC SEN0000727320
12/10/21
Highly Confidential

**Sent:** Thursday, January 23, 2020 9:37 AM
**To:** Tom Adamczak <tadamczak@beechercarlson.com>
**Cc:** BEKoland@landolakes.com; JHedges@landolakes.com; Cormier, Daniel <DRCormier@landolakes.com>
**Subject:** FW: WinSure Yield Stack 2019 Quota Share Reinsurance

Tom,
Attached are the wire instructions for USSIC.  We look forward to payment from WinSure.
Thanks,
Katie

**KATIE PEACE**
Director of Reinsurance, ProAg
7950 Main Street North, Suite 230
Maple Grove, MN  55369
Office: (800) 366-2767 ext 4109
Cell: (952) 847-3067
www.ProAg.com

ProAg® is an equal opportunity provider.

**From:** Peace, Katie
**Sent:** Wednesday, January 22, 2020 4:29 PM
**To:** Tom Adamczak <tadamczak@beechercarlson.com>
**Cc:** Cormier, Daniel <DRCormier@landolakes.com>; BEKoland@landolakes.com; JHedges@landolakes.com; Ryan Bakke (RBakke@proag.com) <RBakke@proag.com>; Cooke, Cindy (ccooke@tmhcc.com) <ccooke@tmhcc.com>; Katie Peace <kpeace@proag.com>
**Subject:** RE: WinSure Yield Stack 2019 Quota Share Reinsurance

Hi Tom,

As it turns out, the amount indicated in the Jan 15 QS settlement calculation as "previously paid" by WinSure to USSIC was not actually ever paid.  Before sending the Jan 15 settlement spreadsheet to you all last week I had asked internally for confirmation that we had received the $51,675.82 that was due to USSIC from WinSure for the Oct 31 preliminary settlement, and received an erroneous confirmation that it had been received in early December.  However, when I asked for a copy or proof of payment earlier today, per your request below, we could not find it and had in fact determined that what was previously confirmed as being received was a payment from IronShore, not from Winsure.  Therefore, I apologize for any confusion, but I have  now zeroed out the "previously paid" amount in the attached revision to reflect that the Oct 31 settlement adjustment was never actually paid by WinSure.

The revised balance due to USSIC from WinSure is **$49,838.38**.

I've requested wire instructions for USSIC and will forward upon receipt. If you have questions, please let me know.

Best regards,
Katie

**KATIE PEACE**
Director of Reinsurance, ProAg
7950 Main Street North, Suite 230
Maple Grove, MN  55369
Office: (800) 366-2767 ext 4109
Cell: (952) 847-3067
www.ProAg.com

ProAg® is an equal opportunity provider.

**From:** Tom Adamczak <tadamczak@beechercarlson.com>
**Sent:** Wednesday, January 22, 2020 8:25 AM
**To:** Peace, Katie <kpeace@proag.com>
**Subject:** RE: WinSure Yield Stack 2019 Quota Share Reinsurance

BC SEN0000727321
12/10/21
Highly Confidential

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Katie, do you have any information on the previously paid amount of $51,675.82? I do not have any record of this in our files and am wondering if it may have been paid by some other party.

**From:** Peace, Katie [mailto:kpeace@proag.com]
**Sent:** Friday, January 17, 2020 4:08 PM
**To:** Tom Adamczak <tadamczak@beechercarlson.com>
**Subject:** FW: WinSure Yield Stack 2019 Quota Share Reinsurance

Hi Tom,
Do you happen to know if any of the LOL/Winsure folks that I sent the below emails to are still around to handle this?
Thanks,
Katie

**KATIE PEACE**
Director of Reinsurance, ProAg
7950 Main Street North, Suite 230
Maple Grove, MN  55369
Office: (800) 366-2767 ext 4109
Cell: (952) 847-3067
www.ProAg.com

ProAg® is an equal opportunity provider.

