**To:** Alli Devins[ADevins@beechercarlson.com]
**Sent:** Fri 12/20/2019 4:15:08 PM Coordinated Universal Time
**Subject:** FW: Ellington - Request Reimbursement
**Attachment:** Ellington Expense Report_2019.12.19.pdf
**Attachment:** ATT00001.htm
**Attachment:** Ellington Expenses (2019-12-19).xlsx
**Attachment:** ATT00002.htm

*Nice… what the hell is going on with these expenses? I question how much "business development" is actually being done… did you look at this?*

**From:** Matt DiOrio [mailto:mdiorio@sasmgt.com]
**Sent:** Friday, December 20, 2019 10:49 AM
**To:** Tom Adamczak <tadamczak@beechercarlson.com>; Alli Devins <ADevins@beechercarlson.com>
**Subject:** Fwd: Ellington - Request Reimbursement

Hi Guys,

Please submit the attached expenses for approval and reimbursement. Just a heads up, settlement talks are cranking up as we understand it so there will be an increase in travel expense over the next few months.

These are actually related to business development as we try to plan for a potential world post ATE.

Thanks

Sent from my iPhone
Begin forwarded message:

> **From:** Sarah Goldsmith <sgoldsmith@sasmgt.com>
> **Date:** December 19, 2019 at 6:06:04 PM CST
> **To:** Matt DiOrio <mdiorio@sasmgt.com>
> **Cc:** Conni <711cwe@gmail.com>, Scott Ellington <sellington@sasmgt.com>
> **Subject: Ellington - Request Reimbursement**
>
> Matt –
>
> As discussed earlier, I am submitting the attached expense reimbursement on behalf of Scott Ellington. Subject to review and approval by the directors, please instruct reimbursement to Scott Ellington for these attached travel expenses. Total is **$318,934.88**. Thank you please let me know if you have any additional questions or need any additional information.
>
> Wire info herein:
>
> Account name: Scott Ellington
> Account Number: 6512711208
> Bank name: Wells Fargo
> Routing Number: 121000248
>
> **Sarah Bell Goldsmith**
> SAS Asset Recovery Ltd.
> (o) 972.628.4102
> (c) 214.642.3487

BC SEN0000663342
12/03/21
Highly Confidential

SGoldsmith@sasmgt.com

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

**BC SEN0000663343**
**12/03/21**
**Highly Confidential**

## EXPENSE REPORT

NAME: **SCOTT ELLINGTON**
DATE: **12/19/2019**
TOTAL: **$318,934.88**

|    | DATE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 1 | 11/13/19 | FOUR SEASONS AUSTIN | $1,046.54 |
| 2 | 11/13/19 | FOUR SEASONS AUSTIN | $1,015.40 |
| 3 | 11/13/19 | FOUR SEASONS AUSTIN | $960.40 |
| 4 | 11/16/19 | FOUR SEASONS AUSTIN | $30.87 |
| 5 | 11/16/19 | JEFFREY'S | $4,124.10 |
| 6 | 11/16/19 | RPM DINING TOO, LLC | $2,244.04 |
| 7 | 11/16/19 | AMERICAN AIRLINES | $1,423.60 |
| 8 | 11/16/19 | AMERICAN AIRLINES | $1,423.60 |
| 9 | 11/16/19 | AMERICAN AIRLINES | $1,423.60 |
| 10 | 12/11/19 | TM CAESARS LINQ - LAS VEGAS, NV | $4,000.00 |
| 11 | 12/12/19 | WYNN LAS VEGAS HOTEL - LAS VEGAS, NV | $80.09 |
| 12 | 12/12/19 | WYNN LAS VEGAS HOTEL - LAS VEGAS, NV | $152,142.13 |
| 13 | 12/13/19 | WYNN LAS VEGAS HOTEL - LAS VEGAS, NV | $37.89 |
| 14 | 12/13/19 | WYNN LAS VEGAS HOTEL - LAS VEGAS, NV | $1,048.14 |
| 15 | 12/13/19 | WYNN LAS VEGAS HOTEL - LAS VEGAS, NV | $1,086.83 |
| 16 | 12/13/19 | WYNN LAS VEGAS HOTEL - LAS VEGAS, NV | $1,087.71 |
| 17 | 12/13/19 | WYNN LAS VEGAS HOTEL - LAS VEGAS, NV | $2,310.14 |
| 18 | 12/14/19 | Omnia Las Vegas - LAS VEGAS, NV | $40,060.88 |
| 19 | 12/15/19 | BOUCHON RESTAURANT - LAS VEGAS, NV | $1,580.38 |
| 20 | 12/16/19 | AMERICAN AIRLINES | $522.30 |
| 21 | 12/16/19 | AMERICAN AIRLINES | $522.30 |
| 22 | 12/16/19 | AMERICAN AIRLINES | $564.30 |
| 23 | 12/16/19 | Omnia Las Vegas - LAS VEGAS, NV | $24,256.53 |
| 24 | 12/16/19 | Omnia Las Vegas - LAS VEGAS, NV | $33,388.78 |
| 25 | 12/16/19 | SAPPHIRE - LAS VEGAS, NV | $6,185.00 |
| 26 | 12/16/19 | SAPPHIRE - LAS VEGAS, NV | $7,440.00 |
| 27 | 12/16/19 | SAPPHIRE - LAS VEGAS, NV | $9,050.00 |
| 28 | 12/16/19 | SAPPHIRE - LAS VEGAS, NV | $9,820.00 |
| 29 | 12/16/19 | SAPPHIRE - LAS VEGAS, NV | $9,829.00 |
| 30 | 12/17/19 | PARKING CONCEPTS INC - DFW DALLAS, TX | $167.79 |
| 31 | 12/17/19 | WYNN LAS VEGAS HOTEL - LAS VEGAS, NV | $62.54 |

TOTAL = **$318,934.88**