**To:** Tom Adamczak[tadamczak@beechercarlson.com]
**From:** gps@cibcfcib.com[gps@cibcfcib.com]
**Sent:** Fri 4/24/2020 7:01:34 PM Coordinated Universal Time
**Subject:** FCIB_CAYMAN_PROD-Debit Advice
**Attachment:** 20200424_15013543D10469815.pdf

---

[External]

Please find attached PDF file containing Transaction Debit Advice :
20200424_15013543D10469815.pdf

This message was sent by the System :24/04/20 15:01

Internet communications are not secure and therefore CIBC FirstCaribbean International Bank does not accept legal responsibility for the contents of this message. Although CIBC FirstCaribbean International Bank operates anti-virus programmes, it does not accept responsibility for any damage whatsoever that is caused by viruses being passed. Any views or opinions presented are solely those of the author and do not necessarily represent those of CIBC FirstCaribbean International Bank. If this email has not reached the intended recipient, please disregard and delete the message.

BC SEN0000004242
11/03/21
Highly Confidential



**SENTINEL REINSURANCE, LTD.**


**SENTINEL REINSURANCE, LTD.**
**C/O MAPLES FS**
**BOUNDARY HALL, GRICKET SQUARE**
**P.O. BOX 1093**


# Wire Transfer Debit Advice

| | |
|---|---|
| **Date:** | 24/04/2020 |
| **Branch:** | INT'L CORP BANKING CAYMAN ISLAND |
| **Account Number:** | *********815 |
| **Currency and Amount:** | USD 1,920,000.00 |
| **Total Cost :** | USD 1,920,000.00 |
| **Beneficiary:** | MONTAGE HOLDINGS LTD |
| | SUITE 4-210 GOVERNORS SQUARE |
| | P.O BOX 32311 |
| | GRAND CAYMAN KY1-1209 |
| **Beneficiary Account Number:** | |
| **Remittance Information:** | 30  share of  6,400,000 dividend |

## ADDITIONAL DETAILS

| | |
|---|---|
| **Beneficiary Bank:** | |
| **Branch Reference:** | 819548215335425 |
| **Transaction Reference:** | 2004242805100382 |
| **UETR:** | 686fd461-428b-4144-8f20-4b7bdf8efc36 |
| **Ordering Currency and Amount:** | USD 1,920,000.00 |
| **Value Date:** | 24/04/2020 |
| **Exchange Rate:** | N/A |
| **Details Of Charges:** | OUR |

This is a computer generated advice. No Signature required.

CAYMAN

**BC SEN0000004243**
**11/03/21**
**Highly Confidential**