**To:** Saintvil, Leonna[LeonnaSaintvil@cima.ky]
**Cc:** Williams, Danya[DanyaWilliams@cima.ky]; Contactinsurance@cima.ky[Contactinsurance@cima.ky]; Clayton Price[cprice@beechercarlson.com]
**From:** Gareth Pereira[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C723F8FECF4247CB9E3E60D569A89127-PGARETH]
**Sent:** Tue 4/27/2021 3:22:00 PM Coordinated Universal Time
**Subject:** Sentinel Reinsurance, Ltd - License # 642423
**Attachment:** Sentinel Notification - Dividend..pdf

Good morning Leonna

Hope all is well

Please see attached Sentinel Reinsurance, Ltd dividend notification as approved by the authority.

Let me know if there are any questions and many thanks for the assistance.

Kind regards
Gareth

**Gareth Pereira**
*Account Manager*
pgareth@beechercarlson.com
T: 404.293.1709 | M: 345.923.1726
Beecher Carlson Cayman, Ltd.
P.O. Box 10193 | KY1-1002
Grand Cayman | Cayman Islands

BEECHER CARLSON

BC SEN0000083961
11/03/21
Highly Confidential

**Beecher Carlson Cayman, Ltd.**

April 26, 2021

Ms. Leonna Saintvil
Insurance Supervision Division
Cayman Islands Monetary Authority
Six Cricket Square
PO Box 10052
Grand Cayman KY1-1001
Cayman Islands

Re:    **Sentinel Reinsurance, Ltd. ("Sentinel"; License #642423)
       Notification – Dividend Payment**

Dear Leonna:

Pursuant to "Regulatory Procedure: Approval and Notification of Changes – Class B, C, and D Insurers and Portfolio Insurance Companies, 4.3.1", Sentinel is notifying the Authority of a $2,500,00 dividend to be declared and paid.

After the dividend, Sentinel will maintain the following interim balances:

| | |
|---|---|
| Total Assets: | $140,827,475 |
| Total Liabilities: | $ 20,651,993 |
| Total Shareholders' Equity: | $123,447,507 |

In accordance with its dividend policy, approved by the Authority on March 21, 2016, capital and surplus of $123,447,507 remains well above the minimum capital and surplus of $250,000 (125% of the greater of the minimum capital requirement and the prescribed capital requirement).  In addition, the capital and surplus exceeds $28,650,000 or 150% of loss reserves. Further, subsequent to the dividend distribution, cash will be $25,628,032 which exceeds total reserves of $19,100,000.

As you review this notification, please feel free to contact me via email at cprice@beechercarlson.com, by phone at 928-1127, or my colleague at pgareth@beechercarlson.com should you have any questions regarding the above or if you need additional information.

Kind regards,

*[signature]*

Clayton Price
Managing Director
Beecher Carlson Cayman, Ltd.
  *As Managers for Sentinel Reinsurance, Ltd.*

A.P.O. Box 10193
Anderson Square Building, 5th Floor
64 Shedden Road
Grand Cayman Ky1-1002
Cayman Islands

BC SEN0000083962
11/03/21
Highly Confidential