**From:** Scott Ellington <SEllington@HighlandCapital.com>
**To:** Isaac Leventon <ILeventon@HighlandCapital.com>, JP Sevilla <JSevilla@HighlandCapital.com>
**Subject:** Fwd: PRIVILEGED FW: Multi Strat Cash Projection
**Date:** Fri, 1 Dec 2017 18:40:00 -0600
**Importance:** Normal
**Attachments:** ATT00001.htm; MultiStrat_11.30.17_Pro_Forma_Cash.xlsx; ATT00002.htm
**Inline-Images:** image001.jpg

---

See below and attached and please call me tomorrow on this.

Sent from my iPhone

Begin forwarded message:

**From:** Thomas Surgent <TSurgent@HighlandCapital.com>
**Date:** December 1, 2017 at 5:52:56 PM CST
**To:** Scott Ellington <SEllington@HighlandCapital.com>
**Subject: PRIVILEGED FW: Multi Strat Cash Projection**

Let's discuss

**From:** Taylor Colbert
**Sent:** Friday, December 01, 2017 5:50 PM
**To:** Trey Parker <TParker@HighlandCapital.com>
**Cc:** Thomas Surgent <TSurgent@HighlandCapital.com>; Hunter Covitz <HCovitz@HighlandCapital.com>; Clifford Stoops <CStoops@HighlandCapital.com>; Neil Desai <NDesai@HighlandCapital.com>; Carter Chism <CChism@HighlandCapital.com>; David Willmore <DWillmore@HighlandCapital.com>; Chris Dunn <CDunn@HighlandCapital.com>; Brandon Wurz <BWurz@HighlandCapital.com>
**Subject:** RE: Multi Strat Cash Projection

Trey,

As discussed, please see the updated file with Sentinel being presented as an affiliated investor.

Please let me know if you would like to see any other changes made.

Thanks,

Taylor

**From:** Taylor Colbert
**Sent:** Friday, December 1, 2017 3:37 PM
**To:** Trey Parker <TParker@HighlandCapital.com>
**Cc:** Hunter Covitz <HCovitz@HighlandCapital.com>; Clifford Stoops <CStoops@HighlandCapital.com>; Neil Desai <NDesai@HighlandCapital.com>; Carter Chism <CChism@HighlandCapital.com>; David


EXHIBIT
Deposition Exhibit 61
7/21/21

Willmore <DWillmore@HighlandCapital.com>; Chris Dunn <CDunn@HighlandCapital.com>; Brandon Wurz <BWurz@HighlandCapital.com>
**Subject:** Multi Strat Cash Projection

Hi Trey,

Please see attached for the cash projection and distribution allocation, as requested. There are several estimates in the file that we will continue to sharpen over the next couple of days.

Please let us know if it would be helpful to stop by and walk you through or if you would like it presented differently.

Best,

**Taylor Colbert, CFA, CPA | Fund Analyst**

---

PRIVILEGE WARNING: The sender or recipient of this message is a member of the legal department at Highland Capital Management. This message and any attachments hereto may constitute attorney work product or be protected by the attorney-client privilege. Do not disclose this message or any attachments hereto without prior consent of a member of the legal department at Highland Capital Management.

---

PRIVILEGE WARNING: The sender or recipient of this message is a member of the legal department at Highland Capital Management. This message and any attachments hereto may constitute attorney work product or be protected by the attorney-client privilege. Do not disclose this message or any attachments hereto without prior consent of a member of the legal department at Highland Capital Management.



UBSPROD020563

Credit Ops Investors by NAV         10/31/2017

215,001,877  Master Fund NAV at 10/31/2017

99,847,836  Highland/Affiliates NAV

46.44%  Highland % of Master NAV
13.31%  Highland CDO Opportunity Fund, Ltd. % of Master NAV

| Master Fund - Highland Credit Opportunities Fund, LP | NAV @ Master | Highland % | Highland NAV | % of Non-Affiliated Master | Estimated Distribution | |
|---|---|---|---|---|---|---|
| California Public Employees' Retirement System | 47,927,141.29 | 0% | - | 41.62% | 32,899,204 | |
| HCMLP | 22,758,617.76 | 100% | 22,758,618 | | | |
| Starck, Ltd. | 8,838,382.67 | 100% | 8,838,383 | | | |
| Sentinel Re Holdings, Ltd. | 8,155,312.09 | 100% | 8,155,312 | | | |
| Core Credit Holdings L.P. | 6,149,703.27 | 0% | - | 5.34% | 4,221,415 | |
| Highland Capital Management, LP | 501,930.41 | 100% | 501,930 | | | |
| Highland Credit Opportunities Fund, Ltd. (Offshore Feeder) | 120,670,789.11 | 49% | 59,593,593 | 53.04% | 41,925,954 | See breakdown below |
| | 215,001,876.60 | | 99,847,836 | 100.00% | 79,046,572 | Total Distribution |

