**SENTINEL REINSURANCE, LTD.**
(the "**Company**")

## UNANIMOUS WRITTEN RESOLUTIONS OF THE BOARD OF DIRECTORS OF THE COMPANY

**1      Approval of Dividend Payment**

1.1    It is noted that on 23 April 2020, Beecher Carlson Cayman, Ltd., which acts as the insurance manager of the Company (the **"Manager"**), had notified Cayman Islands Monetary Authority (**"the Authority"**) of the Company's intention to declare a dividend in an aggregate amount of US$6,400,000 (the **"Dividend"**), in accordance with its dividend policy approved by CIMA on 21 March 2016.

1.2    It is further noted that:

(a)    the latest management accounts of the Company had been reviewed by the directors of the Company (the **"Directors"**);

(b)    in order for the Company to be able to pay the Dividend it must be able to pay its debts as they fall due in its ordinary course of business immediately following the payment of the Dividend and there must be sufficient profits, retained earnings or share premium; and

(c)    the Directors had considered whether there were any agreements or other arrangements binding on the Company which may restrict the Company's ability to pay the Dividend and it is noted that the Directors had determined that the Company is not so restricted.

1.3    Accordingly, **IT IS RESOLVED THAT:**

(a)    the Dividend, which complies with the Company's dividend policy, be approved, confirmed and ratified;

(b)    the Directors be authorised to perform on behalf of the Company any and all such acts as they may deem necessary or advisable in order to comply with applicable laws and in connection therewith to execute and file all requisite papers and documents including but not limited to applications, reports, security bonds, irrevocable consents and appointments of attorneys for service of process, and the execution by a Director of any such paper or document or the doing by him of any act in connection with the foregoing matters shall conclusively establish his authority therefor from the Company and the approval and ratification by the Company of the papers and documents so executed and actions so taken; and

(c)    all prior actions taken by any Director, officer, and agent for and on behalf of the Company in connection with the foregoing resolutions, including but not limited to, the signing of any agreements, resolutions, deeds, letters, notices, certificates, acknowledgements, receipts, authorisations, instructions, releases, waivers, proxies and other documents (whether of a like nature or not) and the payment of all and any related fees and expenses be confirmed, ratified and approved in all respects.

*[signature page follows]*

*Written board resolutions of Sentinel Reinsurance, Ltd.*

Signed by all the Directors:

_____
Damien Austin
Director
Dated: 24 April 2020

_____
Jan Neveril
Director
Dated: 24 April 2020

_____
Matthew DiOrio
Director
Dated: April 24, 2020