**SENTINEL REINSURANCE, LTD.**
(the "**Company**")

UNANIMOUS WRITTEN RESOLUTIONS OF THE BOARD OF DIRECTORS OF THE COMPANY

**1**     **Approval of Dividend Payment**

1.1     It is noted that Beecher Carlson Cayman, Ltd., which acts as the insurance manager of the Company (the "**Manager**"), will notify Cayman Islands Monetary Authority (**"the Authority"**) of the Company's intention to declare a dividend in an aggregate amount of US$2,500,000 (the "**Dividend**"), in accordance with its dividend policy approved by CIMA on 21 March 2016.

1.2     It is further noted that:

      (a)     the latest management accounts of the Company had been reviewed by the directors of the Company (the "**Directors**");

      (b)     in order for the Company to be able to pay the Dividend it must be able to pay its debts as they fall due in its ordinary course of business immediately following the payment of the Dividend and there must be sufficient profits, retained earnings or share premium; and

      (c)     the Directors had considered whether there were any agreements or other arrangements binding on the Company which may restrict the Company's ability to pay the Dividend and it is noted that the Directors had determined that the Company is not so restricted.

**1.3**     Accordingly, **IT IS RESOLVED THAT:**

      (a)     the Dividend, which complies with the Company's dividend policy, be approved, confirmed and ratified;

      (b)     the Directors be authorised to perform on behalf of the Company any and all such acts as they may deem necessary or advisable in order to comply with applicable laws and in connection therewith to execute and file all requisite papers and documents including but not limited to applications, reports, security bonds, irrevocable consents and appointments of attorneys for service of process, and the execution by a Director of any such paper or document or the doing by him of any act in connection with the foregoing matters shall conclusively establish his authority therefor from the Company and the approval and ratification by the Company of the papers and documents so executed and actions so taken; and

      (c)     all prior actions taken by any Director, officer, and agent for and on behalf of the Company in connection with the foregoing resolutions, including but not limited to, the signing of any agreements, resolutions, deeds, letters, notices, certificates, acknowledgements, receipts, authorisations, instructions, releases, waivers, proxies and other documents (whether of a like nature or not) and the payment of all and any related fees and expenses be confirmed, ratified and approved in all respects.

*[signature page follows]*

*Written board resolutions of Sentinel Reinsurance, Ltd.*

Signed by all the Directors:

_____

Damien Austin

Director

Dated: _____

_____

Jan Neveril

Director

Dated: 11 January 2021

_____

Matthew DiOrio

Director

Dated: January 11, 2021

## SENTINEL REINSURANCE, LTD.
(the "**Company**")

**UNANIMOUS WRITTEN RESOLUTIONS OF THE BOARD OF DIRECTORS OF THE COMPANY**

**1**     **Approval of Dividend Payment**

1.1     It is noted that Beecher Carlson Cayman, Ltd., which acts as the insurance manager of the Company (the **"Manager"**), will notify Cayman Islands Monetary Authority **("the Authority")** of the Company's intention to declare a dividend in an aggregate amount of US$2,500,000 (the **"Dividend"**), in accordance with its dividend policy approved by CIMA on 21 March 2016.

1.2     It is further noted that:

       (a)     the latest management accounts of the Company had been reviewed by the directors of the Company (the **"Directors"**);

       (b)     in order for the Company to be able to pay the Dividend it must be able to pay its debts as they fall due in its ordinary course of business immediately following the payment of the Dividend and there must be sufficient profits, retained earnings or share premium; and

       (c)     the Directors had considered whether there were any agreements or other arrangements binding on the Company which may restrict the Company's ability to pay the Dividend and it is noted that the Directors had determined that the Company is not so restricted.

1.3     Accordingly, **IT IS RESOLVED THAT:**

       (a)     the Dividend, which complies with the Company's dividend policy, be approved, confirmed and ratified;

       (b)     the Directors be authorised to perform on behalf of the Company any and all such acts as they may deem necessary or advisable in order to comply with applicable laws and in connection therewith to execute and file all requisite papers and documents including but not limited to applications, reports, security bonds, irrevocable consents and appointments of attorneys for service of process, and the execution by a Director of any such paper or document or the doing by him of any act in connection with the foregoing matters shall conclusively establish his authority therefor from the Company and the approval and ratification by the Company of the papers and documents so executed and actions so taken; and

       (c)     all prior actions taken by any Director, officer, and agent for and on behalf of the Company in connection with the foregoing resolutions, including but not limited to, the signing of any agreements, resolutions, deeds, letters, notices, certificates, acknowledgements, receipts, authorisations, instructions, releases, waivers, proxies and other documents (whether of a like nature or not) and the payment of all and any related fees and expenses be confirmed, ratified and approved in all respects.

