**Cc:** Gareth Pereira[pgareth@beechercarlson.com]; Wade Kenny[wkenny@calderwood.ky]; Stephen Leontsinis[Stephen.Leontsinis@collascrill.com]; JS de Jager CSI[js@csi.ky]; Tom Adamczak[tadamczak@beechercarlson.com]; Clayton Price[cprice@beechercarlson.com]
**To:** Casey McDonald[cmcdonald@calderwood.ky]
**From:** Matt DiOrio[mattdiorio40@gmail.com]
**Sent:** Thur 6/24/2021 9:23:56 PM Coordinated Universal Time
**Subject:** Re: Sentinel Expenses for Approval

[External]

This is in order and should be settled. The company indemnified a group of former employees, myself included, a while back and it relates to our defense with respect to today's hearing that I mentioned.

Sent from my iPhone

> On Jun 24, 2021, at 4:19 PM, Casey McDonald <cmcdonald@calderwood.ky> wrote:
>
> Thanks Gareth
>
> I can go in and approve, but as Wade and I don't have any visibility into the legal bill, I'd appreciate Matt confirming it's all in order and should be settled. And as it's for US counsel, am I right in thinking that it is coming out of the prefunded risk mitigation balance? Or is there any additional background we could get on the expense?
>
> Best regards,
>
> **Casey McDonald** / Independent Director
> / **c:** +1 345 324 2022
> 4th Floor, Century Yard, Cricket Square, George Town
> <image002.jpg>
> P.O. Box 31162, Grand Cayman, KY1-1205 Cayman Islands
>
> www.calderwood.ky
> <image003.jpg>
>
> *[disclaimer text illegible]*
> guaranteed to be error free as they can be intercepted, amended, or contain viruses. Anyone who communicates with us by e-mail is deemed to have accepted
>
> **From:** Gareth Pereira <pgareth@beechercarlson.com>
> **Sent:** Thursday, 24 June 2021 11:38 AM
> **To:** Casey McDonald <cmcdonald@calderwood.ky>
> **Cc:** Wade Kenny <wkenny@calderwood.ky>; Stephen Leontsinis <Stephen.Leontsinis@collascrill.com>; 'Matt DiOrio' <mattdiorio40@gmail.com>; JS de Jager CSI <js@csi.ky>; Tom Adamczak <tadamczak@beechercarlson.com>; Clayton Price <cprice@beechercarlson.com>
> **Subject:** RE: Sentinel Expenses for Approval
>
> Good morning Casey
>
> Following on from last week, please can you provide your approval through email and also release the following payments that have been set up in CIBC for Sentinel:
> - Ross & Smith - Legal expenses – $75,854.90
> - Q3 Beecher Carlson Captive Management Fees – $15,000.00



EXHIBIT 96

BC SEN0000074288
11/03/21
Highly Confidential

- Risk International - Actuarial consulting expenses – $7,500.00 (Invoice from last week)

Going forward we will rotate payment approvals and release requests between the 3 directors.

Many thanks
Gareth

**From:** Gareth Pereira
**Sent:** Wednesday, June 16, 2021 9:04 AM
**To:** cmcdonald@calderwood.ky
**Cc:** wkenny@calderwood.ky; Stephen Leontsinis <Stephen.Leontsinis@collascrill.com>; 'Matt DiOrio' <mattdiorio40@gmail.com>; Tom Adamczak <tadamczak@beechercarlson.com>; Clayton Price <cprice@beechercarlson.com>
**Subject:** Sentinel Expenses for Approval


Hi Casey

Hope all is well

Please can you provide your approval through email and also release the following payments that have been set up in CIBC for Sentinel:

- CIMA - extension of audit filing – $617.26 (Includes $7.50 bank fee)
- Risk International - Actuarial consulting expenses – $7,500.00

Let me know if there are any questions

Many thanks
Gareth

### Gareth Pereira
*Account Manager*
pgareth@beechercarlson.com
T: 404.293.1709 | M: 345.923.1726
Beecher Carlson Cayman, Ltd.
P.O. Box 10193 | KY1-1002
Grand Cayman | Cayman Islands

<image004.png>

"Insurance cannot be bound, altered, or cancelled via email. Coverage confirmation must be communicated through a licensed Beecher representative."

"Beecher Carlson deems receipt of all electronic transmissions, including delivery of insurance policy documents, submitted by an authorized representative of our company to you as an acceptable mode of communication in conducting business transactions as electronic transmissions are permitted by law."

"Beecher Carlson also does not warrant or make any representations that this communication is free of any malicious software or other defect that might affect any computer system that receives, opens or retrieves such communication. Accordingly, any and all liability for alleged or actual loss, damage or injury arising out of or as a result from the receipt, opening or any use of such communication is expressly disclaimed"