**From:** Peace, Katie
**Sent:** Friday, January 17, 2020 10:25 AM
**To:** Cormier, Daniel <DRCormier@landolakes.com>
**Cc:** 'Tom Adamczak' <tadamczak@beechercarlson.com>; 'BEKoland@landolakes.com' <BEKoland@landolakes.com>; 'JHedges@landolakes.com' <JHedges@landolakes.com>
**Subject:** FW: WinSure Yield Stack 2019 Quota Share Reinsurance

Dan,
Further to the captioned settlement adjustment calculation I sent to you earlier this week, USSIC has requested that you fill out the EFT Authorization Form so that they can make this payment to WinSure.  Please complete and return to me at your earliest convenience.
Thank you!
Katie

**KATIE PEACE**
Director of Reinsurance, ProAg
7950 Main Street North, Suite 230
Maple Grove, MN  55369
Office: (800) 366-2767 ext 4109
Cell: (952) 847-3067
www.ProAg.com

ProAg® is an equal opportunity provider.

**From:** Peace, Katie
**Sent:** Wednesday, January 15, 2020 8:16 AM
**To:** Cormier, Daniel <DRCormier@landolakes.com>
**Cc:** 'Tom Adamczak' <tadamczak@beechercarlson.com>; 'BEKoland@landolakes.com' <BEKoland@landolakes.com>; 'JHedges@landolakes.com' <JHedges@landolakes.com>; Ryan Bakke <RBakke@proag.com> <RBakke@proag.com>; Cooke, Cindy (ccooke@tmhcc.com) <ccooke@tmhcc.com>; Katie Peace <kpeace@proag.com>

BC SEN0000727322
12/10/21
Highly Confidential

**Subject:** WinSure Yield Stack 2019 Quota Share Reinsurance

Hello Dan,

Please find attached a final premium and loss report on the 2019 Yield Stack program, as of 1/15/19.  As we just paid the last two claims in Indiana, there are no further reserves remaining.  The attached report also includes a final QS settlement adjustment calculation showing a **balance due from USSIC to WinSure of $1,837.44**.

Please review and let us know if you have questions or find any discrepancies with the calculation.

Best regards,
Katie

**KATIE PEACE**
Director of Reinsurance, ProAg
7950 Main Street North, Suite 230
Maple Grove, MN  55369
Office: (800) 366-2767 ext 4109
Cell: (952) 847-3067
www.ProAg.com

ProAg® is an equal opportunity provider.

"Insurance cannot be bound, altered, or cancelled via email. Coverage confirmation must be communicated through a licensed Beecher representative."

"Beecher Carlson deems receipt of all electronic transmissions, including delivery of insurance policy documents, submitted by an authorized representative of our company to you as an acceptable mode of communication in conducting business transactions as electronic transmissions are permitted by law."

"Beecher Carlson also does not warrant or make any representations that this communication is free of any malicious software or other defect that might affect any computer system that receives, opens or retrieves such communication. Accordingly, any and all liability for alleged or actual loss, damage or injury arising out of or as a result from the receipt, opening or any use of such communication is expressly disclaimed"

"Insurance cannot be bound, altered, or cancelled via email. Coverage confirmation must be communicated through a licensed Beecher representative."

"Beecher Carlson deems receipt of all electronic transmissions, including delivery of insurance policy documents, submitted by an authorized representative of our company to you as an acceptable mode of communication in conducting business transactions as electronic transmissions are permitted by law."

"Beecher Carlson also does not warrant or make any representations that this communication is free of any malicious software or other defect that might affect any computer system that receives, opens or retrieves such communication. Accordingly, any and all liability for alleged or actual loss, damage or injury arising out of or as a result from the receipt, opening or any use of such communication is expressly disclaimed"

**Warning:** This email originated from outside of Land O'Lakes. **DO NOT** click on links or open attachments unless you recognize the sender and know the content is safe.