| Offshore Feeder - Highland Credit Opportunities Fund, Ltd. | NAV @ Offshore | % of Offshore | Highland NAV | % of Non-Affiliated Master | Estimated Distribution |
|---|---|---|---|---|---|
| Sentinel (from Highland CDO Fund) | 28,586,336.37 | 23.71% | 28,586,336 | | |
| The Dugaboy Investment Trust | 1,008,932.59 | 0.84% | 1,008,933 | | |
| Highland Capital Management, LP 2 | 5,605,181.18 | 4.65% | 5,605,181 | | |
| Highland Capital Management Services, Inc. | 20,694,672.02 | 17.17% | 20,694,672 | | |
| Quest IRA, Inc FBO Jennifer G. Terry, IRA #1467511 | 140,129.51 | 0.12% | 140,130 | | |
| Quest, IRA, Inc. FBO Joshua N. Terry, IRA #1467711 | 280,259.08 | 0.23% | 280,259 | | |
| Mark K. Okada | 252,233.12 | 0.21% | 252,233 | | |
| PAUS LP | 58,774,396.29 | 48.76% | - | 51.09% | 40,386,179 |
| ETI KAV Ltd. | 485,695.20 | 0.40% | - | 0.42% | 333,740 |
| Pioneer Group Limited | 697,829.81 | 0.58% | - | 0.61% | 479,506 |
| Highland | 2,965,403.53 | 2.46% | 2,965,404 | | |
| Highland Multi-Strategy Credit Fund, Ltd. - Series A Shares - Japanese Unit Trust | 1,057,323.73 | 0.88% | - | 0.92% | 726,528 |
| | 120,548,392.43 | 100.00% | 59,533,147 | 53.04% | 41,925,954 |

61,015,245.03  Non-Affiliate Offshore NAV

**Multi-Strat Cash Projections**

| Date | Description | Amount | Balance | |
|---|---|---:|---:|---|
| 11/30/2017 | Beginning | | 21,902,710 | Per 11.30.17 tab |
| 12/5/2017 | Trade Settlements with CLO HoldCo | 12,102,395 | 34,005,105 | |
| 12/8/2017 | ACIS 2 Paydown | 23,850,342 | 57,855,447 | |
| 12/15/2017 | Net Turtle Bay Proceeds | 6,096,418 | 63,951,865 | |
| 12/15/2017 | Life Settlement Redeemers Payment | (865,953) | 63,085,912 | |
| 12/15/2017 | Selling of positions on repo | 18,791,220 | 81,877,133 | |
| 12/18/2017 | Remainder of Neil positions to be sold | 8,956,295 | 90,833,428 | |
| 1/1/2018 | LS Premiums & Fund Expenses & Repo Interest | (679,365) | 90,154,062 | |
| 2/1/2018 | LS Premiums & Fund Expenses & Repo Interest | (709,025) | 89,445,037 | |
| 3/1/2018 | LS Premiums & Fund Expenses & Repo Interest | (718,686) | 88,726,352 | |
| 3/8/2017 | ACIS 2 Redeemers Payable | (6,761,765) | 81,964,587 | |
| 3/15/2018 | Claims outstanding | (838,292) | 81,126,295 | |
| 4/1/2018 | LS Premiums & Fund Expenses & Repo Interest | (697,398) | 80,428,897 | |
| 5/1/2018 | LS Premiums & Fund Expenses & Repo Interest | (662,686) | 79,766,211 | |
| 6/1/2018 | LS Premiums & Fund Expenses & Repo Interest | (719,639) | 79,046,572 | |
| | Estimated Projected Distributable Cash | $ | 79,046,572 | |