*[signature page follows]*

*Written board resolutions of Sentinel Reinsurance, Ltd.*

Signed by all the Directors:

*[signature]*

_____

Damien Austin

Director

Dated: January 11, 2021 _____

_____

Jan Neveril

Director

Dated: _____

_____

Matthew DiOrio

Director

Dated: _____

| | |
|---|---|
| **From:** | Matt DiOrio |
| **To:** | Gareth Pereira |
| **Cc:** | Jan Neveril; Alli Ammirato; Damien Austin; Tom Adamczak |
| **Subject:** | Re: Sentinel Dividend |
| **Date:** | Monday, January 11, 2021 12:37:02 PM |

**[External]**

Same split

Sent from my iPhone

> On Jan 11, 2021, at 11:32 AM, Gareth Pereira <pgareth@beechercarlson.com> wrote:
>
>
> Hi Matt
>
> Do we know how the payment is to be split between Montage and Mainspring, I know in April 2020 it was a 30/70 split?
>
> Thanks
> Gareth
>
> **From:** Matt DiOrio <mdiorio@sasmgt.com>
> **Sent:** Monday, January 11, 2021 11:24 AM
> **To:** Gareth Pereira <pgareth@beechercarlson.com>
> **Cc:** Jan Neveril <jan.neveril@compassofm.com>; Alli Ammirato <aammirato@beechercarlson.com>; Damien Austin <daustin@ims.ky>; Tom Adamczak <tadamczak@beechercarlson.com>
> **Subject:** Re: Sentinel Dividend
>
>
> **[External]**
>
> Info below. Both are at CIBC so instructions are the same outside of account name and number.
>
> Montage Holdings Ltd, account # 10471471
> Mainspring Ltd, account #10471477
>
> **Correspondent Bank**: Wells Fargo, N.A., New York, USA
> **SWIFT Code:** PNBPUS3NNYC
> **ABA Code:** 026005092
> **Beneficiary Bank:** FirstCaribbean International Bank (Cayman) Limited

**Beneficiary Bank Account Number:** 2000192002655
**SWIFT Code:** FCIBKYKY

---

**From:** Gareth Pereira <pgareth@beechercarlson.com>
**Sent:** Monday, January 11, 2021 9:43 AM
**To:** Matt DiOrio
**Cc:** Jan Neveril; Alli Ammirato; Damien Austin; Tom Adamczak
**Subject:** RE: Sentinel Dividend

Thanks Matt, with the change to the new CIBC online banking website we lost all the beneficiaries that were previously set up on the old system. Please send along the wire instructions when you get a chance.

Thanks
Gareth

---

**From:** Matt DiOrio <mdiorio@sasmgt.com>
**Sent:** Monday, January 11, 2021 10:38 AM
**To:** Tom Adamczak <tadamczak@beechercarlson.com>; Damien Austin <daustin@ims.ky>
**Cc:** Jan Neveril <jan.neveril@compassofm.com>; Alli Ammirato <aammirato@beechercarlson.com>; Gareth Pereira <pgareth@beechercarlson.com>
**Subject:** Re: Sentinel Dividend

**[External]**

Thanks everyone.  Alli and Gareth, wire instructions have not changed since the last dividend but please let me know if you need them again.

---

**From:** Tom Adamczak <tadamczak@beechercarlson.com>
**Sent:** Monday, January 11, 2021 6:51 AM
**To:** Matt DiOrio; Damien Austin
**Cc:** Jan Neveril; Alli Ammirato; Gareth Pereira
**Subject:** RE: Sentinel Dividend

All, that is correct, the Dividend Policy approved by CIMA only requires notification to CIMA provided that capital be maintained at 125% the greater of MCR and PCR. As Sentinel sits currently, this dividend would allowed under the Dividend Policy.