**Ellington Expenses (London & Paris)**

TOTAL = $78,841.93

| Date | Description | Total (USD) | Foreign | |
|---|---|---|---|---|
| 11/17/19 | BRITISH AIRWAYS [BA.COM] | $9,354.82 | | Risk Mitigation |
| 12/12/19 | LW THEATRES GROUP LIMITED | $495.86 | £375.00 | Risk Mitigation |
| 12/13/19 | CLARIDGES HOTEL - LONDON | $654.54 | £495.00 | Risk Mitigation |
| 12/17/19 | BROWNS HOTEL - LONDON | $994.95 | £750.00 | Risk Mitigation |
| 12/22/19 | SCOTTS - LONDON | $701.86 | £536.51 | Risk Mitigation |
| 12/23/19 | LONDON HILTON PARKLANE | $388.72 | £297.14 | Risk Mitigation |
| 12/23/19 | NOVIKOV BAR & GRILL - LONDON | $1,397.47 | £1,072.09 | Risk Mitigation |
| 12/24/19 | CLARIDGE'S HOTEL [3CPAYMENT*] | $2,629.26 | £2,027.81 | Risk Mitigation |
| 12/24/19 | MONCKS - LONDON | $219.89 | £169.59 | Risk Mitigation |
| 12/26/19 | CECCONIS MAYFAIR [3CPAYMENT*] | $171.15 | £131.63 | Risk Mitigation |
| 12/26/19 | CURB MOBILITY - LONDON | $24.58 | £18.96 | Risk Mitigation |
| 12/26/19 | BLACK CAB - LONDON | $23.86 | £18.40 | Risk Mitigation |
| 12/26/19 | THE CLARENCE - LONDON | $22.50 | £17.35 | Risk Mitigation |
| 12/26/19 | THE CLARENCE - LONDON | $29.95 | £23.10 | Risk Mitigation |
| 12/27/19 | BROWNS HOTEL - LONDON | $15,187.76 | £11,576.04 | Risk Mitigation |
| 12/27/19 | ROSTANG ET COMPAGNIE - PARIS | $2,799.92 | € 2,522.00 | Risk Mitigation |
| 12/28/19 | CARS ZURICH - PARIS | $2,887.35 | € 2,600.75 | Risk Mitigation |
| 12/28/19 | JULES VERNE TPE - PARIS | $1,728.58 | € 1,546.00 | Risk Mitigation |
| 12/28/19 | LA TOUR D ARGENT - PARIS | $2,969.67 | € 2,656.00 | Risk Mitigation |
| 12/29/19 | FOUR SEASONS HOTEL GEORGE V | $7,978.46 | € 7,135.73 | Risk Mitigation |
| 12/29/19 | RESTAURANT ALLARD - PARIS | $228.43 | € 204.30 | Risk Mitigation |
| 12/30/19 | 34 - LONDON | $317.27 | £241.82 | Risk Mitigation |
| 12/30/19 | FOUR SEASONS HOTEL GEORGE V | $110.98 | € 99.00 | Risk Mitigation |
| 12/30/19 | PARK CHINOIS - LONDON | $4,155.66 | £3,159.48 | Risk Mitigation |
| 12/31/19 | JEAN GEORGE, THE CONNAUGHT | $632.58 | £480.94 | Risk Mitigation |
| 01/01/20 | CABVISION - LONDON | $27.78 | £21.12 | Risk Mitigation |
| 01/01/20 | SEXY FISH - LONDON | $716.75 | £544.93 | Risk Mitigation |
| 01/02/20 | BROWNS HOTEL - LONDON | $21,991.33 | £16,719.63 | Risk Mitigation |
| | | **$78,841.93** | | |

BC SEN0000727324
12/10/21
Highly Confidential

**ELLINGTON EXPENSE REPORT**

Toronto (01/15/20 - 01/19/20)