**Highland Multi Strategy Credit Fund**
Cash Estimate
11/30/2017

| Cash on hand | Amount | Fund | Notes |
|---|---:|---|---|
| Onshore cash | 6,540,373.92 | MASTER | |
| Jeffries cash | 12,120,462.04 | MASTER | |
| MVCDO cash | 567,062.26 | MVCDO | |
| Offshore cash | 4,865.97 | OFFSHORE | |
| Holdco cash | 247,200.37 | HOLDCO | |
| HCOF | 500,317.82 | MASTER | |
| Hibiscus | 11,830.28 | MASTER | |
| Nexbank cash (to transfer to BNY) | 1,016,141.28 | MASTER | |
| HCOAL cash | 894,456.14 | HCOAL | |
| | **21,902,710** | | To cash walk tab |
| **Unsettled Trades** | | | |
| Match Group, Inc. (fka The Match Group, Inc.) 5.00% - 12/2027 - 57665RAG1 144A | (1,980,540) | MASTER | Already traded |
| Weight Watchers International, Inc. Term Loan B | (3,920,000) | MASTER | Already traded |
| ACIS 2015-6A Float - 05/2027 - E - 004524AA2 | 7,400,500 | MASTER | Already traded |
| HPCDO 2006 - 1X Float - 11/2051 - A2 - USG44392AG65 | 1,338,664 | MASTER | Already traded |
| HPCDO 2006-1A Float - 11/2051 - A2 - 404185AG5 | 892,442 | MASTER | Already traded |
| Liberty CLO, Ltd. Common | 1,031,370 | MASTER | Already traded |
| PAMCO 1997-1A 7.910% - 08/2009 - B - 697638AC8 | 22,559 | MASTER | Already traded |
| Westchester CLO, Ltd Class I Preference Shares 144A | 4,729,400 | MASTER | Already traded |
| Match Group, Inc. (fka The Match Group, Inc.) 5.00% - 12/2027 - 57665RAG1 144A | 1,995,000 | MASTER | Already traded |
| Weight Watchers International, Inc. Term Loan B | 197,000 | MASTER | Already traded |
| Weight Watchers International, Inc. Term Loan B | 396,000 | MASTER | Already traded |
| **Per Neil to be Sold @ 10.31.17 MV (estimated)** | | | |
| ACIS 2015-6A Float - 05/2027 - E - 004524AA2 | 5,355,625 | MASTER | Projected to trade |
| ACIS 2014-4A Float - 05/2026 - E - 00100HAA9 | 2,387,500 | MASTER | Projected to trade |
| Rockwall Investors Corp Preferred | 1,213,170 | MASTER | Projected to trade |
| **Selling of Positions Currently on Repo** | 18,791,220 | MASTER | Projected to trade |
| **Claims** | | | |
| KATO | (808,699) | MASTER | Could be claimed at any time |
| Various ACIS interest items | (118,618) | MASTER | Could be claimed at any time |
| Rockwall Equity Flows | 2,843 | MASTER | Could be claimed at any time |

| | Qty | 1/1/2018 | 2/1/2018 | 3/1/2018 | 4/1/2018 | 5/1/2018 | 6/1/2018 | 7/1/2018 | 8/1/2018 | 9/1/2018 | 10/1/2018 | 11/1/2018 | 12/1/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| John Hancock Life Ins. Co. U.S.A. | 10,000,000 | 35,541 | 35,541 | 35,541 | 35,541 | 35,541 | 35,541 | 35,541 | 35,541 | 35,541 | 39,729 | 35,541 | 37,599 |
| John Hancock Life Ins. Co. U.S.A. | 10,000,000 | 35,541 | 35,541 | 35,541 | 35,541 | 35,541 | 35,541 | 35,541 | 35,541 | 35,541 | 39,729 | 35,541 | 37,599 |
| John Hancock Life Ins. Co. U.S.A. | 10,000,000 | 35,541 | 35,541 | 35,541 | 35,541 | 35,541 | 35,541 | 35,541 | 35,541 | 35,541 | 39,729 | 35,541 | 37,599 |
| John Hancock Life Ins. Co. U.S.A. | 10,000,000 | 35,541 | 35,541 | 35,541 | 35,541 | 35,541 | 35,541 | 35,541 | 35,541 | 35,541 | 39,729 | 35,541 | 37,599 |
| American General Life Ins Co | 5,000,000 | 16,471 | 21,935 | 18,614 | 18,631 | 18,631 | 18,631 | 18,631 | 18,631 | 18,631 | 18,631 | 18,631 | 18,631 |
| AXA Equitable Life Insurance Company | 28,071,130 | 150,928 | 175,123 | 162,713 | 162,713 | 162,713 | 162,713 | 162,713 | 162,713 | 162,713 | 162,713 | 162,713 | 162,713 |
| Reliastar Life Insurance Company ING | 13,785,000 | 65,589 | 65,589 | 65,589 | 65,589 | 35,667 | 74,016 | 74,016 | 74,016 | 74,016 | 74,016 | 74,016 | 74,016 |
| Massachusetts Mutual Life Ins. Co. | 10,000,000 | 40,841 | 40,841 | 40,841 | 43,572 | 42,194 | 42,194 | 42,194 | 42,194 | 42,194 | 42,194 | 42,194 | 42,194 |
| Massachusetts Mutual Life Ins. Co. | 10,000,000 | 40,855 | 40,855 | 43,580 | 42,210 | 42,210 | 42,210 | 42,210 | 42,210 | 42,210 | 42,210 | 42,210 | 42,210 |
| PHL Variable Insurance Company | 5,000,000 | 21,699 | 21,699 | 21,699 | 21,699 | 15,822 | 24,469 | 24,469 | 24,469 | 24,469 | 24,469 | 24,469 | 24,469 |
| Pruco Life Insurance Company | 6,500,000 | 25,248 | 25,248 | 25,248 | 25,248 | 25,248 | 25,248 | 24,216 | 24,199 | 37,139 | 31,154 | 31,154 | 31,154 |
| Pruco Life Insurance Company | 10,000,000 | 13,746 | 13,746 | 13,746 | 13,746 | 5,132 | 14,987 | 14,987 | 14,987 | 14,987 | 14,987 | 14,987 | 14,987 |
| Prudential Financial | 15,000,000 | 61,825 | 61,825 | 84,491 | 61,825 | 72,905 | 73,006 | 73,007 | 73,007 | 73,007 | 73,007 | 73,007 | 73,007 |