Thanks,

Tom

---

**From:** Matt DiOrio <mdiorio@sasmgt.com>
**Sent:** Saturday, January 9, 2021 6:45 PM
**To:** Damien Austin <daustin@ims.ky>
**Cc:** Jan Neveril <jan.neveril@compassofm.com>; Alli Ammirato <aammirato@beechercarlson.com>; Tom Adamczak <tadamczak@beechercarlson.com>; Gareth Pereira <pgareth@beechercarlson.com>
**Subject:** Re: Sentinel Dividend

[External]

I believe we just have to notify them that it's happened. We don't need preapproval.

Sent from my iPhone

> On Jan 9, 2021, at 5:42 PM, Damien Austin <daustin@ims.ky> wrote:
>
> I'm fine with this
> Do we need to we get cima approval in advance.?
>
> Thanks
> Damien Austin
> IMS.
>
> ---
>
> **From:** Jan Neveril <jan.neveril@compassofm.com>
> **Sent:** Friday, January 8, 2021 4:03:43 PM
> **To:** Matt DiOrio <mdiorio@sasmgt.com>; Damien Austin <daustin@ims.ky>
> **Cc:** Alli Devins <ADevins@beechercarlson.com>; Tom Adamczak <tadamczak@beechercarlson.com>; Gareth Pereira <pgareth@beechercarlson.com>
> **Subject:** RE: Sentinel Dividend
>
> Matt – thanks, let us confirm on Monday when Damien is back in the office.
>
> Jan
>
> ---
>
> **From:** Matt DiOrio <mdiorio@sasmgt.com>
> **Sent:** Friday, January 8, 2021 11:55 AM

**To:** Jan Neveril <jan.neveril@compassofm.com>; 'Damien Austin' (daustin@ims.ky) <daustin@ims.ky>
**Cc:** Alli Devins <ADevins@beechercarlson.com>; Tom Adamczak <tadamczak@beechercarlson.com>; Gareth Pereira <pgareth@beechercarlson.com>
**Subject:** Sentinel Dividend

I'd like to propose a dividend in the amount of $2.5M.  This leaves an operating cash cushion of approximately $700k above our current loss reserves of $25.3M.

Separately, we expect the loss reserve requirement to decrease to $19.1M in the near future provided the actuary agrees with what has been provided in relation to the current status of the ATE litigation.

Jan and Damien please let us know if you approve of the dividend and then the Beecher team can get to work setting it up.

Thanks,

Matt DiOrio

857-453-0197

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

"Insurance cannot be bound, altered, or cancelled via email. Coverage confirmation must be communicated through a licensed Beecher representative."

"Beecher Carlson deems receipt of all electronic transmissions, including delivery of insurance policy documents, submitted by an authorized representative of our company to you as an acceptable mode of communication in conducting business transactions as electronic transmissions are permitted by law."

"Beecher Carlson also does not warrant or make any representations that this communication is free of any malicious software or other defect that might affect any computer system that receives, opens or retrieves such communication. Accordingly, any and all liability for alleged or actual loss, damage or injury arising out of or as a result from the receipt, opening or any use of such communication is expressly disclaimed"

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

"Insurance cannot be bound, altered, or cancelled via email. Coverage confirmation must be communicated through a licensed Beecher representative."

"Beecher Carlson deems receipt of all electronic transmissions, including delivery of insurance policy documents, submitted by an authorized representative of our company to you as an acceptable mode of communication in conducting business transactions as electronic transmissions are permitted by law."

"Beecher Carlson also does not warrant or make any representations that this communication is free of any malicious software or other defect that might affect any computer system that receives, opens or retrieves such communication. Accordingly, any and all liability for alleged or actual loss, damage or injury arising out of or as a result from the receipt, opening or any use of such communication is expressly disclaimed"

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

"Insurance cannot be bound, altered, or cancelled via email. Coverage confirmation must be communicated through a licensed Beecher representative."

"Beecher Carlson deems receipt of all electronic transmissions, including delivery of insurance policy documents, submitted by an authorized representative of our company to you as an acceptable mode of communication in conducting business transactions as electronic transmissions are permitted by law."

"Beecher Carlson also does not warrant or make any representations that this communication is free of any malicious software or other defect that might affect any computer system that receives, opens or retrieves such communication. Accordingly, any and all liability for alleged or actual loss, damage or injury arising out of or as a result from the receipt, opening or any use of such communication is expressly disclaimed"

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.