| | Date | Description | TOTAL (USD) | TOTAL (CAD) | |
|---|---|---|---|---|---|
| 1 | 01/08/20 | Shangri-La Toronto - Quarry Bay, HK | $15,511.88 | $20,243.00 | Risk Mitigation |
| 2 | 01/08/20 | SEG - Suite Experience Group | $7,725.00 | - | Biz Dev |
| 3 | 01/14/20 | Shangri-La Toronto - Quarry Bay, HK | $2,637.02 | $3,443.42 | Risk Mitigation |
| 4 | 01/14/20 | L.A. Limocoach | $294.25 | $383.35 | Biz Dev |
| 5 | 01/14/20 | L.A. Limocoach | $2,885.26 | $3,759.50 | Biz Dev |
| 6 | 01/15/20 | Dasha - Toronto | $1,757.19 | $2,291.37 | Biz Dev |
| 7 | 01/16/20 | Rabba Fine Foods - Toronto | $210.48 | $274.47 | Biz Dev |
| 8 | 01/16/20 | Dasha - Toronto | $6,297.71 | $8,212.22 | Biz Dev |
| 9 | 01/17/20 | SBA Pinnacle Suites | $1,808.38 | $2,356.32 | Biz Dev |
| 10 | 01/17/20 | Jacobs & Co. Steakhouse - Toronto | $6,883.13 | $8,968.72 | Risk Mitigation |
| 11 | 01/17/20 | Goldie - Toronto | $18,292.60 | $23,835.26 | Biz Dev |
| 12 | 01/18/20 | Akira Back - Toronto | $3,042.20 | $3,963.99 | Biz Dev |
| 13 | 01/18/20 | Four Seasons Hotel - Toronto | $2,426.65 | $3,161.92 | Biz Dev |
| 14 | 01/18/20 | Dasha - Toronto | $8,862.32 | $11,547.60 | Biz Dev |
| 15 | 01/19/20 | Shangri-La Hotel Toronto | $647.79 | $844.07 | Risk Mitigation |
| 16 | 01/19/20 | Shangri-La Hotel Toronto | $407.30 | $530.71 | Risk Mitigation |
| 17 | 01/19/20 | Shangri-La Hotel Toronto | $327.64 | $426.91 | Risk Mitigation |
| 18 | 01/19/20 | Shangri-La Hotel Toronto | $108.82 | $141.79 | Risk Mitigation |
| 19 | 01/19/20 | Shangri-La Hotel Toronto | $1,428.08 | $1,860.79 | Risk Mitigation |
| 20 | 01/19/20 | Shangri-La Hotel Toronto | $1,362.17 | $1,774.91 | Risk Mitigation |
| 21 | 01/19/20 | Shangri-La Hotel Toronto | $1,152.50 | $1,501.71 | Risk Mitigation |
| 22 | 01/19/20 | Shangri-La Hotel Toronto | $1,081.80 | $1,409.58 | Risk Mitigation |
| 23 | 01/19/20 | Rebel Nightclub | $12,150.81 | $15,832.50 | Biz Dev |
| 24 | 01/20/20 | L.A. Limocoach | $191.86 | $250.00 | Biz Dev |
| | | **TOTAL =** | **$97,492.84** | | |

# Alli Devins

| | |
|---|---|
| **From:** | Matt DiOrio <mdiorio@sasmgt.com> |
| **Sent:** | Friday, January 31, 2020 4:53 PM |
| **To:** | Tom Adamczak; Alli Devins |
| **Subject:** | Expenses |
| **Attachments:** | Dec - Jan Expenses.xlsx |

Hi Tom and Alli,

Please submit the attached expenses for reimbursement to the account listed below:

Account Name: Scott Ellington
Account Number: 6512711208
Bank name: Wells Fargo
Routing Number: 121000248

The details are attached and I've broken out which should be from the risk mitigation bucket and which would be business development for you to assign to whatever the appropriate expense categories might be. The Toronto expenses included 5 people total and doubled as a due diligence trip for a potential investment. Total reimbursement amount is **$176,334.77.**

Please let me know if you have any questions and have a great weekend.

Thanks,
Matt DiOrio
857-453-0197

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

| | | | **Statement** | |  |
|---|---|---|---|---|---|

Bermuda Monetary Authority
43 Victoria Street
Hamilton HM12
(441)295-5278

MS. HELEN KIM
HIGHLAND CDO OPPORTUNITY FUND. LTD.
C/O HIGHLAND CAPITAL MANAGEMENT L.P.
13455 NOEL ROAD
STE. 800
DALLAS, TEXAS 75240
USA

| | |
|---|---|
| Date | 2/4/2020 |
| Due Date | 03/31/2020 |
| Account | FIST001939 |

| Document No. | Date | Code | Description | Amount | Balance Due |
|---|---|---|---|---|---|
| FEES49271 | 1/16/2020 | SLS | IFA INSTITUTIONAL FUNDS - ANNUAL FEES | 1,090.00 | 1,090.00 |
| | | | | **Amount Due** | 1,090.00 |

| | | | | | |
|---|---|---|---|---|---|
| SLS | Sales / Invoices | LTF | Late Penalty Fee | CR | Credit Memos |
| SCP | Scheduled Payments | SVC | Service / Repairs | RTN | Returns |
| DR | Debit Memos | WRN | Warranties | PMT | Payments |

**Please ensure appropriate account number is included on all correspondence and remittances.**
**Please advise the Authority (Finance-receivables@bma.bm) of any changes to your e-mail billing address.**
After the due date, a late penalty fee is calculated at 10% per month on outstanding annual fees.
Late fees will be removed if evidence satisfactory to the Authority confirms that the ABF was received prior to the due date .
Please pay by statement, as an invoice will not be sent.
Credit balances can be applied to the current year's fee.
BMA is available as a "Bill Payee" on Butterfield and HSBC online banking.
When paying online, please select relevant licensee type.
2020 Annual fees are due March 31, 2020; all other transactions are due upon receipt.
If paying by cheque please note that the Authority will only accept BMD or USD cheque drawn on Bermuda Banks .
**The 2020 fees are published on the Fee Schedule posted on the BMA website.**
Pursuant to the Economic Substance Act 2018 (the "Substance Act"), previously Excluded funds were renamed Private funds.  In order to verify requirements applicable to Private funds have been met, the Authority required all previously Excluded funds to file the updated Prospectus on or before 30 June 2019.  If you have not filed a copy of the updated prospectus with the Authority , please do so soonest to avoid falling out of compliance.  If you have questions concerning this process please email  Funds@bma.bm <mailto:Funds@bma.bm>

BC SEN0000727327
12/10/21
Highly Confidential

Bermuda Monetary Authority
43 Victoria Street
Hamilton HM12
(441)295-5278

**Statement**



ELAINE COLMET
HIGHLAND CDO OPPORTUNITY MASTER FUND, L.P.
C/O WAKEFIELD QUIN
VICTORIA PLACE
HAMILTON HM 10
BERMUDA

| | Date | 2/4/2020 |
|---|---|---|
| | Due Date | 03/31/2020 |
| | Account | FEXC000523 |

| Document No. | Date | Code | Description | Amount | Balance Due |
|---|---|---|---|---|---|
| FEES49013 | 1/15/2020 | SLS | IFA PRIVATE FUND | 1,250.00 | 1,250.00 |
| | | | | **Amount Due** | 1,250.00 |

| | | | | | |
|---|---|---|---|---|---|
| SLS | Sales / Invoices | LTF | Late Penalty Fee | CR | Credit Memos |
| SCP | Scheduled Payments | SVC | Service / Repairs | RTN | Returns |
| DR | Debit Memos | WRN | Warranties | PMT | Payments |

**Please ensure appropriate account number is included on all correspondence and remittances.**
**Please advise the Authority (Finance-receivables@bma.bm) of any changes to your e-mail billing address.**
After the due date, a late penalty fee is calculated at 10% per month on outstanding annual fees.
Late fees will be removed if evidence satisfactory to the Authority confirms that the ABF was received prior to the due date .
Please pay by statement, as an invoice will not be sent.
Credit balances can be applied to the current year's fee.
BMA is available as a "Bill Payee" on Butterfield and HSBC online banking.
When paying online, please select relevant licensee type.
2020 Annual fees are due March 31, 2020; all other transactions are due upon receipt.
If paying by cheque please note that the Authority will only accept BMD or USD cheque drawn on Bermuda Banks .
**The 2020 fees are published on the Fee Schedule posted on the BMA website.**
Pursuant to the Economic Substance Act 2018 (the "Substance Act"), previously Excluded funds were renamed Private funds.  In order to verify requirements applicable to Private funds have been met,  the Authority required all previously Excluded funds to file the updated Prospectus on or before 30 June 2019.  If you have not filed a copy of the updated prospectus with the Authority , please do so soonest to avoid falling out of compliance.  If you have questions concerning this process please email  Funds@bma.bm <mailto:Funds@bma.bm>

BC SEN0000727328
12/10/21
Highly Confidential